IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alain GOETZ, <br><br> *Plaintiff*, <br><br> v. <br><br> Andrea M. GACKI, in her official capacity as Director of the United States Department of the Treasury Office of Foreign Assets Control, *et al.* <br><br> *Defendants*. | Case No. 1:22-cv-1204-JEB |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael F. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, on behalf of all Defendants in the above-captioned matter.

Dated: August 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*