**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| Alain GOETZ, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-1204-JEB |
| | ) | |
| Andrea M. GACKI, in her official | ) | |
| capacity as Director of the United States | ) | |
| Department of the Treasury Office of | ) | |
| Foreign Assets Control, *et al.* | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

---

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

The parties respectfully request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' current deadline is August 9, 2022. The parties request that the Court extend the deadline to October 7, 2022.

There is good cause to grant the requested extension. The parties are engaged in discussions that may eliminate the need for further litigation in this case. The parties therefore respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint to October 7, 2022.

Dated: August 1, 2022                              Respectfully submitted,


*/s/ Erich C. Ferrari*                              BRIAN M. BOYNTON
Erich C. Ferrari, Esq.                              Principal Deputy Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                          DIANE KELLEHER
Suite 400                                           Assistant Branch Director
Washington, D.C. 20004                              Federal Programs Branch
Telephone: (202) 280-6370
Fax: (877) 448-4885                                 */s/ Michael F. Knapp*
Email: ferrari@falawpc.com                          MICHAEL F. KNAPP (Cal. Bar No. 314104)
DC Bar No. 978253                                   Trial Attorney
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
*Counsel for Alain Goetz*                           1100 L Street NW

Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*