IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alain GOETZ,<br><br>*Plaintiff*,<br><br>v.<br><br>Andrea M. GACKI, in her official capacity as Director of the United States Department of the Treasury Office of Foreign Assets Control, *et al.*<br><br>*Defendants*. | Case No. 1:22-cv-1204-JEB |

**[PROPOSED] ORDER RE MOTION TO EXTEND TIME**

The Parties' Motion is GRANTED.

IT IS ORDERED that Defendants shall respond to Plaintiff's Complaint on or before October 7, 2022.

SO ORDERED this __ day of August, 2022.

_____
Judge James E. Boasberg