IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Alain GOETZ, </br></br> *Plaintiff*, </br></br> v. </br></br> Andrea M. GACKI, in her official capacity as Director of the United States Department of the Treasury Office of Foreign Assets Control, *et al.* </br></br> *Defendants*. | Case No. 1:22-cv-1204-JEB |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

The parties respectfully request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' current deadline is October 7, 2022. *See* Aug. 2, 2022, Minute Order. The parties request that the Court further extend the deadline to October 21, 2022.

There is good cause to grant the requested extension. The parties have reached an agreement in principle that, if finalized, would eliminate the need for further litigation in this case. The parties therefore respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint to October 21, 2022.

Dated: October 4, 2022

Respectfully submitted,

*/s/ Erich C. Ferrari*
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Alain Goetz*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20005  
Phone: (202) 514-2071  
Fax: (202) 616-8470  
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*