IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alain GOETZ, <br><br> *Plaintiff*, <br><br> v. <br><br> Andrea M. GACKI, in her official capacity as Director of the United States Department of the Treasury Office of Foreign Assets Control, *et al.* <br><br> *Defendants.* | Case No. 1:22-cv-1204-JEB |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

The parties respectfully request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' current deadline is October 21, 2022. *See* Oct. 5, 2022, Minute Order. The parties request that the Court further extend the deadline to October 28, 2022.

There is good cause to grant the requested extension. The parties have reached an agreement in principle that, if finalized, would eliminate the need for further litigation in this case. Since the prior extension of the responsive pleading deadline was granted, the parties have conferred regarding the agreement made in principle, and have made significant progress towards concluding it; however, the parties require a short extension to determine whether a final resolution of this matter can be realized. The parties therefore respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint to October 28, 2022.

Dated: October 20, 2022                                         Respectfully submitted,

*/s/ Erich C. Ferrari*                                                 BRIAN M. BOYNTON
Erich C. Ferrari, Esq.                                              Principal Deputy Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                            DIANE KELLEHER
Suite 400                                                                  Assistant Branch Director
Washington, D.C. 20004                                    Federal Programs Branch
Telephone: (202) 280-6370

Fax: (877) 448-4885  
Email: ferrari@falawpc.com  
DC Bar No. 978253  

*Counsel for Alain Goetz*

/s/ *Michael F. Knapp*  
MICHAEL F. KNAPP (Cal. Bar No. 314104)  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, DC 20005  
Phone: (202) 514-2071  
Fax: (202) 616-8470  
Email: michael.f.knapp@usdoj.gov  

*Counsel for Defendants*