# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alain GOETZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>Andrea M. GACKI, in her official capacity as Director of the United States Department of the Treasury Office of Foreign Assets Control, *et al.*<br><br>    *Defendants*. | Case No. 1:22-cv-1204-JEB |

## JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

The parties respectfully request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' current deadline is October 28, 2022. *See* Oct. 20, 2022, Minute Order. The parties request that the Court further extend the deadline to November 14, 2022.

There is good cause to grant the requested extension. The parties have reached an agreement in principle that, if finalized, would eliminate the need for further litigation in this case. Since the prior extension of the responsive pleading deadline was granted, the parties have entered the final stages of concluding the agreement in principle; however, the parties require an extension to determine whether a final resolution of this matter can be realized. The parties therefore respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint to November 14, 2022.

Dated: October 28, 2022                                        Respectfully submitted,

*/s/ Erich C. Ferrari*                                                 BRIAN M. BOYNTON
Erich C. Ferrari, Esq.                                                Principal Deputy Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                            DIANE KELLEHER
Suite 400                                                                   Assistant Branch Director
Washington, D.C. 20004                                      Federal Programs Branch
Telephone: (202) 280-6370

Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Alain Goetz*

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*