# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| ANDREA M. GACKI, Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that Matthew Skurnik, Trial Attorney, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel for Defendants in the above captioned matter. Contact information for undersigned counsel is reflected in the signature block below.

Dated: November 11, 2022     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ *Matthew Skurnik*
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8188
Matthew.skurnik@usdoj.gov

*Counsel for Defendants*