IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-1204 (JEB) |
| ANDREA M. GACKI, Director, Office of Foreign Assets Control, *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

The parties respectfully request an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Defendants' current deadline is November 14, 2022. The parties request that the Court extend the deadline to December 12, 2022.

There is good cause to grant the requested extension. The parties previously explained that they had reached an agreement in principle that, if finalized, would eliminate the need for further litigation in this case. *See* ECF No. 7. However, the parties have now concluded that they are unable to finalize their agreement, and instead will proceed with the litigation. The parties therefore respectfully request a further extension until December 12, 2022, so that Defendants may prepare any responsive pleading and the parties may discuss whether setting a case schedule at this time is warranted.

In addition, undersigned counsel for the Government was assigned to this case just recently, after prior Government counsel went on extended leave, and needs additional time to familiarize himself with the matter and confer with his Government clients.

Dated: November 14, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ *Matthew Skurnik*
MATTHEW SKURNIK, NY Bar No. 5553896
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8188
Matthew.skurnik@usdoj.gov

*Counsel for Defendants*

*/s/ Erich C. Ferrari*
Ferrari & Associates, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*