# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| ANDREA M. GACKI, Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Extend Responsive Pleading Deadline, it is hereby ORDERED that the motion is GRANTED. Defendants' deadline to respond to the Complaint is extended to December 12, 2022.

Dated: _____

_____
HON. JAMES E. BOASBERG
United States District Judge