IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREA M. GACKI, Director, )<br>Office of Foreign Assets Control, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:22-cv-1204 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to for Scheduling Order, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Court adopts the following case schedule:

- January 31, 2023: Deadline for the Office of Foreign Assets Control ("OFAC") to produce to Plaintiff the administrative record supporting his designation as a Specially Designated National and Blocked Persons ("SDN").

- February 28, 2023: Deadline for Plaintiff to provide OFAC with any further information and/or arguments in support of his petition for delisting.

- March 21, 2023: Deadline for OFAC to send any initial questionnaire to Plaintiff.

- April 11, 2023: Deadline for Plaintiff to respond to any initial questionnaire from OFAC.

- April 25, 2023: Deadline for OFAC to send any second questionnaire to Plaintiff.

- May 9, 2023: Deadline for Plaintiff to respond to any second questionnaire from OFAC.

- June 6, 2023: Deadline for OFAC to decide Plaintiff's delisting petition.

- July 4, 2023: Should the delisting petition be denied, deadline for OFAC to produce to Plaintiff the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court. *See* Local Rule 7(n).

- <u>August 1, 2023</u>: Deadline for Plaintiff to file any amended complaint.

- <u>August 22, 2023</u>: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate.

- <u>September 12, 2023</u>: Deadline for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendants' dispositive motions.

- <u>September 26, 2023</u>: Deadline for Defendants to file combined reply in support of their dispositive motions and opposition to Plaintiff's cross-motion for summary judgment.

- <u>October 10, 2023</u>: Deadline for Plaintiff to file any reply in support of his cross-motion for summary judgment.

Dated: _____  _____
HON. JAMES E. BOASBERG
United States District Judge