IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, <br><br> Plaintiff, <br><br> v. <br><br> ANDREA M. GACKI, Director, <br> Office of Foreign Assets Control, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-1204 (JEB) |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Alain Goetz respectfully requests that this Court amend its December 29, 2022 scheduling order in the above captioned matter. *See* Order, ECF No. 12 (Dec. 29, 2022). This amendment is requested to afford Plaintiff an opportunity to provide fulsome responses to a pending questionnaire issued by Defendant U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") to the Plaintiff on April 25, 2023. This amendment is further requested to adjust the remaining dates contained in the December 29, 2022 Scheduling Order up to, and including, the filing of an amended complaint.

On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the completion of an ongoing administrative process that may obviate the need for further litigation of this case; and (2) should that process not eliminate the need for further litigation, deadlines for production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions.

In accordance with the Scheduling Order, on April 25, 2023, Defendant OFAC issued a second questionnaire to Plaintiff in connection with the ongoing administrative process, seeking additional, clarifying, or corroborating information in consideration of Plaintiff's delisting request from the Specially Designated Nationals and Blocked Persons List ("SDN List"). While Plaintiff has made good-faith efforts to gather all information responsive to that questionnaire by the deadline set in the Scheduling Order—i.e., May 9, 2023—Plaintiff has faced difficulties in obtaining documents from foreign jurisdictions, and is seeking additional information needed to clarify his responses to that questionnaire. Accordingly, Plaintiff requires a brief extension of time to provide a fulsome response to Defendant OFAC's pending questionnaire.

The following proposed amended schedule reflects this requested extension and provides additional time for Defendants to decide on the pending delisting petition in advance of the production of the final administrative record and any amendment to the complaint. *See* Fed. R. Civ. P. 6(b). The briefing schedule for dispositive motions remains the same. Accordingly, Plaintiff respectfully requests that the Court amend the Scheduling Order to reset the dates so that the parties sufficient time to consider the information in the delisting matter:

- May 19, 2023: Deadline for Plaintiff to respond to any second questionnaire from OFAC.

- June 23, 2023: Deadline for OFAC to decide Plaintiff's delisting petition.

- July 21, 2023: Should the delisting petition be denied, deadline for OFAC to produce to Plaintiff the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court. *See* Local Rule 7(n).

- August 8, 2023: Deadline for Plaintiff to file any amended complaint.

- August 22, 2023: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate.

- September 12, 2023: Deadline for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendants' dispositive motions.

- September 26, 2023: Deadline for Defendants to file combined reply in support of their dispositive motions and opposition to Plaintiff's cross-motion for summary judgment.

- October 10, 2023: Deadline for Plaintiff to file any reply in support of his cross-motion for summary judgment.

Counsel for the parties have conferred on this motion, and Defendants do not oppose the relief requested in this motion.

A proposed order is attached.

Dated: May 9, 2023                                    Respectfully submitted,

                                                     */s/ Erich C. Ferrari*
                                                     Ferrari & Associates, P.C.
                                                     1455 Pennsylvania Avenue, NW
                                                     Suite 400
                                                     Washington, D.C. 20004
                                                     Tel: (202) 280-6370
                                                     Fax: (877) 448-4885
                                                     Email: ferrari@falawpc.com
                                                     D.C. Bar No. 978253

                                                     *Counsel for Plaintiff*