**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
ALAIN GOETZ,                                          )
                                                      )
            Plaintiff,                                )
                                                      )
v.                                                    )        Civil Action No. 1:22-cv-1204 (JEB)
                                                      )
ANDREA M. GACKI, Director,                            )
Office of Foreign Assets Control, *et al.*,           )
                                                      )
            Defendants.                                )
_____)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Amend the Scheduling Order, and

for good cause shown, it is hereby ORDERED that the motion is GRANTED.  The Court adopts

the following case schedule:

- <u>May 19, 2023</u>: Deadline for Plaintiff to respond to any second questionnaire from OFAC.

- <u>June 23, 2023</u>: Deadline for OFAC to decide Plaintiff's delisting petition.

- <u>July 21, 2023</u>: Should the delisting petition be denied, deadline for OFAC to produce to Plaintiff the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court.  *See* Local Rule 7(n).

- <u>August 8, 2023</u>: Deadline for Plaintiff to file any amended complaint.

- <u>August 22, 2023</u>: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate.

- <u>September 12, 2023</u>: Deadline for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendants' dispositive motions.

- <u>September 26, 2023</u>: Deadline for Defendants to file combined reply in support of their dispositive motions and opposition to Plaintiff's cross-motion for summary judgment.

- <u>October 10, 2023</u>: Deadline for Plaintiff to file any reply in support of his cross-motion for summary judgment.

Dated: _____

                                         _____
HON. JAMES E. BOASBERG
United States District Judge