IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAIN GOETZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants respectfully request that this Court amend its May 10, 2023 scheduling order in the above captioned matter. *See* Order, ECF No. 10 (amending Order, ECF No. 12 (Dec. 29, 2022). This amendment is requested to permit Defendant U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") one additional week to fully consider the voluminous responses submitted by Plaintiff to date and the belated supplement submitted on June 9, 2023. This amendment is further requested to adjust the remaining dates contained in the May 10, 2023 Scheduling Order.

On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the completion of an ongoing administrative process that may obviate the need for further litigation of this case; and (2) should that process not eliminate the need for further litigation, deadlines for production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. ECF No. 12. On May 10, 2023, on an unopposed motion by Plaintiff, the Court extended Plaintiffs' deadline to respond to the second questionnaire in the administrative

process, and adjust subsequent deadlines up through and including the filing of the amended complaint (including providing additional time for OFAC to make a final decision).

As permitted in the May 10 Order, Plaintiff submitted its response to the second questionnaire on May 19, 2023. This response was 107 pages, and must be considered in addition to over seven hundred previously submitted pages of submissions or responses related to the petition. On June 9, 2023, Plaintiffs submitted an additional brief supplement (not specifically provided for in the current scheduling order) containing new information. A key investigator has also recently been out of the office for grand jury duty. The current deadline for OFAC to make a final decision is June 23, 2023. In light of the voluminous responses and supplement and the impending deadline, OFAC needs additional time to complete its deliberations and reach a final decision on the delisting petition.

The following proposed amended schedule reflects this requested extension and adjusts subsequent deadlines (including briefing deadlines) to account for the extension and counsel's schedule. *See* Fed. R. Civ. P. 6(b). Accordingly, Defendants respectfully request that the Court amend the Scheduling Order as follows:

- June 30, 2023: Deadline for OFAC to decide Plaintiff's delisting petition (previously June 23);

- July 28, 2023: Should the delisting petition be denied, deadline for OFAC to produce to Plaintiff the unclassified, non-privileged portions of the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court. *See* Local Rule 7(n) (previously July 21);

- August 15, 2023: Deadline for Plaintiff to file any amended complaint (previously August 8);

- September 8, 2023: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate (previously August 22);[1]

- September 29, 2023: Deadline for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendants' dispositive motions (previously Sept 12);

- October 13, 2023: Deadline for Defendants to file combined reply in support of their dispositive motions and opposition to Plaintiff's cross-motion for summary judgment (previously Sept 26);

- October 27, 2023: Deadline for Plaintiff to file any reply in support of his cross-motion for summary judgment (previously Oct. 10).

Counsel for the parties have conferred on this motion, and Plaintiff does not oppose the relief requested in this motion.

A proposed order is attached.

Dated: June 15, 2023                        Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

                                                DIANE KELLEHER
                                                Assistant Branch Director

                                                */s/Amy E. Powell*
                                                AMY E. POWELL
                                                Senior Trial Attorney
                                                Federal Programs Branch
                                                Civil Division, Department of Justice

---

[1] The proposed schedule also builds in some additional time for Defendants' potential filing of a dispositive motion in light of proximity to the holiday and anticipated staffing issues.

c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*