# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ,<br><br> Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-1204 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion to Amend the Scheduling Order, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The Court adopts the following case schedule:

- June 30, 2023: Deadline for OFAC to decide Plaintiff's delisting petition;
- July 28, 2023: Should the delisting petition be denied, deadline for OFAC to produce to Plaintiff the unclassified, non-privileged portions of the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court;
- August 15, 2023: Deadline for Plaintiff to file any amended complaint;
- September 8, 2023: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate;
- September 29, 2023: Deadline for Plaintiff to file combined cross-motion for summary judgment and opposition to Defendants' dispositive motions;
- October 13, 2023: Deadline for Defendants to file combined reply in support of their dispositive motions and opposition to Plaintiff's cross-motion for summary judgment;
- October 27, 2023: Deadline for Plaintiff to file any reply in support of his cross-motion for summary judgment.

Dated: _____

                                  _____
                                  HON. JAMES E. BOASBERG
                                  United States District Judge