IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| ANDREA M. GACKI, Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR 45-DAY STAY

The parties respectfully request that this Court enter a brief, approximately 45-day stay of proceedings and vacate the June 15, 2023 scheduling order in order for Plaintiff to submit new material to Defendant Office of Foreign Assets Control ("OFAC") and for the parties to discuss a proposed schedule regarding submission of this new information. *See* ECF No. 17 (amending ECF Nos. 12, 15). The parties propose to file a Joint Status Report regarding next steps on or before September 8, 2023.

On March 17, 2022, OFAC designated Plaintiff pursuant to Executive Order (E.O.) 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," as amended by E.O. 13671 of July 8, 2014. Plaintiff was placed on the "Specially Designated Nationals and Blocked Persons List" ("SDN List"). Plaintiff filed suit on April 29, 2022, arguing that OFAC violated the Administrative Procedure Act by allegedly designating him without consideration of his written submission. ECF No. 1. On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the

completion of an ongoing administrative process that may obviate the need for further litigation of this case; and (2) should that process not eliminate the need for further litigation, deadlines for production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. ECF No. 12. The Court has twice adjusted that schedule to accommodate the parties' scheduling needs. ECF Nos. 15, 17.

In accordance with the most recent June 15, 2023 Scheduling Order, ECF No. 17, on June 30, 2023, OFAC reached a final decision on Plaintiff's delisting petition and denied the delisting request. The next pending deadline is for OFAC to produce to Plaintiff the unclassified, non-privileged portions of the final administrative record supporting both his designation and the decision on his delisting petition, and to file the certified list of contents of the administrative record with the Court. *Id.* Plaintiff now intends to submit additional material to OFAC; specifically, he wishes to propose information regarding Plaintiff's new remedial measures. OFAC has agreed to consider this new information in accordance with its regulations, *see* 31 C.F.R. § 501.807.

Vacating the existing schedule and proposing a new one will obviate the need for unnecessary or duplicative litigation and narrow or clarify the issues for judicial review. Plaintiff made this new submission today, July 21, 2023. OFAC will need a few weeks to evaluate the submission and determine what additional work is needed, and counsel for the parties will then need time to discuss and propose a new schedule. As with the previous schedule, the parties anticipate that the new schedule will include (1) deadlines for the completion of the administrative process; and (2) should that process not eliminate the need for further litigation, deadlines for production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. A proposed order is attached.

Case 1:22-cv-01204-JEB   Document 18   Filed 07/21/23   Page 3 of 3

Dated: July 21, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

<u>/s/Amy E. Powell</u>
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

<u>/s/ Erich C. Ferrari</u>
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*