# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:22-cv-1204 (JEB)<br>) |
| ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion for 45-day Stay of Proceedings, it is hereby ORDERED that the motion is GRANTED. The scheduling order at ECF No. 17 is hereby VACATED; the parties will confer and file a Joint Status Report regarding next steps on or before September 8, 2023.

Dated: _____                                    _____
                                                            HON. JAMES E. BOASBERG
                                                            United States District Judge