IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1204 (JEB) |

**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY**

Pursuant to the July 21, 2023 Minute Order, the parties submit this joint status report, and respectfully request a further 60-day stay of proceedings in light of ongoing administrative proceedings. The parties propose to file a Joint Status Report regarding next steps on or before November 7, 2023.

On March 17, 2022, Defendant United States Department of the Treasury Office of Foreign Assets Control ("OFAC") designated Plaintiff pursuant to Executive Order (E.O.) 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," as amended by E.O. 13671 of July 8, 2014. Plaintiff was placed on the "Specially Designated Nationals and Blocked Persons List" ("SDN List"). Plaintiff filed suit on April 29, 2022, arguing that OFAC violated the Administrative Procedure Act by allegedly designating him without consideration of his written submission. ECF No. 1. On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the completion of an ongoing administrative process that may obviate the need for further litigation of

this case; and (2) should that process not eliminate the need for further litigation, deadlines for production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. ECF No. 12. The Court twice adjusted that schedule to accommodate the parties' scheduling needs. ECF Nos. 15, 17.

In accordance with the June 15, 2023 Scheduling Order, ECF No. 17, on June 30, 2023, OFAC reached a final decision on Plaintiff's delisting petition and denied the delisting request. In the July 21, 2023 Joint Motion to Stay Proceedings, the parties reported that Plaintiff had indicated an intent to submit additional material to OFAC; specifically, he wished to submit information regarding additional remedial measures he sought to propose which he believed would address OFAC's bases for denying his delisting petition. ECF No. 18. OFAC agreed to consider this new information in accordance with its regulations, *see* 31 C.F.R. § 501.807. The Court entered the requested stay.

Plaintiff made the new submission on the same day, July 21, 2023, and OFAC acknowledged receipt on July 28, 2023. On August 28, 2023, OFAC responded in writing to seek additional details regarding Plaintiff's proposed remedial measures and other information.

The parties respectfully propose that the Court stay proceedings for a further 60 days, in order for the parties to continue the administrative proceeding and determine how long it will take to complete. The stay, and proposal of a new schedule, may obviate the need for unnecessary or duplicative litigation and narrow or clarify the issues for judicial review. The parties propose to file a new status report on November 7, 2023. A proposed order is attached.

Dated: September 8, 2023                                    Respectfully submitted,

                                                            BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

*/s/ Erich C. Ferrari*
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*