IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, Director,<br>Office of Foreign Assets Control, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1204 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report and Request to Continue Stay, it is hereby ORDERED that the matter is STAYED for 60 days; the parties will confer and file a Joint Status Report regarding next steps on or before November 7, 2023.

Dated: _____

                                                                        _____
                                                                         HON. JAMES E. BOASBERG
                                                                         United States District Judge