# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ALAIN GOETZ,

      Plaintiff,

v.                                                          Civil Action No. 1:22-cv-1204 (JEB)

BRADLEY SMITH, Director,
Office of Foreign Assets Control, *et al.*,

      Defendants.
_____

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report and Request to Continue Stay, it is hereby

ORDERED that the matter is STAYED for 60 days; the parties will confer and file a Joint Status

Report regarding next steps on or before January 8, 2024.

Dated: _____                          _____
                                                    HON. JAMES E. BOASBERG
                                                    United States District Judge