IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY SMITH, Director,<br>Office of Foreign Assets Control, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1204 (JEB) |

### [PROPOSED] ORDER

Upon consideration of the Joint Status Report and Request to Continue Stay, it is hereby ORDERED that the matter is STAYED up through and including February 26, 2024; the parties will confer and file a Joint Status Report regarding next steps on or before March 4, 2024.

Dated: _____

_____
HON. JAMES E. BOASBERG
United States District Judge