**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| BRADLEY SMITH, Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report and Request to Continue Stay, it is hereby ORDERED that the matter is STAYED up through and including April 3, 2024; the parties will confer and file a Joint Status Report regarding next steps on or before April 3, 2024.

Dated: _____      _____
                                                                            HON. JAMES E. BOASBERG
                                                                            United States District Judge