IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| BRADLEY SMITH,[1] Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the March 4, 2024 Minute Order, the parties submit this joint status report, and propose to file a Joint Status Report regarding next steps on or before May 20, 2024.

On March 17, 2022, Defendant United States Department of the Treasury Office of Foreign Assets Control ("OFAC") designated Plaintiff pursuant to Executive Order (E.O.) 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," as amended by E.O. 13671 of July 8, 2014. Plaintiff was placed on the "Specially Designated Nationals and Blocked Persons List" ("SDN List"). Plaintiff filed suit on April 29, 2022, arguing that OFAC violated the Administrative Procedure Act by allegedly designating him without consideration of his written submission. ECF No. 1. On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the completion of an ongoing administrative process that may obviate the need for further litigation of this case; and (2) should that process not eliminate the need for further litigation, deadlines for

---

[1] Bradley Smith, the current Director of the Office of Foreign Assets Control, is automatically substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).

production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. ECF No. 12. The Court twice adjusted that schedule to accommodate the parties' scheduling needs. ECF Nos. 15, 17.

In accordance with the June 15, 2023 Scheduling Order, ECF No. 17, on June 30, 2023, OFAC reached a final decision on Plaintiff's delisting petition and denied the delisting request. In the July 21, 2023 Joint Motion to Stay Proceedings, the parties reported that Plaintiff had indicated an intent to submit additional material to OFAC; specifically, he wished to submit information regarding additional remedial measures he sought to propose which he believed would address OFAC's bases for denying his delisting petition. ECF No. 18. OFAC agreed to consider this new information in accordance with its regulations, *see* 31 C.F.R. § 501.807. The Court entered the requested stay.

Plaintiff made the new submission on the same day, July 21, 2023, and OFAC acknowledged receipt on July 28, 2023. On August 28, 2023, OFAC responded in writing to seek additional details regarding Plaintiff's proposed remedial measures and other information. Plaintiff was informed that he had 90 days to respond, and that the agency may accommodate extension requests. In the Joint Status Report dated November 7, 2023, the parties reported that Plaintiff had not yet responded to the questionnaire and was still within the given timeframe to do so. On November 26, 2023, Mr. Goetz submitted a response to OFAC. On January 8, 2024, the parties requested and received an additional stay and OFAC estimated that would make a final determination on or before February 26, 2024. The final determination was delayed by a few days, and on March 1, 2024, OFAC made a final determination, denying the delisting petition. The parties sought and the Court approved extension of the stay up through and including April 3, 2024.

Counsel for the parties have conferred. Given that OFAC previously produced to Plaintiff the unclassified, non-privileged portions of the administrative record for its March 17, 2022 designation of Plaintiff, counsel agree that the appropriate next step is for OFAC to produce to Plaintiff the unclassified, non-privileged portions of the administrative records for OFAC's June 30, 2023 and March 1, 2024 denials of Plaintiff's delisting petitions, and to file the certified list of contents of the administrative records with the Court. See Local Rule 7(n). OFAC currently anticipates that it can do so on or before May 10, 2024. The Plaintiff will then assess the need to file an amended complaint. The parties propose to file a new status report on May 20, 2024. A proposed order is attached.

Dated: April 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

<u>/s/Amy E. Powell</u>
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

<u>/s/ Erich C. Ferrari</u>
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400

Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*