IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY SMITH, Director,<br>Office of Foreign Assets Control, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1204 (JEB) |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT

Defendants respectfully request a three-week extension of the deadline set in the April 3, 2024 Minute Order, such that the parties will file a Joint Status Report on or before June 10, 2024. Undersigned counsel has conferred with Plaintiff's counsel by email, and he represented that Plaintiff consents to the relief sought in this motion.

By Joint Status Report dated April 3, 2024, the parties advised the Court that previously ongoing administrative proceedings were complete, and proposed that the appropriate next step is for OFAC to produce to Plaintiff the unclassified, non-privileged portions of the administrative records for OFAC's June 30, 2023 and March 1, 2024 denials of Plaintiff's delisting petitions, and to file the certified list of contents of the administrative records with the Court. See Local Rule 7(n).  OFAC estimated that could do so on or before May 10, 2024.  Because the Plaintiff will then assess the need to file an amended complaint, the parties proposed to file a new status report on May 20, 2024.  The Court adopted the Joint Status Report and the proposed May 20, 2024 deadline by Minute Order dated April 4, 2024.

Defendants are not able to complete production of the public administrative record by May 10, 2024 as previously estimated. Administrative records in OFAC sanctions matters often contain substantial classified or privileged information that is only appropriate for *ex parte* review, *see, e.g., Rakhimov v. Gacki*, 2020 WL 1911561 (D.D.C. April 20, 2020) (Boasberg, J.), and this record is no exception. The process of evaluating and applying or lifting redactions of classified and privileged information involves coordinating the interests of multiple federal agencies to ensure that no privileged national security information is released and that all nonprivileged and unclassified information is released. Here, those consultations have taken longer than expected, but Defendants now expect that they can be completed within three weeks.

Accordingly, and for good cause shown, Defendants respectfully request a three-week extension, up through and including June 10, 2024, in order to file a Joint Status Report.

Dated: May 9, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*