IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| BRADLEY SMITH, Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of the Defendants' Unopposed Motion for an Extension, it is hereby ORDERED that the parties will confer and file a Joint Status Report regarding next steps on or before June 10, 2024.

Dated: _____

_____
HON. JAMES E. BOASBERG
United States District Judge