IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAIN GOETZ, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-1204 (JEB) |
| BRADLEY SMITH, Director, Office of Foreign Assets Control, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING CERTIFIED INDICES

Pursuant to Local Rule 7(n)(1), Defendants are filing as an attachment to this Notice a certified indices of the contents of the redacted administrative records in this matter. Today, June 4, 2023, Defendants, through counsel, also transmitted through electronic means a redacted, unclassified, non-privileged version of the records related to the two petition denials relevant to this matter. (A previous version of these two records was transmitted May 31, 2024.) The record for the designation was previously provided to counsel in this matter on or about January 31, 2023. Defendants intend to submit *ex parte* portions of the record pursuant to 50 U.S.C. § 1702(c) when the Joint Appendix is due to the Court, or as otherwise directed.

Dated: June 4, 2024                Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    DIANE KELLEHER
                                    Assistant Branch Director

                                    */s/Amy E. Powell*
                                    AMY E. POWELL
                                    Senior Trial Attorney

1

Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*