IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAIN GOETZ, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-01204 (JEB) |
| BRADLEY SMITH, Director, Office of Foreign Assets Control, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ripley Quinby IV, certify as follows:

1. I have served as the Deputy Associate Director for the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC") since 2019. In this role, I oversee the production of evidentiary memoranda for the purpose of sanctions actions across all of OFAC's sanctions programs, including those pursuant to Executive Order (E.O.) 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," as amended by E.O. 13671 of July 8, 2014, "Taking Additional Steps to Address the National Emergency With Respect to the Conflict in the Democratic Republic of the Congo." Further, I supervise the provision of the unclassified, non-privileged version of the evidentiary memoranda to designees and their counsel, upon request. As such, I am authorized to certify the truth and correctness of official records of OFAC, and of other documents recorded or filed with OFAC.

2. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

3. I hereby certify to the best of my knowledge and belief that the documents described in the attached certified lists of the contents of the administrative records constitute a true, correct, and complete copy of the unclassified, non-privileged documents that were directly or indirectly considered in connection with OFAC's March 17, 2022 decision to designate Plaintiff pursuant to E.O. 13413, as amended by E.O. 13671, and deny Plaintiff's first petition for removal from the List of Specially Designated Nationals and Blocked Persons (SDN List) on June 30, 2023, and deny Plaintiff's second petition for removal from the SDN List on March 1, 2024. OFAC redacted the administrative records, as well as the attached certified lists of the contents of the administrative records, to remove classified, privileged, or otherwise protected information before production to Plaintiff.

4. In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of June 2024 in Washington, D.C.

Ripley Quinby IV
*Digitally signed by Ripley Quinby IV*
*Date: 2024.06.04 13:52:41 -04'00'*

Ripley Quinby IV
Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, DC 20220

~~TOP SECRET~~ ▓▓▓

(U) Certified List of the Contents of the Administrative Record
Alain Goetz v. Andrea Gacki, No. 1:22-cv-01204-JEB
RE: OFAC Designation of March 17, 2022
DRC-17840

| | | Bates No(s). |
|---|---|---|
| (U) Designation and Blocking Memorandum (DRC-17840). (U/~~FOUO~~) | | 0001-0003 |
| (U) Federal Register / Vol. 87, No. 56 / Wednesday, March 23, 2022. (U) | | 0004-0005 |
| (U) U.S. Treasury Department Press Release, "Treasury Sanctions Alain Goetz and a Network of Companies Involved in the Illicit Gold Trade. (U) | | 0006-0009 |
| (U/~~FOUO~~) OFAC Clearance Sheet: Case ID: DRC-17840 – Alain Goetz Network. (U/~~FOUO~~) | | 0010-0011 |
| (U/~~FOUO~~) Evidentiary Memorandum: Designation of Alain Francois Viviane Goetz (DRC-17840) | | 0012-0052 |
| Ex. 1 | (U) Executive Order 13671 of July 8, 2014, "Taking Additional Steps to Address the National Emergency With Respect to the Conflict in the Democratic Republic of the Congo," 79 Fed. Reg. 132, (July 10, 2014). (U) | 0053-0057 |
| Ex. 2 | (U) South Africa Resource Watch, "Congo's Golden Web," May 2014. (U) | 0058-0145 |
| Ex. 3 | (U//~~SBU~~) 17 KAMPALA 2314, 291344Z NOV 17. (U//~~SBU~~) | 0146-0150 |
| Ex. 4 | (U ▓ NON-RESPONSIVE ▓ U) | 0151-0156 |
| Ex. 5 | (U) Deutsche Welle, "Investigating DR Congo's Illegal Gold Trade," January 8, 2019. (U) | 0157-0161 |
| Ex. 6 | (U) The Sentry, "The Golden Laundromat," October 2018. (U) | 0162-0217 |
| Ex. 7 | (U) Dun & Bradstreet report, Alaxy ▓▓▓ accessed, February 24, 2022. (U) | 0218-0224 |
| Ex. 8 | (U ▓ NON-RESPONSIVE ▓ U) | 0225-0226 |

Classified By: ▓▓▓
Derived From ▓▓▓
Declassify On ▓▓▓

~~TOP SECRET~~ ▓▓▓

TOP SECRET ▐▐▐▐▐

| | | |
|---|---|---|
| Ex. 9 | (U) NON-RESPONSIVE (U) | 0227-0230 |
| Ex. 10 | (U) Yahoo News, "Uganda Gold Refinery Raises Alarm Over Conflict Minerals," February 22, 2017. (U) | 0231-0237 |
| Ex. 11 | (U) NON-RESPONSIVE (U) | 0238-0272 |
| Ex. 12 | (U) De Standaard, "Gold is a Dirty Business, Even If I Do Say So Myself," April 20, 2019. (U) | 0273-0282 |
| Ex. 13 | (U) Africa Confidential, "The Great Lakes Gold Rush," March 23, 2018. (U) | 0283-0285 |
| Ex. 14 | (U) NON-RESPONSIVE (U) | 0286-0292 |
| Ex. 15 | (U) Reuters, "Ugandan Gold Refinery to Import from Conflict Ridden South Sudan, Congo," February 21, 2017. (U) | 0293-0294 |
| Ex. 16 | (U) NON-RESPONSIVE (U) | 0295-0297 |
| Ex. 17 | (U) Website of Deutsche Welle, "Who We Are," accessed on April 22, 2020. (U) | 0298 |
| Ex. 18 | (U) NON-RESPONSIVE (U) | 0299-0328 |
| Ex. 19 | (U) Website of Africa Intelligence, "About Us," accessed on April 22, 2019. (U) | 0329-0331 |
| Ex. 20 | (U) Africa Confidential, "About Us," accessed on April 22, 2019. (U) | 0332-0333 |
| Ex. 21 | (U) Reuters, "Ugandan Gold Refinery to Import from Conflict-Ridden South Sudan, Congo," February 5, 2020. (U) | 0334-0336 |
| Ex. 22 | (U) Website of Mediahuis, "De Standaard," accessed on April 29, 2020. (U) | 0337-0338 |
| Ex. 23 | (U) NON-RESPONSIVE (U) | 0339-0344 |
| Ex. 24 | (U) United Nations Security Council, "Letter dated 4 August 2017 from the Group of Experts extended pursuant to the Security Council | 0345-0455 |

TOP SECRET ▐▐▐▐▐

Resolution (2293) (2016) addressed to the President of the Security Council," August 4, 2017. (U)

| | | |
|---|---|---|
| Ex. 25 | (U) United Nations Security Council, "Letter dated 20 May 2018 from the Group of Experts on the Democratic Republic of Congo addressed to the President of the Security Council," May 20, 2018. (U) | 0456-0587 |
| Ex. 26 | (U) The Economist, "How Can Uganda Export So Much More Gold Than it Mines," May 23, 2019. (U) | 0588-0591 |
| Ex. 27 | (U) Reuters, "Gold Worth Billions Smuggled Out of Africa," April 24, 2019. (U) | 0592-0602 |
| Ex. 28 | (U) United Nations Security Council, "Letter dated 6 June 2019 from the Group of Experts on the Democratic Republic of Congo addressed to the President of the Security Council," June 6, 2019. (U) | 0603-0752 |
| Ex. 29 | (U) NON-RESPONSIVE (U) | 0753-0754 |
| Ex. 30 | (U) NON-RESPONSIVE (U) | 0755-0759 |
| Ex. 31 | (U) NON-RESPONSIVE (U) | 0760 |
| Ex. 32 | (U) NON-RESPONSIVE (U) | 0761-0793 |
| Ex. 33 | (U) NON-RESPONSIVE (U) | 0794-0795 |
| Ex. 34 | (U) Dow Jones, "How 7.4 Tons of Venezuela's Gold Landed in Africa and Vanished," June 18, 2019. (U) | 0796-0802 |
| Ex. 35 | (U) NON-RESPONSIVE (U) | 0803-0826 |
| Ex. 36 | (U) NON-RESPONSIVE (U) | 0827-0832 |
| Ex. 37 | (U) NON-RESPONSIVE (U) | 0833-0836 |
| Ex. 38 | (U) NON-RESPONSIVE (U) | 0837-0843 |
| Ex. 39 | (U) NON-RESPONSIVE (U) | 0844-0845 |

TOP SECRET ▮

| Ex. | Description | Pages |
|---|---|---|
| Ex. 40 | (U) NON-RESPONSIVE (U) | 0846-0851 |
| Ex. 41 | (U) ▮ (U//FOUO) | 0852 |
| Ex. 42 | (U) NON-RESPONSIVE (U) | 0853-0854 |
| Ex. 43 | (U) NON-RESPONSIVE (U) | 0855-0866 |
| Ex. 44 | (U) NON-RESPONSIVE (U) | 0867-0902 |
| Ex. 45 | (U) NON-RESPONSIVE (U) | 0903-0919 |
| Ex. 46 | (U) NON-RESPONSIVE (U) | 0920-0925 |
| Ex. 47 | (U) NON-RESPONSIVE (U) | 0926-0929 |
| Ex. 48 | (U) NON-RESPONSIVE (U) | 0930-0963 |
| Ex. 49 | (U) NON-RESPONSIVE (U) | 0964-0969 |
| Ex. 50 | (U) NON-RESPONSIVE (U) | 0970-0971 |
| Ex. 51 | (U) United Nations Security Council, "Letter dated 18 December 2018 from the Group of Experts on the Democratic Republic of Congo addressed to the President of the Security Council," December 18, 2018. (U) | 0972-1029 |
| Ex. 52 | (U) NON-RESPONSIVE | 1030-1032 |
| Ex. 53 | (U) NON-RESPONSIVE (U) | 1033-1111 |
| Ex. 54 | (U) NON-RESPONSIVE (U) | 1112-1131 |

TOP SECRET ▮

~~TOP SECRET~~ ████

| | | |
|---|---|---|
| Ex. 55 | (U) Website of The Sentry, "About The Sentry." (U) | 1132-1137 |
| Ex. 56 | (U) NON-RESPONSIVE (U) | 1145-1164 |
| Ex. 57 | (U) NON-RESPONSIVE (U) | 1145-1164 |
| Ex. 58 | (U) NON-RESPONSIVE (U) | 1165-1167 |
| Ex. 59 | (U) NON-RESPONSIVE (U) | 1168-1170 |
| Ex. 60 | (U) ) United Nations Security Council, "Letter dated June 2, 2020 from the Group of Experts on the Democratic Republic of Congo addressed to the President of the Security Council," June 2, 2020. (U) | 1171-1698 |
| Ex. 61 | (U) Website of African Gold Refinery Limited, "News & Articles," accessed May 5, 2020. (U) | 1699-1705 |
| Ex. 62 | (U) NON-RESPONSIVE (U) | 1706-1993 |
| Ex. 63 | (U//~~FOUO~~) NON-RESPONSIVE (U//~~FOUO~~) | 1994-2003 |
| Ex. 64 | (U//~~FOUO~~) (U//~~FOUO~~) | 2004-2091 |
| Ex. 65 | (U) The Sentry, "Conflict Gold to Responsible Gold," February 2021. (U) | 2092-2117 |
| Ex. 66 | (U) Government Accountability Office, "Conflict Minerals, Information on Artisanal Mined Gold and Efforts to Encourage Responsible Sourcing in the Democratic Republic of the Congo," August 2017. (U) | 2118-2161 |
| Ex. 67 | (U) NON-RESPONSIVE (U) | 2162-2167 |
| Ex. 68 | (U) Reuters, "What is Artisanal Gold and Why is it Booming?" January 15, 2020. (U) | 2168-2176 |

~~TOP SECRET~~ ████

| Ex. 69 | (U//FOUO) ▮▮▮ (U//FOUO) | 2177-2179 |
|---|---|---|
| Ex. 70 | (U) NON-RESPONSIVE (U) | 2180 |
| Ex. 71 | (U) Africa Intelligence, "Belgian Gold Refiner Alain Goetz Battles for His Interests in the Great Lakes Region," August 30, 2021. (U) | 2181-2198 |
| Ex. 72 | (U) NON-RESPONSIVE (U) | 2199-2224 |
| Ex. 73 | (U) NON-RESPONSIVE (U) | 2225-2226 |
| Ex. 74 | U) NON-RESPONSIVE U) | 2227 |
| Ex. 75 | (U) Morningstar, "About Us," accessed February 11, 2022. (U) | 2228-2233 |
| Ex. 76 | (U) NON-RESPONSIVE (U) | 2234 |
| Ex. 77 | (U) NON-RESPONSIVE (U). | 2235 |
| Ex. 78 | (U) NON-RESPONSIVE (U) | 2236-2237 |
| Ex. 79 | (U) Google Maps, "Bunia, DRC," accessed February 11, 2022. (U) | 2238-2239 |
| Ex. 80 | (U) Google Maps, "Lubero, DRC," accessed February 11, 2022. (U) | 2240-2241 |
| Ex. 81 | (U) Human Rights Watch, "World Report 2020: Democratic Republic of Congo," accessed February 12, 2022. (U) | 2242-2248 |
| Ex. 82 | (U) Human Rights Watch, "About Us," access February 12, 2022. (U) | 2249-2255 |
| Ex. 83 | (U) IMPACT, "The Intermediaries, Traders Who Threaten the Democratic Republic of Congo's Efforts for Conflict-Free Gold," September 2020. (U) | 2256-2307 |
| Ex. 84 | (U) Notice of OFAC Actions, 84 Fed. Reg. 131 (July 9, 2014). U | 2308-2309 |

~~TOP SECRET~~ ███

| | | |
|---|---|---|
| Ex. 85 | (U) NON-RESPONSIVE ███ (U) | 2310-2312 |
| Ex. 86 | (U) Federal Register, "Executive Order 13413 of October 27, 2006," 71 Fed. Reg. 210 (October 31, 2006). U | 2313-2318 |
| Ex. 87 | (U) NON-RESPONSIVE ███ (U) | 2319-2322 |
| Ex. 88 | (U) NON-RESPONSIVE ███ (U) | 2323-2324 |
| Ex. 89 | (U) NON-RESPONSIVE ███ (U) | 2325-2333 |
| | (U) Evidentiary Memorandum: DRC Designation of Alain Francois Viviane Goetz (DRC-17840 Addendum) ███ | 2334-2336 |
| Addendum Ex. 1 | ███ | 2337-2339 |
| Addendum Ex. 2 | (U) Final Approved Language: Alen Goz, February 7, 2022. (U) | 2340 |
| Addendum Ex. 3 | ███ | 2341-2349 |

~~SECRET~~ ███

(U) Certified List of the Contents of the Administrative Record
Alain Goetz v. Andrea Gacki, No. 1:22-cv-01204-JEB
RE: OFAC Determination of June 30, 2023
DRC-31659

| | | Bates No(s). |
|---|---|---|
| | (U) Letter from OFAC to Alain Goetz dated June 30, 2023. (U) | 0001-0004 |
| | (U//~~FOUO~~) Evidentiary Memorandum, Democratic Republic of the Congo: Denial of delisting request of Alain Francois Viviane Goetz. (█) | 0005-0036 |
| Ex. 1 | (U) Executive Order 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," 71 Fed. Reg. 210 (October 31, 2006). (U) | 0037-0042 |
| Ex. 2 | (U) Executive Order 13671 of July 8, 2014, "Taking Additional Steps to Address the National Emergency With Respect to the Conflict in the Democratic Republic of the Congo," 79 Fed. Reg. 132 (July 10, 2014). (U) | 0043-0047 |
| Ex. 3 | (U//~~FOUO~~) OFAC Evidentiary Memorandum, ALAIN FRANCOIS VIVIANE GOETZ, et al, Designation, DRC-17840, March 17, 2022. Previously provided to petition in administrative record (DRC-30316, Bates nos. 0012-0052) (U//~~FOUO~~) | 0048-0088 |
| Ex. 4 | (U) Letter, Ferrari and Associates to OFAC, Request for Stay of Designation, March 17, 2022. (U) | 0089-0211 |
| Ex. 5 | (U) Letter, Ferrari and Associates to OFAC, SDN Delisting Petition Supplement – Executive Order 13413, as amended. (U) | 0212-0232 |
| Ex. 6 | (U) Letter, First Questionnaire from OFAC to Ferrari Associates, Case ID DRC-31659, March 21, 2023. (U) | 0233-0235 |
| Ex. 7 | (U) Letter, Second Questionnaire from OFAC to Ferrari and Associates, Case ID DRC-31659, April 25, 2023. (U) | 0236-0238 |
| Ex. 8 | (U) Letter, Ferrari and Associates Response to First OFAC Questionnaire, Case ID DRC-31659, April 11, 2023. (U) | 0239-0838 |
| Ex. 9 | (U) Letter, Ferrari and Associates Response to Second OFAC Questionnaire, Case ID DRC-31659, May 19, 2023. (U) | 0839-0945 |

Classified By: ███
Derived From: ███
Declassify On: ███

~~SECRET~~ ███

SECRET

| | | |
|---|---|---|
| Ex. 10 | (U) Notice of OFAC Sanctions Actions Pursuant, 87 Fed Reg. 16552 (March 23, 2022). (U) | 0946-0947 |
| Ex. 11 | (U) Letter, OFAC to Ferrari and Associates, December 6, 2022. (U) | 0948-0949 |
| Ex. 12 | (U) Letter, Ferrari and Associates to OFAC, SDN Delisting Petition Supplement, June 9, 2023. (U) | 0950-0956 |
| Ex. 13 | (U) Joint Motion for Scheduling Order, In the Matter of Alain Goetz v. Andrea M. Gacki, Director, Office of Foreign Assets Control, et al., 1:22-cv-1204 (JEB), December 28, 2022. (U) | 0957-0960 |
| Ex. 14 | (U) State Department, Foreign Policy Guidance, June 30, 2023. (U//SBU) | 0961-0969 |
| Ex. 15 | (U) Daily Monitor, US Moves to Freeze Uganda's Pot of Gold ███ (U) | 0970-0976 |
| Ex. 16 | (U//FOUO) Africa Intelligence, US Treasury Unlikely to Let Alain Goetz's Aldabra Off hook Over Gold Trafficking Allegations ███ (U//FOUO) | 0977-0980 |
| Ex. 17 | (U) Africa Report ████████ U) | 0981-0984 |
| Ex. 18 | (U//FOUO) Africa Intelligence, Will US Sanctions Crush Museveni's Ambitions for Congolese Gold ███ U//FOUO) | 0985-0988 |
| Ex. 19 | (U//FOUO) Independent, Targeting of Top Officials by U.S. Puts Country in Diplomatic Minefield, from OSE, AFW2022040425823185, April 4, 2022. (U//FOUO) | 0989-0995 |
| Ex. 20 | (U//FOUO) Africa Confidential, Once Silenced, Twice Shy ███ (U//FOUO) | 0996-1002 |
| Ex. 21 | (U//SBU) 22 ABU DHABI 1542, 281527Z NOV 22. (U//SBU) | 1003-1006 |
| Ex. 22 | (U) Africa Report, DRC, Uganda: 'If There Is Any Evidence To Prove That I Smuggled Gold, I'd Like To See It,' Says Alain Goetz ███ (U) | 1007-1024 |
| Ex. 23 | (U//SBU) 22 KINSHASA 316, 080817Z APR 22. (U//SBU) | 1025-1042 |

SECRET

SECRET

| | | |
|---|---|---|
| Ex. 24 | (U//FOUO) Africa Intelligence, Ebola Ravages Gold Sector ▮ (U//FOUO) | 1043-1045 |
| Ex. 25 | (U//SBU) 22 BRUSSELS 1850, 121129Z DEC 22. (U//SBU) | 1046-1048 |
| Ex. 26 | (U//FOUO) Jeune Afrique, Can the DRC and the United Arab Emirates really counter the "blood gold"? ▮ U//FOUO | 1049-1053 |
| Ex. 27 | (U//FOUO) ▮ | 1054-1057 |
| Ex. 28 | (U//FOUO) ▮ | 1058-1065 |
| Ex. 29 | (U//FOUO) ▮ | 1065-1072 |
| Ex. 30 | (U) Daily Monitor, No shine in Uganda's gold ▮ (U) | 1073-1077 |
| Ex. 31 | (U) Letter, Tem Advocates & Solicitors to the Secretary of Treasury, May 14, 2021. (U). | 1078-1083 |
| Ex. 32 | (U) Actualite.cd, EU Sanctions eight DR Congolese and a Belgian ▮ (U) | 1084-1086 |
| Ex. 33 | (U) Official Journal of the European Union, Volume 65, December 8, 2022. (U) | 1087-1101 |
| Ex. 34 | (U) OFAC, Email Exchange, May 10, 2023. (U) | 1102-1107 |
| Ex. 35 | (U) Southern Africa Resource Watch, May 2014, Conflict Gold to Criminal Gold. (U) | 1108-1195 |
| Ex. 36 | (U//FOUO) ▮ (U//FOUO) | 1196-1228 |
| Ex. 37 | (U) Wall Street Journal, How 7.4 Tons of Venezuela's Gold Landed in Africa–and Vanished, June 18, 2019. (U) | 1229-1237 |
| Ex. 38 | (U) Global Witness, Under-Mined, June 2017. (U) | 1238-1282 |
| Ex. 39 | ▮ | 1283-1288 |

SECRET

SECRET

| | | |
|---|---|---|
| Ex. 40 | (U) Twitter, Alain Goetz account, Posts between December 2022 and June 2023. (U) | 1289-1316 |
| Ex. 41 | (U) Reuters, Court convicts Belgian gold refinery Tony Goetz of money, February 5, 2020. (U) | 1317-1319 |
| Ex. 42 | (U) UAE Financial Intelligence Unit, Dealers in Precious Metals and Stones, Strategic Analysis Report, October 2022. (U) | 1320-1346 |
| Ex. 43 | (U) Notice of OFAC Sanctions Actions Pursuant, 84 Fed Reg. 23161 (May 21, 2019). (U) | 1347-1348 |
| Ex. 44 | (U) Orbis, Belgian Precious Metals Industries, BE0477567325. (U) | 1349-1378 |
| Ex. 45 | (U) United States District Court, Summons in a Civil Action, May 5, 2022. (U) | 1379-1525 |

SECRET

UNCLASSIFIED // ~~FOR OFFICIAL USE ONLY~~

(U) <u>Certified List of the Contents of the Administrative Record</u>
<u>Alain Goetz v. Andrea Gacki, No. 1:22-cv-01204-JEB</u>
<u>RE: OFAC Determination of March 1, 2024</u>
<u>DRC-34969</u>

|  |  | Bates No(s). |
|---|---|---|
| (U) Letter from OFAC to Alain Goetz dated March 1, 2024 | | 0001-0004 |
| (U//~~FOUO~~) Evidentiary Memorandum: Basis to deny the petition for removal of one individual from the Specially Designated Nationals and Blocked Persons List | | 0005-0022 |
| Ex. 1 | (U) Executive Order 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," 71 Fed. Reg. 64105 | 0023-0026 |
| Ex. 2 | (U) Executive Order 13671 of July 8, 2014, "Taking Additional Steps to Address the National Emergency With Respect to the Conflict in the Democratic Republic of the Congo," 79 Fed. Reg. 39949 | 0027-0029 |
| Ex. 3 | (U) Designation of Entities Pursuant to Executive Order 13413, 87 Fed. Reg. 4810, March 17, 2022 | 0030-0031 |
| Ex. 4 | (U//~~FOUO~~) Letter, OFAC to Alain Goetz, DRC-31659, June 30, 2023 | 0032-0035 |
| Ex. 5 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, July 21, 2023 | 0036-0038 |
| Ex. 6 | (U) Letter, Alain Goetz to OFAC, DRC-34969, November 26, 2023 | 0039-0099 |
| Ex. 7 | (U//~~FOUO~~) State Department Memorandum, "Denial of Alain Goetz's Petition for Removal from the SDN List," February 28, 2024 | 0100-0103 |
| Ex. 8 | (U//~~FOUO~~) State Department Memorandum, "Denial of Alain Goetz's Petition for Removal from the SDN List," June 30, 2023 | 0104-0112 |
| Ex. 9 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, June 9, 2023 | 0013-0119 |
| Ex. 10 | (U//~~FOUO~~) Letter, OFAC to Alain Goetz, DRC-34969, August 28, 2023 | 0120-0122 |

UNCLASSIFIED // ~~FOR OFFICIAL USE ONLY~~

| | | |
|---|---|---|
| Ex. 11 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-17840, February 28, 2023 | 0123-0143 |
| Ex. 12 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, Request for Stay of Designation, March 17, 2022 | 0144-0230 |
| Ex. 13 | (U//~~FOUO~~) OFAC Evidentiary Memorandum DRC-17840. Previously provided to petitioner in administrative record (DRC-30316, Bates nos. 0012-0052) | 0231-0271 |
| Ex. 14 | (U//~~FOUO~~) United States District Court for the District of Columbia Summons in a Civil Action, "Civil Action No. 22-cv-01204-JEB," May 3, 2022 | 0272-0418 |
| Ex. 15 | (U//~~FOUO~~) Letter, OFAC to Alain Goetz, DRC-31659, December 6, 2022 | 0419-0420 |
| Ex. 16 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, May 19, 2023 | 0421-0473 |
| Ex. 17 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, April 11, 2023 | 0474-0507 |
| Ex. 18 | (U) Official Journal of the European Union, "Council Decision (CFSP) 2023/2768," December 8, 2023 | 0508-0522 |
| Ex. 19 | (U) United Arab Emirates Financial Intelligence Unit report, "Dealers in Precious Metal and States: Strategic Analysis Report," October 2022 | 0523-0549 |
| Ex. 20 | (U) Britannica entry, "X: Microblogging Service," February 26, 2024 | 0550-0564 |
| Ex. 21 | (U) Website of Britannica, "Explore Britannica" | 0565-0571 |
| Ex. 22 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, March 21, 2023 | 0572-0574 |
| Ex. 23 | (U//~~FOUO~~) Letter, Alain Goetz to OFAC, DRC-31659, April 25, 2023 | 0575-0577 |