IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| ) | |
| BRADLEY SMITH,[1] Director, ) | |
| Office of Foreign Assets Control, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the May 9, 2024 Minute Order, the parties submit this joint status report, and jointly propose a schedule for next steps in this action. A proposed order is attached.

On March 17, 2022, Defendant United States Department of the Treasury Office of Foreign Assets Control ("OFAC") designated Plaintiff pursuant to Executive Order (E.O.) 13413 of October 27, 2006, "Blocking Property of Certain Persons Contributing to the Conflict in the Democratic Republic of the Congo," as amended by E.O. 13671 of July 8, 2014. Plaintiff was placed on the "Specially Designated Nationals and Blocked Persons List" ("SDN List"). Plaintiff filed suit on April 29, 2022, arguing that OFAC violated the Administrative Procedure Act by allegedly designating him without consideration of his written submission. ECF No. 1. On December 29, 2022, the Court granted the parties' Joint Motion for a Scheduling Order and adopted their proposed schedule. That Scheduling Order provided: (1) deadlines for the completion of an ongoing administrative process that may obviate the need for further litigation of this case; and (2) should that process not eliminate the need for further litigation, deadlines for

---

[1] Bradley Smith, the current Director of the Office of Foreign Assets Control, is automatically substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).

production of the administrative record, any amendment to the Complaint, and briefing of dispositive motions. ECF No. 12, as amended ECF Nos. 15, 17. On June 30, 2023, OFAC reached a final decision on Plaintiff's delisting petition and denied the delisting request.

In the July 21, 2023 Joint Motion to Stay Proceedings, the parties reported that Plaintiff had indicated an intent to submit additional material to OFAC; specifically, he wished to submit information regarding additional remedial measures he sought to propose which he believed would address OFAC's bases for denying his delisting petition. ECF No. 18. OFAC agreed to consider this new information in accordance with its regulations, *see* 31 C.F.R. § 501.807. The Court entered the requested stay.[2] Following administrative proceedings, on March 1, 2024, OFAC made a final determination, denying the delisting petition.

This action now appears to relate to three administrative matters. As part of the 2023 administrative proceedings, OFAC previously produced to Plaintiff the unclassified, non-privileged portions of the administrative record for its March 17, 2022 designation of Plaintiff. On June 4, 2024, OFAC produced to Plaintiff the unclassified, non-privileged portions of the administrative records for OFAC's June 30, 2023 and March 1, 2024 denials of Plaintiff's delisting petitions, and filed the certified list of contents of the administrative records with the Court. *See* Local Rule 7(n); ECF No. 29.

The parties now jointly propose that the Court enter a scheduling order as follows:

- July 22, 2024: Deadline for Plaintiff to file any amended complaint in this matter.

- September 20, 2024: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate. Accordingly, whether or not the dispositive motion includes a motion to dismiss pursuant to Rule

---

[2] The Court later adjusted the stay further to accommodate the parties. *See* Minute Orders dated September 11, 2023; November 7, 2024; January 8, 2024; March 4, 2024, April 3, 2024; and May 9, 2024.

12(b), the parties do not anticipate that it should be necessary for Defendants to file an answer, which would not advance the litigation and would delay dispositive motions briefing.

- October 21, 2024: Deadline for Plaintiff to file combined memorandum in opposition to Defendants' dispositive motion(s) and memorandum in support of any cross-motion for summary judgment.

- November 15, 2024: Deadline for Defendants to file combined reply memorandum in support of its dispositive motion and opposition to Plaintiff's cross-motion for summary judgment.

- December 6, 2024: Deadline for Plaintiff to file reply memorandum in support of his cross-motion.

- December 20, 2024: Deadline for filing Joint Appendix pursuant to Local Rule 7(n).

The parties have attached a proposed order for the Court's convenience.

Dated: June 10, 2024                                  Respectfully submitted,

                                                      BRIAN M. BOYNTON
                                                     Principal Deputy Assistant Attorney General

                                                       DIANE KELLEHER
                                                     Assistant Branch Director

                                                     */s/Amy E. Powell*
                                                     AMY E. POWELL
                                                     Senior Trial Attorney
                                                     Federal Programs Branch
                                                     Civil Division, Department of Justice
                                                     c/o U.S. Attorney's Office
                                                     150 Fayetteville St., Suite 2100
                                                     Raleigh, NC 2760
                                                     Phone: 919-856-4013

Email: amy.powell@usdoj.gov

*Counsel for Defendants*

*/s/ Erich C. Ferrari*
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*