IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALAIN GOETZ, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-1204 (JEB) |
| BRADLEY SMITH, Director, Office of Foreign Assets Control, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the Court adopts the following case schedule:

- July 22, 2024: Deadline for Plaintiff to file any amended complaint in this matter.

- September 20, 2024: Deadline for Defendants to file dispositive motions pursuant to Federal Rules of Civil Procedure 12 and/or 56, as appropriate. Defendants are not required to file an Answer at this time.

- October 21, 2024: Deadline for Plaintiff to file combined memorandum in opposition to Defendants' dispositive motion(s) and memorandum in support of any cross-motion for summary judgment.

- November 15, 2024: Deadline for Defendants to file combined reply memorandum in support of its dispositive motion and opposition to Plaintiff's cross-motion for summary judgment.

- December 6, 2024: Deadline for Plaintiff to file reply memorandum in support of his cross-motion.

- December 20, 2024: Deadline for filing Joint Appendix pursuant to Local Rule 7(n).

SO ORDERED.

Dated: _____

_____
HON. JAMES E. BOASBERG
United States District Judge