### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LISA M. PALLUCONI, Acting Director, [1] ) <br> Office of Foreign Assets Control, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:22-cv-1204 (JEB) |

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move for summary judgment. For the reasons set forth in the attached memorandum and the administrative record, Defendants' motion should be granted. A proposed order is attached.

Dated: September 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

---

[1] Lisa Palluconi, the current Acting Director of the Office of Foreign Assets Control, is automatically substituted for Bradley Smith, who was substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).

CERTIFICATE OF SERVICE

I certify that on September 20, 2024, I electronically filed the foregoing motion and all accompanying materials with the Clerk of Court using the CM/ECF system, serving by electronic means.


*/s/ Amy E. Powell*
AMY E.  POWELL
*Counsel for Defendants*