IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-1204 (JEB) |
| | ) |
| LISA M. PALLUCONI, Acting Director,[1] | ) |
| Office of Foreign Assets Control, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

Having considered the submissions of the parties, the Court hereby ORDERS that the Defendant's Motion for Summary Judgment is GRANTED.
.

Dated: _____

HON. JAMES E. BOASBERG
Chief United States District Judge

---

[1] Lisa Palluconi, the current Acting Director of the Office of Foreign Assets Control, is automatically substituted for Bradley Smith, who was substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).