UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, <br><br> Plaintiff, <br><br> v. <br><br> LISA M. PALLUCONI <br> Acting Director of the Office of Foreign Assets Control, *et al*. <br><br> Defendants. | Case No. 1: 22-cv-1204 (JEB) |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a) and LCvR 7(h), Plaintiff Alain Goetz hereby moves for summary judgment on the grounds that Defendants' action, findings, and conclusions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 701. Plaintiff respectfully requests that this Court deny Defendants' motion for summary judgment.

In support of this motion and opposition, Plaintiff relies upon the attached memorandum of points and authorities. A proposed order is also attached.

October 21, 2024

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Email: ferrari@falawpc.com

D.C. Bar No. 978253

*Counsel for Plaintiff*