UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1: 22-cv-1204 (JEB)<br>) |
| LISA M. PALLUCONI<br>Acting Director of the Office of Foreign<br>Assets Control, *et al*. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition and Cross-Motion for Summary Judgment, and any opposition and replies thereto, it is hereby ORDERED that Defendants' Motion is DENIED; and it is further:

ORDERED that Plaintiff's Cross-Motion is GRANTED; and it is further

ORDERED that Defendants vacate the United States Department of the Treasury's Office of Foreign Assets Control's March 1, 2024 denial of Plaintiff's second petition for administrative reconsideration; and it is further

ORDERED that Defendants rescind Plaintiff's designation under E.O. 13413, as amended, and remove Plaintiff's name from the United States Department of the Treasury's Office of Foreign Assets Control's Specially Designated Nationals and Blocked Persons List.

**SO ORDERED.**

_____  _____
DATE  HONORABLE JAMES E. BOASBERG
  Chief Judge of the District Court