**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALAIN GOETZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-1204 (JEB) |
| LISA M. PALLUCONI, Acting Director, Office of Foreign Assets Control, *et al.*, | ) |
| Defendants. | ) |

**JOINT MOTION TO AMEND SCHEDULE**

The parties respectfully request that the Court extend and set new deadlines for the filing of the Joint Appendix and the lodging of the *ex parte* administrative record up through and including January 17, 2025.

In a Minute Order dated June 11, 2024, the Court set a schedule for the filing of an amended complaint and the briefing of summary judgment. In accordance with that schedule, the parties completed briefing on December 6, 2024. Pursuant to that schedule, the Joint Appendix required by Local Rule 7(n) is currently due December 20, 2024.

Defendants anticipate lodging the *ex parte* administrative record (including classified and privileged information) in support of the motion for summary judgment as well. *See* 50 U.S.C. § 1702(c); *see, e.g., Holy Land Found. for Relief & Dev. v. Ashcroft*, 333 F.3d 156, 164 (D.C. Cir. 2003); *Olenga v. Gacki*, 507 F. Supp. 3d 260, 276 (D.D.C. 2020). Defendants represent that the lodging of *ex parte* material for the Court's review requires extensive review, coordination and approvals within the Government, an ongoing process.

1

The parties respectfully request additional time to complete these tasks, up through and including January 17, 2025.

Dated: December 20, 2024       Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHEN ELLIOTT
Assistant Branch Director

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

*/s/ Erich C. Ferrari*
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Tel: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*