**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALAIN GOETZ, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:22-cv-1204 (JEB) |
| LISA M. PALLUCONI, Acting Director, ) Office of Foreign Assets Control, *et al.*, ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Having considered the submissions of the parties, the Court hereby ORDERS that the Joint Motion to Amend the Scheduling Order is GRANTED. It is further ORDERED that Plaintiff shall file the joint appendix on or before January 17, 2025; Defendants shall make the *ex parte* lodging on or before January 17, 2025. SO ORDERED.

.

Dated: _____

_____
HON. JAMES E. BOASBERG
Chief United States District Judge

1