IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-1204 (JEB) |
| LISA M. PALLUCONI, Acting Director,[1] Office of Foreign Assets Control, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF LODGING CLASSIFIED MATERIALS**

Defendants, through undersigned counsel, hereby provide notice that today, January 16, 2025, the Government is lodging for submission classified information in support of Defendants' motion for summary judgment, ECF No. 32, and in opposition to Plaintiff's motion for summary judgment, ECF No. 34. This *ex parte*, *in camera* submission includes classified, non-public portions of the administrative record in this matter. *See* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information used in designations pursuant to the International Emergency Economic Powers Act); Executive Order 13526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information). The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, DC, (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

---

[1] Lisa Palluconi, the current Acting Director of the Office of Foreign Assets Control, is automatically substituted for Bradley Smith, who was substituted for Andrea Gacki pursuant to Fed. R. Civ. P. 25(d).

1

Dated: January 16, 2025                    Respectfully submitted,

                                                                   BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

<u>/s/Amy E. Powell</u>
AMY E. POWELL
Senior Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on January 16, 2025, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, serving by electronic means.


*/s/ Amy E. Powell*
AMY E.  POWELL
*Counsel for Defendants*