UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALAIN GOETZ, <br><br> Plaintiff, <br><br> v. <br><br> LISA M. PALLUCONI, <br> Acting Director of the Office of Foreign Assets Control, *et al*. <br><br> Defendants. | Case No. 1:22-cv-1204 (JEB) |

## JOINT APPENDIX

Pursuant to LCvR 7(n), Plaintiff hereby provides the joint appendix "containing copies of those portions of the administrative record that are cited or otherwise relied upon in [the] memorand[a] in support of or in opposition to [the] dispositive motion[s]" at issue. The joint appendix has been agreed on by the parties consistent with LCvR 7(n)(2).

Plaintiff's counsel redacted certain additional private information (e.g., account information) from the joint appendix, and Defendants do not object.

Dated: January 17, 2025

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Counsel for Plaintiff*