UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

Excellence Monsieur le Ministre, lors de cette dernière réunion présidée par vous, la SMB Sarl a affirmé, sans rires, qu'elle achète aujourd'hui directement les minerais des creuseurs sans passer par notre Coopérative. Ceci constitue une fraude grave dans la mesure où ce le nouveau Code Minier organise l'activité minière artisanale de telle sorte que les exploitants artisanaux ne peuvent vendre leur production qu'à travers la Coopérative. Cette pratique frauduleuse dans le chef de la SMB Sarl constitue une autre cause de la baisse de notre production et une violation flagrante et intentionnelle du Code Minier.

Excellence, il est curieux de lire à travers les écrits de la SMB Sarl des imputations dommageables et même des dénonciations calomnieuses qui tentent d'associer notre coopérative aux autorités militaro-judiciaires de la Province du Nord Kivu. Il est une contradiction notoire de lire que la CNLFM enregistre des nombreux cas de fraude minière et en même temps affirmer que le Colonel NDAKA, Auditeur Militaire Supérieur Opérationnel du Nord Kivu, faisant fonction de Coordinateur provincial de la CNLFM, est l'autorité judiciaire qui organise la fraude. C'est simplement une affirmation diffamatoire à l'égard de ce haut cadre de la justice et à notre égard également.

Il vous souviendra qu'à la dernière réunion que vous avez organisée à votre Cabinet de travail, nous vous avions suggéré entre autre de vérifier les exportations de la SMB Sarl pour être sûre qu'elle exporte régulièrement toute la production que nous lui livrons. Et considérant qu'elle ne produit rien par elle-même, cela vous permettra aussi de comprendre comment la SMB Sarl organise visiblement une fraude minière à grande échelle.

Votre Excellence, l'occasion de cette dénonciation faite par la SMB Sarl constitue pour nous un moyen de vous rappeler la promesse que vous avez tenu lors de ladite réunion du 15 février

**Adresses** : Avenue MACINKOATION1 n°277, Quartier KYESHERO, Ville de GOMA, Province du NORD-KIVU
Tél : (+243)992109360~(+243)810261518~ (+243)208309135



UNCLASSIFIED

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

investigations au sujet des déclarations faites par toutes les parties en présence.

C'est ici l'occasion pour nous de vous informer que répondant finalement à ces dénonciations calomnieuses faites irrégulièrement par la SMB Sarl à travers ses organes contre nos membres et même contre notre Coopérative, nous saisissons notre Cabinet-Conseil qui nous lit en ampliation aux fins d'initier une procédure judiciaire contre les animateurs de la SMB Sarl pour dénonciations calomnieuses et imputations dommageables selon le cas.

Dans l'espoir que l'examen du dossier de l'exploitation minière paisible à Masisi dans le Nord Kivu demeure votre priorité, nous vous prions de croire, Excellence Monsieur le Ministre, en l'assurance de notre parfaite considération.

Pour la COOPERAMMA/CA

ZIUMWABAGABO NYAMURWANA Vincent
V/Président du Conseil d'Administration

C.C. :
- A Son Excellence Monsieur le Président de la République, Chef de l'État (avec nos hommages les plus déférents)
  **Au Palais de la nation**
- A l'Honorable Président du Sénat (Avec nos considérations particulières)
- A l'Honorable Présidente de l'Assemblée Nationale (Avec l'expression de nos hommages distingués)
  **Tous au Palais du Peuple à Kinshasa**
- A Son Excellence Monsieur le Premier Ministre, Chef du Gouvernement (Avec nos hommages mérités)
- A Son Excellence Monsieur le Vice-premier Ministre, Ministre de l'Intérieur, Sécurité et Affaires Coutumières ;
- A Son Excellence Monsieur le Vice-premier Ministre, Ministre de la Justice et Garde des Sceaux ;
- A Son Excellence Monsieur le Ministre de la Défense Nationale ;
- A Son Excellence Monsieur le Ministre des Droits Humains ;
  **Tous à l'Hôtel du Gouvernement à Kinshasa**
- Au Représentant Spécial du Secrétaire Général des Nations Unies en RDC
- A l'Ambassadeur de l'Union Européenne en RDC
  **(Tous) à Kinshasa**
- Aux Honorables Sénateurs élus de la Province du Nord Kivu ;
- Aux Honorables Députés Nationaux de la circonscription électorale de Masisi

Adresses : Avenue PACIFICATION1 n°277, Quartier KYESHERO, Ville de GOMA, Province du NORD-KIVU
Tél : (+243)992109360- (+243)819269518- (+243)808309335
Site : www.cooperamma.org
E-mail : cooperamma@gmail.com ;
République Démocratique Du Congo

Publicly available and also shared with the Group by COOPERAMMA
Publiquement accessible et fourni au Groupe par la COOPERAMMA

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

## Annex 54

### Further details – SMB company response to the Group's questions

### Détails additionnels – réponse de SMB aux questions du Groupe

SMB told the Group that it considered that the company lost around 50 tonnes per month during 2019 of coltan due to smuggling from its concession PE 7431 at Rubaya, Masisi territory. With regard to delayed payment of diggers, the company told the Group that this was partly due to a "mis-information campaign" during its transition between traceability schemes from the iTSCi scheme to the BSP scheme, which the company now uses, and which had resulted in cash-flow problems. Regarding "Rusias" specifically, the company acknowledged rumours about such a situation but had not identified a concrete case at the time of writing this report. The company shared with the Group a copy of a communication which it had issued at its concession forbidding any such practises.

SMB a dit au Groupe que qu'elle avait estimé perdre un peu plus de 50 tonnes de coltan par mois, en 2019, de la concession PE 7431 à Rubaya, territoire de Masisi. La société a également indiqué au Groupe que le retard de paiement des creuseurs était dû en partie à une « campagne de diabolisation » lors de sa transition du schéma de traçabilité iTSCi au schéma BSP que la société utilisait désormais, et qui avait engendré des problèmes de liquidités. Concernant spécifiquement le system de « Rusias », la société a reconnu qu'il y exitait des rumeurs à propos d'une telle situation mais n'avait pas pu identifier de cas concret au moment de la rédaction de ce rapport. La société a partagé avec le Groupe une copie d'une communication interdisant de telles pratiques qu'elle avait diffusée dans sa concession.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 55**

**Details about Jean-Claude Gafishi as presented by the Group to Rwandan authorities**

**Détails relatifs à Jean-Claude Gafishi tels que présentés par le Groupe aux autorités rwandaises**

Gafishi's Rwandan Laissez Passer number is LP441792. During this reporting period, the Group received information that Gafishi was still involved in cross-border trafficking of minerals.

Le numéro du laissez-passer rwandais de Gafishi est LP441792. Au cours de la période considérée, le Groupe a été informé que Gafishi était toujours impliqué dans le trafic transfrontalier de minéraux.





UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

## Annex 56

**Annual due diligence reports by companies reporting to ICGLR standards under Congolese law**

**Rapports annuels de devoir de diligence par les entreprises faisant rapport aux normes de la CIRGL en vertu de la loi congolaise**

Pursuant to its mandate as renewed by resolution 2478 (2019) the Group assessed whether necessary measures were in place by entities and individuals operating in the DRC's tin, tantalum, tungsten and gold sectors to exercise supply chain due diligence per paragraphs 8 and 9 of Security Council resolution 1952 (2010) (see S/2010/596) and ICGLR and OECD guidelines. The Group recalled that as per paragraphs 8 and 9 of S/2010/1952 failure to report on supply chains may be considered a sanctionable offence.

By the time of drafting this report, the Group had received responses from the following individuals or entities:

Conformément à son mandat renouvelé par la résolution 2478 (2019), le Groupe a évalué si des mesures nécessaires avaient été mises en place par des entités et des individus opérant dans les secteurs de l'étain, du tantale, du tungstène et de l'or en RDC afin d'exercer leur devoir de diligence raisonnable à l'égard de la chaîne d'approvisionnement, conformément aux paragraphs 8 et 9 de la résolution 1952 (2010) du Conseil de Sécurité (voir S/2010/596) et les directives de la CIRGL et de l'OCDE. Le Groupe rappelle que conformément aux paragraphes 8 et 9 de la resolution de la résolution 1952 (2010) (see S/2010/1952), le défaut de rapport sur les chaînes d'approvisionnement peut être considéré comme une infraction passible de sanctions.

Au moment de la rédaction de ce rapport, le Groupe avait reçu des réponses des personnes ou entités suivantes :

Alphamin Bisie Mining SA
AMUR
Coopérative des artisanaux miniers du Congo (CDMC)
Huaying Trading Company SARL
Rash et Rash SARL
Sakima SA
Sogecom SARL
Willem Minerals Company (WMC) SARL

Avanish SARL sent the Group a screenshot of the front cover of its report but said it could not transmit the full copy due to office closure linked to COVID-19.

Mines Propres SARL told the Group that it had established a due diligence report for 2019, although the Group had not received a copy by the time of drafting this report.

Le Groupe a reçu une capture d'écran d'Avanish SARL de la première page de son rapport relatif au devoir de diligence mais l'entreprise a déclaré ne pas pouvoir en transmettre la copie intégrale en raison de la fermeture d'un bureau liée au COVID-19.

Mines Propres SARL a indiqué au Groupe qu'il avait établi un rapport relatif au devoir de diligence pour l'année 2019, bien que le Groupe n'en ait pas reçu de copie au moment de la rédaction de ce rapport.

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 57

**A circular by Rwanda Mines, Petroleum and Gas Board announcing the launch of a new certificate effective from April 2020, to be used for exports of minerals (including gold) rather than tin, tantalum and tungsten**

**Circulaire de l'Office rwandais des mines, du pétrole et du gaz annonçant le lancement d'un nouveau certificat à partir d'avril 2020, destiné à être utilisé pour les exportations de minéraux (y compris l'or) plutôt que d'étain, de tantale et de tungstène**

**REPUBLIC OF RWANDA**



**RWANDA MINES, PETROLEUM AND GAS BOARD**

**NOTICE**

In a bid to streamline the administrative procedures required for the export of minerals from Rwanda, Rwanda Mines, Petroleum and Gas Board (RMB) would like to inform all Mineral Exporters and the general public that we have redesigned the Mineral export certificates required for exporting minerals from Rwanda.

There are now two different certificates, the first one designated for Tin, Tungsten and Tantalum (commonly known as ICGLR mineral export certificates, and the second one for the rest of minerals (samples hereto attached).

RMB also hereby informs all interested mineral exporters the following general requirements for issuance of a mineral export certificate:

1. The applicant for export certificates should be duly licensed to mine, process or to trade in minerals in Rwanda;
2. Application for a mineral export certificate shall be made online through the Mineral Certificate Information System (MCIS) available at https://www.mcis.rmb.gov.rw/rmrc;
3. The application for a mineral export certificate must include a laboratory assay report from a sample of the minerals being prepared for export;
4. The application for a mineral export certificate shall include a copy of the contract (Off take contract) existing between the Mineral Exporter and the Buyer and a provisional invoice of every consignment;
5. An applicant for a mineral export certificate must notify RMB of the date and time of shipment preparation (mineral milling, mixing,

sorting, sampling, etc) and agree to the presence of RMB officer during this exercise.

**Specific requirements for application for a Non - 3Ts export certificate**

In addition to general requirements for application for a mineral export certificate mentioned above, the applicant for a non- 3Ts export certificate must:

1. If deemed practical, bring all his/her minerals to RMB or invite RMB officer to the exporter's premises for sample collection purposes;
2. Weigh his/her minerals accurately before addressing an application for a mineral export certificate to RMB.

**NOTE:**

1. For administrative purposes, RMB reserves the right to collect a duplicate and identical copy of the mineral sample used for the submitted assay report;
2. For the valuation of some minerals like color gemstones, the attending RMB officer observes grades and values the minerals (nature of the stone, weight, quality, value per weight unit, and the payable royalty) in RMB offices, uninterrupted and in absence of the applicant;
3. A mineral export certificate shall be issued by RMB after witnessing and verifying the proper packing, sealing and closing of mineral containers;
4. The application for a mineral export certificate shall be processed within two working days and the response shall notified to the applicant by RMB;
5. It is strictly prohibited to export minerals from Rwanda without a mineral export certificate issued by RMB.

This notice enters into force from the first day of April 2020.

Done in Kigali, on 03/03/2020



**Francis GATARE**
**Chief Executive Officer**

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

Below: Rwanda's prototype certificate for export of gold and other minerals other than tin, tantalum and tungsten (3Ts). Shared with the Group following the Group's official visit to Kigali in February 2020. The certificate started operating from April 2020 (see notice above).

Ci-dessous : Prototype de certificat du Rwanda pour l'exportation de l'or et d'autres minéraux sauf l'étain, le tantale et le tungstène (3Ts). Partagé avec le Groupe après la visite officielle du Groupe à Kigali en février 2020. Le certificat a commencé à fonctionner à partir d'avril 2020 (voir avis ci-dessus).



Below: Rwanda's prototype ICGLR certificate for the export of 3Ts. Shared with the Group following the Group's visit to Kigali in February 2020.

Ci-dessous : prototype du certificat CIRGL du Rwanda pour l'exportation de 3Ts. Le prototype du certificat a été partagé avec le Groupe suite à la visite du Groupe à Kigali en février 2020.



UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 58**

**Announcement by Burundi on the launch of its ICGLR certificate**

**Annonce du Burundi sur le lancement de son certificat CIRGL**

## 1. INTRODUCTION

1.1 The 19th Meeting of the ICGLR Regional Committee against the Illegal Exploitation on Natural Resources was held from 1st to 4th October 2019 in Ngozi, Republic of Burundi. The meeting was marked by the official launch of the ICGLR Certificate in the Republic of Burundi. The meeting was officially opened by His Excellency Dr Joseph Butore, the Second Vice-President of the Republic of Burundi.

1.2 The objective of the 19th Meeting of the ICGLR Regional Committee was threefold: Official launch of the ICGLR Certificate in the Republic of Burundi, Review of the Status of Implementation of the Roadmap for the 6 Tools of RINR and Consideration of the revised Manual of the Regional Certification Mechanism.

1.3 The following Member States attended the meeting: Republic of Burundi, Central African Republic, Republic of Congo, Democratic Republic of Congo, Republic of Kenya, Republic of South Sudan, Republic of Zambia, United Republic of Tanzania and Republic of Uganda. The Chairperson of the ICGLR Regional Audit Committee also attended the meeting.

1.4 Besides, ICGLR partners in implementation of the RINR, namely GIZ, BGR and IMPACT attended the meeting as observers. It was also attended by the Director General of AMGC and officials of the Ministry of Minerals of the United Republic of Tanzania and those of the Ministry of Mines of the DRC from South Kivu Province.

## 2. OPENING SESSION

2.1 The meeting was officially opened by H.E. Dr Joseph Butore, Vice-President of the Republic of Burundi. The Opening Session was also

Page 2 sur 8

S/2020/482

## Annex 59

### Results of letters enquiring about arrival of ICGLR certificates for gold exports

### Résultats des lettres demandant l'arrivée des certificats de la CIRGL pour les exportations d'or

The Group wrote to all entities recorded on official ICGLR export certificates for gold exports for 2019 (and 2018 for Ituri province) from South Kivu and Ituri provinces. North Kivu did not issue any certificates for gold for 2019 as it did not make any gold exports for that year. Responses received by the time of drafting this report are included here.

Tasha Gold, based in Dubai, confirmed to the Group that it had received two gold imports accompanied by Congolese ICGLR certificates during 2019.

Jacquo New BVDA, based in Belgium, confirmed knowledge of the gold export written on an ICGLR certificate issued by Congolese authorities and seen by the Group, but told the Group that they did not eventually purchase the gold detailed on the certificate and that the exporter, NRZ Group, had sold the gold elsewhere. Jacquo New BVDA told the Group that they had not purchased any gold from the DRC during 2019.

Portuguese authorities confirmed to the Group that 2.263 kilograms of gold arrived in Portugal from Ituri province with an ICGLR certificate in 2018.

The Group noted that during the mandate the Congolese *Initiative pour la transparence de l'or artisanal* (ITOA) gold traceability system (see S/2018/531, para. 112) was not active in any of the provinces visited by the Group.

Le Groupe a adressé une lettre à toutes les entités inscrites sur les certificats d'exportation officiels de la CIRGL pour les exportations d'or pour 2019 (et 2018 pour la province d'Ituri) pour les provinces du Sud Kivu et d'Ituri. Le Nord Kivu n'a délivré aucun certificat pour l'or pour 2019 car il n'a effectué aucune exportation d'or pour cette année. Les réponses reçues au moment de la rédaction de ce rapport sont incluses ici.

Tasha Gold, basée à Dubaï, a confirmé au Groupe qu'elle avait reçu deux importations d'or accompagnées de certificats congolais de la CIRGL en 2019.

Jacquo New BVDA, basée en Belgique, a confirmé sa connaissance de l'exportation d'or mentionnée sur un certificat de la CIRGL délivré par les autorités congolaises et vu par le Groupe, mais a déclaré au Groupe qu'elle n'avait finalement pas acheté l'or détaillé sur le certificat et que l'exportateur NRZ Group avait vendu l'or ailleurs. Jacquo New BVDA a déclaré au Groupe qu'il n'avait pas acheté d'or de la RDC en 2019.

Les autorités portugaises ont confirmé au Groupe que 2,263 kilogrammes d'or sont arrivés au Portugal en provenance de la province d'Ituri avec un certificat CIRGL en 2018.

Le Groupe a noté que pendant le mandat, le système de traçabilité de l'or de l'Initiative congolaise pour la transparence de l'or (ITOA) (voir S/2018/53, par. 112) n'était actif dans aucune des provinces visitées par le Groupe.

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 60**

**Fraudulent ICGLR certificate shown to the Group by mining authorities in Bunia, Ituri, February 2020**

**Certificat frauduleux de la CIRGL montré au Groupe par les autorités minières de Bunia, Ituri, février 2020**



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

## Annex 61

**Fuel stations owned by gold traders in Bunia**

**Stations d'essence appartenant à des négociants en or à Bunia**

Between October 2019 and March 2020 the Group spoke to representatives of fifteen of the fuel stations in Bunia, Ituri province and established that gold trader Banga Ndjelo owned the fuel station called Sonahydrossa, gold trader Mambo Kamaragi owned the fuel station M.K., and gold trader Exodus Deba owned the fuel station called Trilex.

The Group was unable to contact Ndeljo and Kamaragi. The Group contacted Deba but had not received a response at the time of writing this report.

Entre octobre 2019 et mars 2020, le Groupe s'est entretenu avec des représentants de quinze des stations d'essence de Bunia, dans la province de l'Ituri, et a établi que le négociant en or Banga Ndjelo était propriétaire de la statio d'essence appelée Sonahydrossa, le négociant en or Mambo Kamaragi était propriétaire de la station d'essence M.K. et le négociant en or Exodus Deba était propriétaire de la station d'essence appelée Trilex.

Le Groupe n'a pas pu contacter Ndeljo et Kamaragi. Le Groupe a contacté Deba mais n'avait pas reçu de réponse au moment de la rédaction de ce rapport.

EXHIBIT 60

S/2020/482

## Annex 62

### Map of Masisi and Rutshuru territories

### Carte des territoires de Masisi et de Rutshuru





20-06401
DRC-30316 1317

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Maps from the World Food Programme and annotated by the Group

Cartes du Programme alimentaire mondial et annotées par le Groupe

UNCLASSIFIED    EXHIBIT 60

S/2020/482

## Annex 63

**Group's methodology to attribute rapes to a specific armed group and findings on rape committed by armed combatants other than NDC-R and CMC/FDP**

**Méthodologie du Groupe pour attribuer les viols à un groupe armé spécifique et conclusions sur les viols commis par des combattants armés autres que le NDC-R et le CMC/FDP**

The Group found that the 92 women and girls it interviewed were raped by armed combatants in Masisi and Rutshuru territories between January 2019 and February 2020. To determine the combatants' affiliation, the Group cumulatively assessed several factors, including armed groups' control, presence and/or operations at or around the rape scene at the relevant time, self-introduction by the rapists, requests for payment of specific armed group's taxes and verification of *jetons*, victims' detention in their rapists' camps, victims' knowledge of the rapists, rapists' references to enemy armed groups, the languages, accents and ethnicity of the perpetrators as well as any other relevant elements indicating an armed group's affiliation.

In addition to the rapes attributed to NDC-R and CMC/FDP combatants, the Group found with respect to 11 of the 92 victims that:

- Nyatura Kavumbi combatants raped two victims in two separate incidents in Rutovu and Kihusha, Masisi territory, in February 2019. Kavumbi surrendered to FARDC with some of his combatants on 29 March 2019 (see S/2019/469. para. 55). Some of Kavumbi combatants joined NDC-R, according to one civil society source.

- Two underage victims and a woman transporting charcoal were each raped by one different FDLR combatant around Kiyumba, Rutshuru territory, in August 2019.

- Two APCLS combatants raped one victim in Muhanga, Masisi territory, in January 2019. Two APCLS combatants raped another victim in Ngingwe, Masisi territory, in February 2019. In the same month, two victims were each raped by two APCLS combatants in Kiekire, Masisi territory. These villages are close to one another.

- One victim was raped by either NDC-R or CMC/FDP combatants in Mashango, Rutshuru territory, in January 2020.

- Two victims were raped by either CMC/FDP or APCLS combatants in Tchahemba/Kyahemba, Rutshuru territory, in two separate incidents at the end of February 2019 and March 2019, respectively.

Le Groupe a établi que les 92 femmes et filles qu'il a interviewées ont été violées par des combattants armés dans les territoires de Masisi et de Rutshuru entre janvier 2019 et février 2020. Pour déterminer l'appartenance des combattants à un groupe armé spécifique, le Groupe a cumulativement pris en compte plusieurs facteurs, y compris le contrôle, la présence et/ou les opérations menées par des groupes armés sur le lieu des viols, ou autour, au moment pertinent, le fait que les violeurs ont indiqué leur affiliation à leurs victimes, les demandes de paiement de taxes spécifiques à certains groupes et les vérifications des *jetons,* la détention des victimes dans les camps de leurs violeurs, la connaissance des victimes de leurs violeurs, les références des violeurs aux groupes armés ennemis, les langues parlées par les violeurs, leur accent et leur ethnicité, ainsi que tout autre élément pertinent indicatif d'une appartenance à un groupe armé.

En plus des viols attribués aux combattants du NDC-R et du CMC/FDP, le Groupe a établi s'agissant de 11 des 92 victimes que :

UNCLASSIFIED                          EXHIBIT 60

- Les combattants de Nyatura Kavumbi ont violé deux victimes au cours de deux incidents séparés à Rutovu et Kihusha dans le territoire de Masisi en février 2019. Kavumbi s'est rendu aux FARDC avec certains de ses combattants le 29 mars 2019 (voir S/2019/469, par. 55). Certains de ses combattants ont rejoint le NDC-R, d'après une source de la société civile.

- Deux victimes mineures et une femme transportant du charbon de bois ont chacune été violées par un combattant des FDLR différent autour de Kiyumba dans le territoire de Rutshuru en août 2019.

- Deux combattants de l'APCLS ont violé une victime à Muhanga dans le territoire de Masisi en janvier 2019. Deux combattants de l'APCLS ont violé une autre victime à Ngingwe dans le territoire de Masisi en février 2019. Au cours du même mois, deux victimes ont chacune été violée par deux combattants de l'APCLS à Kiekire dans le territoire de Masisi. Ces villages sont à côté les uns des autres.

- Une victime a été violée par des combattants du NDC-R ou du CMC/FDP à Mashango dans le territoire de Rutshuru en janvier 2020.

- Deux victimes ont été violées par des combattants du CMC/FDP ou de l'APCLS à Tchahemba/Kyahemba, dans le territoire de Rutshuru, au cours de deux incidents distincts qui ont respectivement eu lieu à la fin février 2019 et en mars 2019.

UNCLASSIFIED        EXHIBIT 60

S/2020/482

**Annex 64**

**Photographs of victims' clothes torn by their rapists**

**Photographies des vêtements de certaines victimes déchirés par leurs violeurs**

 



 

Photographs taken by the Group

Photographies prises par le Groupe

UNCLASSIFIED            EXHIBIT 60

S/2020/482

**Annex 65**

**NDC-R** *jetons*

*Jetons* **du NDC-R**







Photographs taken by the Group

Photographies prises par le Groupe

UNCLASSIFIED            20-06401
152 of 528

UNCLASSIFIED    EXHIBIT 60

S/2020/482

The Group found that NDC-R taxes weighed heavily on civilians in areas under NDC-R control and often led to the commission of serious human rights and international humanitarian law violations by NDC-R combatants.

Nine civil society sources, one local chief and over 10 rape victims confirmed that NDC-R continued to impose a 1,000 CDF monthly tax on everyone over 15 years of age (based on corpulence) and to badly mistreat, imprison and/or fine those who failed to pay the tax, consistent with past findings (see S/2019/974, para. 18; S/2019/469, para. 190). According to ten of these sources, fines varied between 10,000 and 200,000 CDF depending on wealth. After their rape, three victims were detained for a few days in underground pits inside NDC-R positions for failure to pay the *jeton*. A relative of one of them had to pay 20,000 CDF for her release.

One civil society actor explained that at the beginning of 2020, displaced persons from Bukonde who had taken refuge in Pinga (both places in Masisi territory) following armed clashes had to pass through an NDC-R checkpoint to reach their fields in Bukonde. Several of them, unable to pay the tax, were imprisoned, whipped, forced to transport goods for NDC-R or to pay fines.

As mentioned above, NDC-R combatants used verification of *jetons* as a pretext to commit rape, but also to summarily kill civilians. One rape victim witnessed the killing of her son, who tried to escape verification of the *jetons*, by NDC-R elements in Shibu in November 2019. Their NDC-R commander stated afterwards that they had killed him because he was a "Nyatura". A civil society actor also referred to another man being killed during the verification of his *jeton*. In January 2020, a rape victim was beaten and shot in the leg by the NDC-R combatants checking her *jeton* (this happened on another day than that of her rape).

Two civil society sources described how NDC-R combatants performed forced recovery of taxes from the middle of each month, including by blocking all roads especially on market days. Another civil society actor and a rape victim said that NDC-R combatants came at night to houses to request the tax. One civil society actor explained that he kept the *jetons* of the previous months to avoid any problems with NDC-R combatants, if checked.

One local chief pointed out that if NDC-R combatants found someone with a CMC/FDP *jeton*, they would harm that person, and vice-versa. Civilians living in an area under the control of one of the two armed groups but with fields in an area under the control of the other armed group, had to pay both the NDC-R and CMC/FDP taxes.

Le Groupe a établi que les taxes imposées par le NDC-R pesait lourdement sur la population civile sous contrôle du NDC-R et étaient souvent l'origine de violations sérieuses des droits de l'homme et du droit international humanitaire par les combattants du NDC-R.

Neuf sources de la société civile, un chef local et plus de 10 victimes de viol ont confirmé que le NDC-R continuait à imposer une taxe mensuelle de 1,000 CDF à toute personne au-dessus de 15 ans (sur la base de la corpulence) et de gravement maltraiter, d'emprisonner et/ou d'imposer des amendes à ceux qui n'avaient pas payer la taxe, conformément aux conclusions précédentes du Groupe (voir S/2019/974, par. 18; S/2019/469, par. 190). D'après 10 de ces sources, les amendes variaient de 10,000 à 200,000 CDF en fonction de la richesse des contrevenants. Après leur viol, trois victimes ont été détenues pour quelques jours dans des cachots souterrains dans des positions NDC-R pour défaut de paiement du jeton. Un membre de la famille de l'une d'elles a dû payer 20,000 CFD en échange de sa libération.

Un membre de la société civile a expliqué qu'au début de 2020, des personnes déplacées de Bukonde, qui avaient trouvé refuge à Pinga (les deux villages sont dans le territoire de Masisi) à la suite de combats, devaient passer par un point de contrôle du NDC-R pour accéder à leurs champs à Bukonde. Plusieurs de ces personnes, dans l'incapacité de payer la taxe, ont été emprisonnées, fouettées, forcées à transporter des biens pour le NDC-R ou à payer des amendes.

Comme mentionné plus haut, des combattants du NDC-R ont utilisé la vérification des jetons comme prétexte pour commettre des viols, mais aussi pour commettre des exécutions sommaires. Une victime de viol a ainsi assisté au

UNCLASSIFIED                              EXHIBIT 60

S/2020/482

meurtre de son fils, qui essayait de fuir la vérification des jetons, par des combattants du NDC-R à Shibu en no-
vembre 2019. Leur commandant a dit après coup qu'ils l'avaient tué car c'était un « Nyatura ». Un acteur de la
société civile a fait référence au meurtre d'un autre homme lors de la vérification de son jeton. En janvier 2020,
des combattants du NDC-R ont battu et tiré dans la jambe d'une victime de viol lors du contrôle de son jeton (lors
d'un autre incident que son viol).

Deux sources de la société civile ont décrit comment les combattants du NDC-R ont procédé au recouvrement forcé
des taxes à partir du milieu de chaque mois, y compris en bloquant toutes les routes, en particulier les jours de
marché. Un autre acteur de la société civile et une victime de viol ont dit que des combattants du NDC-R venaient
la nuit dans les maisons pour demander les taxes. Un acteur de la société civile a expliqué qu'il gardait les jetons
des mois précédents afin d'éviter tout problème avec les combattants du NDC-R en cas de contrôle.

Un chef local a souligné que si les combattants du NDC-R trouvaient quelqu'un avec un jeton du CMC/FDP, ils lui
feraient du mal, et inversement. Les civils vivant dans une zone sous le contrôle d'un des deux groupes armés mais
ayant leurs champs dans une zone sous le contrôle de l'autre, devaient payer les taxes du NDC-R et du CMC/FDP.

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 66

## Use of children by NDC-R

## Utilisation d'enfants par le NDC-R

Based on the testimonies of 11 rape victims, the Group found that, at least between December 2019 and February 2020, in Bwito and Bashali *chefferies,* NDC-R combatants and commanders used children as combatants and escorts as well as to perform various labor.

One victim told the Group that among the five NDC-R combatants who raped her in Bitwo *chefferie* in January 2020, one was 15 years old and carried a weapon. Another victim, raped around the same area in February 2020, said that amongst the 15 NDC-R combatants who captured her husband and herself, four were 15-16 years old and were the escorts of the commander who raped her five times. Three of the boys carried weapons and one carried a spear.

Three rape victims held captive and raped in an NDC-R position in Bashali *chefferie* in January 2020 saw "combatants" aged between 14 and 16 in the position. They did not carry any weapon but had batons according to one victim. Another of the three victims said that a 17-year-old combatant raped her, and saw another 17-year-old "escort" give weapons to a commander in the position.

Also, in January 2020, a rape victim, detained for three days in another NDC-R position in the same area, saw five children aged between 10 and 16, whom she described as combatants, fetching water and collecting wood. The children carried no weapons. Another victim saw three children between 13 and 15 years' old in a third NDC-R position in this area, where she was held captive and raped for a month from the end of December 2019. The children had machetes, but no weapons, and forced civilians to collect wood and fetch water. In a fourth NDC-R position in that area where a rape victim was held captive for a week in January 2020, the victim saw 14-year-old children receiving military training and some of these children carrying weapons.

During an attack on a village in Bashali *chefferie* in December 2019, NDC-R combatants killed male villagers, raped four women including the source, and captured her 12-year-old son together with three boys aged 11 to 14. According to the source, NDC-R combatants used the boys to wash clothes and cook. When her son returned home three days after his capture, NDC-R combatants captured him again and beat him and the source. Another victim from another village told the Group that NDC-R combatants took children from school to fetch water and collect wood, but released them after they had finished working.

MONUSCO confirmed the presence and use of children by NDC-R in 2019-2020.

During a phone call held on 1 May 2020, Désiré Ngabo Kisuba, NDC-R spokesperson, firmly denied the presence of any children in NDC-R.

Sur la base des témoignages de 11 victimes de viol, le Groupe a établi qu'au moins entre décembre 2019 et février 2020, dans les chefferies de Bwito et de Bashali, des combattants et des commandants du NDC-R ont utilisé des enfants comme combattants et escortes ainsi que pour faire des travaux divers.

Une victime a dit au Groupe que parmi les cinq combattants du NDC-R qui l'ont violée dans la chefferie de Bwito en janvier 2020, un était âgé de 15 ans et portait une arme. Une autre victime, violée autour de la même zone en février 2020, a déclaré que parmi les 15 combattants du NDC-R qui l'ont capturée avec son mari, quatre étaient âgés de 15-16 ans et étaient les escortes du commandant qui l'a violée cinq fois. Trois de ces enfants avaient une arme et le dernier une lance.

Trois victimes de viol retenues captives et violées dans une position du NDC-R dans la chefferie de Bashali en janvier 2020 ont vu des « combattants » entre 14 et 16 ans dans la position. Ils n'avaient pas d'armes, mais des

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

bâtons d'après l'une d'entre elles. Une autre de ces trois victimes a dit qu'un combattant âgé de 17 ans l'avait violée et qu'une autre escorte âgée de 17 ans avait donné des armes à un commandant dans la position.

Toujours en janvier 2020, une victime de viol détenue pendant trois jours dans une autre position NDC-R dans la même zone a vu cinq enfants entre 10 and 16 ans, qu'elle a décrit comme étant des « combattants », puiser de l'eau et ramasser du bois. Ces enfants ne portaient pas d'armes. Une autre victime a vu trois enfants entre 13 et 15 ans dans une troisième position du NDC-R où elle est restée captive et a été violée pendant un mois à partir de décembre 2019. Les enfants avaient des machettes, mais pas d'armes, et forçaient les civils à ramasser du bois et à puiser de l'eau. Dans une quatrième position du NDC-R dans cette zone où une victime de viol a été retenue captive pendant une semaine, la victime a vu des enfants de 14 ans recevoir un entrainement militaire et certains d'entre eux porter des armes.

Au cours de l'attaque dans un village de la chefferie de Bashali en décembre 2019, des combattants du NDC-R ont tué des villageois de sexe masculin, violé quatre femmes dont la source interviewée par le Groupe, et capturé son fils de 12 ans avec trois autres garçons âgés de 11 à 14 ans. D'après cette source, les combattants du NDC-R ont utilisé les garçons pour nettoyer les vêtements et cuisiner. Quand son fils est revenu trois jours plus tard à la maison, des enfants l'ont capturé à nouveau et ont battu la source et son fils. Une autre victime d'un autre village a dit au Groupe que les combattants du NDC-R prenaient les enfants de l'école pour puiser de l'eau et ramasser du bois, mais les relâchaient quand ils avaient fini leur travail.

MONUSCO a confirmé la présence d'enfants au sein du NDC-R et leur utilisation par le movement en 2019-2020.

Lors d'une conversation téléphonique du 1 mai 2020, Désiré Ngabo Kisuba, le porte-parole du NDC-R, a nié fermement toute présence d'enfants au sein du NDC-R.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 67**

**NDC-R threats against anyone reporting on NDC-R exactions**

**Menaces du NDC-R contre quiconque rapportant les exactions du NDC-R**

While sources unanimously denounced serious risks of retaliation associated with reporting rape committed by NDC-R combatants, seven civil society sources and one local chief pointed out that similar risks existed for anyone reporting on other NDC-R exactions.

Three of these sources told the Group that they were explicitly threatened by NDC-R commanders or combatants who suspected them of reporting on NDC-R. One source explained that at the beginning of 2020, NDC-R combatants arrested one civilian because he had spoken to MONUSCO staff. Another said that providing information could have him killed or expelled from his village, if NDC-R combatants knew about it. A third said that he would be in real danger if NDC-R combatants found out that he had spoken to the Group.

One source explained that he received threatening SMS, but deleted them out of fear that these SMS would be found if his phone were checked. In December 2019, that source was arrested by an NDC-R officer who told him to stop what he was doing.

Another source had to escape twice from his village because of NDC-R threats, including at the beginning of 2020. The source explained that during the same day, different NDC-R combatants pointed their weapons at him on two occasions, and persistently accused him for being among those accusing NDC-R of committing exactions. The second time, the NDC-R combatants also publicly threatened to kill him. Later that day, another NDC-R combatant told the source that he would kill him.

Alors que les sources du Groupe ont unanimement dénoncé de risques sérieux encourus à rapporter les viols commis par les combattants du NDC-R, sept sources de la société civile et un chef local ont souligné que des risques similaires existaient pour toute personne rapportant les autres exactions du NDC-R.

Trois de ces sources ont dit au Groupe avoir été explicitement menacées par des commandants ou des combattants du NDC-R qui les soupçonnaient de rapporter sur le NDC-R. Une source a expliqué qu'au début 2020, des combattants du NDC-R ont arrêté un civil pour avoir parlé à du personnel de la MONUSCO. Un autre a dit que si les combattants du NDC-R savaient qu'il donnait des informations à leur sujet, il pourrait être tué ou expulsé de son village. Un troisième a dit qu'il serait sérieusement en danger si des combattants du NDC-R apprenaient qu'il avait parlé au Groupe.

Une source a expliqué qu'il avait reçu des SMS menaçants, mais qu'il les avait effacés de peur que ces SMS ne soient découverts en cas de contrôle de son téléphone. En décembre 2019, cette source a été arrêtée par un officier du NDC-R qui lui a dit d'arrêter ce qu'il faisait.

Une autre source a dû s'enfuir à deux reprises de son village en raison des menaces du NDC-R, y compris au début 2020. Cette source a expliqué que le même jour, des combattants différents du NDC-R avaient, à deux occasions différentes, pointé leurs fusils vers lui et lui avaient sévèrement reproché d'être parmi ceux qui accusait le NDC-R de commettre des exactions. La seconde fois, les combattants du NDC-R ont aussi publiquement menacé de le tuer. Plus tard le même jour, un autre combattant du NDC-R a dit à la source qu'il le tuerait.

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 68**

**NDC-R press release of 14 April 2019 denying that its combatants committed rape**

**Communiqué de presse du 14 avril 2019 du NDC-R niant la commission de viols par ses combattants**

---

République Démocratique du Congo
Mouvement Politico-militaire
Nduma pour la Défense du Congo Rénové
*Bureau Politique*
Tél. +243 85 21 42 934 ; +243 82 53 45 512 . +243 85 89 97 991 ; +243 82 09 94 019

ndcr.drc@gmail.com; guidonshimiray@gmail.com

*COMMUNIQUE DE PRESSE N°S/SE.NDCR.2019 Portant démenti formel sur les allégations mensongères de la Police Nationale Congolaise, District de KITCHANGA.*

C'est avec consternation que le Bureau Politique du Mouvement Politico-militaire Nduma pour la Défense du Congo Rénové, NDCR en sigle, a suivi à travers les voix des ondes des radios nationales et internationales des allégations mensongères dont notre Mouvement a été victime suite à un rapport de la Police Nationale Congolaise District de Kitchanga faisant étant de 57 femmes violées entre Janvier et Mars 2019 et plus de 300 personnes tuées dans les affrontements que les éléments du NDC Rénové engagent contre la Coalition FDLR NYANTURA et APCLS dans la Chefferie de Bashali Mukoto en territoire de Masisi au Nord-Kivu.

Nous prenons en témoin la MONUSCO, l'Appel de Genève, le CICR et d'autres Organisations humanitaires qui engagent des communications humanitaires avec le NDC Rénové et qui tiennent des preuves de bonne pratique et du respect du Droit International Humanitaire par les combattants du NDC Rénové sur toute l'étendue sous leurs contrôle.

Aussi tôt informé ces allégations, toutes les démarches ont été faites par le haut Commandement du NDC-Rénové pour vérifier ces faits nous imputés auprès des Chefs locaux et aux populations locales, surpris de la nouvelle, ces derniers ont incriminé l'informateur de la PNC District de Kitchanga et certaines organisations locales.

A cet effet, le Bureau Politique du NDC Rénové voudrait donc, en dénonciation de cette désinformation diffamatoire, apporter ici un démenti formel et catégorique. C'est une absurdité totale, une allégation mensongère et une unième tentative visant à nuire la réputation du NDC Rénové et à porter atteinte à sa crédibilité et à décourager nos combattants dans leurs détermination d'éradiquer le phénomène FDLR et alliés à l'Est de la RD Congo.

Le NDC Rénové ne pas derrière ces violations graves de Droit Humain et invite les Organisations Indépendantes des Droits Humains de ce déployer sur la zone ciblée sans interférence en fin de vérifier ces allégations nous imputées.

Il s'agit de :
1. La MONUSCO (BCNUDH)
2. Human Right Watch
3. CICR
4. ABA
5. CNRJ
6. GSYPAD
7. Les autres

Cette démarche indépendante permettra aux Organisations des Droits de l'homme de ne plus considérer des rapports à source douteuse et malintentionnée de personnes et/ou Organisation travaillant pour les comptes des FDLR et alliés.

---

UNCLASSIFIED

UNCLASSIFIED

EXHIBIT 60

**S/2020/482**

Cependant, Le Bureau Politique et le Haut Commandement du NDC Rénové déclarent haut et fort la poursuite des Opérations dans le respect du Droit International Humanitaire, et que l'opération lancée dans le MASISI et RUTCHURU depuis le mois de Janvier 2019 ne vise pas la population civile, mais plutôt les FDLR et alliés qui pendant des décennies ont pillé, violé, tué les paisibles citoyens sans être inquiété.

Le Bureau Politique est disponible de faciliter le travail aux journalistes indépendants nationaux et Internationaux afin d'assurer la couverture médiatique des opérations contre les Génocidaires Rwandais FDLR.

Ainsi fait à MUSITUNI ; le 14/04/2019

**Pour le Bureau Politique du Mouvement Politico-militaire NDC Rénové**

**BUUME KATASSA Bêton**

**Représentant Politique**

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 69**

**Maps of Beni territory and south of Irumu and Mambasa territories**

**Cartes du territoire de Beni et du sud des territoires de l'Irumu et de Mambasa**



UNCLASSIFIED

EXHIBIT 60

**S/2020/482**



Maps provided by MONUSCO and annonated by the Group

Cartes fournies par la MONUSCO et annotées par le Groupe

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 70**

**Sex worker permit issued by Sheikh Hassani on 1 October 2019**

**Permis de travailleuse du sexe émis par Sheikh Hassani le 1 Octobre 2019**

Provided to the Group by MONUSCO

Fourni au Groupe par la MONUSCO

UNCLASSIFIED

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 71

**Communiqué issued by Sheikh Hassani on or around 16 January 2020**

**Communiqué du Sheikh Hassani émis le ou autour du 16 janvier 2020**



Provided to the Group by MONUSCO

Fourni au Groupe par la MONUSCO

Translation by the Group/Translation by the Group

ANNOUNCEMENT

Operation Return

In sympathy, humility and love, my brothers, I request you to vacate the town. I want to go and revenge against the infidels. God knows the outcome. Its for love that I ask you to evacuate your children and your belongings. A bullet does not choose.

Operation comb comb

20-06401
DRC-30316 1333

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

In the name of citizens' pain and the country.

Sheikh Assani Uzaifa Mitende

COMMUNIQUÉ

Opération Retour

Avec sympathie, humilté et amour, mes frères, je vous demande de quitter la ville. Je veux partir et prendre ma revanche contres les infidèles. Dieu connait quelle en sera l'issue. C'est par amour que je vous demande d'évacuer avec vos enfants et vos biens. Les balles ne choisissent pas.

Opération peigne peigne

Au nom de la douleur des citoyens et du pays

Sheikh Assani Uzaifa Mitende

S/2020/482

**Annex 72**

**Photographs of civilians from Salamabila leaving the town following Sheikh Hassani's instructions of mid-January 2020**

**Photographies de civils de Salamabila quittant la ville suite aux instructions de Sheikh Hassani de mi-janvier 2020**

 



Photographs provided to the Group by various sources

Photographies fournies au Groupe par des sources diverses

UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

## Annex 73

### Foreword on the methodology for the arms annexes

### Avant-propos sur la méthodologie pour les annexes de la section armes

As free access to military barracks and official documents was not granted to the Group, and in order to provide the Committee with detailed information, an in-depth search was conducted on social media networks to identify and illustrate materiel transferred to the DRC without notification.

Testimony of three FARDC officers and three PNC officers also authenticated photographs of the materiel presented in this report and confirmed that the materiel was acquired between 2010 and the drafting of this report.

The materiel presented here appeared on several social media profiles and the circumstances in which and places where they were taken clearly showed that the personnel carrying this materiel belonged to the Congolese security forces. In this respect, they wore FARDC uniforms which were introduced in the 2009/2010 period. This clearly indicated that the photograhs presented here dated after the imposition of the arms embargo. Nevertheless, some FARDC members still wear kaki uniforms, such as those found on new recruits mainly in training centers.

L'accès aux emprises militaires ainsi qu'à des documents officiels n'étant pas accordé au Groupe et afin de fournir des informations détaillées au Comité, une recherche approfondie a été conduite sur les réseaux sociaux dans le but d'identifier et d'illustrer le matériel transféré en RDC en l'absence de notification.

Les témoignages de trois officiers FARDC et de trois cadres de la PNC qui ont authentifié la sélection des photographies de matériel militaire confirment qu'ils ont été acquis entre 2010 et la rédaction de ce rapport.

Le matériel ici présenté apparaissait sur plusieurs profils des réseaux sociaux et les circonstances ainsi que les lieux où elles avaient été prises soulignaient bien que le personnel porteur de ce matériel appartenait aux forces de sécurité congolaises. À cet égard, ils étaient en uniformes bariolés FARDC qui avaient été adoptés dans la période 2009/2010. Ceci indiquait bien que les photographies ici présentées etaient postérieures à l'imposition de l'embargo. Certains membres des FARDC portaient néanmoins des uniformes kaki, que revêtaient souvent les recrues dans les centres d'instruction.

### Ammunition documented in the hands of armed groups combatants

### Munitions documentées dans les mains de combattants de groups armés

Ammunition in this section is presented by country of production and armed groups with which they were found.

Information presented aimed at highlighting not only the scope of transfers to armed groups but also identifying the batches of ammunition acquired after the imposition of the embargo and for which there was no notification.

The Group had no indication that ammunition documented here was transferred by Member States to armed groups. The Group rather found that the bulk of ammunition was recovered by armed groups from FARDC and/or PNC during operations and/or were transferred by individuals serving in the security forces.

Les munitions dans cette section sont présentées en fonction des pays de production et des groupes armés au sein desquels elles ont été documentées.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Les informations ici présentés visent à souligner non seulement la magnitude des transferts vers les groupes armés mais également l'identification des lots de munitions acquis après l'imposition de l'embargo et pour lesquels aucune notification n'a été retrouvée.

Le Groupe ne dispose d'aucun élément qui soulignerait que les munitions ici documentées ont été transférées par des États Membres aux groupes armés. Le Groupe considère plutôt que la majorité de ces dernières a été récupérée par les groupes armés sur les FARDC et/ou la PNC, soit lors d'opérations, soit elles leur ont été transférées par des individus servant au sein des forces de sécurité.

## Key

| | |
|---|---|
| Ammunition produced after the implementation of the embargo and for which no notification was found | |
| Ammunition documented more than five times with armed groups | |
| Ammunition documented more than 10 times with armed groups | |
| Ammunition documented more than 20 times with armed groups | |

## Légende

| | |
|---|---|
| Munitions produites après l'imposition de l'embargo et pour lesquelles il n'a pas été trouvé de notification | |
| Munitions documentées à plus de 5 reprises dans des groupes armés | |
| Munitions documentées à plus de 10 reprises dans des groupes armés | |
| Munitions documentées à plus de 20 reprises dans des groupes armés | |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**5.56x45mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Belgium (1 lot) | FN 66 | 1966 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Bulgaria (1 lot) | 10 14 | 2014 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Brazil (1 lot) | 5 56 05 C B C | Unknown | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China (1 lot) | C J 95 | 1995 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| France (1 lot) | SF 1-85 5.56 | 1985 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Singapore (1 lot) | HG 5.56 | Unknown | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| South Africa (4 lots) | 89 14 | 1989 | 1 time with 1 armed group |
| | 85 13 | 1985 | 2 times with 2 armed groups |
| | 84 12 | 1984 | 1 time with 1 armed group |
| | 83 13 | 1983 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Portugal (6 lots) | FNM 89 5 | 1989 | 1 time with 1 armed group |
| | FNM 89 3 | 1989 | 1 time with 1 armed group |
| | FNM 84 18 | 1984 | 1 time with 1 armed group |
| | FNM 84 16 | 1984 | 1 time with 1 armed group |
| | FNM 82 14 | 1984 | 1 time with 1 armed group |
| | FNM 84 11 | 1984 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Israel (15 lots) | IMI 02 * | 2002 | 1 time with 1 armed group |
| | TZZ 93 * | 1993 | 1 time with 1 armed group |
| | TZZ 4 89 | 1989 | 1 time with 1 armed group |
| | TZZ 6 88 1 | 1988 | 1 time with 1 armed group |
| | TZZ 4 88 2 | 1988 | 1 time with 1 armed group |
| | TZZ 2 88 2 | 1988 | 2 times with 2 armed groups |
| | TZZ 1 88 | 1988 | 1 time with 1 armed group |
| | T 83 Z 3 | 1983 | 1 time with 1 armed group |
| | T 83 Z 3 | 1983 | 1 time with 1 armed group |
| | T 82 Z 22 | 1982 | 1 time with 1 armed group |
| | T 82 Z 20 | 1982 | 1 time with 1 armed group |
| | T 82 Z 16 | 1982 | 1 time with 1 armed group |
| | T 82 Z 14 | 1982 | 1 time with 1 armed group |
| | T 82 Z 11 | 1982 | 1 time with 1 armed group |
| | T 82 Z 10 | 1982 | 1 time with 1 armed group |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**7.62x39mm –**

| Similar to a production by<br>Hungary (1 lot) | Lot | Year of production | Documented |
|---|---|---|---|
| | 23 78 | 1978 | 1 time with 1 armed group |

| Similar to a production by<br>Poland (1 lot) | Lot | Year of production | Documented |
|---|---|---|---|
| | 22 91 | 1991 | 1 time with 1 armed group |

| Similar to a production by<br>South Africa (1 lot) | iLot | Year of production | Documented |
|---|---|---|---|
| | 112 87 | 1987 | 2 times with 2 armed groups |

| Similar to a production by<br>Uganda (1 lot) | Lot | Year of production | Documented |
|---|---|---|---|
| | LI 02 | 2002 | 5 times with 3 armed groups |

| Similar to a production by<br>Iran (2 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 7.62x39 07 | 2007 | 2 times with 2 armed groups |
| | 7.62x39 03 | 2003 | 2 times with 2 armed groups |

| Similar to a production by<br>Romania (2 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 325 95 | 1995 | 1 time with 1 armed group |
| | 22 77 | 1977 | 1 time with 1 armed group |

| Similar to a production by<br>Zimbabwe (3 lots) | iLot | Year of production | Documented |
|---|---|---|---|
| | 97 ZI | 1997 | 5 times with 4 armed groups |
| | 92 ZI | 1992 | 13 times with 10 armed groups |
| | 91 ZI | 1991 | 1 time with 1 armed group |

| Similar to a production by<br>Former Czechoslovakia<br>(2 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | bxn 83 | 1983 | 1 time with 1 armed group |
| | bxn 80 | 1980 | 2 times with 2 armed groups |

| Similar to a production by<br>Egypt (3 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 4 1 1 غ ر ك | 1984 | 13 times with 11 armed groups |
| | 83 1 1 غ ر ك | 1981 | 1 time with 1 armed group |
| | AI3V ٤٤ | /Unknown | 3 times with 3 armed groups |

| Similar to a production by<br>Former East Germany<br>(5 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 04 77 | 1977 | 2 times with 2 armed groups |
| | 04 76 | 1976 | 2 times with 2 armed groups |
| | 04 75 | 1975 | 1 time with 1 armed group |
| | 04 74 | 1974 | 15 times with 12 armed groups |
| | 04 73 | 1973 | 15 times with 8 armed groups |

| Similar to a production by<br>Albania (5 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 1 3 87 | 1987 | 7 times with 5 armed groups |
| | 3 187 11 | 1987 | 3 times with 2 armed groups |
| | 3 87 | 1987 | 1 time with 1 armed group |
| | 3 1 90 | 1990 | 1 time with 1 armed group |
| | 3 91 11 | 1991 | 1 time with 1 armed group |

| Similar to a production by<br>Sudan (6 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 2 39 06 | 2006 | 1 time with 1 armed group |
| | 2 39 07 | 2007 | 3 times with 3 armed groups |
| | 2 39 08 | 2008 | 1 time with 1 armed group |
| | SU 1 39 91 | 1991 | 4 times with 3 armed groups |
| | SUD 39 98 | 1998 | 1 time with 1 armed group |
| | SUD 51 97 | 1998 | 2 times with 1 armed group |

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| North Korea (5 lots) | 93_80 | 1980 | 1 time with 1 armed group |
| | 93_83 | 1983 | 6 times with 3 armed groups |
| | 93_84 | 1984 | 19 times with 16 armed groups |
| | 93_87 | 1987 | 2 times with 1 armed group |
| | 93_3 | 2003 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former Yugoslavia (14 lots) | ИППV_2000 | 2000 | 3 times with 2 armed groups |
| | ИППV_1999 | 1999 | 7 times with 5 armed groups |
| | ИППV_1992 | 1992 | 1 time with 1 armed group |
| | ИК_1987 | 1987 | 1 time with 1 armed group |
| | ИК_1984 | 1984 | 1 time with 1 armed group |
| | ИППV_1984 | 1984 | 1 time with 1 armed group |
| | ИК_1982 | 1982 | 8 times with 5 armed groups |
| | ИК_1982 | 1981 | 8 times with 6 armed groups |
| | ИППV_1981 | 1981 | 5 times with 5 armed groups |
| | ИППV_1980 | 1980 | 1 time with 1 armed group |
| | ИК_1980 | 1980 | 7 times with 5 armed groups |
| | ИК_1978 | 1978 | 7 times with 5 armed groups |
| | ИК_1977 | 1977 | 1 time with 1 armed group |
| | ИК_1976 | 1976 | 3 times with 3 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Bulgaria (15 lots) | 10_01 | 2001 | 6 times with 5 armed groups |
| | 10100 | 2000 | 8 times with 4 armed groups |
| | 10_99 | 1999 | 12 times with 8 armed groups |
| | 10_96 | 1996 | 11 times with 7 armed groups |
| | 10_95 | 1995 | 7 times with 3 armed groups |
| | 10_94 | 1994 | 1 time with 1 armed group |
| | 10_88 | 1988 | 1 time with 1 armed group |
| | 10587 | 1987 | 9 times with 7 armed groups |
| | 10_86 | 1986 | 1 time with 1 armed group |
| | 10_85 | 1985 | 1 time with 1 armed group |
| | 10_83 | 1983 | 21 times with 10 armed groups |
| | 10_82 | 1982 | 9 times with 8 armed groups |
| | 10_77 | 1977 | 1 time with 1 armed group |
| | 10_73 | 1973 | 1 time with 1 armed group |
| | 10_66 | 1966 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former URSS (Russia) (55 lots) | 270_02 | 2002 | 1 time with 1 armed group |
| | 3_98 | 1998 | 1 time with 1 armed group |
| | 711_95 | 1995 | 1 time with 1 armed group |
| | 7_62x39_o | Post 1991 | 7 times with 6 armed groups |
| | 539_87 | 1987 | 4 times with 2 armed groups |
| | 711787 | 1987 | 5 times with 4 armed groups |
| | 711_86 | 1986 | 1 time with 1 armed group |
| | 539_85 | 1985 | 2 times with 1 armed group |
| | 711_85 | 1985 | 1 time with 1 armed group |
| | 539184 | 1984 | 4 times with 2 armed groups |
| | 711_83 | 1983 | 14 times with 6 armed groups |
| | 539_83 | 1983 | 4 times with 3 armed groups |
| | 539_82 | 1982 | 3 times with 1 armed group |
| | 539181 | 1981 | 2 times with 2 armed groups |
| | 539_80 | 1980 | 2 times with 2 armed groups |
| | 539_79 | 1979 | 1 time with 1 armed group |
| | 711_79 | 1979 | 2 times with 1 armed group |
| | 539_78 | 1978 | 3 times with 1 armed group |
| | 539_77 | 1977 | 3 times with 1 armed group |
| | 711_76 | 1976 | 7 times with 5 armed groups |
| | 711_75 | 1975 | 20 times with 7 armed groups |
| | 13_75 | 1975 | 1 time with 1 armed group |

UNCLASSIFIED

EXHIBIT 60

S/2020/482

| Lot | Year | Documented |
|---|---|---|
| 60 75 | 1975 | 6 times with 5 armed groups |
| 270 75 | 1975 | 16 times with 7 armed groups |
| 270 74 | 1974 | 1 time with 1 armed group |
| 711 74 | 1974 | 1 time with 1 armed group |
| 3 74 | 1974 | 1 time with 1 armed group |
| 3 E 73 | 1973 | 1 time with 1 armed group |
| 270 71 | 1971 | 1 time with 1 armed group |
| 3 68 | 1968 | 1 time with 1 armed group |
| 539 67 | 1967 | 1 time with 1 armed group |
| 711 67 | 1967 | 1 time with 1 armed group |
| 60 66 | 1966 | 1 time with 1 armed group |
| 13 66 | 1966 | 2 times with 1 armed group |
| 270 63 | 1963 | 2 times with 2 armed groups |
| 539 63 | 1963 | 4 times with 1 armed group |
| 539 62 | 1962 | 9 times with 8 armed groups |
| 60 62 | 1962 | 1 time with 1 armed group |
| 60 61 | 1961 | 11 times with 8 armed groups |
| 270 61 | 1961 | 5 times with 4 armed groups |
| 539 ° И ° | 1955 | 40 times with 16 armed groups |
| 539 55 | 1955 | 1 time with 1 armed group |
| 3 К | 1955 | 1 time with 1 armed group |
| 270 iИ | 1955 | 9 times with 4 armed groups |
| 270 Б | 1954 | 25 times with 12 armed groups |
| 17 E | 1954 | 2 times with 2 armed groups |
| 3 И | 1954 | 32 times with 12 armed groups |
| 3 E | 1954 | 11 times with 6 armed groups |
| 3 Д | 1953 | 4 times with 3 armed groups |
| 270 Д | 1953 | 22 times with 11 armed groups |
| 60 ° Д ° | 1953 | 1 time with 1 armed group |
| 270 Г | 1952 | 10 times with 5 armed groups |
| 539 ° 51 ° | 1951 | 4 times with 3 armed groups |
| 3 ° 51 ° | 1951 | 2 times with 1 armed group |
| 270 51 | 1951 | 3 times with 3 armed groups |

| Similar to a production by China (80 lots) | Lot | Year of production | Documented |
|---|---|---|---|
| | 811 11 | 2011 | 12 times with 6 armed groups |
| | 61 11 | 2011 | 48 times with 14 armed groups |
| | 811 10 | 2010 | 29 times with 18 armed groups |
| | 61 10 | 2010 | 84 times with 25 armed groups |
| Notification by China in 2009 of 2,000,000 rounds | | | |
| | 811 09 | 2009 | 1 time with 1 armed group |
| | 811 08 | 2008 | 9 times with 6 armed groups |
| | 311 08 | 2008 | 3 times with 2 armed groups |
| | 821 07 | 2007 | 30 times with 26 armed groups |
| | 811 07 | 2007 | 72 times with 20 armed groups |
| | 61 07 | 2007 | 98 times with 28 armed groups |
| | 71 07 | 2007 | 1 time with 1 armed group |
| | 811 06 | 2006 | *34 times with 14 armed groups |
| | 71 06 | 2006 | 2 times with 2 armed groups |
| | 311 06 | 2006 | 26 times with 10 armed groups |
| | 811 05 | 2005 | 6 times with 4 armed groups |
| | 311 05 | 2005 | 1 time with 1 armed group |
| | 61 04 | 2004 | 1 time with 1 armed group |
| | 7.62x39 02 ST | 2002 | 1 time with 1 armed group |
| | 821 01 | 2001 | 1 time with 1 armed group |
| | 811 01 | 2001 | 2 times with 2 armed groups |
| | 61 01 | 2001 | 1 time with 1 armed group |
| | 61 99 | 1999 | 1 time with 1 armed group |
| | 371 99 | 1999 | 33 times with 14 armed groups |
| | 71 98 | 1998 | 54 times with 22 armed groups |
| | 61 98 | 1998 | 50 times with 23 armed groups |
| | 31 97 | 1997 | 19 times with 10 armed groups |
| | 71 97 | 1997 | 1 time with 1 armed group |
| | 61 97 | 1997 | 1 time with 1 armed group |
| | 61 96 | 1996 | 41 time with 17 armed groups |

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

| | | |
|---|---|---|
| 71_95 | 1995 | 3 times with 2 armed groups |
| 51_95 | 1995 | 1 time with 1 armed group |
| 31_94 | 1994 | 1 time with 1 armed group |
| 71_94 | 1994 | 1 time with 1 armed group |
| 311_94 | 1994 | 3 times with 3 armed groups |
| 811_93 | 1993 | 1 time with 1 armed group |
| 61_92 | 1992 | 14 times with 9 armed groups |
| 81_92 | 1992 | 1 time with 1 armed group |
| 71_91 | 1991 | 3 times with 2 armed groups |
| 31_89 | 1989 | 1 time with 1 armed group |
| 71_87 | 1987 | 2 times with 2 armed groups |
| 78_86 | 1986 | 1 time with 1 armed group |
| 10_84 | 1984 | 2 times with 1 armed group |
| 71_81 | 1981 | 1 time with 1 armed group |
| 911_78 | 1978 | 70 times with 27 armed groups |
| 811_78 | 1978 | 1 time with 1 armed group |
| 81-78 | 1978 | 1 time with 1 armed group |
| 71_78 | 1978 | 7 times with 5 armed groups |
| 911_77 | 1977 | 134 times with 39 armed groups |
| 811_77 | 1977 | 1 time with 1 armed group |
| 511_77 | 1977 | 1 time with 1 armed group |
| 61_77 | 1977 | 8 times with 4 armed groups |
| 911_76 | 1976 | 61 time with 19 armed groups |
| 811_76 | 1976 | 2 times with 1 armed group |
| 81_76 | 1976 | 116 times with 31 armed groups |
| 61_76 | 1976 | 3 times with 2 armed groups |
| 911_75 | 1975 | 52 times with 25 armed groups |
| 211_75 | 1975 | 4 times with 3 armed groups |
| 10_75 | 1975 | 1 time with 1 armed group |
| 31_75 | 1975 | 13 times with 8 armed groups |
| 61_75 | 1975 | 4 times with 3 armed groups |
| 71_75 | 1975 | 1 time with 1 armed group |
| 31_74 | 1974 | 10 times with 6 armed groups |
| 61_74 | 1974 | 1 time with 1 armed group |
| 101_73 | 1973 | 1 time with 1 armed group |
| 71_73 | 1973 | 1 time with 1 armed group |
| 31_73 | 1973 | 11 times with 7 armed groups |
| 9121_71 | 1971 | 1 time with 1 armed group |
| 911_72 | 1972 | 3 times with 1 armed group |
| 31_72 | 1972 | 27 times with 14 armed groups |
| 964_71 | 1971 | 61 times with 24 armed groups |
| 661_71 | 1971 | 11 times with 5 armed groups |
| 363_71 | 1971 | 1 time with 1 armed group |
| 121_71 | 1971 | 14 times with 7 armed groups |
| 71_71 | 1971 | 39 times with 16 armed groups |
| 31_71 | 1971 | 15 times with 11 armed groups |
| 31_70 | 1970 | 14 times with 6 armed groups |
| 61_70 | 1970 | 20 times with 12 armed groups |
| 31_69 | 1969 | 3 times with 2 armed groups |
| 71_62 | 1962 | 1 time with 1 armed group |
| 71_58 | 1958 | 1 time with 1 armed group |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**7.62x51mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Austria (1 lot) | HP_62_51 | 1962 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| France (1 lot) | SF_•_80 | 1980 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Iran (1 lot) | 7.62x51_97 | 1997 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Israel (1 lot) | TZ_79 | 1979 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Portugal (1 lot) | FNM_89-6 | 1989 | 2 times with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Serbia (1 lot) | PPU_7.62_L61_L_11Y | 2001 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| South Korea (1 lot) | PSD_9_6 | 1996 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| South Africa (1 lot) | RI_M1_A78 | 1978 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Belgium (2 lots) | •_FN_79 | 1979 | 1 time with 1 armed group |
| | •_FN_71 | 1971 | 2 times with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Greece (3 lots) | •_HPX_83 | 1983 | 2 times with 2 armed groups |
| | •_HPX_79 | 1979 | 1 time with 1 armed group |
| | •_HPX_78 | 1978 | 2 times with 2 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Sudan (8 lots) | SU_1_39_01 | 2001 | 5 times with 4 armed groups |
| | SU_1_51_01 | 2001 | 12 times with 10 armed groups |
| | SU_51_98_1 | 1998 | 2 times with 2 armed groups |
| | SUD_51_97 | 1997 | 3 times with 3 armed groups |
| | SUD_51_96 | 1996 | 1 time with 1 armed group |
| | SUD_1_51_89 | 1989 | 1 time with 1 armed group |
| | •_51_??_lot_1981_01 | 1981 | 1 time with 1 armed group |
| | Absence of headstamp | Unknown | 2 times with 2 armed groups |

**S/2020/482**

**7.62x54Rmm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Albania (2 lots) | 90_3 | 1990 | 6 times with 5 armed groups |
| | 89_3 | 1989 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Egypt (2 lots) | لا ا ا ا ا ت | 1979 | 1 time with 1 armed group |
| | لا ا ا ا ا ت | 1976 | 2 times with 2 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former Yugoslavia | IIIY_2000 | 2000 | 1 time with 1 armed group |
| (3 lots) | IIIY_1999 | 1999 | 3 times with 3 armed groups |
| | IIIY_1986 | 1986 | 2 times with 2 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Iran (3 lots) | 7x62x54_07 | 2007 | 5 times with 4 armed groups |
| | 7x62x54_02 | 2002 | 1 time with 1 armed group |
| | 7x62x54_01 | 2001 | 7 times with 6 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Sudan (4 lots) | 7_54_07 | 2007 | 1 time with 1 armed group |
| | 4_07_54 | 2007 | 1 time with 1 armed group |
| | SU_1_51_01 | 2001 | 2 times with 2 armed groups |
| | Absence of l.......t | ? | 3 times with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Bulgaria (10 lots) | 10_00 | 2000 | 1 time with 1 armed group |
| | 10_96 | 1996 | 1 time with 1 armed group |
| | 10_90 | 1990 | 2 times with 2 armed groups |
| | 10?87 | 1987 | 1 time with 1 armed group |
| | 10_85 | 1985 | 2 times with 2 armed groups |
| | 10_82 | 1982 | 4 times with 4 armed groups |
| | 10_79 | 1979 | 2 times with 2 armed groups |
| | 10_78 | 1978 | 1 time with 1 armed group |
| | 10?72 | 1972 | 1 time with 1 armed group |
| | 10_71 | 1971 | 15 times with 11 armed groups |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former URSS (15 lots) | 60_88 | 1988 | 2 times with 2 armed groups |
| | 60_87 | 1987 | 1 time with 1 armed group |
| | 188_87 | 1987 | 1 time with 1 armed group |
| | 188_84 | 1984 | 4 times with 3 armed groups |
| | 60_84 | 1984 | 1 time with 1 armed group |
| | 188_83 | 1983 | 2 times with 2 armed groups |
| | 188_82 | 1982 | 1 time with 1 armed group |
| | 188_79 | 1979 | 1 time with 1 armed group |
| | 188_76 | 1976 | 4 times with 3 armed groups |
| | 17_75 | 1975 | 1 time with 1 armed group |
| | 188_73 | 1973 | 9 times with 9 armed groups |
| | 188_72 | 1972 | 1 time with 1 armed group |
| | 188_65 | 1965 | 1 time with 1 armed group |
| | 188_64 | 1964 | 1 time with 1 armed group |
| | 188_63 | 1963 | 1 time with 1 armed group |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

| Similar in a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China (30 lots) | 811 14 | 2014 | 4 times with 3 armed groups |
| | 945 11 | 2011 | 1 time with 1 armed group |
| | 61 11 | 2011 | 11 times with 10 armed groups |
| Notification by China in 2009 of 2.000.000 rounds | | | |
| | 945 09 | 2009 | 1 time with 1 armed group |
| | 945 08 | 2008 | 3 times with 3 armed groups |
| | 945 07 | 2007 | 17 times with 13 armed groups |
| | 845 07 | 2007 | 1 time with 1 armed group |
| | 61 07 | 2007 | 14 times with 11 armed groups |
| | 945 06 | 2006 | 11 times with 10 armed groups |
| | 945 05 | 2005 | 4 times with 4 armed groups |
| | 71 01 | 2001 | 9 times with 7 armed groups |
| | 71 00 | 2000 | 2 times with 2 armed groups |
| | 61 99 | 1999 | 1 time with 1 armed group |
| | 71 98 | 1998 | 10 time with 8 armed groups |
| | 71 95 | 1995 | 1 time with 1 armed group |
| | 351 94 | 1994 | 1 time with 1 armed group |
| | 61 90 | 1990 | 3 times with 3 armed groups |
| | 61 88 | 1988 | 2 times with 2 armed groups |
| | 61 82 | 1982 | 1 time with 1 armed group |
| | 351 81 | 1981 | 2 times with 2 armed groups |
| | 351 79 | 1979 | 1 time with 1 armed group |
| | 71 79 | 1979 | 1 time with 1 armed group |
| | 351 78 | 1978 | 2 times with 2 armed groups |
| | 71 77 | 1977 | 2 times with 2 armed groups |
| | 351 76 | 1976 | 1 time with 1 armed group |
| | 71 75 | 1975 | 13 times with 9 armed groups |
| | 71 71 | 1971 | 2 times with 2 armed groups |
| | 71 70 | 1970 | 2 times with 2 armed groups |
| | 71 67 | 1967 | 1 time with 1 armed group |
| | 61 56 | 1956 | 1 time with 1 armed group |

20-06401
DRC-30316 1345

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**12.7x99mm**

| Similar to a production by | Lot | (Year of production | Documented |
|---|---|---|---|
| South Africa (1 lot) | 12.7 G.R1 M1 | 1976 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| USA (To be confirmed) | DM 4 | Unknown | 1 time with 1 armed group |

**12.7x108mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Romania (1 lot) | 312 95 | 1995 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former Czechoslovakia (2 lots) | 54 CZ0 | 1954 | 1 time with 1 armed group |
|  | 34 52 | 1952 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former URSS (18 lots) | 188 88 | 1988 | 3 times with 3 armed groups |
|  | 188 85 | 1985 | 1 time with 1 armed group |
|  | 188 84 | 1984 | 1 time with 1 armed group |
|  | 188 81 | 1981 | 1 time with 1 armed group |
|  | 188 71 | 1971 | 2 times with 2 armed groups |
|  | 188 68 | 1968 | 1 time with 1 armed group |
|  | 188 65 | 1965 | 1 time with 1 armed group |
|  | 188 Л | 1953 | 2 times with 2 armed groups |
|  | 188 • Л • | 1953 | 1 time with 1 armed group |
|  | 3 • Л • | 1953 | 3 times with 3 armed groups |
|  | 188 52 | 1952 | 1 time with 1 armed group |
|  | 188 Г | 1952 | 1 time with 1 armed group |
|  | 3 • Г • | 1952 | 1 time with 1 armed group |
|  | 3 • 51 • | 1951 | 2 times with 2 armed groups |
|  | 3 • 50 • | 1950 | 1 time with 1 armed group |
|  | 3 • 45 • | 1945 | 1 time with 1 armed group |
|  | 17 45 | 1945 | 1 time with 1 armed group |
|  | 3 • 44 • | 1944 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China (16 lots) | 9431 11 | 2011 | 1 time with 1 armed group |
|  | 41 07 | 2007 | 4 times with 3 armed groups |
|  | 11 07 | 2007 | 4 times with 4 armed groups |
|  | 41 06 | 2006 | 2 times with 2 armed groups |
|  | 41 00 | 2000 | 2 times with 2 armed groups |
|  | 41 97 | 1997 | 5 times with 5 armed groups |
|  | 11 90 | 1990 | 3 times with 3 armed groups |
|  | 41 87 | 1987 | 1 time with 1 armed group |
|  | 371 79 | 1979 | 1 time with 1 armed group |
|  | 371 76 | 1976 | 2 times with 2 armed groups |
|  | 9381 74 | 1974 | 1 time with 1 armed group |
|  | 531 73 | 1973 | 1 time with 1 armed group |
|  | 9381 72 | 1972 | 1 time with 1 armed group |
|  | 631 69 | 1969 | 1 time with 1 armed group |
|  | 41 69 | 1969 | 3 times with 3 armed groups |
|  | 41 67 | 1967 | 1 time with 1 armed group |

UNCLASSIFIED                EXHIBIT 60

S/2020/482

**14.5x114mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China (2 lots) | 14.4 99 ST | 1999 | 1 time with 1 armed group |
|  | 521 77 | 1977 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| North Korea (5 lots) | 93 86 | 1986 | 1 time with 1 armed group |
|  | 93 83 | 1983 | 1 time with 1 armed group |
|  | 93 80 | 1980 | 1 time with 1 armed group |
|  | 93 77 | 1977 | 1 time with 1 armed group |
|  | 93 74 | 1974 | 1 time with 1 armed group |

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Former URSS (8 lots) | 3 • 87 • | 1987 | 1 time with 1 armed group |
|  | 17 • 87 • | 1987 | 1 time with 1 armed group |
|  | 17 • 85 • | 1985 | 1 time with 1 armed group |
|  | 3 • 84 • | 1984 | 1 time with 1 armed group |
|  | 3 • 70 • | 1970 | 1 time with 1 armed group |
|  | 3 • 58 • | 1958 | 1 time with 1 armed group |
|  | 3 • 57 • | 1957 | 1 time with 1 armed group |
|  | 711 • 57 • | 1957 | 1 time with 1 armed group |

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 74**

**Training provided by instructors of Israeli citizenship in 2019/2020 to the FARDC SF unit members**

**Entraînement par des instructeurs de nationalité israélienne dispensé en 2019/2020 à des membres de l'unité SF des FARDC**



Photographs tagged between December 2019 and January 2020 (open source)
Photographies étiquetées entre décembre 2019 et janvier 2020 (source ouverte)

The Group identified that the training was provided in Goma region, North Kivu province.

Le Groupe a identifié que cet entraînement avait été dispensé dans la région de Goma, province du Nord-Kivu.

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Annex 75/1

**Joint communiqué dated 13 July 2017 related to the training provided to FARDC at Kitona base, Kongo Central province and Mura base, Haut-Katanga province**

**Communiqué conjoint daté du 13 juillet 2017 relatif aux formations dispensées aux FARDC sur les bases de Kitona, province du Kongo central et de Mura, province du Haut-Katanga**

http://www.dirco.gov.za/docs/2017/angola0713.htm

 

International relations & cooperation
Department
International Relations and Cooperation
REPUBLIC OF SOUTH AFRICA

Welcome to the official website

Joint Communique on the occasion of the Extra Ordinary Session of the Council of Ministers Meeting of the Tripartite Mechanism on Dialogue and Cooperation on 13 July 2017, Luanda, Angola.

1. An Extra Ordinary Meeting of the Council of Ministers of the Tripartite Mechanism between the Republic of Angola, the Democratic Republic of Congo and Republic of South Africa was held in Luanda, Angola on 13th July 2017.

2. The Extra Ordinary Meeting was attended by Hon Georges Rebelo Pinto Chikoti, Minister of External Relations of the Republic of Angola, Honourable, Maite Nkoana-Mashabane, Minister of International Relations and Cooperation of the Republic of South Africa and Honourable, Leonard She Okitundu Lundula, Deputy Prime Minister and Minister of Foreign Affairs and Regional Integration of the Democratic Republic of Congo. The Ministers' meeting, was preceded by a Meeting of the Senior Officials of the three countries which was also held on the 13th of July, 2017.

3. The Ministers recalled the Memorandum of Understanding signed in August 2013 establishing the Tripartite Mechanism, which is aimed at consolidating peace, security, stability and economic cooperation.

4. The Ministers reviewed cooperation under the Mechanism. In this regard, the Ministers noted with great appreciation commendable work in the area of peace and security as evidenced by the successful completion of the first phase of training of army Recruits at the Kitona and Mura bases and training in the public order.

5. The Ministers noted that the security situation in the Eastern part of the DRC has substantially improved. Ministers commended the pivotal role played by the Republic of Angola within the context of the International Conference on the Great Lakes Region (ICGLR) and the Republic of South Africa in the Force Intervention Brigade (FIB) in the DRC.

6. The Ministers also used the occasion of the Extra Ordinary Session of the Tripartite Mechanism to review regional, continental and international issues. On regional issues, they noted with appreciation the ongoing work by the Southern African Development Community regarding regional integration. On continental issues, the Ministers expressed their commitment to African unity and integration within the framework of the Constitutive Act of the African Union and to the peaceful resolution of conflicts, as well as African renewal, specifically through the implementation of the African Union's Agenda 2063.

7. The Ministers reaffirmed their commitment to the Tripartite Mechanism while recognising its strategic significance.

8. The Ministers expressed their profound gratitude to HE, President Eduardo Dos Santos and his Government for hosting and supporting the Permanent Secretariat of the Tripartite Mechanism.

9. In conclusion, the Ministers agreed to convene the Fourth Council of Ministers meeting in Kinshasa on a date to be mutually determined through the diplomatic channel.

Done in Luanda, on 13 July 2017

**Enquiries:** Clayson Monyela, Spokesperson for DIRCO, 082 884 5974

**ISSUED BY THE DEPARTMENT OF INTERNATIONAL RELATIONS AND COOPERATION**

**OR Tambo Building
460 Soutpansberg Road
Rietondale
Pretoria
0084**

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 75/2**

**Training provided in 2016 by South African military instructors**

**Entrainement dispensé en 2016 par des instructeurs militaires sud-africains**

**Début de la 2e phase de formation militaire au centre Mura**

Publié le 24 mai 2016

https://www.radiookapi.net/2016/05/24/actualite/en-bref/debut-de-la-2e-phase-de-formation-militaire-au-centre-mura



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 75/3**

**Training provided in 2016 by South African military instructors**

**Entraînement dispensé en 2016 par des instructeurs militaires sud-africains**

**More South African military training asked for by the DRC**

Published on the 25 August 2015

https://www.defenceweb.co.za/joint/diplomacy-a-peace/more-south-african-military-training-asked-for-by-the-drc/



Diplomacy & Peace

## More South African military training asked for by the DRC
Written by defenceWeb - 25th Aug 2015                              ● 612



South African military expertise has again been requested by the Democratic Republic of Congo (DRC) to train FARDC soldiers.

It is not a new task for SA Army instructors who have been training soldiers from the regular DRC army for at least the past four years in terms of an agreement between the two countries. Operation Thebe, as it is known, is separate from South Africa's involvement in and commitment to the UN Mission in the DRC – MONUSCO – and its Force Intervention Brigade (FIB).

The issue of more training was raised this month when FARDC Commander General Etumba Didier called on SANDF Chief General Solly Shoke in Pretoria. One of the points on their agenda was the training of FARDC recruits at Mura Base near Likasi. SA Army Chief Lieutenant General Vusi Masondo said the last assignment of South African military instructors was to train a brigade of FARDC recruits and this had been successfully done. Instructors were withdrawn and returned to their home bases in South Africa on completion of the training cycle.

Masondo indicated another request to train had been received from the DRC military adding there was, as yet, no indication of when it would start. It appears the intention is to move instructors back into DRC when recruits start reporting to Mura Base and again train up a brigade in the basic military skills.

Earlier this year Masondo said that Operation Thebe had trained and handed over more than 9 000 recruits and soldiers for utilisation by the DRC.

Another indication of the increasing role the South African military is executing in continental peacekeeping and peace support operations came to light during the recent SAAF Association conference at Langebaan.

A senior officer, representing SAAF Chief Lieutenant General Zakes Msimang, told the conference the airborne arm of the SANDF was currently tasked do to more outside South Africa than internally. This has seen transport aircraft, transport helicopters and the Rooivalk combat support helicopter deployed as part of UN, AU and Southern African Development Community missions. Gripen fighters have also briefly been out of country.
"It was interesting to hear the SAAF is now operational in Africa more than in South Africa," one conference delegate said, adding this was a further indication of the "important role" government sees for the SANDF in its foreign policy.

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 75/4**

**Training provided in 2016 by South African military instructors**

**Entraînement dispensé en 2016 par des instructeurs militaires sud-africains**

**New troops trained by SANDF in the DRC**

Published on the 5 December 2015

https://www.enca.com/africa/new-troops-trained-sandf-drc



DStv Channel 403

## New troops trained by SANDF in the DRC

Saturday 5 December 2015 - 4:43pm



DRC, 4 December 2015 - The SA Defence Force is preparing to train a new group of soldiers in the Democratic Republic of Congo.

GOMA, DRC - The SA Defence Force is preparing to train a new group of soldiers in the Democratic Republic of Congo.

It says it will intensify capacity building in the struggling DRC army.

This comes as four Congolese troops were lost this week when two UN bases were attacked in north Kivu, in the east of the country.

SANDF attack helicopters were sent in to retake the base.

As it fights rebels in the east of the country, the DRC&39;s army faces attacks from a growing number of groups, among them jihadists.

With no end in sight, training for the country&39;s troops has taken centre stage.

Major General Barney Hlatshwayo, SANDF Chief Director Operations Development, says "We are not fighting wars for the Congolese but we conduct operations in support of the FARDC — the good thing is that we have trained more than a brigade of their forces."

To escape the fighting, hundreds of thousands of people have fled to neighbouring countries in recent years. Despite the presence of thousands of peacekeepers including South Africans, armed groups still manage to launch deadly attacks, some of which are countered by the SANDF.

Colonel Bayanda Mkula, SANDF National Contingent Commander in DRC says, "Ours is to neutralise the external armed groups in the DRC. In terms of the Chapter Seven mandate we have to be robust and offensive."

Among other fields of expertise, the SANDF is providing specialised training in artillery for the local army, the FARDC. SA army generals say this has led to better team work in attacks on armed groups.

Training for more DRC soldiers is due to begin early next year. For now it's up to the South African peacekeepers and their multi-national counterparts to ensure the safety of millions of civilians:

---

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 75/5

## Training provided in 2014 by South African military instructors

## Entrainement dispensé en 2014 par des instructeurs militaires sud-africains

### SA & DRC Bilateral Relations

http://www.dirco.gov.za/kinshasa/bilateral.html

  

**SA & DRC Bilateral Relations**

Since the dawn of its own democracy in 1994, South Africa has been involved in the resolution of conflicts and promotion of peace and stability on the wider African continent. In the Democratic Republic of Congo (DRC), South Africa's involvement was encouraged by its vision to see the end of human suffering and the emancipation of the DRC people following the intra- and inter-state wars of the late 1990s. South Africa played a role in bringing an end to the war by being directly involved in a number of mediation talks. It also hosted mediation talks in Sun City and Pretoria that resulted in the signing of the Pretoria Peace Agreement (Global and All Inclusive Peace Accord) on 17 December 2002. This in turn paved the way for the DRC's first democratic elections in 2006.

During these first elections, South Africa rendered significant financial and logistical support enabling the DRC to host credible elections. Again in November 2011, South Africa provided critical assistance to ensure that the presidential and parliamentary elections continued as planned. The SANDF transported 1 863 tons of ballot papers and other electoral materials from South Africa to distribution hubs in the DRC. The South African Government contributed approximately R126 million to ensure that the elections took place and the DRC consolidated its democracy.

The rebellion in April 2012 of what became known as the 23 March Movement (M23) represented a serious setback to the search for stability and development in the DRC and marked another of the recurring cycles of conflict and suffering that seem to plague the DRC. On 24 February 2013, South Africa joined ten other African countries as well as the UN, the AU, the ICGLR and SADC, in signing the Peace, Security and Cooperation Framework for the DRC and the region. This is arguably the most important international effort to date to resolve the challenge of the recurring conflicts in the eastern DRC. The Framework sets out national commitments for the DRC, for the countries of the region and for the international community. South Africa is a member of the regional oversight mechanism that is tasked with ensuring that the countries of the region adhere to their commitments.

In support of the objectives of the Framework for Peace, Security and Cooperation for the Democratic Republic of the Congo and the region, and following consultation with the African Union, SADC and the International Conference on the Great Lakes Region, it was proposed that a dedicated Intervention Brigade be established within MONUSCO. On 28 March 2013, the UN Security Council adopted Resolution 2098 which inter alia extended the mandate of MONUSCO in the DRC until 31 March 2014 and established an "Intervention Brigade" under direct command of the MONUSCO Force Commander with the responsibility of neutralizing armed groups, thus working for a return to stability that is an essential precondition for finding lasting political solutions.

The SANDF will join the defence forces of Malawi and Tanzania in participating in the Intervention Brigade to help the DRC reclaim state authority in the east of the country by quelling the unacceptable deteriorating security situation that is caused by negative forces that are terrorizing innocent people and denying them basic human rights.

The overriding context of South Africa's current bilateral relations with the DRC is aimed at assisting the country to develop the capacity to effectively manage its programmes within the framework of its own Post Conflict Reconstruction and Development (PCRD) programme.

The General Cooperation Agreement signed by South Africa and the DRC on 14 February 2004, has served to strengthen bilateral political, economic and technical cooperation and made provision for the establishment of a Bi-National Commission (BNC) as an annual forum for exchange and dialogue, with a strong focus on PCRD. South Africa remains committed to a PCRD strategy that is aligned with that of the African Union (AU) and the New Partnership for Africa's Development (NEPAD).

South Africa therefore supports the DRC Government in its approach to issues related to the integration of the army, demobilization and reinsertion into normal civilian life, especially in rural areas, the promotion of small scale development projects that would assist local communities to facilitate the reintegration of demobilized soldiers, the issue of women and children in armed groups and the integration of disabled soldiers.

The following governmental departments are currently active in the DRC in capacity building programmes

The Department of International Relations and Cooperation is assisting its DRC counterpart in a capacity building programme which include the training of diplomats. To date South Africa has trained more than 700 DRC diplomats who are ready to serve their country in its foreign missions, including Ambassadors.

The Department of Public Service and Administration helped the DRC develop its anti-corruption strategy. The strategy is now a tool that the DRC is using to address corruption around the country. The Department is currently also involved in the DRC's public service census project. This project is aimed at helping the DRC to identify its public servants and to establish effective control of its public service. To date the counting has been finalized in 8 of the 11 provinces of the DRC. Only 3 provinces (South Kivu, Orientale and Equateur provinces) are outstanding and will be completed soon.

Public Administration Leadership and Management Academy (PALAMA) has done excellent work in supporting the establishment of a National School for Public Administration (ENA) that has started with the training of public service officials. PALAMA will train a number of government officials in different areas, including project management, leadership, human resources and public administration

The Department of Home Affairs provides capacity-building in population and immigration matters, the training of trainers, the identification of relevant equipment and infrastructure technology transfer which could be supplied by Home Affairs, and the development of standard operating procedures regarding immigration and population matters.

In addition to the SANDF's significant multilateral presence through its participation in MONUSCO, the Department of Defence and Military Veterans continues its support bilaterally to the DRC Defence Force (FARDC) in terms of training and the writing of the Military strategy. To date South Africa has trained three battalions including the Rapid Reaction Force battalions 42 and 43 which are at the forefront of Defending DRC sovereignty in the Eastern part of the Congo. South Africa will continue to give support to the DRC government to build strong and effective military forces that will able to defend the government and its population at large and ensure that all Congolese people live in peace, contribute to the development of their country and reap the fruit of democracy and freedom.

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 75/6**

**Training provided in 2011 by South African military instructors**

**Entrainement dispensé en 2011 par des instructeurs militaires sud-africains**

Likasi: deux bataillons des FARDC formés par des Sud-africains

Publié le 26 février 2011

https://www.radiookapi.net/regions/katanga/2011/02/26/likasi-deux-bataillons-des-fardc-formes-par-des-sud-africains



# Likasi: deux bataillons des FARDC formés par des Sud-africains

Publié le sam, 26/02/2011 - 09:54 | Modifié le ven, 07/08/2015 - 22:07
share
tweet



Plus de 1700 militaires des FARDC ont reçu des brevets sanctionnant de leur formation vendredi 25 février au centre Mura, situé à 8 kilomètres la ville de Likasi au Katanga. Ces militaires issus de plusieurs provinces du pays ont été formés par des instructeurs sud-africains pendant près d'un an.

Ces militaires formés constituent la 42ème et 43ème bataillon de l'unité dénommée: «Force de réaction rapide.»

Ils ont appris plusieurs leçons qui entrent dans le cadre de la formation d'une armée moderne, a indiqué le porte-parole de la 6ème région militaire, le capitaine Mbav.

Pour sa part, l'ambassadeur sud-africain en RDC a salué la coopération militaire entre Kinshasa et Pretoria.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

## Annex 76/1

## Training provided in 2019 by Chinese military instructors

### Formation dispensée en 2019 par des instructeurs militaires chinois

#### Crédité d'un bilan positif Wang Tongqing est en fin de mandat

Publié le 30 juillet 2019

Septembre 2019, fin de la 11ème formation conduite par des instructeurs chinois à la base de Kamina. Le Chef de l'Etat était présent lors de la cérémonie de clôture de cette formation.

https://www.forumdesas.org/spip.php?article21025



**Allocution de l'Attaché de Défense, Colonel Supérieur MA Fei à l'occasion de la Fête de l'Armée populaire de Libération de la Chine ( Le 29 juillet 2019, Hôtel du Fleuve Congo)**

**Distingués invités,**

**Chers compatriotes,**

**Mesdames et Messieurs, chers amis,**

**À l'occasion du 92e anniversaire de la fondation de l'Armée populaire de Libération de la Chine, j'aimerais vous souhaiter la bienvenue à la célébration de cette fête importante, organisée par l'Ambassade de Chine en RDC.**

Depuis sa fondation le 1er août 1927, l'APL, sous l'égide du Parti Communiste Chinois, ne cesse de se développer et a accompli des exploits brillants inscrits dans les annales de l'histoire dans la construction socialiste de la Chine, la sauvegarde de la souveraineté, de la sécurité et des intérêts de développement de la Chine. Elle a aussi beaucoup contribué au maintien de la paix mondiale et au progrès humain.

Depuis le 18ème Congrès du PCC, sous la direction du Comité Central du PCC qui prend le Président chinois XI Jinping au noyau, l'APL se tient à un nouveau point de départ historique. Il nous faut nous adapter aux nouveaux changements en matière de sécurité nationale, mettre en oeuvre les approches stratégiques sous la nouvelle situation et moderniser les formes d'organisation des groupes armés dans le but de la fortification des forces armées. Il nous faut aussi libérer et améliorer la combativité pour construire une défense nationale solide et une armée forte qui conviennent à la position internationale de notre pays, aux intérêts de sécurité et de développement de notre pays; pour réaliser les objectifs des "deux centenaires" (soit au moment du centenaire de la fondation du PCC, il faudra avoir parachevé la construction de la société de moyenne aisance et au moment du centenaire de la fondation de la République Populaire de Chine, il faudra avoir réalisé pour l'essentiel la modernisation du pays pour le transformer en un Etat socialiste moderne) et pour construire une garantie sécuritaire solide qui sert à la réalisation du Rêve chinois du grand Renouveau national.

    UNCLASSIFIED

S/2020/482

La Chine reste fidèle au principe de suivre la voie de développement pacifique, à sa politique de défense nationale de nature purement défensive et à sa stratégie militaire de défense active. Et ses objectifs stratégiques restent toujours clairs et transparents.

La Chine participe activement aux opération de maintien de la paix de l'ONU. Depuis 1990, elle a déjà envoyé près de 40 mille casques bleus à 24 opérations de maintien de la paix. Actuellement, les soldats chinois s'activent au maintien de la paix dans 5 zones de mission de l'ONU, notamment en RDC, au Soudan du Sud, au Soudan, au Mali et au Liban. Dans les eaux somaliennes, les formations des forces navales chinoises ont consécutivement entrepris des missions d'escorte pendant 10 ans, envoyant un total de 100 sous-navires et plus de 26 000 officiers pour fournir des services d'escorte à 6 600 navires de divers pays. Elles coopèrent avec les forces d'escorte de plusieurs pays pour assurer la sécurité des voies maritimes internationales. Tous ces chiffres sont des preuves vivantes qui prouvent le sens de la responsabilité de l'Armée chinois et le fait que l'Armée chinoise est une force solide pour la paix et la stabilité mondiales.

Depuis plusieurs années, basées sur le respect mutuel et la coopération à pied d'égalité, les armées sino-congolaises ont établi d'étroits liens d'amitié. Dans la mesure du possible, la partie chinoise a aidé à l'amélioration de la combativité des FARDC, en leur offrant des équipements et formant des officiers et soldats congolais. Dans le futur, nous continuerons à coopérer avec le gouvernement et l'Armée congolaise. La Chine est disposée à coopérer avec la communauté internationale, à soutenir les efforts congolais sur la sauvegarde de la souveraineté, de l'intégration territoriale, et sur la construction de la défense nationale.

Je souhaite le développement et la prospérité de la RDC!

Je souhaite le bonheur du peuple congolais!

Vive l'Armée populaire de Libération de la Chine!

Vive l'amitié entre nos deux pays!

Vive l'amitié entre l'Armée chinoise et l'Armée congolaise!

Merci

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 76/2**

**Training provided in 2017 by Chinese military instructors**

**Formation dispensée en 2017 par des instructeurs militaires chinois**

**Cérémonie de la sortie officielle de la 32ème brigade de réaction rapide dans la base militaire de Kamina**

https://afrique.lalibre.be/7291/rdc-ceremonie-de-la-sortie-officielle-de-32-eme-brigade-de-reaction-rapide-dans-la-base-militaire-de-kamina/





Former president Mr. Kabila and Chinese instructors. 23 individuals with Chinese uniforms are visible in the photograph. Photograph dated 12 August 2017 (Kamina military base) (open source)

Ex-Président Mr. Kabila et des instructeurs chinois. 23 personnes revêtues de l'uniforme chinois sont visibles sur la photographie. Photographie datée du 12 août 2017 (base militaire de Kamina) (source ouverte)

20-06401
DRC-30316 1357

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 76/3

## Training provided in 2016 by Chinese military instructors

## Formation dispensée en 2016 par des instructeurs militaires chinois

### La coopération sino-congolaise en matière militaire évoquée au ministère de la Défense

https://www.sangoyacongo.com/2016/12/la-cooperation-sino-congolaise-en.html

Publié le 12 décembre 2016



La coopération sino-congolaise en matière militaire évoquée au ministère de la Défense

La coopération sino-congolaise en matière militaire a été évoquée au cours des échanges samedi entre le ministre de la Défense nationale, anciens combattants, réinsertion, Crispin Atama Tabe Mogodi  et le nouvel attaché de défense près l'ambassade chinoise en RDC, le colonel supérieur (général de brigade) Ma  Fei.

Il est à noter que la Chine participe de manière active à la formation des unités d'élite des FARDC dans le cadre du programme tracé par le commandant suprême pour parvenir à une armée réellement nationale, professionnelle, respectueuse des valeurs républicaine dissuasive,  soumise à l'autorité civile légalement établie en RDC.

A ce titre, huit (8) missions de coopération militaire chinoise se sont  déjà succédées à la Base militaire de Kamina où des instructeurs chinois forment, en compagnie de leurs homologues congolais qui sont par la suite déployés  partout à travers le pays où le besoin se fait sentir pour la restauration ou le maintien de la paix et la défense de l'intégrité du territoire national.

Formation des cadres et équipements militaires en RDC


Dans le même ordre d'idées,  des cadres militaires congolais sont formés  dans les Académies et Grandes écoles militaires de la Chine qui accorde chaque année à la RDC un don important pour la formation et l'équipement des unités en instruction à Kamina

Pour sa part, le ministre Atama Tabe Mogodi  a souhaité la bienvenue à son hôte qui se trouve à Kinshasa depuis le 6 novembre dernier  avant de promettre toute sa collaboration en vue de renforcer davantage cette coopération militaire entre Kinshasa et Beijing.

Un tableau représentant un buffle, symbole de la prospérité chinoise  a été remis au ministre Atama Tabe par le colonel supérieur Ma Fei.

UNCLASSIFIED

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 76/4**

**Training provided in 2015 by Chinese military instructors**

**Formation dispensée en 2015 par des instructeurs militaires chinois**

**Révélation de l'attaché de défense de Chine en RDC**

http://www.forumdesas.org/spip.php?article4829

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Annex 76/5

## Training provided in 2014 by Chinese military instructors

## Formation dispensée en 2014 par des instructeurs militaires chinois

### A l'occasion de son 87ème anniversaire, la Chine réaffirme son appui à la réforme des FARDC

https://www.mediacongo.net/article-actualite-
5325_a_l_occasion_de_son_87eme_anniversaire_la_chine_reaffirme_son_appui_a_la_reforme_des_farde.html





REVELATION DE L'ATTACHE DE DEFENSE DE CHINE EN RDC
" PLUS DE 2.700 SOLDATS CHINOIS DANS LES MISSIONS DE MAINTIEN DE LA PAIX DE L'ONU "

jeudi 30 juillet 2015

{{Sur le front du maintien de la paix version ONU, la Chine est le pays qui aura prêté le plus d'effectifs depuis 25 ans. A ce jour, " plus de 2.700 officiers et soldats de l'Armée populaire de libération de Chine participent aux missions de maintien de la paix de l'ONU dans 9 zones ". Ces chiffres ont été révélés, hier, par l'Attaché militaire près l'Ambassade de Chine à Kinshasa. C'était à l'occasion de la Journée de l'Armée populaire de libération de Chine (APLC). Le Colonel Ju Hongbin, qui donnait une réception dans les jardins de la résidence de l'Ambassadeur de Chine, a indiqué qu'au sein de la Monusco on comptait 16 observateurs militaires et deux contingents de 218 militaires chinois. L'Attaché de Défense a aussi souligné qu'une vingtaine d'instructeurs militaires chinois sont présents à Kamina dans le cadre de la coopération sino-congolaise. " Les Forces armées chinoises s'engagent à continuer, dans les limites de nos moyens, à soutenir les FARDC pour réaliser le plus tôt possible la paix, la stabilité, le développement et la prospérité de la RDC ", a conclu le Colonel Ju Hongbin. JN Discours de Colonel Supérieur JU Hongbin, Attaché de Défense chinois à Kinshasa, à la réception de la Journée de l'Armée Populaire de Libération de Chine le 29 juillet 2015 Mesdames et Messieurs, Respectés invités en vos qualités et titres respectifs,} }Aujourd'hui, nous nous réunissons joyeusement à la Résidence de l'Ambassadeur de Chine à Kinshasa pour fêter le 88ème anniversaire de la fondation de l'Armée Populaire de Libération de Chine(APLC). Je voudrais de dire bonne fête à tous les militaires chinois en RDC et souhaiter une chaleureuse bienvenue à tous les distingués invités présents à la réception. La fondation de l'APLC remonte au Soulèvement de Nanchang du 1er août 1927. Dirigée par le Parti Communiste Chinois, cette armée s'est combattue bravement avec toutes les autres forces patriotiques chinoises contre les ennemies internes et les agresseurs japonais, respectivement pour 10 ans et 8 ans, gagné définitivement la Deuxième Guerre Civile de la

S/2020/482

Révolution Chinoise en 1937 et la Guerre anti-japonaise en 1945. L'année 2015 marquant le 70ème anniversaire de la victoire de la Guerre anti-japonaise et la Guerre anti-fasciste mondiale, nous allons organiser des activités de commémoration, y-compris un grand défilé militaire à Beijing le 3 septembre 2015 pour tirer des leçons de l'histoire, commémorer les martyrs et mieux apprécier la paix mondiale. Grace aux victoires des forces armées du peuple chinois durant la Guerre de Libération, la République Populaire de Chine est fondée en 1949 en ouvrant un nouveau page historique de la Chine. Au cours de son histoire de 88 ans, L'APLC n'a cessé de s'agrandir et de se renforcer en passant d'une armée faible à des forces armées modernes et puissantes qui ont parfaitement sauvegardé la souveraineté, a sûreté et l'intégrité territoire du pays et fait bien des efforts pour sauvegarder la paix mondiale et la stabilité régionale. L'APLC constitue une puissance de plus en plus forte, mais la politique extérieure de paix et d'indépendance et les traditions historiques et culturelles de Chine font qu'elle se doit de mettre en application une politique de défense à caractère défensif. Ces dernières années, la Chine a publié une série de livres blancs portant sur la défense nationale. En mai2015, le gouvernement chinois a publié un nouveau livre blanc Stratégies militaires de la Chine présentant systématiquement et complètement les stratégies militaires de Chine, en montrant plus de transparence et de confiance en soi et son désir ferme et actif de maintenir la paix mondiale et la sécurité régionale. La Chine reste toujours fidèle au nouveau type de concept sécuritaire caractérisé par confiance mutuelle, bénéfice réciproque, égalité et coopération. Elle préconise de régler de façon pacifique des différends internationaux et régionaux, encourage le dialogue et la coopération sur le plan de la sécurité des différents pays, et participe activement aux opérations de maintien de la paix de l'ONU. Par rapport aux autres pays membres permanents du Conseil de Sécurité de l'ONU, la Chine a envoyé le plus effectifs dans le cadre du maintien de la paix de l'ONU depuis 25 ans. Aujourd'hui, Plus de 2700 officiers et soldats de l'APLC participent aux missions de maintien de la paix de l'ONU dans 9 zones. Et au sein de la MONUSCO, on compte 16 observateurs militaires et deux contingents de 218 militaires chinois qui travaillent sans relâche pour la paix et la stabilité de a RDC. L'APLC a su, depuis longtemps, maintenir des échanges amicaux et des coopérations fructueuses avec d'autres armées du monde, et elle a effectué d'inlassables efforts pour contribuer à la réforme des FARDC. Actuellement, nous avons en RDC une vingtaine d'instructeurs militaires à Kamina dans le cadre de la coopération militaire sino-congolaise. Les Forces armées chinoises s'engagent à continuer, dans la limite de nos moyens, à soutenir les FARDC et à travailler ensemble avec les autres partenaires stratégique des congolais pour réaliser le plus tôt possible la paix, la stabilité, le développement et la prospérité de la RDC. {{Vive l'amitié sino-congolaise Vive l'amitié entre l'APLC et les FARDC. Je vous remercie.}}

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Annex 76/6**

## Training provided in 2013 by Chinese military instructors

## Formation dispensée en 2013 par des instructeurs militaires chinois

Video from the Congolese National Radio and Television (RTNC) on the training provided by Chinese instructors at Kamina military base

Reportage vidéo de la Radiotélévision Nationale Congolaise (RTNC) sur la formation dispensée par des instructeurs chinois sur la base militaire de Kamina

https://www.youtube.com/watch?v=CA0GSGiBjQ8


Base Kamina: formation des FARDC par des officiers chinois


Base Kamina: formation des FARDC par des officiers chinois


Base Kamina: formation des FARDC par des officiers chinois


Base Kamina: formation des FARDC par des officiers chinois

Kamina military base
Screen shots extracted from the video – captures d'écran extraites de la vidéo
(open source/source ouverte)

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 76/7**

**Training provided in 2012 by Chinese military instructors**

**Formation dispensée en 2012 par des instructeurs militaires chinois**

**La Chine réaffirme son soutien aux FARDC et à la MONUSCO**

Publié le 30 juillet 2012

http://www.rrssjrdc.org/?p=1965



# La Chine réaffirme son soutien aux Fardc et à la Monusco

Rédaction                                        

[La Prospérité] Seize observateurs militaires, 218 militaires chinois formant deux unités au sein de la MONUSCO 23 instructeurs militaires chinois en partenariat avec les FARDC.. Tels sont les signes d'inlassables efforts fournis par la Chine, pour contribuer à la reconstruction des FARDC et au maintien de la paix et de la stabilité en RD Congo. C'est ce qu'a déclaré, ce jeudi 26 juillet 2012, le Colonel Supérieur Ji Mingzhou, attaché de Défense près l'Ambassade de Chine à Kinshasa

C'était en marge de la Fête de l'Armée Chinoise, l'APL, qui célèbre cette année ses 85 ans d'existence. La Chine, a souligné le Colonel Supérieur Ji Mingzhou, préconise de régler de façon pacifique des différends internationaux et encourage le dialogue et la coopération sur le plan de la sécurité des différents pays et s'opposera à l'élargissement de l'alliance militaire, à toute forme d'agression et à l'expansionnisme.

Ce, avant de renseigner que la voie de développement pacifique suivie par la Chine, ses tâches fondamentales, sa politique extérieure et ses traditions historiques et culturelles font qu'elle se doit de mettre en application une politique de défense à caractère défensif. En tout cas, la RDC se doit également de suivre cet exemple, pour préserver ses frontières et ses richesses contre les vautours de toutes sortes. Voici, in extenso, l'allocution prononcée hier par l'Attaché de Défense près l'Ambassade de Chine à Kinshasa, à l'occasion de la Fête de l'Armée Populaire de Libération de Chine, l'APL. Allocution de la Fête de l'Armée Chinoise par Colonel Supérieur Ji Mingzhou Attaché de Défense près de l'Ambassade de Chine à Kinshasa, le 26 juillet 2012 Respectés invités en vos qualités respectives, Bienvenue à l'Ambassade de Chine en RD Congo à l'occasion de la Fête du 85ème anniversaire de l'Armée Populaire de Libération de Chine (APL). Permettez-moi de souhaiter bonne fête à tous les militaires chinois en RD Congo.

UNCLASSIFIED                                        EXHIBIT 60

S/2020/482

Je tiens également à exprimer mes remerciements à tous les dignitaires des autorités congolaises, à tous les représentants des missions diplomatiques ainsi que tous les autres invités distingués ici présents. Le Soulèvement de Nanchang du 1er août 1927 a marqué la fondation de l'APL. Durant son histoire de 85 ans, l'APL dirigée par le parti Communiste Chinois s'est combattue bravement pour réussir la cause de l'indépendance de la Chine et de l'émancipation du peuple chinois. Au cours des 85 années, l'APL, tenant fermement au principe «Tout pour le peuple et entièrement au service du peuple», n'a cessé de s'agrandir et de se renforcer. Aujourd'hui, l'APL est passée d'une armée unique à une force moderne et puissante, dotée de diverses armées et armes, et orientée vers l'informatisation. A l'heure actuelle, la situation internationale connaît de nouveaux changements profonds et complexes et rien ne saurait endiguer les courants de l'époque favorable à la paix, au développement et à la coopération, cependant les défis qui se posent au niveau planétaire se font davantage, la globalité, la complexité et la variabilité des menaces sécuritaires deviennent de plus en plus évidentes. La Chine qui se trouve à une étape cruciale pour la mise en place d'une société moyennement aisée est en train de vivre une transformation inédite et énorme. Dans ce contexte international et national, l'APL a la lourde tâche de sauvegarder la sûreté de l'Etat.

La voie de développement pacifique suivie par la Chine, ses tâches fondamentales, sa politique extérieure et ses traditions historiques et culturelles font qu'elle se doit de mettre en application une politique de défense à caractère défensif. Les objectifs et les tâches de la défense nationale de la Chine pendant la nouvelle période se résument dans les points suivants : Sauvegarder la souveraineté, la sûreté et les intérêts du développement du pays, maintenir l'harmonie et la stabilité sociales. Promouvoir la modernisation de la défense nationale et de l'armée et sauvegarder la paix et la stabilité du monde. L'APL a su, depuis longtemps, maintenir des échanges amicaux et des coopérations fructueuses avec d'autres armées du monde, et elle a effectué d'inlassables efforts pour contribuer à la reconstruction des FARDC et au maintien de la paix et de la stabilité en RD Congo. Actuellement, il y a 16 observateurs militaires chinois et 218 militaires chinois formant deux unités au sein de la MONUSCO, tout en ajoutant 23 instructeurs militaires chinois en partenariat avec les FARDC.

Enfin, la Chine s'engage à poursuivre inébranlablement la voie du développement pacifique, tout en s'efforçant de construire une société harmonieuse et de contribuer à l'avènement d'un monde harmonieux de paix durable et de prospérité commune. La Chine reste toujours fidèle au nouveau type de concept sécuritaire caractérisé par la confiance mutuelle, bénéfice réciproque, égalité et coopération. La Chine préconise de régler de façon pacifique des différends internationaux et encourage le dialogue et la coopération sur le plan de la sécurité des différents pays et s'opposera à l'élargissement de l'alliance militaire, à toute forme d'agression et à l'expansionnisme. Que ce soit maintenant ou dans le futur, quel que soit son niveau de développement, la Chine ne prétendra jamais à l'hégémonie et ne mènera jamais une politique d'expansion militaire. Merci !

                    UNCLASSIFIED

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 76/8**

**Training provided in 2012 by Chinese military instructors**

**Formation dispensée en 2012 par des instructeurs militaires chinois**

**La Chine s'engage à poursuivre la formation des militaires en RDC**

Publié le 30 juillet 2012

http://french.china.org.cn/foreign/txt/2012-05/27/content_25486000.htm

 **French** CHINA ORG.CN

## La Chine s'engage à poursuivre la formation des militaires en RDC

La Chine est disposée à poursuivre la formation militaire tant pour les cadres que des hommes de troupe en RDC, a déclaré samedi l'ambassadeur de Chine en RDC, Wang Yingwu, à l'issue d'un entretien avec le vice-Premier ministre, ministre de la Défense nationale et des Anciens combattants, Alexandre Luba Ntambo.

M. Wang, qui a discuté avec le ministre Ntambo la coopération militaire sino-congolaise, a fait savoir que son pays est prêt à assurer des formations à la base de Kamina, au Katanga (sud-est).

Selon le diplomate chinois, près de 25 instructeurs chinois se trouvent en RDC et sont chargés des formations dans différents domaines militaires.

Agence de presse Xinhua    2012/05/27

## Annex 76/9

## Training provided in 2010 by Chinese military instructors

## Formation dispensée en 2010 par des instructeurs militaires chinois

**Les tout premiers éléments des Forces armées de la république démocratique du Congo de réaction rapide sont déjà sur le terrain.**

http://www.lephareonline.net/defense-nationale-les-premiers-congolais-de-la-force-de-reaction-rapide-sont-la/

Publié le 3 juin 2010

Le Phare

### Défense nationale : les premiers Congolais de la force de réaction rapide sont là !

**Les tout premiers éléments des Forces armées de la république démocratique du Congo de réaction rapide sont déjà sur le terrain.**

La cérémonie commémorant la fin de leur formation, présidée par le ministre de la Défense nationale et Anciens combattants, est intervenue le week-end dernier à la base militaire de Kamina, où ils étaient instruits.

La dite formation, assurée par des Chinois était basée sur la tactique, le maniement des armes (lourdes comme légères), le combat avec ou sans armes, la simulation de combat, etc.

De la théorie à la pratique, les lauréats ont fait la démonstration de ce qu'ils ont appris au champ de tirs de Kalunga, à 1km de Kamina, en présence du ministre de la Défense nationale, Charles Mwando Nsimba.

Le ministre était entouré pour la circonstance de quelques responsables des hommes en uniforme, en l'occurrence le chef d'Etat major des forces terrestres le Général major Gabriel Amisi Kumba, mais aussi du vice-gouverneur du Katanga, Yav Tshibal.

A l'occasion, le ministre a lancé un appel aux hommes et femmes sous le drapeau, spécialement ceux de la force de réaction rapide, à préserver l'unité et la cohésion en vue d'accomplir leur mission première, celle de protéger les personnes et leurs biens.

Aux instructeurs chinois, Charles Mwando Nsimba a dit toute sa gratitude pour le travail réalisé.

En outre, le ministre en a profité pour tenir une causerie morale à l'intention des hommes de troupes au cours de laquelle il a lancé une sévère mise en garde à l'endroit de ceux qui s'évertuent aux racontars, colportage, rumeurs et autres pratiques de nature à décourager les bonnes volontés dans l'exercice de leur fonction.

Il a insisté sur l'observance de la discipline au sein du corps armé, gage nécessaire et indispensable pour le bon fonctionnement de l'armée.

C'est ici qu'il a fait voir que la « Tolérance zéro » prônée par le chef de l'Etat devait d'abord être observée au sein de l'armée.

Abordant la question du détournement devenu presque monnaie courante en Rdc, le ministre de la Défense nationale a qualifié le phénomène de sabotage destiné à créer des mécontentements parmi les hommes servant sous le drapeau. Surtout en ce moment où toute la nation se prépare à fêter avec faste les 50 ans de l'indépendance. Moment où le calme, la sérénité et la paix doivent être observés par tout le Congolais.

Enfin, avant de regagner Kinshasa, le ministre a évoqué la situation sécuritaire qui prévaut actuellement dans la province du Katanga en général, et dans la ville de Lubumbashi en particulier.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 76/10**

**Chinese military instructors on Kamina military base**

**Instructeurs militaires chinois sur la base militaire de Kamina**



Photograph tagged the 15 February 2019       Photographie étiquetée le 15 février 2019
27 individuals with Chinese uniforms are      27 personnes revêtues d'un uniforme chinois
visible in the photograph                     sont visibles sur la photo
(Front of the HQ building of the Kamina base) (Devant le bâtiment du QG de la base de Kamina)
(open source)                                 (source ouverte)

**Badges illustrating the military Sino-Congolese military cooperation on the Kamina base**

**Badges illustrant la coopération militaire Sino-Congolaise sur la base de Kamina**

   

(Open source/Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Chinese instructors on the military base of Kamina. Photographs tagged between 2015 and 2018 (open source)
Instructeurs chinois sur la base militaire de Kamina, Photographie étiquetées entre 2015 et 2018 (source ouverte)

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 77**

**Document dated 30 May 2012**
**Official letter from the Military Attaché of the People's Republic of China in the DRC to the Ministère de la défense nationale, des anciens combattants et de la réinsertion (MDNAC-R) relating to a donation of military materiel**

**Document daté du 30 mai 2012**
**Courrier officiel de l'Attaché militaire de la République Populaire de Chine en RDC au Ministère de la défense nationale, des anciens combattants et de la réinsertion (MDNAC-R) relatif à un don de matériel militaire**



Document obtained by the Group from a source with knowledge of the matter
Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                 EXHIBIT 60

S/2020/482

**List of materiel attached to the letter related to military materiel offered by China to the DRC**

**Liste associée à la lettre des matériels militaires offerts par la Chine à la RDC**

Annexe

## LISTE DES MATÉRIELS MILITAIRES OFFERTS PAR LA CHINE A LA R.D.DU CONGO

| NO | INDICATION | UNITE | QUANTITE |
|----|------------|-------|----------|
| 1 | Armements et munitions | | |
| 1 | Pistolet de 9mm type 92 (avec étuis) | Pc | 200 |
| 2 | Fusil d'assaut de 7.62mm type 81-1 | Pc | 2000 |
| 3 | Fusil de précision de 7.62mm type 85 ( avec automatiseurs et lunette de jour ) | Pc | 70 |
| 4 | Fusil mitrailleur de 7.62mm type 81 RPD ( avec automatiseur ) | Pc | 190 |
| 5 | Mitrailleuse polyvalent de 7.62mm type 80 PKT | Pc | 40 |
| 6 | Mitrailleuse AA de 12.7mm type 85 | Pc | 10 |
| 7 | Mortier de 60mm type 93 | Pc | 25 |
| 8 | Mortier de 82mm type 87 | Pc | 25 |
| 9 | Canon sans recul de 82mm type 78 | Pc | 10 |
| 10 | Lance-roquette de 40mm type 69 | Pc | 90 |
| 11 | Cartouche de 9mm pour pistolet | 10.000 coups | 12 |
| 12 | Cartouche de 7.62mm à balle ordinaire type 56 | 10.000 coups | 250 |
| 13 | Cartouche de 7.62mm à balle ordinaire type 53 | 10.000 coups | 300 |
| 14 | Cartouche de 12.7mm perforante-explosive-incendiaire | 10.000 coups | 2 |
| 15 | Obus pour mortier de 60mm type 93 | Coup | 1000 |
| 16 | Obus à longue distance pour mortier de 82mm type 87 | Coup | 1800 |
| 17 | Obus perforant type II pour canon sans recul de 82mm type 78 | Coup | 500 |
| 18 | Roquette perforante de 40mm type 69 | Coup | 2800 |
| 19 | Cartouche de signalisation à traction 21 mm | Coup | 5000 |

Document obtained by the Group from a source with knowledge of the matter
Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

| II | Matériels de génie | | |
|---|---|---|---|
| 1 | Charge TNT compact | Tonne | 18 |
| 2 | Détonateur électrique | Pc | 2000 |
| 3 | Détonateur-flamme | Pc | 2000 |
| 4 | Tube tire-feu | Pc | 2000 |
| 5 | Étoupille | Mètre | 1000 |
| 6 | Cordeau détonant | Mètre | 1000 |
| 7 | Exploseur électrique multi-fonctions type OBP413 | Pc | 2 |
| **III** | **Matériels d'instruction** | | |
| 1 | Talkie-Walkie | Pc | 40 |
| 2 | Jumelles ( x 8 ) | Pc | 40 |
| 3 | Cartouche à blanc pour fusil et mitrailleuse | 10 000 coups | 18 |
| 4 | Propulseur de fusil et de mitrailleuse | Pc | 100 |
| 5 | Fumigène à main (20 secondes) | Pc | 300 |
| 6 | Grenade d'exercice en papier | Coup | 4000 |
| 7 | Cône didactique | Pc | 10 |
| 8 | Grillage analogique en forme de ventre serpentin | Mètre | 2.6 |
| 9 | Grillage analogique en forme de mur | Mètre | 2.6 |
| 10 | Fil de fer analogique de grillage électrique | Mètre | 2.6 |
| 11 | Pieu (rond) analogique | Pc | 60 |
| 12 | Petit haut-parleur ( plastique ) | Pc | 10 |
| 13 | Sifflet | Pc | 160 |
| 14 | Filet de camouflage ( 6m×8m ) | Complet | 100 |
| 15 | Habit de camouflage | Complet | 3000 |
| 16 | Pavillon de commandement ( plastique ) | Pc | 200 |
| 17 | Pince pour détonateurs | Pc | 4 |
| 18 | Couteau à plomb | Pc | 1 |
| 19 | Crayon (rouge, bleu, noir) | Pc | 3000 |
| 20 | Outil de travail sur la carte | Complet | 5 |

Document obtained by the Group from a source with knowledge of the matter
Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**List of the materiel mentioned in the letter (compiled by the Group)**

**Liste du matériel mentionné sur la lettre (compilée par le Groupe)**

| SALW | Unit | Quantity | Reference |
|---|---|---|---|
| Pistol 9mm Type 92 (with holster) | pc | 200 | - |
| Assault rifle 7.62mm Type 81-1 | pc | 2,500 | Annex 78/1 |
| Sniper rifle 7.62mm Type 85 (with accessories and day optic) | pc | 70 | Annex 78/5 |
| Light machine gun 7.62mm Type 81 (with accessories) | pc | 190 | Annex 78/4 |
| Light machine gun 7.62mm Type 80 | pc | 30 | - |
| Heavy machine gun 12.7mm Type 85 | pc | 15 | Annex 78/6 |
| 60mm mortar Type 93 | pc | 25 | Annex 78/9 |
| 82mm mortar Type 87 | pc | 25 | Annex 78/10 |
| 82mm recoilless gun Type 78 | pc | 10 | Annex 78/8 |
| 40mm rocket launcher Type 69 (RPG-7) | pc | 70 | - |
| **Ammunition** | | | |
| 9mm cartridge (for pistol) | 10,000 | 12 (120,000) | - |
| 7.62mm cartridge Type 56 (for assault rifle Type 56) | 10,000 | 450 (4,500,000) | - |
| 7.62mm cartridge Type 53 (for machine gun Type 80) | 10,000 | 300 (3,000,000) | - |
| 12.7mm API cartridge (for heavy machine gun Type 85) | 10,000 | 2 (20,000) | - |
| 60mm mortar bomb | round | 1,000 | |
| 82mm mortar bomb | round | 1,000 | |
| 82mm shell for recoilless gun Type 78 | round | 500 | |
| 40mm rocket for rocket launcher Type 69 (RPG-7) | round | 2,800 | - |
| 21mm illuminating cartridge | round | 5,000 | - |

| Engineer materiel | Unit | Quantity | Reference |
|---|---|---|---|
| Compact TNT charge (explosive) | Ton | 10 | - |
| Electric detonator | Pc | 2,000 | - |
| Firing detonator | Pc | 2,000 | - |
| Initiator | Pc | 2,000 | - |
| Safety fuse (Bickford cord) | Metre | 1,000 | - |
| Detonating cord | Metre | 1,000 | - |
| Multifunction electric remote operated blast system Type GBP413 | Pc | 5 | - |

UNCLASSIFIED                                              EXHIBIT 60

S/2020/482

**Annex 78**

**Weapons with characteristics similar to those of Chinese production**

**Armes dont les caractéristiques sont similaires à celles de la production chinoise**

Key – Légende

| Materiel observed in the hands of the security forces | | Matériel observé dans les mains des forces de sécurité |
|---|---|---|
| Materiel observed in the hands of an armed group | | Matériel observé dans les mains d'un groupe armé |

| Type of materiel | Galiber | Materiel documented | | | | Reference |
|---|---|---|---|---|---|---|
| | | FARDC | PNC | Kamina base | Armed group | |
| **SALW** | | | | | | |
| Semi-automatic rifle Type 81-1 | 7.62x39mm | | | | | Annex 78/1 |
| Assault rifle Type 56 | 7.62x39mm | | | | | Annex 78/2 |
| Assault rifle Type 56-1 | 7.62x39mm | | | | | Annex 78/3 |
| Light machine gun Type 81 | 7.62x39mm | | | | | Annex 78/4 |
| Sniper rifle Type 85 | 7.62x54Rmm | | | | | Annex 78/5 |
| Heavy machine gun Type 85 | 12.7x108mm | | | | | Annex 78/6 |
| Heavy machine gun W-85 | 12.7x108mm | | | | | Annex 78/7 |
| **Heavy weapons** | | | | | | |
| Recoilless gun Type 78 | 82mm | | | | | Annex 78/8 |
| Mortar Type 93 | 60mm | | | | | Annex 78/9 |
| Mortar Type 87 | 82mm | | | | | Annex 78/10 |
| MLRS Type 63 (12 tubes) | 107mm | | | | | Annex 78/11 |
| **Less than-lethal materiel (Police)** | | | | | | |
| NARG 38 Short | 37/38mm | | | | | Annex 78/12 |
| NARP.38 Long | 37/38mm | | | | | Annex 78/13 |
| NARG 38 6 rounds | 37/38mm | | | | | Annex 78/14 |
| ARRG 6 rounds | 37/38mm | | | | | Annex 78/15 |

UNCLASSIFIED    EXHIBIT 60

**S/2020/482**

**Annex 78/1**

**Semi-automatic rifle (7.62x39mm) with characteristics similar to Type 81-1 of Chinese production**

**Fusil semi-automatique (7.62x39mm) avec des caractéristiques similaires au Type 81-1 de production chinoise**



Materiel documented in 2019 by MONUSCO
Matériel documenté en 2019 par la MONUSCO



Serial number "23005335", factory 26

Numéro de série « 23005335 », Fabrique d'état 26

Serial numbers documented on similar semi-automatic rifles in the hands of armed groups combatants "20003979" and "29000645"

Numéros de série documentés sur des fusils semi-automatiques similaires dans les mains de combattants de groups armés « 20003979 » et « 29000645 »

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Training provided by Chinese instructors to FARDC recruits on the military base of Kamina, Haut-Lomami province**

**Instruction dispensée par des instructeurs chinois à des recrues FARDC sur la base militaire de Kamina, province du Haut-Lomami**

 



Photographs tagged between 2017-2018 (open source)

Photographies étiquetées entre 2017-2018 (source ouverte)

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**"Type 81-1" documented in the hands of FARDC**

**« Type 81-1 » documenté dans les mains des FARDC**



 

Photographs tagged between 2016-2019 (Open source)

Photographies étiquetées entre 2016-2019 (Source ouverte)

**"Type 81-1'" documented in the hands of PNC members**

**« Type 81-1 » documenté dans les mains de membres de la PNC**

Photographs tagged between 2017-2018 (open source)

Photographies étiquetées entre 2017-2018 (source ouverte)

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Annex 78/2**

**Assault rifle (7.62x39mm) with characteristics similar to Type 56 of Chinese production**

**Fusil d'assaut (7.62x39mm) avec des caractéristiques similaires au Type 56 de production chinoise**



Materiel documented in 2020 by MONUSCO
Matériel documenté en 2020 par la MONUSCO



Serial number « 2833906 », State factory 9336
Numéro de série  « 2833906 », Fabrique d'état 9336



National marking / Marquages nationaux « ☆CDFA2833906 »

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Type 56 assault rifles with markings of the State factory 9336**

**Fusils d'assaut Type 56 revêtus des marquages de l'Usine d'état 9336**

| Serial number | Location | Date | Armed group |
|---|---|---|---|
| 2716178 | Ngite | 30/05/19 | ADF |
| 2719048 | Ngite | 30/05/19 | ADF |
| 2719216 | Musenge | 9/04/19 | Fimbo Na Fimbo |
| 2720544 | Masisi | 29/04/19 | Nyatura Delta |
| 2721600 | Kanyhunga | 19/11/17 | MM Leopard |
| 2722003 | Ngite | 30/05/19 | ADF |
| 2722498 | Nyamilima | 23/03/19 | MM Charles |
| 2826366 | Kanyabayonga | 17/01/17 | Nyatura |
| 2830904 | Mugabo Njala | 05/11/19 | Twa |
| 2833903 | Nyamilima | 14/08/19 | MM Charles |
| 2833906 | With official DRC markings – Avec marquages officiels RDC | | |
| 2833951 | Ngite | 30/05/19 | ADF |
| 2834408 | Lubero | 1/11/14 | MM Burundese |
| 2834892 | Kiwanja | 23/05/19 | MM Charles |
| 2835365 | Ngite | 30/05/19 | ADF |
| 2900601 | Kashege | 04/06/19 | Twa |
| 2900769 | Beni | 2018 | ? |
| 2900974 | | Between Oct 19 and J | Ngumino |
| 2902450 | North Kivu | 07/12/19 | FDLR-FOCA |
| 2902866 | Kalembe | 07/03/16 | NDC-R |
| 2904189 | Ngite | 30/05/19 | ADF |
| 2904738 | Kasongo | 16/10/18 | MM Malaika |

                      UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 78/3**

**Assault rifle (7.62x39mm) with characteristics similar to Type 56-1 of Chinese production**

**Fusil d'assaut (7.62x39mm) avec des caractéristiques similaires au Type 56-1 de production chinoise**



As early as 2017, the Group noted that Type 56-1 assault rifles were used by members of the General staff, military intelligence deployed in Goma, North Kivu province. This was the first observation of this materiel. Photographs tagged between 2017-2019 (open source)

Dès 2017 le Groupe avait relevé que des fusils d'assaut Type 56-1 dotaient des membres de l'État-major Renseignement déployés à Goma, province du Nord Kivu. Il s'agissait alors de la première observation de ce matériel. Photographies étiquetées entre 2017-2019 (source ouverte)

S/2020/482

**Type 56-1 assault rifle with the makings of State factory 313**

**Fusils d'assaut Type 56-1 revêtu des marquages de l'Usine d'état 313**



Materiel documented in 2020 by MONUSCO
Matériel documenté en 2020 par la MONUSCO



Serial number "5519765", State factory 313 complete with the national markings "☆CDFA5519765"
Numéro de série « 5519765 », Fabrique d'état 313 complété des marquages nationaux « ☆CDFA5519765 »

| Serial number | Location | Date | GA |
|---|---|---|---|
| 4820502 | Beni | 2018 | Unknown |
| 4917722 | Unkonwn | Between Oct 19 and Jan 20 | Yakutumba |
| 4923330 | Wamaza | 18/09/18 | MM Apa Na Pale |
| 5009762 | Beni | 2018 | Unknown |
| 5011724 | With official DRC markings – Avec marquages officiels RDC | | |
| 5516578 | Unknown | Between Oct 19 and Jan 20 | Yakutumba |
| 5516272 | With official DRC markings – Avec marquages officiels RDC | | |
| 5519760 | Kahanda | 6/09/19 | MM Kapapa |
| 5519765 | With official DRC markings – Avec marquages officiels RDC | | |
| 5529835 | Kahanda | 13/09/19 | MM Kapapa |
| 5530775 | With official DRC markings – Avec marquages officiels RDC | | |
| 5533387 | With official DRC markings – Avec marquages officiels RDC | | |
| 5533997 | With official DRC markings – Avec marquages officiels RDC | | |
| 5534085 | Rukobero | 13/09/19 | [MM Furaha |
| 5537728 | With official DRC markings – Avec marquages officiels RDC | | |
| 5538220 | With official DRC markings – Avec marquages officiels RDC | | |
| 5707097 | Elaya | 17/04/19 | MM Element |

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Type 56-1 assault rifle with the markings of the State factory 386**

**Fusil d'assaut Type 56-1 revêtu des marquages de l'Usine d'état 386**



Materiel documented in 2019 by MONUSCO
Matériel documenté en 2019 par la MONUSCO



Serial number: "3618876", State factory 386 complete with national marking "☆CDFA3618876"

Numéro de série « 3618876», Fabrique d'état 386 complété des marquages nationaux « ☆CDFA3618876 »

UNCLASSIFIED

UNCLASSIFIED　　　　　　EXHIBIT 60

S/2020/482

**"Type 56-1" assault rifles documented in the hands of armed groups combatants**

**Fusils d'assault « Type 56-1 » documentés dans les mains de combattants de groupes armés**

| Serial number | Location | Date | Armed group |
|---|---|---|---|
| 13202426 | Kichanga | 20/04/18 | Nyatura |
| 3205414 | Rutshuru | 17/05/19 | CMC |
| 3301656 | Molimbi | 17/03/19 | Nyatura |
| 3300683 | Masisi | 23/03/19 | Nyatura |
| 3301215 | Nyanzale | 17/12/19 | Unknown |
| 3301233 | Kanyabayonga | 29/12/14 | FDLR-FOCA |
| 3301546 | Kiwanja | 11/03/15 | FDLR-FOCA |
| 3301955 | With official DRC markings – Avec marquages officiels RDC | | |
| 3303153 | Bunyampuri | 31/07/15 | NDC-R |
| 3303878 | Masisi | 24/10/19 | APCLS |
| 3304175 | INyamalima | 17/03/19 | MM Charles |
| 3304271 | Rutshuru | 21/03/19 | Nyatura |
| 13304823 | Benia | 1/07/18 | Unknown |
| 13305645 | Masisi | 7/06/19 | P5 |
| 3305653 | Masisi | 7/06/19 | P5 |
| 3305725 | With official DRC markings – Avec marquages officiels RDC | | |
| 3305753 | Kibubi | 27/12/19 | FDDH |
| 3306541 | UBaoza/Kiwanja | 12/03/19 | FMM Charles |
| 3308152 | Masisi | 19/12/19 | Unknown |
| 3308569 | Nyamilima | 04/05/19 | FDLR |
| 3309093 | Kiwanja/Mungun | 10/01/19 | Nyatura |
| 3309745 | Masisini | 09/04/19 | Fimbo Na Fimbo |
| 3309850 | Pinga | 03/07/15 | APCLS |
| 3309953 | IRwindi | 11/09/17 | MM Charles |
| 3311893 | Walikale | 15/01/15 | NDC Cheka |
| 3312664 | Masisi | 01/09/15 | FDLR-FOCA |
| 3314856 | North Kivu | 24/12/16 | Nyatura |
| 3315856 | Rwindi | 11/09/17 | MM Charles |
| 3316244 | Rwindi | 19/09/15 | RUD-Urunana |
| 3317551 | Walikale | 22/04/16 | Raya Mutomboki |
| 3320503 | Walikale | 22/04/16 | Raya Mutomboki |
| 3320637 | Masenge | 09/04/19 | Fimbo Na Fimbo |
| 3321937 | Kanyabayonga | 29/12/14 | FDLR-FOCA |
| 3321436 | Kiwanja | 6/06/19 | MM Charles |
| 3322613 | Shabunda | 28/08/17 | RM Donat |
| 3326704 | With official DRC markings – Avec marquages officiels RDC | | |
| 3600071 | Kabanda | 19/09/19 | JMM Kapupa |
| 3600222 | Kasongo | 16/10/18 | MM Malaika |
| 3600575 | Elisa | 27/04/19 | MM Ekment |
| 3601194 | Nyamilima | 17/07/15 | PRM |
| 3601326 | Kitumba | 01/04/16 | MM Lafontaine |
| 3602407 | Masisi | 09/07/19 | Nyatura Kirikico |
| 3602654 | With official DRC markings – Avec marquages officiels RDC | | |
| 3602861 | Kiwanja | 11/12/17 | INyatura |
| 3602893 | With official DRC markings – Avec marquages officiels RDC | | |
| 3603830 | With official DRC markings – Avec marquages officiels RDC | | |
| 3603907 | Kanyabayonga | 29/12/14 | FDLR-FOCA |
| 13604317 | IMasisi | 29/04/19 | Nyatura Delta |
| 3605036 | Masisi | 7/06/19 | P5 |
| 3605048 | Kichanga | 29/11/19 | NDC-R |
| 3605102 | Bukombo | 22/11/19 | CMC |
| 3605184 | Masisi | 19/12/19 | APCLS |
| 3605751 | With official DRC markings – Avec marquages officiels RDC | | |
| 3607432 | Masisi | 19/12/19 | Nyatura / APCLS |
| 3607521 | Kichanga | 16/10/18 | Nyatura |
| 3607512 | With official DRC markings – Avec marquages officiels RDC | | |
| 3607837 | Rumangabo | 29/10/19 | Unknown |
| 3607901 | Kasomo | 16/10/18 | MM Malaika |
| 13608117 | With official DRC markings – Avec marquages officiels RDC | | |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

| 3608190 | Masisi | 06/11/19 | Unknown |
|---|---|---|---|
| 3608447 | Nyamalima | 01/09/17 | MM Charles |
| 3608544 | With official DRC markings – Avec marquages officiels RDC | | |
| 3609300 | With official DRC markings – Avec marquages officiels RDC | | |
| 3609354 | Nioto | 29/05/15 | Raya Mutomboki |
| 3610639 | Minova | 10/06/16 | NDC-R |
| 3610972 | Kichanga | 30/07/19 | Nyatura |
| 3611283 | Kanyabayonga | 24/12/18 | MM Mazembe |
| 3611442 | Kichanga | 28/11/18 | APCLS |
| 3612159 | Kirumba | 01/04/16 | MM Lafontaine |
| 3612439 | Luofu | 19/02/15 | MM Lafontaine |
| 3614952 | Shabunda | 08/07/17 | RM Kimba |
| 3615571 | Rusayo | 11/09/15 | FDLR-FOCA |
| 3616134 | Katasomwa | 15/04/19 | Nyatura |
| 3616253 | With official DRC markings – Avec marquages officiels RDC | | |
| 3616285 | Unknown | Late 2019 | Yakutumba |
| 3617117 | Nyanzale | 24/08/19 | Nyatura |
| 3617831 | Tongo | 09/10/18 | MM Charles |
| 3617901 | Kanyabayonga | 26/12/14 | RUD-Urunana |
| 3618397 | Mpeti | 13/08/19 | Nyatura |
| 3618494 | With official DRC markings – Avec marquages officiels RDC | | |
| 3618876 | With official DRC markings – Avec marquages officiels RDC | | |
| 3619425 | Masisi | 16/08/19 | Nyatura |
| 3320556 | Masisi | 24/10/19 | APCLS |
| 3620665 | Nyanzale | 12/10/18 | CNRD |
| 3620906 | Masisi | 19/12/19 | Unknown |
| 3621439 | Nyamiluma | 14/08/19 | MM Charles |
| 3621893 | Kichanga | 20/05/18 | Nyatura |
| 3622164 | Kalehe | 18/04/18 | MM Kirikico |
| 3622579 | Nyanzale | 22/12/19 | Unknown |
| 3623106 | North Kivu | 29/12/17 | Nyatura |
| 3623122 | Kasongo | 16/10/18 | MM Malaika |
| 3623212 | North Kivu | 22/08/19 | NDG-R |
| 3623665 | Kichanga | 17/09/19 | Unknown |
| 3702160 | Djugu | 29/11/18 | Unknown |
| 3702906 | Nyanzale | 30/01/19 | MM Mazembe |



Photographs obtained by the Group early 2020. Here in the hands of Mai-Mai Malaika, Maniema province

Photographies obtenues par le Groupe début 2020. Ici dans les mains de Mai-Mai Malaika, province du Maniema

**S/2020/482**

**Annex 78/4**

**Light machine gun (7.62x39mm) with characteristics similar to Type 81 of Chinese production**

**Mitrailleuse légère (7.62x39mm) avec des caractéristiques similaires à celles de la mitrailleuse Type 81 de production chinoise**



Materiel documented in 2019 by MONUSCO
Matériel documenté en 2019 par la MONUSCO



Serial number: "1203713", State factory 36

Numéro de série « 1203713 », Fabrique d'état 36

 

**"Type 81" light machine guns documented in the hands of armed groups combatants**

**«Mitrailleuses légères « Type 81 » documentées dans les mains de combattants de groupes armés**

| Serial number | Location | Date | GA |
|---|---|---|---|
| 1203713 | Masisi | 30/05/19 | Nyatura Delta |
| 128123 | Ngungu | 13/02/20 | UPDC |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Training provided to FARDC recruits on the Kamina military base**

**Instruction dispensée à des recrues FARDC sur la base militaire de Kamina**



(open source/source ouverte)

**"Type 81" light machine guns documented in the hands of FARDC members**

**Mitrailleuses légères « Type 81 » documentées dans les mains de membres des FARDC**



(open source/source ouverte)

**"Type 81" light machine gun documented in the hands of sanctioned individual Guidon (CDi.033), NDC-R leader**

**Mitrailleuse légère « Type 81 » documentée dans les mains de Guidon, leader du NDC-R et sous sanctions des Nations Unies (Cdi.033)**



Photographs tagged between          Photographies étiquetées entre
2016-2018 (open source)             2016-2018 (source ouverte)

EXHIBIT 60

S/2020/482

**Annex 78/5**

**Sniper rifle (7.62x54Rmm) with characteristics similar to Type 85 of Chinese production**

**Fusil de précision (7.62x54Rmm) avec des caractéristiques similaires au Type 85 de production chinoise**

Training provided by Chinese instructors to FARDC recruits on the Kamina military base

Instruction dispensée par des instructeurs chinois à des recrues FARDC sur la base militaire de Kamina



Photograph tagged in 2016 (open source)

Photographie étiquetée en 2016 (source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Sniper rifle "Type 85" (7.62x54Rmm) documented in the hands of FARDC and Republican Guard members**

**Fusil de précision « Type 85 » (7.62x54Rmm) documenté dans les mains de membres des FARDC et de la Garde républicaine**



Photographs tagged between 2018-2019 (open source)

Photographies étiquetées entre 2018-2019 (source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 78/6**

**Heavy machine gun (12.7x108mm) with characteristics similar to W-85 of Chinese production**

**Mitrailleuse lourde (12.7x108mm) avec des caractéristiques similaires à la W-85 de production chinoise**



Materiel documented by MONUSCO

Matériel documenté par la MONUSCO



CN W-85
Serial number: "120255" – numéro de série "120255"

Similar heavy machineguns were mentioned in a previous report (see S/2016/466, annex 21). They bore serial numbers "120459" and "230281".

Des mitrailleuses lourdes similaires sont présentées dans un rapport antérieur (voir S/2016/466, annexe 21). Elles portaient les numéros de série « 120459 » et « 230281 ».

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Training on "W-85" heavy machine gun provided to FARDC recruits on the Kamina military base**

**Instruction sur la mitrailleuse lourde « W-85 » dispensée à des recrues FARDC sur la base militaire de Kamina**

 

Open source

Source ouverte

**"W-85" heavy machine gun documented in the hands of FARDC members**

**Mitrailleuse lourde « W-85 » documentée dans les mains de membres des FARDC**



Photographs tagged between        Photographies étiquetées entre
2016-2018 (Open source)           2016-2018 (Source ouverte)

220/528
DRC-30316 1390

EXHIBIT 60

S/2020/482

**"W-85" heavy machine gun mounted on FARDC vehicles or small boats**

**Mitrailleuse lourde « W-85 » montée sur des véhicules et/ou des embarcations des FARDC**





 

Photographs tagged between 2016-2019 (open source)

Photos étiquetées entre 2016-2019 (source ouverte)

EXHIBIT 60

S/2020/482

**Box of an optical sight associated with "W-85" heavy machine gun**

**Boitier d'une optique associée aux mitrailleuses lourdes « W-85 »**



Materiel seized from ADF by FARDC, documented early in 2020 by the Group. Serial number "20102675" (year of production "2010"). Attached to the heavy machine gun serial number « 120256 »

Matériel saisi sur ADF par les FARDC documenté début 2020 par le Groupe. Numéro de série « 20102675 » (année de production « 2010 »). Matériel attaché à la mitrailleuse lourde numéro de série « 120256 »

**"W-85" heavy machine gun documented in the hands of FARDC members**

**Mitrailleuse lourde « W-85 » documentée dans les mains de membres des FARDC**



Photographs tagged between 2017-2019 (Open source)

Photographies étiquetées entre 2017-2019 (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

**S/2020/482**

**Annex 78/7**

**Heavy machine gun (12.7x108mm) with characteristics similar to QGJ-88 / Type 85 of Chinese production**

**Mitrailleuse lourde (12.7x108mm) avec des caractéristiques similaires à la QGJ-88/Type 85 de production chinoise**

"Type 85" heavy machine gun documented in the hands of FARDC members

Mitrailleuse lourde « Type 85 » documentée dans les mains de membres des FARDC

 



 

Photographs tagged between 2013/2019 (open source)

Photographies étiquetées entre 2013/2019 (source ouverte)

Similar heavy machine guns were mentioned in a previous report (see S/2014/428, annex 26)

Des mitrailleuses lourdes similaires ont été présentées dans un rapport antérieur (voir S/2014/428, annexe 26)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 78/8**

**Recoilless gun (82mm) with characteristics similar to Type 78 of Chinese production**

**Canon sans recul (82mm) avec des caractéristiques similaires au Type 78 de production chinoise**

Training provided by Chinese instructors to FARDC recruits on the Kamina military base

Instruction dispensée par des instructeurs chinois à des recrues FARDC sur la base militaire de Kamina







Photographs tagged between          Photographies étiquetées entre
2017-2018 (Open source)             2017-2018 (Source ouverte)

S/2020/482

**Annex 78/9**

**Mortar (60mm) with characteristics similar to Type 93/PP-89 of Chinese production**

**Mortier (60mm) avec des caractéristiques similaires au Type 93/PP-89 de production chinoise**

Training provided to FARDC recruits on the Kamina military base

Instruction dispensée à des recrues FARDC sur la base militaire de Kamina

 



Photographs tagged between          Photographies étiquetées entre
2017-2018 (Open source)             2017-2018 (Source ouverte)

**Materiel documented by MONUSCO in 2018 in the hands of a militia men killed in Ituri during a confrontation with FARDC**

**Matériel documenté par la MONUSCO en 2018 dans les mains d'un milicien tué en Ituri lors d'une confrontation avec les FARDC**



20-06401
DRC-30316 1395

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 78/10**

**Mortar (82mm) with characteristics similar to Type 87 of Chinese production**

**Mortier (82mm) avec des caractéristiques similaires au Type 87 de production chinoise**

Training provided by Chinese instructors to FARDC recruits on the Kamina military base

Instruction dispensée par des instructeurs chinois à des recrues FARDC sur la base militaire de Kamina



 

Photographs tagged between
2015-2018 (Open source)

Photographies étiquetées entre 2015-2018
(Source ouverte)

**S/2020/482**

**Annex 78/11**

**107mm (12 tubes) multiple rocket launcher system (107mm/12 tubes MLRS) with characteristics similar to Type 63 of Chinese production**

**Lance-roquettes multiple (MLRS 107mm/12 tubes) avec des caractéristiques similaires au Type 63 de production chinoise**

**Training provided to FARDC recruits on the military base of Kamina**

**Instruction dispensée aux recrues FARDC sur la base militaire de Kamina**





  

Photographs tagged between 2017-2018        Photographies étiquetées entre
(Open source)                                2017-2018 (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 78/12**

**Non-lethal grenade launcher (37/38mm) with characteristics similar to NARG 38 "short" of Chinese production (Norinco)**

**Lanceur de munitions moins que létales (37/38mm) avec des caractéristiques similaires au NARG 38 « court » de production chinoise (Norinco)**



"NARG 38 "short"" documented in the hands of PNC members

« NARG 38 « court » » documenté dans les mains de membres de la PNC







Photographs tagged between         Photographies étiquetées entre
2017-2018 (Open source)            2017-2018 (Source ouverte)

**Annex 78/13**

**Non-lethal grenade launcher (37/38mm) with characteristics similar to NARG 38 "long" of Chinese production (Norinco)**

**Lanceur de munitions moins que létales (37/38mm) avec des caractéristiques similaires au NARG 38 « long » de production chinoise (Norinco)**

**"NARG 38 "Long"" documented in the hands of PNC members**

**« NARG 38 « long » » documenté dans les mains de membres de la PNC**

Photographs tagged between 2017-2018 (Open source)

Photographies étiquetées entre 2017-2018 (Source ouverte)

**Annex 78/14**

**Non-lethal revolver grenade launcher (37/38mm) with characteristics similar to NARG 38 of Chinese production**

**Lanceur de munitions moins que létales à barillet (37/38mm) avec des caractéristiques similaires au NARG 38 de production chinoise**

**"NARG 38 "revolver"" documented in the hands of PNC members**

**« NARG 38 « revolver » » documenté dans les mains de membres de la PNC**

Photographs tagged between 2017-2018 (Open source)

Photographies étiquetées entre 2017-2018 (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Annex 78/15**

**Non-lethal revolver grenade launcher (37/38mm) with characteristics similar to ARRG of Chinese production (Jianshe industries)**

**Lanceur de munitions moins que létales à barillet (37/38mm) avec des caractéristiques similaires au ARRG de production chinoise (Jianshe industries)**

**"ARRG" documented in the hands of PNC members**

**"ARRG" documenté dans les mains de membres de la PNC**







Photographs tagged between
2017-2018 (Open source)

Photographies étiquetées entre
2017-2018 (Source ouverte)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

## Annex 79

**Vehicles with characteristics similar to those of Chinese production**

**Véhicules dont les caractéristiques sont similaires à celles de production chinoise**

| Vehicle | Reference |
|---|---|
| Unknown statute | |
| BJ2022 jeep | Annex 79/1 |
| FARDC | |
| Beiben truck | Annex 79/2 |
| Shaanxi truck | Annex 79/3 |
| Shacman truck | Annex 79/4 |
| SinoTruck Howo 290 | Annex 79/5 |
| Sino Truck | Annex 79/6 |
| Engineer vehicles (Foton, Shaanxi and Sany | Annex 79/7 |
| Technical vehicles (crane truck and forklift) | Annex 79/8 |
| PNC | |
| VN-4 "Rhinoceros" | Annex 79/9 |
| CS-3/VP-3 "Bigfoot" | Annex 79/10 |

EXHİBIT 60

**S/2020/482**

**Annex 79/1**

**Military jeep with characteristics similar to the BJ2022 of Chinese production**

**Jeep à usage militaire avec des caractéristiques similaires à la BJ2022 de production chinoise**







One of the documented vehicles had an FARDC licence plate
Photographs tagged between 2017-2018
(Open source)

Un des véhicules documentés est revêtu d'une plaque d'immatriculation des FARDC
Photographies étiquetées entre 2017-2018
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

### Annex 79/2

**Military truck with characteristics similar to the Beiben truck 2626 of Chinese production**

**Camion à usage militaire avec des caractéristiques similaires au Beiben truck 2626 de production chinoise**







Photographs tagged between          Photographies étiquetées entre
2016-2018 (Open source)             2016-2018 (Source ouverte)

Materiel presented on the factory website in March 2020 - Matériel présenté sur le site web du fabriquant en mars 2020 :
http://www.beiben-trucks.com/Beiben-Heavy-Trucks-Show-in-2015-Military-Games-in-Russia_n113

S/2020/482

**Annex 79/3**

**Military truck with characteristics similar to the Shaanxi of Chinese production**

**Camion à usage militaire avec des caractéristiques similaires au Shaanxi de production chinoise**

 

Materiel documented by the Group on Goma airfield in November 2019

Matériel documenté par le Groupe sur l'aérodrome de Goma en novembre 2019

**Fuel truck variant**

**Variante camion-citerne**



Materiel documented by the Group on Goma airfield in November 2019

Matériel documenté par le Groupe sur l'aérodrome de Goma en novembre 2019

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 79/4**

**Military truck with characteristics similar to the Shacman F3000 of Chinese production**

**Camion à usage militaire avec des caractéristiques similaires au Shacman F3000 de production chinoise**

 

Vehicle with an FARDC licence plate, open source

Véhicule revêtu d'une plaque d'immatriculation FARDC, source ouverte

Materiel presented on the factory website in March 2020 :
Matériel présenté sur le site web du fabriquant en mars 2020 :
http://www.sinotruck.ce/product-cat-13.html

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 79/5**

**SinoTruck Howo 290 truck (China)**

**Camion SinoTruck Howo 290 (Chine)**



**SinoTruck Howo 290 fuel truck**

**Camion-citerne à carburant SinoTruck Howo 290**



| | |
|---|---|
| Reception of the materiel in Daar es Salam, Tanzania by the DRC Commission électorale nationale indépendante (CENI) in October 2018 (Open source) | Réception du matériel à Dar es Salam, Tanzanie, par la Commission électorale nationale indépendante (CENI) de la RDC en octobre 2018 (Source ouverte) |

https://zoom-eco.net/developpement/rdc-elections-nangaa-receptionne-157-camions-n-dar-es-salam/

...

EXHIBIT 60

S/2020/482

**Sinotruck Howo trucks were also presented as military cargo trucks on the factory website in March 2020**

**Les camions Sinotruck Howo étaient présentés en qualité de camions cargo militaires sur le site en ligne du fabricant en mars 2020**

http://www.sinotruck.cc/product-187.html

# HOWO 4×4 MILITARY CARGO TRUCK



Open source

Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

CENI document presenting the materiel supplied by the Government (including the military SinoTruck trucks)

Document de la CENI présentant le matériel remis par le Gouvernement (dont des camions militaires SinoTruck)



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

EXHIBIT 60

S/2020/482



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Associated CENI document related to FARDC placing SinoTruck trucks at CENI disposal**

**Document CENI associé relatif à la mise à disposition des camions SinoTruck à la CENI par les FARDC**

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Official CENI documents related to the provision of SinoTruck Howo trucks by FARDC and their return at the end of the elections**

**Documents officiels de la CENI illustrant la mise à disposition des camions SinoTruck Howo par les FARDC et leur restitution à l'issue des élections**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

20-06401
DRC-30316 1413

243/528
243 of 528

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Annexe 1

SITUATION DETAILLEE DU CHARROI AUTOMOBILE FARDC EN SOUTIEN LOGISTIQUE A LA CENI TANGANYIKA

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 79/6**

**Transfer by sea of three SinoTruck Howo trucks by Sinotruck Hongye Ltd (China) to MDNAC-R**

**Transfert par voie maritime au MDNAC-R de trois camions SinoTruck Howo par Sinotruck Hongye Ltd (Chine)**

Document dated 21 December 2018 – Document daté du 21 décembre 2018



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                              EXHIBIT 60

S/2020/482



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 79/7**

**Transfer by sea of 46 vehicles (including trucks) and seven engineering vehicles by Sinotrans Limited project (China) to MDNAC-R**

**Transfert par voie maritime au MDNAC-R de 46 véhicules (comprenant des camions) et de sept engins de génie par Sinotrans Limited project (Chine)**

Document dated 16 June 2019 – Document daté du 16 juin 2019



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                EXHIBIT 60

S/2020/482

VEHICLES DETAILS AS PER BELOW:

| VEHICLE DESCRIPTION | BRAND | VIN Nº / CHASSIS Nº | ENGINE Nº |
|---|---|---|---|
| SPRINKLER | FOTON | LVBV4JBBXJB11078 | 1817610S834 |
| DELIVER TANKER TRUCK | FOTON | LVBV4JBBXJB11077 | 1617610S351 |
| MOTOR TRUCK | SHAANXI | LZGCBCM14J0000761 | 1816F077340 |
| MOTOR TRUCK | SHAANXI | LZGCB2M13J0000700 | 1616F077245 |
| MOTOR TRUCK | SHAANXI | LZGCB2M1XJ0000699 | 1816F077244 |
| MOTOR TRUCK | SHAANXI | LZGCB2M12J0000698 | 1816F077243 |
| MOTOR TRUCK | SHAANXI | LZGCB2M15J0000697 | 1816F077243 |
| MOTOR TRUCK | SHAANXI | LZGCB2M14J0000696 | 1816F077243 |
| MOTOR TRUCK | SHAANXI | LZGCB2M1XJ0000695 | 1816F077240 |
| MOTOR TRUCK | SHAANXI | LZGCB2M10J0000694 | 1816F077230 |
| LOW PLATE TRACTOR | SHAANXI | LZGJLJT44J0000562 | 1816F077025 |
| LOW PLATE TRACTOR | SHAANXI | LZGJLJT4XJ0000563 | 1816F072295 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002559 | 1816F072270 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002759 | 1816F072269 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR3XJ0002757 | 1816F072263 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR3XJ0002758 | 1816F072257 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002755 | 1816F072274 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002704 | 1816F072273 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002762 | 1816F072272 |
| SELF-DUMPING TRUCK | SHAANXI | LZGCLSR4XJ0002762 | 1816F072271 |
| TRUCK CRANE | SHAANXI | ZLJ5H343 | DP15602760 |
| CRAWLER BULLDOZER | SANY | PZ220J2 | 1617L151482 |
| CRAWLER BULLDOZER | SANY | RD320J3 | 7L151858 |
| CRAWLER BULLDOZER | SANY | RD340J6 | 1617L151883 |
| CRAWLER BULLDOZER | SANY | RD340J6 | 1617L151490 |
| WHEELED EXCAVATOR | SANY | SAM0000SXJK001128 | T92358 |
| WHEELED EXCAVATOR | SANY | SAM0000SXJK000034 | T92351 |
| CRAWLER EXCAVATOR | SANY | SET1121LJ0P00518 | E72252 |
| CRAWLER EXCAVATOR | SANY | SE11121LJ0P00513 | E00003 |
| CRAWLER EXCAVATOR | SANY | SE11121LJ0P00038 | E12156 |
| CRAWLER EXCAVATOR | SANY | SE11121LJ0P0354G | E12760 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010017C REAR FRAME:SANLJ7500JS003022 | 78508382 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010013C REAR FRAME:SANLJ7602JS003843 | 78740946 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010010C REAR FRAME:SANLJ7901JS003809 | 78507443 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010020C REAR FRAME:SANLJ7907JS003028 | 78506560 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010018C REAR FRAME:SANLJ7804JS003769 | 78507437 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010012C REAR FRAME:SANLJ7606JS003858 | 78742251 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010014C REAR FRAME:SANLJ7801JS003879 | 78506283 |
| LOADER | SANY | FRONT FRAME:SY650LC1C180010012C REAR FRAME:SANLJ7907JS003778 | 78748944 |

** TO BE CONTINUED ON ATTACHED LIST **

Page 3 of 9

| VEHICLE DESCRIPTION | BRAND | VIN Nº / CHASSIS Nº | ENGINE Nº |
|---|---|---|---|
| LOADER | SANY | FRONT FRAME:SY650LC1C180010015C REAR FRAME:SANLJ7508JS003668 | 78507438 |
| GRADER | SANY | NONE | WPB0320E330SP1SD000002 |
| GRADER | SANY | NONE | WPB0320E330SP1SD000008 |
| GRADER | SANY | NONE | WPB0320E330SP1SD000005 |
| ROAD ROLLER | SANY | NONE | QSB4.5-C160-3099002890 |
| ROAD ROLLER | SANY | NONE | QSB4.5-C160-3076003407 |
| ROAD ROLLER | SANY | NONE | QSB4.5-C160-3076637144 |

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED    EXHIBIT 60

S/2020/482

---

**Associated Press article: Batch of military engineering equipment, donated by China to the FARDC**

**Article de presse associé : Un lot de matériel de génie militaire, don de la Chine aux FARDC**

https://www.digitalcongo.cd/article/5d24960383b6e20004c1bbce/

**Publié le 9 juillet 2019**



## Un lot de matériel de génie militaire, don de la Chine aux FARDC

Kinshasa 09-07-2019 Politique - Des pays amis de la RDC qui n'hésite pas un seul instant de lui apporter un soutien substantiel dans la Réforme de ses forces armées dans les volets formation et équipement, la Chine qui n'est toujours pas en reste, a fait un don en matériel de génie militaire aux FARDC.

Le ministre a.i. de la Défense nationale, anciens combattants et réinsertion, le Pr. Michel Bongongo Ikoli, a réceptionné lundi dans l'enceinte de la Base Logistique au Camp Kokolo, un don du gouvernement chinois constitué d'un lot de matériels pour le compte du génie militaire congolais. Le ministre de la Défense a exprimé au nom du Chef de l'Etat et Commandant suprême des FARDC, Félix Antoine Tshisekedi Tshilombo, ainsi qu'à celui de la Nation congolaise, l'expression de gratitude et de reconnaissance du peuple congolais a la République populaire de Chine.

Il a rappelé que la Chine est l'un de ces pays amis de la RDC qui n'hésite pas à lui apporter un soutien substantiel dans la reforme de ses forces armées pour ce qui est des volets formation et équipement.

Le ministre Bongongo a ainsi exhorté le Chef d'Etat-major général des FARDC à y veiller jalousement, à en faire bon usage et à utiliser ce précieux don pour raffermir le lien ombilical Armée-Nation, en mettant en contribution les capacités des FARDC, spécialement le génie militaire dans le développement économique et social de la RDC.

L'attaché militaire de la République populaire de Chine, le colonel supérieur MA-FEI, a souligné que ce geste de la Chine à la RDC s'inscrit dans le cadre de la coopération militaire qui existe entre ces deux pays amis. La RDC, a-t-il ajouté, est le pays le plus bénéficiaire de ces formations parmi les pays africains. Tout en rendant un hommage au Commandant suprême des FARDC, qui tient à une armée forte pour défendre le territoire national, le chef d'Etat-major général des FARDC, le général d'armée, Célestin Mbala Munsense a souhaité l'encouragement profond de cette coopération en cette période de la restructuration de l'armée pour sa montée en puissance.

Auparavant, le commandant de génie militaire, le général de Brigade Mbuyu Lay Lay a indiqué que le lot de matériels pour le compte de génie militaire est constitué notamment des camions auto, camions citernes de bétonnières, des escalators des niveleuses, des compacteurs des bulldozers, des pelles chargeurs et des bens.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 79/8**

**Transfer by sea to MDNAC-R of one crane truck and three forklifts by China construction machinery Co Ltd (China)**

**Transfert par voie maritime au MDNAC-R de un camion grue et de trois élévateurs par China construction machinery Co Ltd (Chine)**

Document dated 29 October 2018 – Document daté du 29 octobre 2018



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED   EXHIBIT 60

S/2020/482



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

EXHIBIT 60

S/2020/482



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED     EXHIBIT 60

S/2020/482

**Annex 79/9**

**Armoured police vehicle with characteristics similar to VN-4 "Rhinoceros"[1] of Chinese production**

**Véhicule blindé de police avec des caractéristiques similaires au VN-4 « Rhinocéros » de production Chinoise**









VN-4 armoured vehicles used by the Légion
nationale d'intervention (LENI – PNC)
Photographs tagged in 2018 (in Kinshasa)
(Open source)

Véhicules blindés VN-4 utilisés par la Légion
nationale d'intervention (LENI – PNC)
Photographies étiquetées en 2018 (à Kinshasa)
(Source ouverte)

---

[1] VN-4 is produced by Chongqing Tiema Industries Corporation, a China North Industries Corporation (NORINCO) company.
Le VN-4 est produit par Chongqing Tiema Industries Corporation, une compagnie appartenant à China North Industries
Corporation (NORINCO)

S/2020/482

**Annex 79/10**

**Armoured police vehicles similar to CS/VP3 "Bigfoot[2]" of Chinese production (here with a "W-85" heavy machine gun mounted on top)**

**Véhicule blindé de police avec des caractéristiques similaires au CS/VP3 « Bigfoot » de production Chinoise (ici équipé avec une mitrailleuse lourde « W-85 » en superstructure)**









VN-4 armoured vehicles used by the Légion nationale d'intervention (LENI – PNC) Photographs tagged in 2018 (in Kinshasa) (Open source)

Véhicules blindés VN-4 utilisés par la Légion nationale d'intervention (LENI – PNC) Photographes étiquetées en 2018 (à Kinshasa) (Source ouverte)

---

[2] CS/VP3 is produced by Poly Technologies Incorporated (China)
Le CS/VP3 est produit par Poly Technologies Incorporated (Chine).

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 80**

**Bill of lading and official documents related to the transfer by sea to MDNAC-R of four Type 996Y patrol boats, four QJC-88 heavy machine guns, 12 Type 80 light machine guns and associated munition by the People's Liberation Army of China**

**Bordereau de colisage et documents officiels relatifs au transfert par voie maritime au MDNAC-R de quatre bateaux de patrouille Type 996Y, quatre mitrailleuses lourdes QJC-88, 12 mitrailleuses légères Type 80 et munitions associées par l'Armée Populaire de Libération de la Chine**

Document dated 5 August 2019 – Document daté du 5 août 2019



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

EXHIBIT 60

S/2020/482

# La liste de livraison de l' équipement militaire



## (Totale 11 pages)

| | | |
|---|---|---|
| Totale caisses: | 849 | Caisses |
| Totale poids: | 66.752 | T |
| Totale volume: | 758.996 | M$^3$ |

La liste de livraison de l' équipement militaire,

| No dossier | Désignation | Unité | Quantité | Quantité de caisse | État de chaque caisse | | | Poids total (T) | Dimension totale (M³) | Remarque |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quantité | Poids (kg) | dimension(longueur× largeur×hauteur) | | | |
| PU71-J1-82-00/01 | Pistolet mitr PKT | baladeuse | 4 | 8 | 1 | 8820 | 13.40×1.30×0.81 | 79.220 | 694.563 | |
| | ... mitr ...64×7 | ... | 12 | 4 | 4 | 642 | ... | ... | 8430 | |
| ... | ... mitr ... de 1.27s ... 4.8 | ... | 12 | 3 | 2 | ... | 1.24 × 11.4 × ... | ... | 0.545 | |
| | ... Pce ... 9×2.d ... 25mm ... 10.3mm type ... | ... | ... | 4 | 8 | ... | ... | 4.50×?.×?/3 | ... | 1.551 | |
| WU-01/00/01/01 | Bipied de pointage 12.7mm | ... | 4 | 8 | 1 | 24 | 0.40×0.30×0.71 | 0.045 | 0.340 | |
| T363-F3-Q-12/12 | La munitions optionnes à 3.63mm de modèle 1959 | mE | 12 | 12 | 1 | 33 | 3.23×0.53×0.25 | 0.636 | 1.876 | |
| 1062-F3-11-0105/100 | Cartouche à balle incendiaire perforante de 12.7mm type 1164 | pièce | ... | 220 | 170 | 26 | 0.40×0.30×0.25 | 75.388 | 44.694 | |
| 1062-F3-005/100 | Cartouche à balle incendiaire perforante de 12.7mm type 1164 | pièce | ... | 1 | 40 | 10 | 0.40×0.30×0.25 | 0.612 | 0.604 | |
| 1062-43-F3-0105/125 | 30 type 7.62mm balle pistolet | pièce | ... | 120 | 880 | 25 | 0.40×0.54×0.23 | 3.700 | 4.300 | |
| | Total | | | 849 | | | | 66.723 | 122.906 | |

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

MINISTERE DE LA DEFENSE NATIONALE,
ANCIENS COMBATTANTS ET REINSERTION
SECRETARIAT GENERAL A LA DEFENSE



Le Secrétaire Général

KINSHASA, le    05 JUIL 2019

N° 630 /MDNAC-R/SG-DEF/DAA/DRC/19

Transmis copie pour information à :

- Son Excellence Monsieur le Ministre de la
  Défense Nationale, Anciens Combattants et
  Réinsertion ;
- Monsieur le Directeur d'Acquisition des
  Approvisionnements.
  (TOUS) à KINSHASA/NGALIEMA

a 08/08/29
Sem 9

Objet  : Dédouanement des
         matériels militaires

A  Monsieur le Président Directeur
   Général de l'Agence Internationale
   pour le Dédouanement et le Leasing
   « A.I.DE.L »
   à KINSHASA/LIMETE

Monsieur le Président Directeur Général,

J'ai l'honneur de requérir les services de
votre Agence en douane aux fins de procéder au dédouanement et à l'évacuation de
TROIS (03) conteneurs renferment des matériels sensibles et QUATRE (04)
patrouilleurs couverts par le B/L LY126DAL05, actuellement sous douane au Port de
MATADI.

Veuillez croire, Monsieur le Président
Directeur Général, en l'expression de mes salutations patriotiques.

Le Secrétaire Général à la Défense

LUKWIKILA METIKWIZA Ma
Général de Brigade

1° Niveau, Immeuble Etat-Major Général
Mont-Ngaliema/Commune de Ngaliema
Kinshasa/RDC

E-mail : artgendef.rd@gmail.com
artgendef.rd@yahoo.fr
B.P. 4734 Kin II

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                                        EXHIBIT 60

**S/2020/482**



République Démocratique du Congo
Ministère de la Défense Nationale
Anciens Combattants et Réinsertion

Le Ministre

RÉPUBLIQUE DÉMOCRATIQUE DU CONGO
MINISTÈRE DE LA DÉFENSE NATIONALE ANCIENS
COMBATTANTS ET RÉINSERTION
SECRÉTARIAT GÉNÉRAL À LA DÉFENSE
DIRECTION D'ACQUISITION DES ÉQUIPEMENTS (DAI)
COURRIER REÇU LE ___
ENVOI N° ___

Kinshasa, le 2 6 JUIL 2019

N° MIN.AC-B/CAB/ 27-66 /2019

Transmis copie pour Information à :
- Son Excellence Monsieur le Vice-Premier Ministre, Ministre des Transports et Voies de Communication ;
- Son Excellence Monsieur le Ministre d'État, Ministre du Budget ;
- Monsieur le Chef d'État-Major Général des Forces Armées de la République Démocratique du Congo ;
- Monsieur le Chef de la Maison Militaire du Président de la République ;
- Monsieur le Secrétaire Général à la Défense ;
- Monsieur le Directeur Général de la DGDA ;
- Monsieur le Directeur Général de l'OGC ;
- Monsieur le Directeur Général de la SCTP ;
- Monsieur le Directeur d'Acquisition et des Approvisionnements ;
- Monsieur le Directeur de BOLLORE LOGISTICS
(Tous) à KINSHASA

A Monsieur le Directeur Général de la Société Commerciale des Transports et des Ports (SCTP)
à KINSHASA/GOMBE

Objet : Demande d'évacuation en urgence.

Monsieur le Directeur Général,

J'ai l'honneur de vous saisir et de porter à votre connaissance que TROIS (03) containers contenant des matériels agricoles et QUATRE (04) patrouilleurs, couverts par le B/D° AFLYI26DAL05, don du Gouvernement chinois aux Forces Armées de la République Démocratique du Congo, sont arrivés au port de MATADI le 06 août 2019.

En attendant cette cargaison très sensible destinée aux matériels, je vous prie de bien vouloir autoriser vos services aux fins de faciliter leur évacuation en urgence, et de mettre tous les frais y afférents à charge du Trésor Public.

Veuillez agréer, Monsieur le Directeur Général,
l'expression de ma parfaite considération.

Pour le Ministre en mission,

LIEWIKILA METIKWIZA Marcel
Secrétaire Général à la Défense

État-Major Général des FARDC, Mont Ngaliema, Kinshasa / Ngaliema
E-mail : ___

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

20-06401
DRC-30316 1429                    UNCLASSIFIED               **259/528**
                                                             259 of 528

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

An official from the Chinese Embassy in the DRC confirmed to the Group in March 2020 the transfer of four patrol boats to the Congolese authorities. According to this official, two of these boats were used on Lake Albert.

Un officiel de l'Ambassade de Chine en RDC a confirmé au Groupe en mars 2020 le transfert de quatre bateaux de patrouille aux autorités congolaises. Selon cet officiel, deux de ces embarcations ont été mises en œuvre sur le lac Albert.



3 a mounting for machine gun



Photographs taken during a flight over the Lake Albert in March 2020          Photographies prises lors d'un survol du lac Albert en mars 2020



Photograph tagged in March 2020 (in DRC)– Photographie étiquetée en mars 2010 (en RDC)
(Open source / Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

Placed online on 3 March 2020 – Mis en ligne le 3 mars 2020 :

https://www.youtube.com/watch?v=hAVoXrq5stY&feature=youtu.be&fbclid=IwAR2ojM_oCk8u-8Zbq_snyqoYPb6Ym55GPvKC2KK_HoU-QUG_9CX164a0eV0

 

Patrol boat with similar characteristics used by the PLA (2016 photograph below)
Bateau de patrouille utilisé par la PLA présentant les mêmes caractéristiques (photographie de 2016 en dessous)

http://en.people.cn/n3/2016/0517/c98649-9058852.html



Hundreds of patrol boats of a border defense patrol boat brigade of the PLA set sail in the Heihe River on the China-Russia border to carry on summer patrol task on May 16, 2016. (Photo/people.cn)

Open source

Source ouverte

20-06401
DRC-30316 1431

UNCLASSIFIED                              EXHIBIT 60

S/2020/482

## Annex 81

### Ammunition with characteristics similar to those of Chinese production

### Munitions avec des caractéristiques similaires à celles de la production chinoise

| Type of ammunition | Reference |
|---|---|
| 82mm mortar bomb (lot 2006) | Annex 81/1 |
| 107mm rocket (for MLRS /Type 63) | Annex 81/2 |
| 7.62x39mm ammunition | Annex 81/3 |
| 7.62x54Rmm ammunition | Annex 81/3 |
| 12.7x108mm ammunition | Annex 81/3 |

### Documented in previous reports of the Group

### Documenté dans des rapports antérieurs du Groupe

| | |
|---|---|
| DZGI-40 (Thermobaric rocket for Type 69 / RPG-7) | |
| Fuse for DZGI-40 rocket | |
| 60mm mortar bomb | S/2016/1102, annex 37 |
| 82mm mortar bomb (lot 2010) | |
| Fuse for mortar bomb | |
| Ignition charge for mortar bomb | |

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 81/1**

**82mm mortar HE bomb similar to those of Chinese production**

**Bombe mortier HE 82mm similaire à la production chinoise**

 

Lot « 20-06-62 » (2006 production)
Matériel documented by MONUSCO late 2019
Matériel documenté par la MONUSCO fin 2019

 

Ammunition found as part of this lot was recovered in 2018 during an operation carried out in South Kivu by the FARDC against Mai-Mai Yakutumba combatants (see S/2018/531, annex 37).

Des munitions appartenant à ce lot ont été récupérées en 2018 lors d'une opération menée au Sud Kivu par les FARDC contre les combattants Mai-Mai Yakutumba (voir S/2018/531, annexe 37).

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 81/2**

**107mm rocket with characteristics similar to those of Chinese production**

**Roquette 107mm avec des caractéristiques similaires à la production chinoise**





Designation of the materiel : 107mm rockets
Désignation du matériel: Roquettes 107mm

End user: MDNAC-R/RDC (Ministère de la Défense, des anciens combattants et de la réintégration de la
République Démocratique du Congo).
Destinataire : MDNAC-R/RDC (Ministère de la Défense, des anciens combattants et de la réintégration de la
République Démocratique du Congo).

Contrat number : 20150202/FP/YDZ-1 (2015)
Numéro de contrat : 20150202/FP/YDZ-1 (2015)

UNCLASSIFIED                                                    EXHIBIT 60

S/2020/482

**Bill of lading dated 10 November 2015 presenting similar contract reference to those visible on the 107mm rockets crate (20150202/FP/YDZ-1)**

**Bordereau de colisage daté du 10 novembre 2015 présentant une référence de contrat similaire à celle visible sur la caisse pour roquettes 107mm (20150202/FP/YDZ-1)**

**Transfer by sea to MDNAC-R of 20.017 crates by Norinco (China)**

**Transfert par voie maritime au MDNAC-R de 20 017 caisses par la société Norinco (Chine)**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Shipping document associated with the bill of lading**

**Document de transport associé au bordereau de colisage**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

**Upper part of the document:**

Transfer to MDNAC-R of 20,017 cases by the company Norinco (China) covered by contract number 20150202/FP/YDZ-1

**Lower part of the document:**

Transfer to the Ministry of the Interior and Security, General Commissariat of the Congolese National Police (PNC) by the company Norinco (China) of materiel covered by contract 20130513/ FP/XV

Similar contract numbers were presented in a previous report (see S/2015/19, annex 41)

**Partie supérieure du document :**

Transfert au MDNAC-R de 20 017 caisses par la société Norinco (Chine) couvert par le contrat numéro 20150202/FP/YDZ-1

**Partie inférieure du document :**

Transfert au Ministère de l'Intérieur et de la sécurité, Commissariat général de la Police nationale congolaise (PNC) par la société Norinco (Chine) de matériel couvert par le contrat 20130513/FP/XV

Une manière similaire de numérotation de contrat est présentée dans un rapport antérieur (voir S/2015/19, annexe 41)

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Illustration of the reference of another contract offering similarities in its composition**

**Illustration de références d'un autre contrat présentant des similarités dans sa composition**

**Extracted from S/2015/19, annex 41**

**Extrait du rapport S/2015/19, annexe 41**

Evidence of failure to notify

In April 2014, the Group identified two packaging labels from ammunition in possession of FARDC forces in
ADF's Madina camp. As shown below, both labels identified contract number 20120613/FP/XW; however,
one label was for 7.62x54mm ammunition, and one was for 12.7x108mm ammunition. In response to a request
from the Group, the Government of China acknowledged that this shipment originated from China, and that
China had not notified the 1533 Committee about this shipment.



This label shows the contents as being
12.7x108mm type 54 ammunition,
consisting of penetrating, incendiary, and
tracer rounds. The recipient was the DRC
government, and the contract number is
20120613/FP/XW. The label also shows
that the label came from case 926 out of
1,177 cases.

This label shows the contents of the box as
being 7.62x54mm type 53 ordinary bullets;
the recipient as the DRC government, and
the contract number as 20120613/FP/XW.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 81/3**

**SALW ammunition with characteristics similar to those of Chinese production**

**Munitions pour ALPC avec des caractéristiques similaires à la production chinoise**

**7.62x39mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China | 811 10 | 2011 | 12 times with 6 armed groups |
| | 61 10 | 2011 | 48 times with 14 armed groups |
| | 811 11 | 2010 | 29 times with 18 armed groups |
| | 61 11 | 2010 | 84 times with 25 armed groups |

   

« 811_11 »    « 61_11 »    « 811_10 »    « 61_10 »

**7.62x54Rmm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China | 811 14 | 2014 | 4 times with 3 armed groups |
| | 945 11 | 2011 | 1 time with 1 armed group |
| | 61 11 | 2011 | 11 times with 10 armed groups |
| | 945 09 | 2009 | 1 time with 1 armed group |

   

« 811_14 »    « 945_11 »    « 61_11 »    « 945_09 »

**12.7x118mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| China | 9631 11 | 2011 | 1 time with 1 armed group |
| | 41 07 | 2007 | 4 times with 3 armed groups |
| | 11 07 | 2007 | 4 times with 4 armed groups |
| | 41 06 | 2006 | 2 times with 2 armed groups |

   

« 9631_11 »    « 41_07 »    « 11_07 »    « 41_06 »

**Key – légende**

| Produced before the imposition of the embargo (2004) | | Produit avant l'imposition de l'embargo (2004) |
|---|---|---|
| Produced after the notification by China in 2009 | | Produit après la notification par la Chine en 2009 |

**Annex 82**

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Transfer by sea to MDNAC-R of 26.829 crates by Norinco (China)**
**Transfer covered by the contract 20170223/FP/CK/MOD/GDW**

**Transfert par voie maritime au MDNAC-R de 26 820 caisses par Norinco (Chine)**
**Transfert couvert par le contrat 20170223/FP/CK/MOD/GDW**

Document dated 15 August 2018 – Document daté du 15 août 2018



Document presented in a previous report (see S/2018/1133, para. 110)
Document présenté dans un rapport antérieur (voir S/2018/1133, para. 110)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Close up of a 7.62x39mm ammunition crate bearing the contract reference 20170223/FP/CK/MOD/GDW (the crate presented is designed to contain 1.440 rounds)**

**Détail d'une caisse de munitions 7.62x39mm portant les références du contrat 20170223/FP/CK/MOD/GDW (la caisse présentée est destinée à contenir 1.440 cartouches)**





Photographs received by the Group in December 2019 from a source with access to Bwito area, Rutshuru territory

Photographies reçues par le Groupe en décembre 2019 par une source disposant de l'accès à la région de Bwito, territoire de Rutshuru

**Cargo manifest associated with the bill of lading**

**Manifeste de fret associé au bordereau de colisage**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question



UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Document obtained by the Group from a source          Document obtenu par le Groupe d'une source
with knowledge of the matter                          familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Associated document (identification of the containers)**

**Document associé (identification des containers)**



Document obtained by the Group from a source          Document obtenu par le Groupe d'une source
with knowledge of the matter                          familiére avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Document obtained by the Group from a source
with knowledge of the matter

Document obtenu par le Groupe d'une source
familière avec la question

UNCLASSIFIED                                        EXHIBIT 60

S/2020/482

**Associated document (content of the containers of the first shipment)**

**Document associé (détail du contenu des containers du premier envoi)**

RECEPTION CONTAINERS

PREMIER CONVOI
Nombre Conteneurs : 12

| N° | IDENTIFICATION CONTAINER | CONTENU | U/M | QUANTITE | OBSERVATION |
|---|---|---|---|---|---|
| 1 | SABU 2194631/0 | 7.62 x 54mm | calibre | 605 | |
| 2 | SNBU 2195927/9 | 7.62 x 54mm | calibre | 605 | |
| 3 | SNBU 2195534/9 | 7.62 x 39mm | calibre | 565 | |
| 4 | SNBU 2200757/3 | 7.62 x 39mm | calibre | 394 71 | |
| 5 | SNBU 2187796/6 | 7.62 x 39mm | calibre | 565 | |
| 6 | SNBU 2196126/6 | 7.62 x 39mm | calibre | 565 | |
| 7 | SNBU 2194967/1 | 7.62 x 54mm | calibre | 605 | |
| 8 | SNBU 2187377/4 | ARMR | calibre | 120 | |
| 9 | SNBU 2195553/7 | 7.62 x 54mm | calibre | 445 160 | 7.62mm |
| 10 | SNBU 2195474/3 | 7.62 x 39mm | calibre | 565 | |
| 11 | SNBU 2196107/2 | 7.62 x 39mm | calibre | 565 | |
| 12 | SNBU 2196204/11 | 7.62 x 39mm | calibre | 565 | |

Document obtained by the Group from a source       Document obtenu par le Groupe d'une source
with knowledge of the matter                        familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Inventory of a second shipment of 19 containers of 300 crates of arms and 9.685 crates of ammunition received in the DRC in 2018

The container code "SNBU" is linked to Sinotrans and the quantity of crates per container (565 or 605) is similar to those presented in the above document.

Inventaire d'un second envoi de 19 containers contenant 300 caisses d'armes et 9 685 caisses de munitions reçues en RDC en 2018
Le code des containers « SNBU » est lié à Sinotrans et le nombre de caisses par container (565 ou 605) est similaire au matériel présenté dans le document précédent.

Document obtained by the Group from a source      Document obtenu par le Groupe d'une source
with knowledge of the matter                       familière avec la question

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Annex 83**

**Transfer by sea to MDNAC-R of 1.000 crates of unidentified materiel by Norinco (China).**
**Transfer associated to contract 2017103/FP/YDZ**

**Transfert par voie maritime au MDNAC-R de 1.000 caisses dont le contenu n'est pas identifié par Norinco (Chine).**
Transfert associé au contrat référence 2017103/FP/YDZ

Document dated 15 July 2018 – Document daté du 15 juillet 2018



Document presented in a previous report (see S/2018/1133, annex 23)
Document présenté dans un rapport antérieur (voir S/2018/1133, annexe 23)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

## Annex 84

**Transfer by sea to MDNAC-R of 22 packages containing "chemical spare parts" by BOMETEC GEIIQ, People's Liberation Army (China)**

**Transfert par voie maritime au MDNAC-R de 22 colis de « pièces de rechange chimique » par BOMETEC, GEIIQ, Armée de libération du peuple (Chine)**

Document dated 31 January 2015 – Document daté du 31 janvier 2015



Document obtained by the Group from a source          Document obtenu par le Groupe d'une source
with knowledge of the matter                          familiére avec la question

UNCLASSIFIED   EXHIBIT 60

S/2020/482

Annex 85

**Assault rifle (7.62x39mm) with characteristics similar to ASH-78 of Albanian production**

**Fusil d'assaut (7.62x39mm) avec des caractéristiques similaires au ASH-78 de production albanaise**





Serial number – numéro de série « A80-2-02841 »

ASH-78 assault rifles recovered from armed groups' combatants
Fusils d'assaut ASH-78 récupérés des mains de combattants de groupes armés

| Serial number | Location | Date | Armed group |
|---|---|---|---|
| A80-2-02841 | Ngungu | 28/11/19 | GAV |
| A80-2-02963 | Kanyaruchinya | 26/06/13 | M23 |
| A80-2-03056 | Lubero | 10/08/13 | unknown |
| A80-2-03096 | Luofu | 24/05/14 | MM Lafontaine |
| A80-2-03100 | Katale | 05/11/13 | M23 |
| A80-2-03132 | Kanyabayonga | 10/11/13 | MM PRM |
| A80-03-03068 | North Kivu | 20/12/17 | FDLR-FOCA |
| A80-03-03447 | Kiwanja | 05/10/13 | RUD-Urunana |
| A80-03-03477 | Nyanzale | 08/01/13 | FDLR-FOCA |
| A80-03-03514 | Masisi | 21/10/13 | FDDH |
| A80-03-03534 | Kibumba | 09/04/13 | M23 |
| A80-03-03550 | Masisi | 06/11/19 | Unknown |
| A80-03-03587 | Nyamilima | 19/07/13 | FPD |
| A80-03-03594 | Walikale | 24/01/14 | FDC |
| A80-03-03612 | Kiwanja | 27/04/13 | M23 |
| A80-03-03667 | Miriki | 09/05/16 | MM Bakinde |
| A80-03-03761 | Katale | 12/08/13 | M23 |
| A80-03-04112 | Mutaho | 20/06/13 | M23 |
| A-80-03-04130 | Mabenga | 08/01/13 | M23 |
| A80-03-04223 | Kibumba | 03/09/13 | M23 |
| A-80-03-04230 | Sake | 15/01/13 | APCLS |
| A80-03-04424 | Bunyatenge | 04/07/13 | FPD |
| A80-03-04458 | Walikale | 24/01/14 | FDC |
| A80-03-04480 | Masisi | 19/12/19 | Unknown |
| A80-03-04559 | Kiwanja | 12/11/13 | FDIPC |
| A80-03-04599 | Kibabi | 25/12/19 | FDDH |
| A80-03-04610 | Masisi | 03/12/13 | Nyatura |
| A80-03-04672 | Kiwanja | 16/04/13 | M23 |
| A80-03-04730 | Masisi | 18/12/13 | Nyatura |
| A80-03-93938 | Kiwanja | 20/03/13 | M23 |

UNCLASSIFIED        EXHIBIT 60

S/2020/482

### Annex 86

**Non-lethal grenade launcher with characteristics similar to AM-637 (37/38mm) of Brazilian production**

**Lance-grenade moins que létal avec des caractéristiques similaires au AM-637 de production brésilienne**



Photographs tagged between 2016-2018    Photographies étiquetées entre
(Open source)                           2016-2018 (Source ouverte)

Website of the producer – Site web du producteur (Condor Non Lethal Technologies):
http://www.condornaoletal.com.br/eng/produtos.php

UNCLASSIFIED

EXHIBIT 60

S/2020/482

## Annex 87

**Stunt grenade with characteristics similar to GB-704 of Brazilian production**

**Grenade à effet étourdissant avec des caractéristiques similaires à la GB-704 de production brésienne**



Photographs tagged between
2018-2019 (Open source)

Photographies étiquetées entre
2018-2019 (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

## Annex 88

**Bill of lading dated 19 September 2015 related to a shipment of OG-7 rockets and small arms ammunition**

**Bordereau de colisage daté du 19 septembre 2015 relatif à une cargaison de roquettes OG-7 et des munitions pour armes légères**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Cargo manifest associated to the bill of lading**

**Manifeste de fret associé au bordereau de colisage**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**OG-7 antipersonnel rocket with Bulgarian markings**

**Roquette anti-personnel OG-7 portant des marquages bulgares**



 

Markings on the body of the ammunition indicate 2015 production

Les marquages sur le corps de la munition indiquent une production en 2015

Photographs tagged between          Photographies étiquetées entre
2018-2019 (Open source)            2018-2019 (Source ouverte)

EXHIBIT 60

S/2020/482

**Materiel documented in the aftermath of a deadly attack against Virunga National Park rangers**

On 24 April 2020 unidentified assailants killed four civilians and 13 park rangers of the Virunga National Park (Institut congolais de la conservation de la nature) in Rumangabo, North Kivu.

Within the materiel documented at the scene of the attack, there was an OG-7 rocket with characteristics similar to that of Bulgarian production.

**Matériel documenté dans le suivi d'une attaque mortelle contre des gardiens du Parc national des Virunga**

Le 24 avril des attaquants non identifiés ont tués à Rumangabo, Nord Kivu, quatre civils et 13 gardiens du Parc national des Virunga (Institut congolais de la conservation de la nature).

Parmi le matériel documenté sur la scène de l'attaque figure une roquette OG-7 dont les caractéristiques sont similaires à une production bulgare.

**Close up of the warhead**

**Gros plan sur la charge militaire**



AF72 (logo du fabriquant)_09_15



Materiel documented by MONUSCO
Matériel documenté par la MONUSCO

S/2020/482

**Annex 89/1**

**Assault rifle (7.62x39mm) with characteristics similar to AR-M1F of Bulgarian production**

**Fusil d'assaut (7.62x39mm) avec des caractéristiques similaires au AR-M1F de production bulgare**

"AR-M1F" assault rifles in the hands of PNC and FARDC members

Fusil d'assaut « AR-M1F » dans les mains de membres de la PNC et des FARDC





Photographs tagged between 2018-2019 (Open source)

Photographies étiquetées entre 2018-2019 (Source ouverte)

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 89/2**

**Assault rifle (7.62x39mm) equipped with under barrel grenade launcher (40mm) with characteristics similar to AR-M1F and UBGL-1 of Bulgarian production**

**Fusil d'assaut (7.62x39mm) équipé d'un lance grenade (40mm) avec des caractéristiques similaires aux AR-M1F et UBGL-1 de production bulgare**

Assault rifle "AR-M1F" with "UBGL-1" in the hands of PNC members

Fusil d'assaut « AR-M1F » avec « UBGL-1 » dans les mains de membres de la PNC








Photographs tagged between
2018-2019 (Open source)

Photographies étiquetées entre
2018-2019 (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Annex 90

**Sniper rifle (7.62x54Rmm) with characteristics similar to FPK of Romanian production with the 21st Rapid Reaction Unit (URR) members (FARDC)**

**Fusil de précision (7.62x54Rmm) avec des caractéristiques similaires au FPK de production roumaine documenté dans les mains de membres de la 21ème la Unité de Réaction rapide (URR) (FARDC)**





Photographs obtained by the Group in March 2020 from a source with knowledge of the matter

Photographies obtenues par le Groupe en mars 2020 par une source familière de la question




FARDC members deployed in eastern DRC, open source

Membres des FARDC déployés dans l'Est de la RDC, source ouverte

UNCLASSIFIED    EXHIBIT 60

**S/2020/482**

**Annex 91**

**Riot gun (12 gauges) with characteristics similar to those of Turkish production**

**Fusil à pompe (calibre 12) avec des caractéristiques similaires à une production turque**

**"Maestro" riot gun in the hands of PNC members**

**Riot gun « Maestro » dans les mains de membres de la PNC**








Photographs tagged in 2019      Photographies étiquetées en 2019
(Open source)                    (Source ouverte)

UNCLASSIFIED     EXHIBIT 60

S/2020/482

Website of the producer / Site web du producteur
http://maestreamrs.hilalsoft.net/wp-content/uploads/2018/06/maestroeng2018.pdf



| System | Caliber | Chamber | Magazine Capacity | Barrel Length | Stock / Fore-end | Receiver | Average Weight |
|---|---|---|---|---|---|---|---|
| Pump Action | 12 | 76mm / 3" | 2+1 / 5+1/10+1 | 51cm / 20" | Plastic / Wood | Aluminium | 3,00 kgs. |

UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

**Annex 92/1**

**(PG-7) antitank rocket with characteristics similar to the "Fateh" rocket of Iranian production**

**Roquette antichar (PG-7) avec des caractéristiques similaires à la roquette « Fateh » de production iranienne**

Materiel documented by MONUSCO in January 2020 in South Kivu / Matériel documenté en janvier 2020 par la MONUSCO au Sud Kivu

**Warhead / tête militaire**



RPG7-V  1399
LOT: 05   DATE: 2018   2-1871

**Container**



RPG7-V  1399
LOT: 05   DATE: 2018   2-1871

**Crate / emballage logistique**



6 ROUND RPG7-V
Lot: 05. DATE 2018
DIM: 76x44x26cm3
WT: 30Kg
LIM STOR. TEMP: -10 +35℃
S/N: 0254/1010

20-06401
DRC-30316 1461                                             **291/528**
                                                                      291 of 528

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Comparison with the documented materiel**

**Comparaison avec le matériel documenté**

The Group analysed similar materiel documented by Conflict Armament Research (CAR) and presented in their publications by Armament Research Services (ARES), Bellingcat and Calibra Obscura. This materiel was already documented in Iraq, Syria and Turkey.

The colour, markings sequence and colour and model designation of the materiel documented are similar to marks documented on 40mm rockets documented by CAR and identified as "Fateh" 40 mm rockets produced by Rocket Industries Group (RIG), a subsidiary of Iranian Defence Industries (DIO).

In addition, a comparison of the crates illustrates a similar sequence in the markings, especially on the secondary markings which are related to the volume of the batch and the numbering of the crates.

The differences observed in the sequence of marking may be due to an evolution of markings on materiel over the years. However, the marks "LOT" and "DATE" on Iranian materiel can also be found in DIO catalogues.

Le Groupe a analysé du matériel similaire documenté par Conflict Armament Research (CAR) et présenté par Armament Research Services (ARES), Bellingcat et Calibra Obscura dans leurs publications. Ce matériel a déjà été documenté en Irak, en Syrie et en Turquie.

La couleur, l'emplacement, la couleur des marques et la désignation du modèle du matériel documenté sont similaires aux roquettes 40mm documentées par CAR et identifiées comme étant des roquettes 40mm « Fateh » produites par Rocket Industries Group (RIG), une filiale de l'Iranian Defence Industries (DIO).

De plus, la comparaison des emballages logistiques illustre une séquence similaire dans les marquages, en particulier sur le marquage secondaire qui est lié au volume du lot et à la numérotation des caisses.

Les différences observées dans la séquence des marquages peuvent être dues à une évolution de ces derniers au fil des années. Cependant, les marques « LOT » et « DATE » sur le matériel iranien figuraient dans les catalogues DIO.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Comparison with the documented materiel**

**Comparaison avec le matériel documenté**

**Warhead documented by the Group**

**Charge militaire documentée par le Groupe**



Warhead of a "Fateh" (PG-7) rocket documented by CAR in September 2017 in Iraq and attributed to the Rocket Industries Group (RIG), a subsidiary of the DIO

Charge militaire d'une roquette « Fateh » (PG-7) documentée par CAR en septembre 2017 en Irak et attribuée à la Rocket Industries Group (RIG), filiale de la DIO



Warhead of a "Fateh" (PG-7) rocket presented by Bellingcat as discovered in Syria in 2016

Charge militaire d'une roquette « Fateh » (PG-7) présentée par Bellingcat pour avoir été découverte en Syrie en 2016



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Analyse of the markings on the warhead secondary packaging**

**Analyse des marquages sur l'emballage secondaire de la charge militaire**



Secondary packaging for "Fateh" (PG-7) rocket documented by CAR in September 2017 in Iraq and attributed to RIG, a subsidiary of DIO

Emballage secondaire pour roquette « Fateh » (PG-7) documenté par CAR en septembre 2017 en Irak et attribué à RIG, filiale de DIO



Secondary packaging presented in February 2020 by Calibra Obscura as documented in Syria

Emballage secondaire présenté en février 2020 par Calibra Obscura pour avoir été documenté en Syrie

https://twitter.com/CalibreObscura/status/1233813208722542592



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Secondary packaging for propelling charge documented by the Group

Emballage secondaire pour la charge de propulsion documenté par le Groupe



Secondary packaging for propelling charge documented by CAR in May 2017 in Iraq and attributed to RIG, a subsidiary of DIO

Emballage secondaire pour la charge de propulsion documenté par CAR en mai 2017 en Irak et attribué à RIG, filiale de DIO



"Nader" (PG-7 AT) propelling charge presented by Armament Research Service (ARES) as documented in Syria in 2016

Charge de propulsion pour roquette « Nader » (PG-7 AT) présentée par Armament Research Service (ARES) pour avoir été documentée en 2016 en Syrie



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Crate documented by the Group**

**Caisse documentée par le Groupe**



Crate documented by CAR in Iraq in May 2017 and attributed to RIG, a subsidiary of DIO
Caisse documentée par CAR en mai 2017 en Irak et attribuée à RIG, une filiale de DIO



Crate documented by CAR in June 2016 in Iraq and assessed as from Iranian production
Caisse documentée par CAR en juin 2016 en Irak et identifiée comme étant de production iranienne



UNCLASSIFIED     EXHIBIT 60

**S/2020/482**

**Documented in the hands of FARDC members**

**Documenté dans les mains de membres des FARDC**






Photographs tagged between 2019-2020 in South Kivu (Open source)

Photographies étiquetées entre 2019-2020 au Sud Kivu (Source ouverte)

If the shape of the ammunition could be similar to material produced by other countries, only ammunition of this production documented in the DRC are recoated with dark green colour.

Si la forme de la munition peut être similaire à du matériel produit par d'autres pays, seules des munitions de cette production documentées en RDC sont revêtues d'une couleur vert foncé

20-06401
DRC-30316 1467

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Documented in the hands of an armed group's leader**

**Documenté dans les mains d'un dirigeant d'un groupe armé**



Photograph received by the Group from various sources in early 2020
Here in the hands of Assani Juma, aka Mandevu, Mai-Mai Malaïka deputy commander, Maniema province

Photo reçue par le Groupe de différentes sources début 2020
Ici dans les mains d'Assani Juma, alias Mandevu, commandant adjoint des Mai-Mai Malaïka, province du Maniema

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 92/2**

**Other materiel with characteristics similar to Iranian production**

**Autres matériels avec des caractéristiques similaires à la production iranienne**

**(PG-7) antitank rocket with similar characteristics to "Nader" rocket of Iranian production**

**Roquette antichar (PG-7) avec des caractéristiques similaires à la roquette « Nader» de production iranienne**



"Nader" rocket seen in 2018 during the presidential election campaign in the hands of a GR member (Open source)

Roquette « Nader » documentée en 2018 durant la campagne présidentielle dans les mains d'un membre de la GR (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

### Annex 93

**SALW ammunition with characteristics similar to those of Iranian production**

**Munitions pour armes légères avec des caractéristiques similaires à celles de la production iranienne**

**7.62x39mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Iran | 7.62x39_07 | 2007 | 2 times with 2 armed groups |
| | 7.62x39_03 | 2003 | 2 times with 2 armed groups |

 

« 7.62x39_07 »    « 7.62x39_03 »

**7.62x51mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Iran | 7.62x51_97 | 1997 | 1 time with 1 armed group |



« 7.62x51_97 »

**7.62x54Rmm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Iran | 7x62x54_07 | 2007 | 5 times with 4 armed groups |
| | 7x62x54_02 | 2002 | 1 time with 1 armed group |
| | 7x62x54_01 | 2001 | 7 times with 6 armed groups |

  

« 7.62x54_07 »    « 7.62x54_02 »    « 7.62x54_01 »

**Key – légende**

| Produced before the imposition of the embargo (2004) | | Produit avant l'imposition de l'embargo (2004) |
|---|---|---|
| Produced after the imposition of the embargo | | Produit après l'imposition de l'embargo |

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 94/1**

"Multi cam" battle dress uniform, Cl IV Personal protective equipment, tactical helmet and tactical bag
with hydration pouch equipping the FARDC Special forces unit members

Tenue de combat « multi cam », gilet de protection balistique Cl IV, casque tactique et sac tactique équipé
d'une poche d'hydratation équipant les membres de l'unité Spécial forces des FARDC







Photographs tagged between
2019-2020 (Open source)

Photographies étiquetées entre
2019-2020 (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 94/2**

**Similar "Multi cam" battle dress uniform is also equipping members of the GR protection unit**

**Tenue de combat « multi cam » similaire équipant également des membres de l'unité de protection de la GR**

 

 



Photographs tagged between
2019-2020 (Open source)

Photographies étiquetées entre
2019-2020 (Source ouverte)

UNCLASSIFIED

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 94/3**

**Retrofitted sniper rifle (7.62x54Rmm) with characteristics similar to "SVD" or "Type 85"**

**Fusil de précision (7.62x54Rmm) amélioré avec des caractéristiques similaires au « SVD » ou au « Type 85 »**

Documented in the hands of FARDC SF unit members

Matériel documenté dans les mains de membres de l'unité SF des FARDC






Photographs tagged between 2019-2020          Photographies étiquetées entre 2019-2020
(Open source)                                  (Source ouverte)

The retrofitting consists in a tactical folding buttstock, polymer handguard, Picatinny rails and a bipod.

L'amélioration consiste en une crosse pliable tactique, d'un garde-main en matériaux composite, de rails Picatinny et d'un bipied.

UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

**Annex 94/4**

**Retrofitted assault rifle (7.62x39mm) with characteristics similar to AK-47**

**Fusil d'assaut (7.62x39mm) amélioré avec des caractéristiques similaires à l'AK-47**

Documented in the hands of FARDC SF unit members

Matériel documenté dans les mains de membres de l'unité SF des FARDC



Photographs tagged between          Photographies étiquetées entre
2019-2020 (Open source)             2019-2020 (Source ouverte)

The retrofitting consists in a tactical folding buttstock, optical sight, polymer handguard and handgrip, Picatinny rails, a combined bipod/handle and a tactical light.
Tactical folding buttstocks for AK47 (for the use of the "Presidential Guard") and optical sights were respectively notified in 2012 and 2013.

L'amélioration consiste en une crosse pliable tactique, un système de visée optique, un garde-main et une poignée pistolet en matériaux composite, des rails Picatinny, un bipied combiné avec une poignée et une lampe tactique.
Les crosses pliables tactiques pour AK47 (à destination de la « Garde présidentielle ») et les systèmes d'aide à la visée holographiques ont été notifiés en 2012 et 2013.

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 94/5**

**Assault rifle mounted with under barrel grenade launcher with characteristics similar of GP-25 (40mm)**

**Fusil d'assaut équipé de lance-grenade dont les caractéristiques sont similaires au GP-25 (40mm)**

 

Photographs tagged in 2019
(Open source)

Photographies étiquetées en
2019 (Source ouverte)

The retrofitting consists in a folding buttstock, optical sight, polymer handguard, polymer handgrip and Picatinny rails. Tactical folding buttstocks for AK47 (for the use of the "Presidential Guard") and optical sights were respectively notified in 2012 and 2013.

L'amélioration consiste en une crosse pliable, un système de visée optique, un garde-main et une poignée pistolet en matériaux composite et des rails Picatinny.
Des crosses pliables tactiques pour AK-47 (à destination de la « Garde présidentielle ») et les systèmes d'aide à la visée holographiques ont été notifiés en 2012 et 2013.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 94/6**

**Retrofitted light machine gun (7.62x54Rmm)**

**Mitrailleuse légère améliorée (7.62x54Rmm)**

**Documented in the hands of FARDC SF unit members**

**Matériel documenté dans les mains de membres de l'unité SF des FARDC**









Photographs tagged between 2019-2020
(Open source)

Photographies étiquetées entre
2019-2020 (Source ouverte)

The retrofitting consists in Picatinny rails installed on the weapon

L'amélioration consiste en des rails Picatinny posés sur l'arme

UNCLASSIFIED    EXHIBIT 60

S/2020/482

### Annex 95

**Jeep 4x4 Land Rover Defender "Snatch 2"**

 

Photographs above taken by the Group in Beni in January 2020

Photographies ci-dessus prises par le Groupe à Beni en janvier 2020

 



Photographs tagged in 2020 (Open source)

Photographies étiquetées en 2020 (Source ouverte)

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

### Annexe 96/1

### Failure to notify transfer of arms and ammunition outside the reporting period

### Défaut de notification pour des armes et munitions hors de la période concernée

Inventory of matériel received between 9 January 2007 and 25 August 2009 and reported as Sudanese, Zimbabwean, North Korea and Chinese origin. Document issued by the FARDC Logistics base

Situation des matériels réceptionnés entre le 9 janvier 2007 et le 25 août 2009 et renseignés pour être de provenance soudanaise, zimbabwéenne et Nord-coréenne. Document de la base logistique FARDC

#### Weapons / Armes



#### Ammunition / Munitions



UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**





Document obtained by the Group from a source        Document obtenu par le Groupe d'une source
with knowledge of the matter                        familière avec la question

The quantities of Chinese materiel presented in the documents matched the notification submitted by China in April 2009

Les quantités de matériel chinois figurant sur les documents correspondent à la notification soumise par la Chine en avril 2009

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 96/2**

**Reproduced list of materiel presented in annex 96/1 as of the Democratic people's republic of Korea production**

**Retranscription de la liste de matériel désigné en annexe 96/1 pour être en provenance de la République populaire démocratique de Corée**

| Type of materiel | Quantity | Reference |
|---|---|---|
| Type 68 assault rifle | 10,000 | Annexes 96/1, 3 |
| Light machine gun | 500 | Annex 96/1 |
| Type 58-1 rocket launcher (RPG-7) | 400 | Annexes 96/1, 4 |
| 7.62x39mm ammunition | 20,000,000 | Annexes 96/1, 5 |
| 14.4x114mm ammunition | 200,000 | Annexes 96/1, 5 |
| 23mm (aviation) round | 20,000 | Annex 96/1 |
| 60mm mortar bomb | 5,000 | Annex 96/1 |
| PG-7 rocket | 19,370 | Annex 96/1 |
| 107mm rocket (for MLRS) | 8,400 | Annexes 96/1, 6 |
| 122mm rocket (for MLRS) | 100 | Annex 96/1 |
| Fuse for 122mm rocket | 100 | Annex 96/1 |
| 100mm shell for T-55 main battle tank | 500 | Annexes 96/1, 7 |

UNCLASSIFIED            EXHIBIT 60

S/2020/482

**Annex 96/3**

**Assault rifle (7.62x39mm) with characteristics similar to Type 69 produced by the Democratic people's republic of Korea**

**Fusil d'assaut (7.62x39mm) avec des caractéristiques similaires au Type 68 produit par la République populaire démocratique de Corée**







Materiel documented by MONUSCO
Serial number "8411054"

Matériel documenté par la MONUSCO
Numéro de série « 8411054 »

UNCLASSIFIED                              EXHIBIT 60

S/2020/482

Type 68 assault rifles recovered from armed groups combatants

Fusils d'assaut Type 68 récupérés sur des combattants de groupes armés

| Serial number | Location | Date | Armed group | Comment |
|---|---|---|---|---|
| Weapon with serial number starting with « 80 » which could be indicative to year of production in 1980 | | | | |
| 808374 | Uvira | Unknown | Unknown | - |
| Weapon with serial number starting with « 81 » which could be indicative to year of production in 1981 | | | | |
| 8112927 | Unknown | 17/09/18 | Unknown | - |
| Weapon with serial number starting with « 82 » which could be indicative to year of production in 1982 | | | | |
| 824341 | Kasongo | 16/10/18 | MM Malaika | - |
| Weapon with serial number starting with « 83 » which could be indicative to year of production in 1983 | | | | |
| 830136 | Unknown | 6/11/17 | Unknown | Serial "83" running from 0136 to 20081, i.e. a range of 19946. |
| 830744 | Walikale | 22/04/16 | RM | |
| 831252 | Ngungu | 30/01/20 | RM | |
| 831472 | Tongo | 30/05/19 | Nyatura | Three Type 68 marked with FARDC official markings: |
| 836176 | Kahunga | 129/11/19 | N/A | – 838331 |
| 837267 | Nyamzale | 24/08/19 | Nyatura | – 8318817 |
| 837291 | Tchondo/Nyamilima | 05/04/19 | MM Charles | – 8320081 |
| 838331 | Uvira | 7/05/19 | Unknown | |
| 838728 | Aveba | 29/07/15 | FRPI | |
| 839771 | Ngungu | 29/11/19 | GAV | |
| 8313849 | Rukohero | 13/09/19 | MM Feraha | |
| 8316460 | Masisi | 18/11/19 | N/A | |
| 8315810 | Masisi | 29/11/19 | FDDH | |
| 8316739 | Unknown | 17/09/18 | Unknown | |
| 8318817 | Ngite | 13/05/19 | ADF | |
| 8319533 | Unknown | 13/07/18 | MM Mazembe | |
| 8320081 | Ninja (Kabare) | 4/09/17 | RM Blanc | |
| Weapon with serial number starting with « 84 » which could be indicative to year of production in 1984 | | | | |
| 840519 | Mpati | 06/04/16 | FDLR FOCA | Serial "84" running from 0519 to at least 17072, i.e. a range of 16554. |
| 841182 | Masisi | 6/11/19 | N/A | |
| 841216 | Ngungu | 30/01/20 | RM | |
| 842427 | Biaza | 26/03/18 | FPP Kasongo | Two Type 68 marked with FARDC official markings: |
| 843199 | Unknown | 31/10/18 | Nyatura | – 843249 |
| 843249 | Mutaho | 26/12/18 | Nyatura | – 8411358 |
| 847058 | Masisi | 30/01/20 | FDDH | |
| 848367 | Bunia | 06/08/15 | FRPI | |
| 849176 | Rutshuru | 8/04/19 | CMC | |
| 849588 | Unknown | 17/09/18 | Unknown | |
| 8410740 | Unknown | 17/09/18 | Unknown | |
| 8411054 | Unknown | 2/07/18 | Unknown | |
| 8411358 | Uvira | 7/05/19 | Unknown | |
| 8412177 | Katasunwa | 14/04/19 | Nyatura | |
| 8415437 | Masisi | 6/11/19 | N/A | |
| 8417072 | Rutshuru | 22/04/19 | CMC | |
| Weapon with serial number starting with « 11 » which could be indicative of year of production in 2011 | | | | |
| 1170317 | Wamuza | 18/09/18 | Apa Na Pale | Range of 7445 |
| 1177764 | Unknown | 17/09/18 | Unknown | |
| Other serial numbers documented not attributable to a serial | | | | |
| [20466] | Kanyaboyanga | 19/05/16 | FDLR-FOCA | |
| H410114 | Kanyaboyanga | 29/12/14 | FDLR-FOCA | |
| 72717 | Walikale | 20/07/17 | RM Sheba | |
| 7113226 | Kanyaboyanga | 29/12/14 | FDLR-FOCA | |
| 7875823 | Kalehe | 26/12/18 | Nyatura | |
| U C 4632 ⊏ | Kasongo | 16/10/18 | MM Malaika | |
| 7709263 | Masisi | 7/06/19 | Group of P5 | |
| 87 3376566 | South Kivu | 23/12/19 | N/A | |
| 7312777 | Kitshanga | 18/11/19 | N/A | |

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 96/4**

**Rocket-launcher (RPG-7) with characteristics similar to Type 58-1 produced by the Democratic people's republic of Korea**

**Lance-roquette (RPG-7) avec des caractéristiques similaires au Type 58-1 produit par la République populaire démocratique de Corée**





Materiel documented by MONUSCO in April    Matériel documenté par la MONUSCO en
2015 in North Kivu the hands of NDC (Sheka)    2015 au Nord Kivu dans les mains du NDC (Sheka)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Annex 96/5

**SALW ammunition with characteristics similar to those produced by the Democratic people's republic of Korea**

**Munitions pour ALPC avec des caractéristiques similaires à celles produites par la République populaire démocratique de Corée**

7.62x39mm

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| North Korea (5 lots) | 93 80 | 1980 | 1 time with 1 arméd group |
| | 93 83 | 1983 | 6 times with 3 armed groups |
| | 93 84 | 1984 | 19 times with 16 armed groups |
| | 93 87 | 1987 | 2 times with 1 armed group |
| | 93 3 | 2003 | 1 time with 1 armed group |

    

« 93_80 »    « 93_83 »    « 93_84 »    « 93_87 »    « 93_3 »

14.5x114mm

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| North Korea (5 lots) | 93 86 | 1986 | 1 time with 1 armed group |
| | 93 83 | 1983 | 1 time with 1 armed group |
| | 93 80 | 1980 | 1 time with 1 armed group |
| | 93 77 | 1977 | 1 time with 1 armed group |
| | 93 74 | 1974 | 1 time with 1 armed group |

    

« 93_86 »    « 93_83 »    « 93_80 »    « 93_77 »    « 93_74 »

S/2020/482

**Annex 96/6**

**107mm rocket (for multiple rocket launcher) with characteristics similar to those produced by the Democratic people's republic of Korea production**

**Roquette 107mm (pour lance-roquettes multiple) avec des caractéristiques similaires à celles produites par la République populaire démocratique de Corée**





 

Warhead: Lot "1_08_K" (2008 production)
Propelling section: Lot "6_08_C" (2008 production)
M23 materiel documented by MONUSCO in
December 2013

Tête militaire : Lot « 1_08_K » (2008 production)
Section de propulsion : Lot « 6_08_C » (2008
production)
Matériel M23 documenté par la MONUSCO en
décembre 2013

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 96/7**

**Crate for 100mm shell (T55) with characteristics similar to those produced by the Democratic people's republic of Korea**

**Emballage logistique pour obus de 100mm (T55) avec des caractéristiques similaires à ceux produits par la République populaire démocratique de Corée**





M23 materiel documented by MONUSCO in December 2013

The references of the contract "MOS DRC 024-03-008" are similar to those presented in annex 96/6

Matériel appartenant au M23 documenté par la MONUSCO en décembre 2013

Les références du contrat « MOS DRC 024-03-008 » sont similaires à celles présentées en annexe 96/6

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 96/8**

**Document dated 2012 related to an expression of needs of materiel to be acquired in the Sudan (2008/2009)**

**Document datant de 2012 et portant sur des besoins pour l'acquisition de matériel au Soudan (2008/2009)**





Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec la question

The transfer of materiel from Sudan was already presented in previous reports (see S/2008/773, para. 145; S/2009/253, para. 69; S/2009/603, para. 226, 227 and 269).

Le transfert de matériel depuis le Soudan a déjà été présenté dans des rapports antérieurs (voir S/2008/773, par. 145; S/2009/253, par. 69; S/2009/603, par. 226, 227 et 269).

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 96/9**

**Reproduced list of materiel designated in annexes 96/1 and 96/8 as from Sudanese origin**

**Retranscription de la liste de matériel désigné dans les annexes 96/1 et 96/8 pour être en provenance du Soudan**

| Type of materiel | Quantity | Reference |
|---|---|---|
| **Weapons** | | |
| Heavy machine gun | 35 | Annex 96/1 |
| Light machine gun | 50 | Annexes 96/1, 10 |
| Rocket launcher (variant 1) | 100 | Annexes 96/1, 11 |
| Rocket launcher (variant 2) | unknown | Annex 96/12 |
| Recoilless gun (SPG-9) | 46 | Annex 96/1 |
| 60mm mortar | 60 | Annexes 96/1, 13 |
| 82mm mortar | 50 | Annexes 96/1, 14 |
| 107mm multiple launcher rockets system | 10 | Annex 96/1 |
| **Ammunition** | | |
| 7.62x39mm ammunition | 12,714,000 | Annexes 96/1, 8, 15 |
| 7.52x51mm ammunition | unknown | Annex 96/15 |
| 7.62x54Rmm ammunition | 7,043,000 | Annexes 96/1, 8, 15 |
| 12.7x108mm ammunition | 903,000 | Annex 96/1, 8 |
| 14.5x114mm ammunition | 314,597 | Annex 96/8 |
| 23x114mm round | 19,974 | Annexes 96/1, 8 |
| Offensive grenade | 3,700 | Annex 96/8 |
| Defensive grenade | 1,200 | Annex 96/8 |
| 60mm mortar bomb | 24,600 | Annexes 96/1, 16 |
| PG-7 rocket | 7,144 | Annexes 96/1, 8 |
| PG-9 rocket | 764 | Annexes 96/1, 8, 24 |
| Fuse for 60 and 82mm mortar bomb | 18,000 | Annexes 96/1, 20 |
| 81mm mortar bomb | unknown | Annex 96/17 |
| 82mm mortar bomb | unknown | Annex 96/18 |
| 120mm mortar bomb | unknown | Annex 96/19 |
| Fuse for 120mm mortar bomb | 3,000 | Annex 96/1 |
| Ignition charge for mortar bomb | 9,000 | Annexes 96/1, 21 |
| 122mm shell (for howitzer) | 500 | Annexes 96/1, 22 |
| 122mm rocket (for MLRS) | 2,100 | Annexes 96/1, 23 |
| 100mm shell (for T-55 main battle tank) | 300 | Annex 96/1 |

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Annex 96/10**

**Light machine gun (7.62x54Rmm) with characteristics similar to M-80 « Mokhtar » of Sudanese production**

**Mitrailleuse légère (7.62x54Rmm) avec des caractéristiques similaires à la M-80 « Mokhtar » de production soudanaise**

 

Materiel document in 2017 by MONUSCO
Serial number "289841"

Matériel documenté en 2017 par la MONUSCO
Numéro de série « 289841 »

 

Photographs tagged between 2016-2018 (Open source)

Photographies étiquetées entre 2016-2018 (Source ouverte)

M-80 light machinegun serial number "289606" documented in a previous report (see S/2019/469, annex 58)
Une mitrailleuse légère M-80 numéro de série « 289606 » est documentée dans un rapport antérieur (voir S/2019/469, annexe 58).

**M80 light machine guns documented in the hands of armed groups combatants**

**Mitrailleuses légères M80 documentées dans les mains de combattants de groupes armés**

| Serial number | Location | Date | Armed group | Comment |
|---|---|---|---|---|
| 190054 | Kalemie | 09/04/19 | Fimbo na Fimbo | Range of 1722 |
| 191776 | Unknown | July 2019 | P5 | |
| 254749 | Bukavu | 06/11/17 | Abbas | |
| 289606 | Beni | Early 2019 | ADF | Range of 225 |
| 289841 | Bukavu | 06/11/17 | Abbas | |
| 289861 | Bukavu | 06/11/17 | Abbas | |

UNCLASSIFIED                    EXHIBIT 60

**Annex 96/11**

**Rocket launcher (RPG-7) with characteristics similar to "Sinnar" of Sudanese production (Variant 1)**

**Lance-roquette (RPG-7) avec des caractéristiques similaires au « Sinnar » de production soudanaise (Variante 1)**





Materiel document in 2017          Matériel documenté en 2017
by MONUSCO                         par la MONUSCO
Serial number "AR-11-23"           Numéro de série « AR-11-23 »

S/2020/482

**Annex 96/12**

**Rocket launcher (RPG-7) with characteristics similar to « Sinnar » of Sudanese production (Variant 2)**

**Lance-roquettes (RPG-7) avec des caractéristiques similaires au « Sinnar » de production soudanaise (Variante 2)**

"Sinnar" rocket launcher in the hands of FARDC members

Lance-roquette « Sinnar » dans les mains de membres des FARDC





Photographs tagged between 2014-2018
Photographies étiquetées entre 2014-2018
(Open source / Source ouverte)

UNCLASSIFIED                                 EXHIBIT 60

S/2020/482

**Comparison with materiel of Sudanese production**

**Comparaison avec du matériel de production soudanaise**

http://www.smallarmssurveysudan.org/fileadmin/docs/facts-figures/sudan/HSBA-IDEX-2015.pdf



MIC produced the 'Sinnar RPG-7V Light Anti-Tank Rocket Launcher' at factory A30. With the exception of the Iranian-style cylindrical grip to the rear of the trigger assembly, this launcher closely resembles the Bulgarian 'ATGL' types that are manufactured by the Arsenal Joint Stock Company. The Small Arms Survey has documented the Sinnar with weapons the SPLA captured from the SSDM/A in Jonglei in February and April 2011, a SAF JIU in Western Bahr el Ghazal in November 2011, and among weapons the South Sudan Defence Forces (SSDF) handed over to the SPLA in May 2012 in Jonglei. Investigators have also documented the Sinnar with rebels in the Democratic Republic of Congo (DRC), Somalia, and Sudan.

UNCLASSIFIED    EXHIBIT 60

**S/2020/482**

**Annex 96/13**

**60mm mortar with characteristics similar to the "Nimir" mortar of Sudanese production**

**Mortier 60mm avec des caractéristiques similaires au mortier « Nimir » de production soudanaise**









Materiel documented by MONUSCO in 2017
Serial number "3454"
Year of production: 2007

Matériel documenté par la MONUSCO en 2017
Numéro de série « 3454 »
Année de production : 2007

UNCLASSIFIED   EXHIBIT 60

S/2020/482

### Annex 96/14

**82mm mortar with characteristics similar to the "Aboud" mortar of Sudanese production**

Mortier 82mm avec des caractéristiques similaires au mortier « Aboud » de production soudanaise





| Photographs tagged in 2018 (Open source) | Photographies étiquetées en 2018 (Source ouverte) |
|---|---|

UNCLASSIFIED EXHIBIT 60

**S/2020/482**

### Annex 96/15

**SALW ammunition with characteristics similar to those of Sudanese production**

**Munitions pour armes légères avec des caractéristiques similaires à celles de fabrication soudanaise**

**7.62x39mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Sudan (5 lots) | 2_39_06 | 2006 | 1 time with 1 armed group |
| | 2_39_07 | 2007 | 3 times with 3 armed groups |
| | 2_39_08 | 2008 | 1 time with 2 armed group |
| | SU_1_39_91 | 1991 | 4 times with 9 armed groups |
| | SUD_39_98 | 1998 | 1 time with 1 armed group |

    

« 2_39_06 »   « 2_39_07 »   « 2_39_08 »   « SU_1_39_91 »   « SUD_39_98 »

**7.62x51mm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Sudan (7 lots) | SU_1_51_01 | 2001 | 12 times with 10 armed groups |
| | SU_51_98_1 | 1998 | 2 times with 2 armed groups |
| | SUD_51_97 | 1997 | 3 times with 3 armed groups |
| | SUD_51_96 | 1996 | 1 time with 1 armed group |
| | SU_1_51_89 | 1989 | 1 time with 1 armed group |
| | | 1981 | 1 time with 1 armed group |
| | Absence of headstamp | ? | 2 times with 2 armed groups |

      

« SU_1_51_01 »   « SU_51_98_1 »   « SUD_51_97 »   « SUD_51_96 »   « SU_1_51_89 »   (1981)   Absence of headstamp

**7.62x54Rmm**

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Sudan (4 lots) | 2_54_07 | 2007 | 1 time with 1 armed group |
| | 4_07_54 | 2007 | 1 time with 1 armed group |
| | SU_1_51_01 | 2001 | 2 times with 2 armed groups |
| | Absence of headstamp | ? | 3 times with 1 armed group |

   

« 2_54_07 »   « 4_07_54 »   « SU_1_51_01 »   Absence of headstamp

### Key – Légende

| Produced before the imposition of the embargo (2004) | | Produit avant l'imposition de l'embargo (2004) |
|---|---|---|
| Produced after the imposition of the embargo | | Produit après l'imposition de l'embargo |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 96/16**

**60mm mortar bomb with characteristics similar to those of Sudanese production**

**Bombe mortier 60mm avec des caractéristiques similaires à une production soudanaise**

 

Lot "116_03_07" (2007 production)        Lot « 116_03_07 » (2007 production)
Matériel documented by MONUSCO           Matériel documenté par la MONUSCO

UNCLASSIFIED                                    EXHIBIT 60

**S/2020/482**

**Annex 96/17**

**81mm mortar bomb with characteristics similar to those of Sudanese production**

**Bombe mortier 81mm avec des caractéristiques similaires à une production soudanaise**



Lot "116_00_07" (2007 production)      Lot "116_00_07" (production 2007)
M23 material documented by MONUSCO     Matériel appartenant au M23 documenté
in December 2013                       par la MONUSCO en décembre 2013

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 96/18**

**82mm mortar bomb with characteristics similar to those of Sudanese production**

**Bombe mortier 82mm avec des caractéristiques similaires à une production soudanaise**



Lot "116_02_07" (2007 production)           Lot "116_02_07" (production 2007)
M23 material documented by MONUSCO          Matériel appurtenant au M23 documenté
in December 2013                            par la MONUSCO en décembre 2013

UNCLASSIFIED                           EXHIBIT 60

S/2020/482

**Annex 96/19**

**120mm mortar bomb with characteristics similar to those of Sudanese production**

**Bombe mortier 120mm avec des caractéristiques similaires à une production soudanaise**



Lot "116_02_07" (2007 production)    Lot "116_02_07" (production 2007)
M23 material documented by MONUSCO   Matériel appartenant au M23 documenté
in December 2013                     par la MONUSCO en décembre 2013





Materiel documented by MONUSCO       Matériel documenté par la MONUSCO fin
in the hands of FARDC members late 2019   2019 dans les mains de membres des FARDC

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 96/20**

**Mortar fuse and associated crate with characteristics similar to those of Sudanese production**

**Fusée de mortier et leur emballage logistique avec des caractéristiques similaires à une production soudanaise**



"Yarmouk Industrial Complex
Contract No: 01XSD030528/SU"
M23 materiel documented
by MONUSCO in December 2013

« Yarmouk Industrial Complex
Contrat No : 01XSD030528/SU »
Matériel appartenant au M23 documenté
par la MONUSCO en décembre 2013



Contract No 08XSD14E0920YIC/SU (2008)
(YIC = Yarmouk Industrial Complex)
M23 materiel documented
by MONUSCO in December 2013



Contrat No 08XSD14E0920YIC/SU (2008)
(YIC = Yarmouk Industrial Complex)
Matériel appartenant au M23 documenté par la
MONUSCO en décembre 2013

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 96/21**

**Mortar ignition cartridge with characteristics similar to those of Sudanese production**

**Cartouche d'ignition pour bombe mortier avec des caractéristiques similaires à une production soudanaise**



« SUD_09 »

Lot "SUD_09" (2009 production)
M23 matériel documented by
MONUSCO in December 2013

Lot « SUD_09 » (2009 production)
Matériel appartenant au M23 documenté
par la MONUSCO en décembre 2013

S/2020/482

**Annex 96/22**

Crate of 122 mm rocket with characteristics similar to those of Sudanese production

Emballage logistique pour roquette 122mm avec des caractéristiques similaires à une production soudanaise





M23 materiel documented by          Matériel appartenant au M23 documenté
MONUSCO in December 2013            par la MONUSCO en décembre 2013

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 96/23**

**122mm shell with characteristics similar to those of Sudanese production**

**Obus 122mm avec des caractéristiques similaires à une production soudanaise**





M23 materiel documented by              Matériel appartenant au M23 documenté
MONUSCO in December 2013           par la MONUSCO en décembre 2013

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Annex 96/24

**PG-9 rocket (73mm) with characteristics similar to the « Soba » rocket of Sudanese production**

**Roquette PG-9 (73mm) avec des caractéristiques similaires à la roquette « Soba » de production soudanaise**

 

Lot "101-1-09" (State factory 101, 2009 production)    Lot « 101-1-09 » (Fabrique d'état 101, production 2009)

Materiel documented in South Kivu in January 2020    Matériel documenté au Sud Kivu en janvier 2020
in the hands of FARDC members                         dans les mains de membres des FARDC

UNCLASSIFIED                                      EXHIBIT 60

S/2020/482

**Annex 97/1**

**Zimbabwe Defence Industries (ZDI) packing list addressed to FARDC**

**Liste de colisage de l'Industrie de défense du Zimbabwe (ZDI) adressée aux FARDC**

Document dated 3 July 2013 – Document daté du 3 juillet 2013



Document obtained by the Group from a source       Document obtenu par le Groupe d'une source
with knowledge of the matter                       familière avec la question

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/2**

**Reproduced list of materiel designated in annex 96/1 and 97/1 as from Zimbabwe**

**Retranscription de la liste de matériel désigné dans les annexes 96/1 et 97/1 pour être en provenance du Zimbabwe**

| Type of materiel | Qty transferred between 2007-2009 | Qty transferred in 2013 | Reference |
|---|---|---|---|
| Weapon | | | |
| 82mm mortar | 10 | | Annex 97/1 |
| SALW and heavy weapons ammunition | | | |
| 7.62×39mm ammunition | 1.297.000 | 15.000 | Annexes 96/1, 97/1, 3 |
| 7.62x39mm blank ammunition | | 27.000 | Annex 97/1 |
| 7.62x54Rmm | 701.000 | | Annex 96/1 |
| 12.7 ammo links (x200) | | 16.400 | Annex 97/1 |
| 14.5x114mm ammunition | | 412 | Annex 97/1 |
| Offensive grenade | 5.000 | | Annex 96/1 |
| Defensive grenade | 5.000 | | Annex 96/1 |
| PG-7 rocket | 9.370 | | Annex 96/1 |
| 60mm mortar bomb | 5.000 | 100 | Annexes 96/1, 97/1 |
| Fuse for 60mm mortar bomb | | 100 | Annex 97/1 |
| 82mm mortar bomb | | 100 | Annex 97/1 |
| 120mm mortar bomb | | 24 | Annex 97/1 |
| Fuse for 120mm mortar bomb | | 24 | Annex 97/1 |
| Aviation ammunition (bombs to be dropped by aircraft and components) | | | |
| CBU, cluster bomb system | | 1 | Annex 97/1 |
| CBU, cluster bomb system | | 2 | Annex 97/1 |
| A001, stabilizers Mk-83 | | 21 | Annex 97/1 |
| FB-27-300 | | 2 | Annex 97/1 |
| A001, stabilizers B-27-300 | | 2 | Annex 97/1 |

UNCLASSIFIED     EXHIBIT 60

S/2020/482

**Annex 97/3**

**SALW ammunition with characteristics similar to those of Zimbabwean production**

**Munitions pour armes légères avec des caractéristiques similaires à celles de production zimbabwéenne**

7.62x39mm

| Similar to a production by | Lot | Year of production | Documented |
|---|---|---|---|
| Zimbabwe (3 lots) | 97_ZI | 1997 | 5 times with 4 armed groups |
| | 92_ZI | 1992 | 13 times with 10 armed groups |
| | 91_ZI | 1991 | 1 time with 1 armed group |

  

« 97_ZI »        « 92_ZI »        « 91_ZI »

20-06401
DRC-30316 1507

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Annex 97/4

Materiel that the Group observed in the hands of FARDC for which notification haven not been submitted and which is not referenced in the report

Matériel observé par le Groupe dans les mains des FARDC et pour lequel aucune notification n'a pas été soumise et qui n'est pas référenciê dans le rapport

| Type of equipment | Reference |
|---|---|
| Battle dress uniform equipping FARDC | Annex 114/1 |
| Battle dress uniform equipping FARDC (a commando / vizual) | Annex 114/2 |
| Battle dress uniform equipping the Republican Guard (GR) | Annex 114/3 |
| Helmet cover (3 different patterns) | Annex 114/4 |
| Ghillie ? suit | Annex 114/5 |
| Assault vest (9 different models) | Annex 114/6 |
| Back pack (FARDC camouflage) | Annex 114/7 |
| Back pack (GR camouflage) | Annex 114/8 |
| Kit bag | Annex 114/9 |
| Rain poncho (three different models) | Annex 114/10 |
| Pullover (three different models) | Annex 114/11 |
| T Shirt (six different models) | Annex 114/12 |
| Combat shoes (six different models) | Annex 114/13 |

UNCLASSIFIED          EXHIBIT 60

S/2020/482

**Annex 97/5**

**Battle dress uniform equipping FARDC**

**Tenue de combat équipant les FARDC**





Open source

Source ouverte

UNCLASSIFIED    EXHIBIT 60

S/2020/482

### Annex 97/6

**Battle dress uniform equipping FARDC (« commando » variant)**

**Tenue de combat équipant les FARDC (variante dite « commando »)**



Open source

Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/7**

**Battle dress uniform equipping the Republican Guard (GR)**

**Tenue de combat équipant la Garde Républicaine (GR)**





Open source
Source ouverte

UNCLASSIFIED                        EXHIBIT 60

S/2020/482

**Annex 97/8**

**Miscellaneous individual equipment**

**Différents équipements individuels**

Helmet cover (3 different patterns) / Couvre casque (3 modèles différents)



FARDC « regular »



FARDC « commando »



Republican Guard

Open source
Source ouverte

EXHIBIT 60

S/2020/482

**Annex 97/9**

**« Ghillie » suit**

**Tenue de camouflage « Ghillie »**






Open source

Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/10**

**Assault vest (nine different models)**

**Veste d'assaut (neuf modèles différents)**



Open source

Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/11**

**Back pack (FARDC camouflage)**

**Sac à dos (camouflage FARDC)**





Open source

Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/12**

**Back pack (Republican Guard camouflage)**

**Sac à dos (camouflage Guard Républicaine)**





Open source

Source ouverte

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 97/13**

**Kit bag**





Open source

Source ouverte

EXHIBIT 60

S/2020/482

### Annex 97/14

**Rain poncho (three different models) / Poncho contre la pluie (trois modèles différents)**

**Kaki model / Modèle kaki**

 

Open source
Source ouverte

**FARDC camouflage**

**Briolage FARDC**

 

Open source
Source ouverte

EXHIBIT 60

S/2020/482

**Republican Guard camouflage**

**Bariolage Guard Républicaine**



Open source
Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 97/15**

**Pullover (three different models)**

**Pull (trois modèles différents)**



Open source
Source ouverte

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Annex 97/16**

**T-shirt (six different models) / (six modèles différents)**



Open source
Source ouverte

EXHIBIT 60

S/2020/482

Annex 97/17

**Combat shoes (six different models)**

**Chaussures de combat (six modèles différents)**



Open source
Source ouverte

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Annex 98

Civilian cargo aircraft operated or leased by Vagram Simonyan supporting FARDC

Avions cargo civils opérés ou loués par Vagram Simonyan qui appuient les FARDC

| Aircraft | Tail no. | Registered | Additional information on the aircraft |
|---|---|---|---|
| Antonov 32 (AN-32)<br><br>S/N 2410 | EK-32400<br><br>Annex 101 | Armenia | Lease agreement between South Airlines Co. and Zaabu Intl SARL (Annex 101/2)<br>Deregistered on 15 May 2019 from Armenian aviation register (Annexes 105/1, 105/2, 105/3, 105/4, 105/5)<br>Air worthiness certificate expired on 31 January 2019 (Annex 105/3)<br>Transport of passengers in contravention with international security rules (Annex 101/3) |
| Antonov 72 (AN-72)<br><br>S/N 36572040548 | EK-72101<br><br>Annex 102 | Armenia | Arrived in the DRC in October 2012 (Annex 109/3)<br>Crashed on 16 November 2013 (Annex 102) during a military flight, aircraft destroyed (Annex 109/3)<br>Since 2003 Antonov company had not performed works or installation nor assigned aircraft's new service life (Annex 105/11) |
| Antonov 72 (AN-72)<br><br>S/N 36572030425 | EK-72425<br><br>Annex 103 | Armenia | Lease agreement between South Airlines Co. and Zaabu Intl SARL (Annex 103/2)<br>Deregistered on 15 May 2019 from Armenian aviation register (Annexes 105/1, 105/2, 105/4, 105/5)<br>Air worthiness certificate expired on 28 February 2013 (Annex 105/1)<br>Since 1997 Antonov company had not performed works or installation nor assigned aircraft's new service life (Annex 105/10) |
| Antonov 72 (AN-72)<br><br>S/N 36572020385 | EK-72903<br><br>Annex 104 | Armenia | Lease agreement between South Airlines Co. and Zaabu Intl SARL (Annex 104/2)<br>Deregistered on 12 May 2016 from Armenian aviation register (Annexes 105/6, 105/7)<br>Absence of air worthiness certificate (Annex 105/7)<br>Arrived in the DRC in October 2012 (Annex 109/3)<br>Crashed on 10 October 2019 (crew and passengers killed) (Annex 104/4)<br>Since 2003 Antonov company had not performed works or installation nor assigned aircraft's new service life (Annex 105/10) |
| Ilyushin 76 (IL-76)<br><br>S/N 73410292 | EK-76992<br><br>Annex 106 | Armenia | Lease agreement between South Airlines Co. and Zaabu Intl SARL (Annex 106/2)<br>Arrived in the DRC in March 2013 (Annex 109/3)<br>Deregistered on 16 December 2014 from Armenian aviation register (Annex 106/3) |
| | YI-BAT | None | Flying with registration no. "YI-BAT"<br>Al-Rafidan Falcon informed the Group that IL-76 "YI-BAT" was not part of their company (Annex 106/4)<br>Registration no. "YI-BAT" unknown by Iraqi civilian aviation (Annex 106/5)<br>Grounded by AAC in October 2019 for safety issue (Annexes 107/1, 108/1) |
| Ilyushin 76 (IL-76)<br><br>S/N 1023413443 | ST-BDN<br><br>Annex 107 | Sudan | Direct link with Vagram Simonyan (para. 185 of this report) |

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 99**

**Extracts from a letter dated 4 January 2020 addressed to the Group by Vagram Simonyan stating that his cargo aircraft (Antonov 32 "EK-32400", Antonov 72 "EK-72425", Antonov 72 "EK-72903" and Ilyushin 76 "YI-BAT") leased to the airline company Zaabu International SARL operated to the benefit of the DRC Presidency and FARDC**

**Eléments extraits de la lettre datée du 4 janvier 2020 adressée au Groupe par Vagram Simonyan précisant que ses avions cargo (Antonov 32 « EK-32400 », Antonov 72 « EK-72425 », Antonov 72 « EK-72903 » and Ilyushin 76 « YI-BAT ») étaient en location auprès de la compagnie aérienne Zaabu International SARL et opéraient au bénéfice de la Présidence de la RDC et des FARDC**

Toutefois, les aéronefs visés par votre précitée sont arrivés en RDC via la Compagnie Aérienne ZAABU INTERNATIONAL SARL sur demande de l'Etat Congolais. Depuis leurs arrivés en RDC, les avions sont en location auprès de ZAABU INTERNATIONAL SARL, personne morale de droit Congolais, qui à son tour a transféré les dites aéronefs en location à l'Etat Congolais. Pendant toute la période de leurs stationnement en RDC, les avions ont exclusivement effectué des vols pour le compte de la Présidence de la République et de

l'Armée et uniquement à l'intérieur de ses frontières. Ce qui vous a, du reste, été confirmé par l'Autorité de l'Aviation Civile de la RDC.

Conformément à l'article 3 de la Convention de Chicago du 07 Décembre 1944 qui stipule : «les aéronefs utilisés dans les services militaires, de douane et de police sont considérés aéronefs de l'Etat.», il nous semble délicat de vous entretenir sur ces vols sans en référer à l'Etat Congolais, dont la souveraineté et l'indépendance sont réaffirmées avec emphase au paragraphe 2 de la résolution 2478 du conseil de sécurité dont vous m'avez envoyé copie.

L'exploitation des aéronefs de l'Etat est soumise à un régime spécial et confidentiel, contrôlé et gardé par l'Etat. A cet égard je ne suis pas en mesure de vous fournir les informations demandées.

Concernant la maintenance, le remplacement des moteurs et des composants des aéronefs cités, tous les travaux ont été effectués par les spécialistes selon les réglementations de maintenance des aéronefs de ce type. L'assurance responsabilité civile (Third party liability) ainsi que l'assurance du fret et des passagers sont à la charge de l'opérateur.

S/2020/482

**Annex 100/1**

**Passport of Vagram Simonyan**

**Passeport de Vagram Simonyan**

**Elements extracted from annex 105/7 (official letter from the authorities of the Republic of Armenia)**

**Éléments extraits de l'annexe 105/7 (lettre officielle des autorités de la République d'Arménie)**

Vahram Vanik Simonyan, a holder of Russian citizenship, was born 03 September 1964 in Vahramaberd city of Shirak Marz of Armenia (Passport of the citizen of the Russian Federation 61 N 0203145, valid 24.10.2002-24.10.2007, Passport 63V3874978, valid 26.10.2007-26.10.2012, Passport 75N0676598 valid 06.02.2015-06.02.2025).

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 100/2**

**South Airlines Co. SARL office in Kinshasa (DRC)**

**Bureau de la compagnie South Airlines Co. SARL à Kinshasa (RDC)**

**Elements extracted from annex 109/1 (Statute of South Airlines Co. SARL)**

**Eléments extraits de l'annexe 109/1 (Statut de South Airlines Co. SARL)**

Monsieur SIMONYAN VAGRAM, né en Russie, le 03. 09. 1964, domicilié au n°4630, avenue de la science, immeuble appartements de luxe, appart. 46B, dans la commune de la Gombe a établi, ainsi qu'il suit, les statuts d'une société à responsabilité limitée.

    UNCLASSIFIED    20-06401

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 101/1**

**Antonov 32 "EK-32400", serial number (S/N) 2410**

**Antonov 32 "EK-32400", numéro de série (S/N) 2410**





   

Photographs tagged between 2017-2020          Photographies étiquetées entre 2017-2020
(Open source)                                                        (Source ouverte)

S/2020/482

## Annex 101/2

**Lease agreement for Antonov 32 "EK-32400" dated 20 December 2018 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of the airline company Zaabu International SARL) – (extract)**

**Contrat de location daté du 20 décembre 2018 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co) et Yves Lubambi Idi (Directeur général de la compagnie aérienne Zaabu International SARL) relatif à l'Antonov 32 « EK-32-400 » - (extraits)**

The full document is archived at the Secretariat.
Le document complet est archivé auprès du Secrétariat.

*АН - 32*

Page 1 of 25

ДОГОВОР АРЕНДЫ № SA/ZA/32400 | LEASE AGREEMENT No. SA/ZA/32400

"20" декабря 2018      Шарджа,ОАЭ | "20" December 2018      Shardjah, UAE

"South Airlines Co." компания, зарегистрированная в соответствии с законодательством ОАЭ, именуемая в дальнейшем "АРЕНДОДАТЕЛЬ", в лице Генерального директора Симоняна В.В., действующего на основании Устава, с одной стороны и "ZAABU INTERNATIONAL S.A.R.L." – компания, зарегистрированная в Демократической Республике Конго, именуемая в дальнейшем "АРЕНДАТОР", в лице Генерального директора YVES LUBAMBI IDI, действующего на основании Устава, с другой стороны, именуемые в дальнейшем Стороны, заключили настоящий Договор о нижеследующем;

"South Airlines Co." Company registered in accordance with the Legislation of the UAE, hereinafter referred to as "the LESSOR" represented by General director Simeonyan V. , acting in accordance with Charter, on one part and "ZAABU INTERNATIONAL S.A.R.L." Company, registered in Kinshasa, DRC, hereinafter referred to as "the LESSEE" represented by General director YVES LUBAMBI IDI, acting in accordance with the Charter, on the other part, both hereinafter referred to as "the Parties", have entered into the following Agreement.

### 1. Предмет Договора

1.1. "АРЕНДОДАТЕЛЬ" сдает, а "АРЕНДАТОР" принимает во временное пользование Воздушное Судно «Ан-32В», заводской номер 2410, именуемое в дальнейшем "Эксплуатируемый Самолет", с базированием в аэропорту согласно Приложению 1 к настоящему Договору, именуемым в дальнейшем "Страна базирования"), с экипажем для осуществления технических персоналом для осуществления коммерческих перевозок пассажиров, багажа, грузов на территории Страны базирования и других стран (исключая зоны объявления военных действий) по маршрутам, согласованным между Сторонами.

### 1. Subject of Agreement

1.1. "The LESSOR" gives and "the LESSEE" takes on temporary lease the aircraft "An-32B", serial number 2410 hereinafter referred to as "the Operational Aircraft" with stationing in airport, vested in Appendix 1 of current Agreement,(hereinafter referred to as "the Country of Stationing") with one crew comprising flight and technical personnel for carrying out commercial transportation of passengers, baggage, cargo within territory of the Country of Stationing and other countries (except areas of declared hostilities) along the routes agreed by the Parties.

### 2. Эксплуатируемый Самолет

2.1. "АРЕНДОДАТЕЛЬ" предоставляет в аренду Эксплуатируемый Самолет, который соответствует всем техническим и коммерческим требованиям, предъявляемым к воздушным судам этого типа, выполняющим международные полеты.

### 2. The Operational Aircraft

2.1. "The LESSOR" grants on lease the Operational Aircraft which complies with all technical and commercial requirements to aircraft of this type performing international flights.

2.2. Эксплуатируемый самолет на период аренды включается в Реестр Республики Армения, застрахован, освидетельствован для международных полетов и способно

2.2. During the period of lease the Operational Aircraft is included into the Register of the Republic of Armenia, insured, capable to accomplish international

UNCLASSIFIED

EXHIBIT 60

S/2020/482

BANK CORRESPONDENT:
WACHOVIA BANK NA
NEW YORK, INTERNATIONAL  BRANCH
11 Pen Plaza USA
SWIFT CODE: PNBPUS3NNYC
ACCOUNT NO. 2000-191822-700

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

Vagram Simonyan
General Director

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSER"

Yves Lubambi ID
General Director

Приложение 1                                           Annex 1
к Договору Аренды № SA/ZA/32400          to Lease Agreement No. SA/ZA/32400

Срок аренды: 12 мес. с возможностью      Endurance period of Lease: 12 months
продления при обоюдном согласии обеих     with possibility of its prolongation upon
Сторон.                                   consent of both Parties.

Месячный Гарантийный Минимум:             Monthly Guaranteed Minimum:
70 (семьдесят) блок часов;                70 (seventy) Block Hours;

Тип самолета: Ан-32Б                      Type of the Aircraft: An-32B

Регистрационный номер: ЕК-32400           Registration number: EK-32400

Место регистрации:    Республика Армения  Registration Place: Republic of Armenia

Аэропорт вылета: Гюмри, Республика         Airport of Departure: Gyoumri, Republic
Армения                                   of Armenia

Аэропорт базирования:   FZAA (ДРК, г.     Airport of bases:       FZAA    (RDC,
Киншаса)                                  Kinshasa)

За и от имени "АРЕНДОДАТЕЛЯ":              За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSOR":        For and on behalf of "the LESSEE":

UNCLASSIFIED

EXHIBIT 60

S/2020/482

Page 22 of 25

| Приложение 2<br>к Договору Аренды № SA/ZA/32400 | Annex 2<br>to Lease Agreement No. SA/ZA/32400 |
|---|---|
| 1. Дата начала работы: со времени вылета самолета из аэропорта UDSG. | 1. Commencement Date: from the date of the Aircraft departure from UDSG. |
| 2. Основная Арендная Плата: 2500 (две тысячи пятьсот) долларов США за блок час. | 2. Main Lease Charge: 2500 (two thousand five hundred) US dollars per block hour |
| Стоимость блок-часа должна быть полностью освобождена от налогов, пошлин, любых сборов и/или вычетов. | The cost of Block Hour should be free of any taxes, fees and/or deductions. |
| 3. Порядок и сроки оплаты:<br>3.1. Арендная плата в размере Гарантийного Минимума составляет 175.000 (сто семьдесят пять тысяч) долларов США. | 3. Terms of Payments:<br>3.1. Rental payment in amount of Guaranteed Block Hours Minimum is 175.000 (one hundred seventy five thousand) US dollars. |
| 3.2. "АРЕНДАТОР" предоставит сертификат страхования Третьих Лиц (включая страхование военных рисков) "АРЕНДОДАТЕЛЮ" до вылета Самолета из аэропорта постоянного базирования. | 3.2. "The LESSEE" will arrange Third Party Insurance (including War Risk Insurance) to "The LESSOR" before the Aircraft's departure from the main stationing airport. |
| 3.3. "АРЕНДАТОР" оплачивает стоимость перегона ВС по маршруту Гюмри, Республика Армения – ДРК, г. Киншаса – Гюмри, Республика Армения. | 3.3. "The LESSEE" pays cost for aircraft positioning Gyoumri, Republic of Armenia – DRC, Kinshasa – Gyoumri, Republic of Armenia. |
| Стоимость перегона ВС по маршруту Гюмри, Армения – ДРК, г. Киншаса составляет 87.725 (восемьдесят семь тысяч семьсот двадцать пять) долларов США и вносится на расчетный счет «АРЕНДОДАТЕЛЯ» в течении трех банковских дней после подписания настоящего Договора. | The sum of positioning Gyoumri, Republic of Armenia – DRC, Kinshasa is 87.725 (eighty seven thousand seven hundred twenty five) US dollars, and it should be paid within three bank days after current agreement signing. |
| 4. Дата вылета самолета из аэропорта г. Гюмри, Армения назначается не позднее чем через три дня после получения «АРЕНДОДАТЕЛЕМ» полной суммы предоплаты. | 4. Date of the Aircraft's departure from airport Gyoumri, Republic of Armenia is appointed not later than seven working day after getting by "the LESSOR" full amount of the prepayment. |
| За и от имени "АРЕНДОДАТЕЛЯ":<br>For and on behalf of "the LESSOR": | За и от имени "АРЕНДАТОРА":<br>For and on behalf of "the LESSEE" |

| Приложение 3 к Договору Аренды № SA/ZA/32400 | Annex 3 to the Lease Agreement No. SA/ZA/32400 |
|---|---|
| **1. Предоставление жилья и услуг**<br>Персонал «АРЕНДОДАТЕЛЯ» обеспечивается благоустроенным коттеджем (или гостиницей соответствующей минимум 3х звездочному классу) с кухней, спальными помещениями, кондиционером и обслуживающим персоналом.<br>Обеспечение каждого члена экипажа бортовым питанием осуществляется по нормам ИКАО (10 долларов США за каждые 3 блок-часа полета). | **1. Accommodation and other services**<br>The crew is provided with security comfortable villa equipped with kitchen, bed rooms, with air conditions, and serving personnel (or Hotel corresponding to at least 3 star class).<br><br>The each crew member is provided by board catering according to ICAO standards ($10 for every 3 block-flight hours). |
| **2. Наземный транспорт**<br>Арендатор обеспечивает подходящий автомобиль для проезда по маршруту: место отдыха экипажа - место стоянки самолета и обратно. | **2.Ground Transport**<br>"The LESSEE" provides the crew with appropriate motor vehicle for delivery from the place of a rest to the place of the Aircraft' stationing and back. |
| **3.Срочная медицинская помощь**<br>«АРЕНДАТОР» обеспечивает (и подробно информирует об этом «АРЕНДОДАТЕЛЯ») организацию срочной медицинской помощи, включая госпитализацию. Медицинская страховка является приемлемой. | **3.Urgent Medical Help**<br>"The LESSEE" ensures (and informs "the LESSOR" in details) arrangement of urgent medical help including hospitalization.<br>Medical insurance of the personnel of the "the LESSOR" is acceptable. |

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE"

Yves Lukambi Joh
VM: AM STEPHANE ATUNDANGAN
FEDERATION - WAKAT
DIVISION - STORAGE

UNCLASSIFIED

EXHIBIT 60

S/2020/482

Page 24 of 25

| | |
|---|---|
| Приложение 4 | Annex 4 |
| к Договору Аренды № SA/ZA/32400 | to the Lease Agreement No. SA/ZA/32400 |

Акт приема Эксплуатируемого Самолета

Настоящий Акт составлен и подписан датой, приведенной ниже, уполномоченными представителями как со стороны «АРЕНДОДАТЕЛЯ»

так и со стороны «АРЕНДАТОРА» в соответствии с Договором Аренды Эксплуатируемого Самолета с летным и наземным персоналом № SA/ZA/32400 от 20.12.2018 между компаниями "South Airlines Co."с одной стороны и компанией "Zaabu International S.A.R.L." с другой стороны.

Act of Acceptance of the Operational Aircraft

This Act of Acceptance is drawn and signed on the date set forth below by the undersigned authorized representatives of "the LESSOR" _____ and of "the LESSEE" _____ pursuant to Aircraft Wet Lease Agreement No. SA/ZA/32400 dated 20.12.2018 between "South Airlines Co." and "Zaabu International S.A.R.L.".

Подробности приема самолета:
Настоящим ниже подписавшиеся указывают и подтверждают, что Эксплуатируемый Самолет _____ рег. _____ с налетом с начала эксплуатации _____ часов принят «АРЕНДАТОРОМ» в _____ час, _____ числа 20 __ года в аэропорту _____ .

Details of Acceptance:
The undersigned hereby indicate and confirm that " _____ " Aircraft (Registration _____ ) with total flying hours since new _____ is accepted by the "LESSEE" at _____ o'clock on the _____ day of _____ .

Приложение 4 является неотъемлемой частью настоящего Договора.

The Annex 4 is an integral part of the present Agreement.

Подписи представителей:

"АРЕНДОДАТЕЛЬ" / "The LESSOR":

Signatures of Representatives:

"АРЕНДАТОР" / "The LESSEE":

Yves Luhambi Idi

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 101/3**

**Transport of armed PNC personnel and absence of seats (and safety belts) in the central section of the fuselage of the AN-32 "EK-32400"**

**Transport de personnel armé de la PNC et absence de sièges (et de ceintures de sécurité) dans la section centrale du fuselage de l'AN-32 « EK-32400 »**







Photographs tagged between 2018-2019        Photographies étiquetées entre 2018-2019
(Open source)                               (Source ouverte)

UNCLASSIFIED            EXHIBIT 60

S/2020/482

**Annex 102**

**Antonov 72 "EK-72101", serial number (S/N) 36572040548**

**Antonov 72 "EK-72101", numéro de série (S/N) 36572040548**



Photograph extracted from the article in the footnote[1]

Photographie extraite de l'article en note de bas de page

In a letter addressed to Presidency of the DRC (see annex 109/3), Yves Lubambi Idi stated that this aircraft had crashed on 3 November 2013.[2] The article in the footnote stipulates that the accident occurred at Bangoka airfield, Kisangani and that it was carrying civilian and military passengers.

Dans un courrier adressé à la Présidence de la RDC (voir annexe 109/3), Yves Lubambi Idi précisait que cet avion avait été l'objet d'un crash le 3 novembre 2013. L'article en note de bas de page stipule que l'accident est survenu sur l'aérodrome de Bangoka, Kisangani et qu'il transportait alors des passagers civils et militaires.

[1] https://www.airliners.net/photo/Untitled/Antonov-An-72-100/1852704
[2] https://www.air-journal.fr/2013-11-03-un-avion-rate-son-atterrissage-au-congo-une-aile-en-feu-588766.html

（略）

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 103/1**

**Antonov 72 "EK-72425" serial number (S/N) 36572030425**

**Antonov 72 "EK-72425" numéro de série (S/N) 36572030425**



 

 

Photographs tagged between 2018-2019, open source

Photographies étiquetées entre 2018-2019, source ouverte

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 103/2**

**Lease agreement dated 12 August 2018 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of Zaabu International SARL) for Antonov 72 "EK-72425" – (extract)**

**Contrat de location daté du 12 août 2018 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co.) et Yves Lubambi Idi (Directeur général de Zaabu International SARL) relatif à l'Antonov 72 « EK-72425 » - (extraits)**

The full document is archived at the Secretariat.
Le document complet est archivé auprès du Secrétariat.

Page 1 of 25

ДОГОВОР АРЕНДЫ № SA/ZA/72425

" 12 " августа 2018        Шарджа, ОАЭ

"South Airlines Co." компания, зарегистрированная в соответствии с законодательством ОАЭ, именуемая в дальнейшем "АРЕНДОДАТЕЛЬ", в лице Генерального директора Симоняна В.В., действующего на основании Устава, с одной стороны и "ZAABU INTERNATIONAL S.A.R.L." – компания, зарегистрированная в Демократической Республике Конго, именуемая в дальнейшем "АРЕНДАТОР", в лице Генерального директора YVES LUBAMBI IDI, действующего на основании Устава, с другой стороны, именуемые в дальнейшем Стороны, заключили настоящий Договор о нижеследующем:

**1. Предмет Договора**

1.1. "АРЕНДОДАТЕЛЬ" сдает, а "АРЕНДАТОР" принимает во временное пользование Воздушное Судно «Ан-72-100D», заводской номер 365.720.30.429, именуемое в дальнейшем "Эксплуатируемый Самолет", с базированием в аэропорту согласно Приложению 1 к настоящему Договору, именуемом в дальнейшем "Страна базирования"), с одним летным экипажем и техническим персоналом для осуществления коммерческих перевозок пассажиров, багажа, грузов на территории Страны базирования и других стран (исключая зоны объявленных военных действий) по маршрутам, согласованным между Сторонами.

**2. Эксплуатируемый Самолет**

2.1. "АРЕНДОДАТЕЛЬ" предоставляет в аренду Эксплуатируемый Самолет, который соответствует всем техническим и коммерческим требованиям, предъявляемым к воздушным судам этого типа, выполняющим международные полеты.

2.2. Эксплуатируемый самолет на период аренды находится в Реестре Республики Армения, внесен в Регистр, оснащен технически для выполнения международных полетов согласно

LEASE AGREEMENT No. SA/ZA/72425

" 12 " August 2018        Sharjah, UAE

"South Airlines Co." Company registered in accordance with the Legislation of the UAE, hereinafter referred to as "the LESSOR" represented by General director Simonyan V., acting in accordance with Charter, on one part and "ZAABU INTERNATIONAL S.A.R.L." – Company, registered in Kinshasa, DRC, hereinafter referred to as "the LESSEE" represented by General director YVES LUBAMBI IDI, acting in accordance with the Charter, on the other part, both hereinafter referred to as "the Parties", have entered into the following Agreement:

**1. Subject of Agreement**

1.1. "The LESSOR" gives and "the LESSEE" takes on temporary lease the aircraft "An-72-100D", serial number 365.720.30.429 hereinafter referred to as "the Operational Aircraft" with stationing in airport, stated in Appendix 1 of current Agreement,(hereinafter referred to as "the Country of Stationing") with one crew comprising flight and technical personnel for carrying out commercial transportation of passengers, baggage, cargo within territory of the Country of Stationing and other countries (except areas of declared hostilities) along the routes agreed by the Parties.

**2. The Operational Aircraft**

2.1. "The LESSOR" grants on lease the Operational Aircraft which complies with all technical and commercial requirements to aircraft of this type performing International flights.

2.2. During the period of lease the Operational Aircraft is included into the Register of the Republic of Armenia, inscrued, capable to accomplish International

UNCLASSIFIED

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Page 20 of 25

BANK CORRESPONDENT:
WACHOVIA BANK NA
NEW YORK, INTERNATIONAL   BRANCH
11 Pen Plaza USA
SWIFT CODE: PNBPUS3NNYC
ACCOUNT NO. 2000-191822-700

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

Vagram Elibenyan
General Director

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE":

Yves Lulsambi IDI
General Director

S/2020/482

Page 21 of 25

| Приложение 1 | Annex 1 |
|---|---|
к Договору Аренды № SA/ZA/72425 | to Lease Agreement No. SA/ZA/72425

Срок аренды: 12 мес. с возможностью продления при обоюдном согласии обеих Сторон.

Endurance period of Lease: 12 months with possibility of its prolongation upon consent of both Parties.

Месячный Гарантийный Минимум: 70 (семьдесят) блок часов;

Monthly Guaranteed Minimum: 70 (seventy) Block Hours;

Тип самолета: Ан-72-100Д
Регистрационный номер: EK-72425
Место регистрации: Республика Армения
Аэропорт вылета: Алматы, Республика Казахстан
Аэропорт базирования: FZAA (ДРК, г. Киншаса)

Type of the Aircraft: An-72-100D
Registration number: EK-72425
Registration Place: Republic of Armenia
Airport of Departure: Almaty, Republic Kazakhstan
Airport of bases: FZAA (RDC, Kinshasa)

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE"

| Приложение 2 | Annex 2 |
|---|---|
| к Договору Аренды № SA/ZA/72425 | to Lease Agreement No. SA/ZA/72425 |

1. Дата начала работы: со времени вылета самолета из аэропорта UAAA.

1. Commencement Date: from the date of the Aircraft departure from UAAA.

2. Основная Арендная Плата: 1650 (одна тысяча шестьсот пятьдесят) долларов США за блок час.

2. Main Lease Charge: 1650 (one thousand six hundred fifty) US dollars per block hour

Стоимость блок-часа должна быть полностью освобождена от налогов, пошлин, любых сборов и/или вычетов.

The cost of Block Hour should be free of any taxes, fees and/or deductions.

3. Порядок и сроки оплаты:
3.1. Арендная плата в размере Гарантийного Минимума составляет 115.500 (сто пятнадцать тысяч пятьсот) долларов США.

3. Terms of Payments:
3.1. Rental payment in amount of Guaranteed Block Hours Minimum is 115.500 (one hundred fifteen thousand five hundred) US dollars.

3.2. "АРЕНДАТОР" предоставляет сертификат страхования Третьих Лиц (включая страхование военных рисков) "АРЕНДОДАТЕЛЮ" до вылета Самолета из аэропорта постоянного базирования.

3.2. "The LESSEE" will arrange Third Party Insurance (including War Risk insurance) to "The LESSOR" before the Aircraft's departure from the main stationing airport.

3.3. "АРЕНДАТОР" оплачивает стоимость перегона ВС по маршруту Алматы, Казахстан – ДРК, г. Киншаса – Ереван, Армения.

3.3. "The LESSEE" pays cost for aircraft positioning Almaty, Kazakhstan – DRC, Kinshasa – Yerevan, Republic of Armenia.

Стоимость перегона ВС по маршруту Алматы, Казахстан – ДРК, г. Киншаса составляет 102.575,36 (сто две тысячи пятьсот семьдесят пять) долларов США тридцать шесть центов и вносится на расчетный счет «АРЕНДОДАТЕЛЯ» в течение трех банковских дней после подписания настоящего Договора.

The sum of positioning Almaty, Kazakhstan – DRC, Kinshasa is 102.575,36 (one hundred two thousand five hundred seventy five) US dollars thirty six cents, and it should be paid within three bank days after current agreement signing.

4. Дата вылета самолета из аэропорта г. Алматы (Казахстан) назначается не позднее чем через три дня после получения «АРЕНДОДАТЕЛЕМ» полной суммы предоплаты.

4. Date of the Aircraft's departure from airport Almaty (Kazakhstan) is appointed not later than seven working day after getting by "the LESSOR" full amount of the prepayment.

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE"

Приложение 3
к Договору Аренды № SA/ZA/724.25

Annex 3
to the Lease Agreement No. SA/ZA/724.25

1. Предоставление жилья и услуг
Персонал «АРЕНДОДАТЕЛЯ» обеспечивается благоустроенным коттеджем (или гостиницей соответствующей минимум 3х звездочному классу) с кухней, спальными помещениями, кондиционером и обслуживающим персоналом.
Обеспечение каждого члена экипажа бортовым питанием осуществляется по нормам ИКАО (10 долларов США за каждые 3 блок-часа полета).

1. Accommodation and other services
The crew is provided with security comfortable villa equipped with kitchen, bed rooms, with air conditions, and serving personnel (or Hotel corresponding to at least 3 star class).

The each crew member is provided by board catering according to ICAO standards ($10 for every 3 block-flight hours).

2. Наземный транспорт
Арендатор обеспечивает подходящий автомобиль для проезда по маршруту: место отдыха экипажа - место стоянки самолета и обратно.

2. Ground Transport
"The LESSEE" provides the crew with appropriate motor vehicle for delivery from the place of a rest to the place of the Aircraft' stationing and back.

3. Срочная медицинская помощь
«АРЕНДАТОР» обеспечивает (и подробно информирует об этом «АРЕНДОДАТЕЛЯ») организацию срочной медицинской помощи, включая госпитализацию. Медицинская страховка является приемлемой.

3. Urgent Medical Help
"The LESSEE" ensures (and informs "the LESSOR" in details) arrangement of urgent medical help including hospitalization. Medical insurance of the personnel of the "the LESSOR" is acceptable.

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE"

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Page 24 of 25

| Приложение 4<br>к Договору Аренды № SA/ZA/72425 | Annex 4<br>to the Lease Agreement No. SA/ZA/72425 |
|---|---|

**Акт приема Эксплуатируемого Самолета**

**Act of Acceptance of the Operational Aircraft**

Настоящий Акт составлен и подписан датой, приведенной ниже, уполномоченными представителями как со стороны «АРЕНДОДАТЕЛЯ»

так и со стороны «АРЕНДАТОРА» в соответствии с Договором Аренды Эксплуатируемого Самолета с летным и наземным персоналом № SA/ZA/72425 от 12.08.2018 между компаниями "South Airlines Co."с одной стороны и компанией "Zaabu International S.A.R.L." с другой стороны.

This Act of Acceptance is drawn and signed on the date set forth below by the undersigned authorized representatives of "the LESSOR" _____ and of "the LESSEE" _____ pursuant to Aircraft Wet Lease Agreement No. SA/ZA/72425 dated 12.08.2018 between "South Airlines Co." and "Zaabu International S.A.R.L.".

Подробности приема самолета:

Настоящим ниже подписавшиеся указывают и подтверждают, что Эксплуатируемый Самолет _____ рег. _____ с налетом с начала эксплуатации _____ часов принят «АРЕНДАТОРОМ» в _____ час, _____ числа 20__ года в аэропорту _____

Details of Acceptance:

The undersigned hereby indicate and confirm that "_____" Aircraft (Registration _____) with total flying hours since new _____ is accepted by the "LESSEE" at _____ o'clock on the _____ day of _____

Приложение 4 является неотъемлемой частью настоящего Договора.

The Annex 4 is an integral part of the present Agreement.

Подписи представителей:

Signatures of Representatives:

"АРЕНДОДАТЕЛЬ" / "The LESSOR":

"АРЕНДАТОР" / "The LESSEE":

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 103/3**

**2017 lease agreement (renewed in 2018) between Mr. R. Tualev, Director of the airline company Aerostar Air Kz (Republic of Kazakhstan) and Vagram Simonyan, General Director of the airline company V-Berd Avia Ltd (Republic of Armenia) for the Antonov 72 "EK-72425" (extracts)**

**Contrat de location établi en 2017 (et renouvelé en 2018) entre Mr. R. Tulaev, Directeur de la compagnie aérienne Aerostar Air Kz (République du Kazakhstan) et Vagram Simonyan, Directeur général de la compagnie aérienne V-Berd Avia Ltd (République d'Arménie) relatif à l'Antonov 72 « EK-72425 » (extraits)**

The full document is archived at the Secretariat.
Le document complet est archivé auprès du Secrétariat.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482







Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Annex 104/1**

**Antonov 72 "EK-72903", serial number (S/N) 36572020385**

**Antonov 72 "EK-72903", numéro de série (S/N) 36572020385**



Presentation of the material to the CENI    Présentation du matériel de la CENI sur
at N'Djili airport, Kinshasa on 18          l'aérodrome de N'Djili, Kinshasa le 18
October 2018 (Open source)                  octobre 2018 (Source ouverte)



Photograph tagged May 2016                  Photographie étiquetée en mai 2016
(in the DRC) (Open source)                  (en RDC) (Source ouverte)



Photograph tagged in July 2012 (in the DRC). In the foreground, ex Mi-24 (FAC). Open source

Photographie étiquetée en juillet 2012 (en RDC). En avant-plan, un Mi-24 (FAC), source ouverte

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 104/2**

**Lease agreement dated 1 October 2012 between Vagram Simonyan (Director General of the airline company South Airlines) and Yves Lubambi Idi (Director General of Zaabu International SARL), extended in 2013, 2015, 2017 and 2018 for the Antonov 72 "EK-72-903" (extract)**

**Contrat de location daté du 1er octobre 2012 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines) et Yves Lubambi Idi (Directeur général de Zaabu International SARL), renouvelé en 2013, 2015, 2017 et 2018, relatif à l'Antonov 72 « EK-72903 » (extrait)**

The full document is archived at the Secretariat.
Le document complet est archivé auprès du Secrétariat.

Page 1 of 25

ДОГОВОР АРЕНДЫ № SA/ZA/72903

___ __ 2012г.

"South Airlines" ... зарегистрированная в соответствии с законодательством Республики Армения, именуемая в дальнейшем "АРЕНДОДАТЕЛЬ", в лице Генерального Директора В. Симоняна, с одной стороны и "ZAABU INTERNATIONAL s.p.r.l" — именуемая, зарегистрированная в Демократической Республике Конго, именуемая в дальнейшем "АРЕНДАТОР", в лице Генерального Директора YVES LUBAMBI IDI, с другой стороны, именуемые в дальнейшем "Стороны", заключили настоящий Договор о нижеследующем:

**1. Предмет Договора**

1.1. "АРЕНДОДАТЕЛЬ" сдаёт, а "АРЕНДАТОР" принимает во временное пользование с базированием в аэропорту Kinshasa (DRC), [illegible] в дальнейшем "Страна базирования") один самолёт тип-72-100 (Регистр. номер EK-72903) или аналогичный, именуемый в дальнейшем "Эксплуатируемый Самолёт", с целью [illegible] осуществления коммерческих перевозок пассажиров, багажа, грузов на территории Страны базирования и других стран [illegible] зоны объявленных военных действий) по маршрутам, согласованным между Сторонами.

**2. Эксплуатируемый Самолёт**

2.1. АРЕНДОДАТЕЛЬ предоставляет в аренду Эксплуатируемый Самолёт, который соответствует всем техническим и коммерческим требованиям, предъявляемым к авиарейсам судам этого типа, выполняющим международные полёты.

2.2. Эксплуатируемый самолёт на период аренды включается в Реестр Республики Армения, действующего, соответствующего на эти [illegible]

LEASE AGREEMENT No. SA/ZA/72903

___ __ 2012

"South Airlines" – Air Company registered in accordance with the Legislation of the Republic of Armenia, hereinafter referred to as "the LESSOR" represented by Director General Mr. V. Simonyan, On one part and ZAABU INTERNATIONAL s.p.r.l" — Company, registered in Kinshasa, DRC, hereinafter referred to as "the LESSEE" represented by General Director Mr. YVES LUBAMBI IDI on the other part, both hereinafter referred to as "the Parties", have entered into the following Agreement:

**1. Subject of Agreement**

1.1. "The LESSOR" gives and "The LESSEE" takes on temporary lease with stationing in Kinshasa (DRC), (hereinafter referred to as "the Country of Stationing") one Aircraft "AN-72-100" (Reg. No EK-72903), or substitute, hereinafter referred to as "the Operational Aircraft" with one crew comprising flight and technical personnel for carrying out commercial transportation of passengers, baggage, cargo within territory of the Country of Stationing and other countries (except areas of Declared hostilities) along the routes agreed by the Parties.

**2. The Operational Aircraft**

2.1. "The LESSOR" grants on lease the Operational Aircraft which complies with all technical and commercial requirements to aircraft of this type performing international flights.

2.2. During the period of lease the Operational Aircraft is included into the Register of the Republic of Armenia,

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

и обладают одинаковой юридической силой.

14.9. Подписание обеими Сторонами настоящего Договора по факту возможно и является достаточным для его вступления в силу.

15. Юридические Адреса и Подписи Сторон

"АРЕНДОДАТЕЛЬ"/LESSOR:

"South Airlines"
Legal Address:
Armenia (Yerevan), 211I-93, Ervand Kochar STR. Tel./Fax: 0037410284988
Sharjah Branch:
A3-061, SAIF Zone, Sharjah, U.A.E.
Tel.+971 6 5572191
Fax+971 6 5572192
E-mail:
Bank details:
Beneficiary: SOUTH AIRLINES Co.
USD A/C #0032-515505-002
SHARJAH ISLAMIC BANK
SAIF ZONE BRANCH
P.O.BOX4, SHARJAH,UAE
SWIFT:NBSHAEAS
BANK CORRESPONDENT:
WACHOVIA BANK NA
NEW YORK, INTERNATIONAL BRANCH
11 PENN PLASA USA
SWIFT CODE: PNBPUS3NNYC
ACCOUNT NO.2000-191822-700

За и от имени "АРЕНДОДАТЕЛЯ":
For and on behalf of "the LESSOR":

V. Simanyan
General Director

---

equal legal force.

14.9. Signing of the present Agreement b both sides by fax is possible and is enough fa its entering into force.

15. Legal Addresses and Signatures of the Parties

"АРЕНДАТОР"/LESSEE:

ZAABU INTERNATIONAL s.p.r.L
Legal Address:
3,avenue du militant;
Aeroport National de N'dolo
Kinshasa/Barumbu, R.D.CONGO
NRC:54084;
Id.Nat.:01-71-N40442X

Banque International de Credit (B.I.C.)
# 21010014201-43 /USD;
# 21010014202-40 /CDF

E-mail:

За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSEE"

Yves Lolembwita
General Director

0 1 OCT 2012

UNCLASSIFIED                                EXHIBIT 60

S/2020/482

Page 21 of 24

| | |
|---|---|
| Приложение № 1 | Annex № 1 |
| к Договору Аренды № 9A/ZA/72903 | to Lease Agreement № SA/ZA/71903 |

| | |
|---|---|
| Дата начала работы: _____ | Commencement date: _____ |
| Срок аренды: 12 мес. с возможностью продления при обоюдном согласии обеих Сторон. | Endurance period of Lease: 12 months with possibility of its prolongation upon consent of both Parties. |
| Месячный Гарантийный Минимум: 70 блок часов; | Monthly Guaranteed Minimum: 70 Block Hours; |
| Основная Арендная Плата: 1650 долларов США за блок час. | Main Lease Charge: US $ 1650 per block hour. |
| Стоимость блок-часа должна быть полностью освобождена от налогов, пошлин, любых сборов и/или вычетов. | The cost of Block Hour should be free of any taxes, fees and/or deductions. |
| Тип самолета: Ан-72 | Type of the Aircraft: An-72 |
| Место регистрации: Республика Армения | Registration Place: The Republic of Armenia |
| Аэропорт вылета: Киншаса. | Airport of Departure: Kinshasa |

За и от имени "АРЕНДОДАТЕЛЯ":          За и от имени "АРЕНДАТОРА":
For and on behalf of "the LESSOR":      For and on behalf of "the LESSEE"

V. Simonyan                             Yves Luba...
General Director                        General Director

0 1 OCT 2012

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Page 22 of 24

| Приложение № 2 | Annex № 2 |
|---|---|
| к Договору аренды № SA/ZA/72903 | to Lease Agreement № SA/ZA/72903 |

**1.** Дата начала работы: со времени вылета самолета из аэропорта Киншаса.

**2.** Сумма выплаты предоплаты:
Предоплата выплачивается Арендатором в течение 3 (трёх) банковских дней до вылета Самолета из аэропорта Киншаса.

Арендатор принимает Самолет в аэропорту Киншаса.

**3.** Сумма предоплаты:
- Арендная плата в размере Гарантийного Минимума за первый месяц (70 блок часов) составляет 115.500 ( сто пятнадцать тысяч пятьсот ) долларов США.

- АРЕНДАТОР предоставит сертификат страхования Третьих Лиц (включая страхование военных рисков) АРЕНДОДАТЕЛЮ до вылета Самолета из аэропорта постоянного базирования.

**4.** Дата вылета самолета из аэропорта Киншаса назначается не позднее чем через 1 (один) дня после получения Арендодателем полной суммы предоплаты.

**1. Commencement Date:** from the date of the Aircraft departure from Kinshasa Airport.

**2. Terms of Payment:**
Advance payment of full amount should be paid by the Lessee within 3 (three) banking days before the Aircraft's departure from Kinshasa airport.
The LESSEE will take the Aircraft at Kinshasa airport.

**3. Amount of the prepayment:**
- Cost of rental payment in the amount equivalent to the Guaranteed Block Hours Minimum for the first month (70 block hrs) USD 115,5005 (one hundred fifteen thousand five hundred) US dollars.

- The LESSEE will arrange Third Party Insurance (including War Risk Insurance) to the LESSOR before the Aircraft's departure from the main stationing airport.

**4. Date of the Aircraft's departure from** Kinshasa airport is appointed not later than 1 (one) banking days after getting by "the LESSOR" full amount of the prepayment.

За и от имени "АРЕНДОДАТЕЛЯ"
For and on behalf of "the LESSOR":

V. Fedorov
General Director

За и от имени "АРЕНДАТОРА"
For and on behalf of "LESSEE":

Yves Lebambi Fill
General Director
0 7 OCT 2019

UNCLASSIFIED   EXHIBIT 60

S/2020/482

Приложение № 3
к Договору Аренды № SA/ZA/72903

Пути начиная со времени вылета самолета из аэропорта _____.

1. Предоставление жилья и услуг
Персонал «АРЕНДОДАТЕЛЯ» обеспечивается безопасным благоустроенным коттеджем (или гостиницей по условиям соответствующим, как минимум, 3-х звездочному классу) с кухней, спальными помещениями с кондиционерами и обслуживающим персоналом.
Обеспечение каждого члена экипажа бортовым питанием осуществляется по нормам ИКАО (10 долл. США за каждые 3 блок-часа полёта).

2. Наземный транспорт
Арендатор обеспечивает подходящий автомобиль для проезда по маршруту: место отдыха экипажа → место стоянки самолета и обратно.

3. Срочная медицинская помощь
«АРЕНДАТОР» обеспечивает (и подробно информирует об этом «АРЕНДОДАТЕЛЯ») организацию срочной медицинской помощи, включая госпитализацию. Медицинская страховка является приемлемой.

Annex № 3
to the Lease Agreement № SA/ZA/72903

Commencement Date: from the date of the Aircraft departure from _____ Airport.

1. Accommodation and other services
The Crew is provided with security well-designed villa equipped with kitchen, sleeping rooms with conditions and serving personnel (or Hotel corresponding to at least to 3-star class).

The each crew member is provided by board catering according to ICAO standards (10 for every 3 block-flight hours).

2. Ground Transport
"The LESSEE" provides the crew with appropriate motor vehicle for delivery from the place of a rest to the place of the Aircraft stationing and back.

3. Urgent Medical Help
"The LESSEE" ensures (and inform "the LESSOR" in details) arrangement of urgent medical help including hospitalization. Medical insurance of the personnel of the "the LESSOR" is acceptable.

За и от имени "АРЕНДОДАТЕЛЯ"
For and on behalf of "the LESSOR"

V. [illegible]
General Director

За и от имени "АРЕНДАТОРА"
For and on behalf of "the LESSEE"

Yves Lubembi Id.
General Director

0 i OCT 2012

S/2020/482

Page 24 of 24

Приложение № 4
к Договору Аренды № SA/ZA/72903

Акт приема Эксплуатируемого Самолета

Настоящий Акт составлен и подписан ниже,
приведенной ниже, уполномоченными
представителями как со стороны
«АРЕНДОДАТЕЛЯ»

так и со стороны «АРЕНДАТОРА»

в соответствии с Договором Аренды
Эксплуатируемого Самолета с летным и
наземным персоналом № SA/_____ от
_____ между компанией "SOUTH
AIRLINES CO."о одной стороны и компанией
"_____" и другой стороны.

Подробности приема самолета:
Настоящим ниже подписавшиеся указывают и
подтверждают, что Эксплуатируемый
Самолет _____ рег.
с (далее) с начала эксплуатации
_____ часов принят
«АРЕНДАТОРОМ» в _____ час,
_____ числа 20__ года в аэропорту
_____

Приложение №4 является неотъемлемой
частью настоящего Договора.

---

Annex № 4
to the Lease Agreement № SA/ZA/72903

Act of Acceptance of the Operational
Aircraft

This Act of Acceptance is drawn and signed on
the date set forth below by the undersigned
authorized representatives of "the LESSOR"
_____ and of "the
LESSEE"

pursuant to Aircraft Wet Lease Agreement
No._____ dated _____ "20__
between "SOUTH AIRLINES CO" and "the
LESSEE"

Details of Acceptance:
The undersigned hereby indicate and confirm
that "_____" Aircraft (Registration
_____) with total flying hours since
new _____ is accepted by
the "LESSEE" at
_____ o'clock on the
_____ day of
_____

The Annex No. 4 is an integral part of the
present Agreement.

Подписи представителей:
"АРЕНДОДАТЕЛЬ" / "The LESSOR":

Voytam Simokyu
Director General

Signatures of Representatives:
"АРЕНДАТОР" / "The LESSEE":

Yves Lukambi Idi
General Director

**S/2020/482**

 # SOUTH AIRLINES CO.
## ՍՈՒԹ ԷՅՐԼԱՅՆ · САУТ ЭРЛАЙНС

Sharjah EAU, le 13/03/2017

REG : SA/1383/0017

A Monsieur le Directeur General
de la compagnie aérienne
ZAABU INTERNATIONAL SARL
Très Libreville (B)
Kinshasa/Congo

<u>Objet : changement de coordonnées bancaires de la compagnie South Airlines Co</u>

Monsieur le Directeur Général,

Nous avons l'honneur de venir auprès de votre responsabilité dans l'objet en marge pour vous informer sur le changement des coordonnées bancaires de la compagnie South Airlines Co.

Merci d'en prendre note et d'effectuer les mises à jour les coordonnées bancaires de la compagnie South Airlines Co pour les transfert bancaires conformément au contrat Nº SA/ZA/72903. Ci-dessous, vous trouverez des nouvelles coordonnées bancaires :

**Beneficiary name: South Airlines Co**

**USD A/C # 019100105374**

**USD IBAN: AE690330000019100105374**

**Mashreq Bank K.A.A.**

**King Abdussiz Branch, Sharjah, UAE**

**SWIFT CODE: BOMLAEAD**

**Branch code: 012**

Veuillez agréer Monsieur le Directeur Général, l'expression de nos sentiments respectueux.

Directeur Général
SOUTH AIRLINES CO

Simonyan Vagram

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

| | |
|---|---|
| Дополнительное соглашение № 1 | Amendment No. 1 |
| К Договору Аренды № SA/ZA/72903 от | To the Lease Agreement No.SA/ZA/72903 |
| 01/10/2012 | Dated 01/10/2012 |
| 31.09.2013 | 31.09.2013 |

Настоящей Стороны договорились о следующем:

1. Продлить срок действия Договора аренды № SA/ZA/72903 от 01/10/2012 до 01.10.2015 года

The Parties hereby agree as follows:

1. To Renew the Lease Agreement № SA/ZA/72903 dated 01/10/2012 till 01.10.2015

«АРЕНДОДАТЕЛЬ»/ «LESSOR»

«АРЕНДАТОР» / «LESSEE»

Дополнительное соглашение № 2

к Договору Аренды № SA/ZA/72903 от

01/10/2012

01.10.2015

Настоящим Стороны договорились о следующем:

1. Продлить срок действия Договора аренды № SA/ZA/7290013 от 01/10/2012 до 01.10.2017 года.

Amendment № 2

to the Lease Agreement № SA/ZA/72903

Dated 01/10/2012

01.10.2015

The Parties hereby agree as follows:

1. To Renew the Lease Agreement № SA/ZA/7290013 dated 01/10/2012 till 01.10.2017.

«АРЕНДОДАТЕЛЬ» / «LESSOR»



«АРЕНДАТОР» / «LESSEE»



S/2020/482

Дополнительное соглашение № 3
к Договору Аренды №
SA/ZA/72903 от 01.10.2012

01.10.2017

Настоящим стороны договорились
о следующим:

1. Продлить срок действия
Договора Аренды № SA/ZA/72903
от 01.10.2012 до 01.10.2018 года.

Amendment № 3
to the Lease Agreement
№ SA/ZA/72903 dated 01.10.2012

01.01.2017

The Parties hereby agree on the
following:

1. To renew the term of the Lease
Agreement № SA/ZA/72903 dated
01.10.2012 till 01.10.2018.

«АРЕНДОДАТЕЛЬ» / «LESSOR»

01.10.2017

«АРЕНДАТОР» / «LESSEE»

S/2020/482

| Дополнительное соглашение № 4 к Договору Аренды № SA/ZA/72903 от 01.10.2012 | Amendment № 4 to the Lease Agreement № SA/ZA/72903 dated 01.10.2012 |
|---|---|
| 01.10.2018 | 01.10.2018 |
| Настоящим стороны договорились о следующем: | The Parties hereby agree on the following: |
| 1. Продлить срок действия Договора Аренды № SA/ZA/72903 от 01.10.2012 до 01.10.2020 года. | 1. To renew the term of the Lease Agreement № SA/ZA/72903 dated 01.10.2012 till 01.10.2020. |

«АРЕНДОДАТЕЛЬ» / «LESSOR»        «АРЕНДАТОР» / «LESSEE»

Ed. 10.2018

Yves Lubambi 1d?

1 0 OCT 2018

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

S/2020/482

**Annex 104/3**

**Additional elements on the Antonov 72 "EK-72903"**

**Eléments additionnels relatifs à l'Antonov 72 « EK-72903 »**




Spotted on Goma airfield on 20 February 2014
Observé sur l'aérodrome de Goma le 20 février 2014
(Open source / Source ouverte)



Photograph taken by MONUSCO at Beni aerodrome on 25 October 2017. According to MONUSCO personnel present at this aerodrome, ammunition, including 122mm rockets for the BM-21 multiple rocket launcher, was unloaded from this aircraft and supplied to FARDC. According to a source, these rotations took place between Kisangani and Beni and were linked to the preparation of FARDC operations against ADF which were launched in early 2018.

Photographie prise par la MONUSCO sur l'aérodrome de Beni le 25 octobre 2017. Selon du personnel de la MONUSCO présent sur cet aérodrome, des munitions parmi lesquelles des roquettes 122mm pour lance-roquette multiple BM-21 furent déchargées de cet avion et remises aux FARDC. Selon une source, il s'agissait de rotations entre Kisangani et Beni relatives à la préparation des opérations des FARDC lancées début 2018 contre ADF.

UNCLASSIFIED   EXHIBIT 60

**S/2020/482**



Photograph tagged in March 2015 – Photographie étiquetée en mars 2015
(Open source / Source ouverte)





Photographs tagged in October 2019
Kananga, Kasaï Central province
(Open source)

Photographies étiquetées en octobre 2019
Kananga, province du Kasaï central
(Source ouverte)

 

Photographs tagged early
2019 (Open source)

Photographies étiquetées
début 2019
(Source ouverte)

S/2020/482

**Annex 104/4**

Official statement issued by the DRC Civilian Aviation Authority related to the crash of an Antonov 72 on 10 October 2019. The Group identified the aircraft as the Antonov 72 "EK-72903".[3]

Communication officielle de l'Autorité de l'aviation civile de la RDC relative au crash de l'Antonov 72 le 10 octobre 2019. Le Groupe a identifié cet appareil comme étant l'AN-72 « EK-72903 ».



---

[3] https://aviation-safety.net/database/record.php?id=20191010-0

UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

**Annex 105/1**

**Email dated 17 December 2019 addressed to the DRC Civilian Aviation Authority by the Airworthiness Department of the Republic of Armenia notifying:**
- **The deregistration of Antonov 72 "EK-72425" and Antonov 32 "EK-32400" from the civil aviation registry of the Republic of Armenia on 15 May 2019;**
- **The absence of airworthiness certificate for Antonov 72 "EK-72903"**

**Courriel daté du 17 décembre 2019 adressé à l'Autorité de l'aviation civile de la RDC par le Département de la sécurité aérienne de la République d'Arménie précisant que :**
- **L'Antonov 72 « EK-72425 » et l'Antonov 32 « EK-32400 » avaient été rayé le 15 mai 2019 des registres de l'aviation civile de la République d'Arménie ;**
- **L'Antonov 72 « EK-72903 » n'était pas couvert par un certificat de navigabilité**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 105/2**

**Email dated 13 December 2019 addressed to the DRC Civil Aviation Authority by the International Civil Aviation Organization (ICAO) requesting notification to the owner of AN- 72 "EK-72425" and AN-32 "EK-32400" to withdraw the (Armenian) registration of these aircraft**

**Courriel daté du 13 décembre 2019 adressé à l'Autorité de l'aviation civile de la RDC par l'Organisation de l'aviation civile internationale (ICAO) demandant qu'il soit notifié au propriétaire des AN-72 « EK-72425 » et AN-32 « EK-32400 » de retirer les immatriculations (arméniennes) de ces avions**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

S/2020/482

**Annex 105/3**

**Extracts from the letter dated 25 November 2019 addressed to the Group by the Permanent Representation of the Republic of Armenia to the United Nations stating that prior to its deregistration by the Armenian civil aviation registry, Antonov 32 "EK-32400" did not have a certificate of airworthiness**

**Eléments extraits de la lettre datée du 25 novembre 2019 adressée au Groupe par la Représentation permanente de la République d'Arménie auprès des Nations Unies précisant qu'avant son retrait des registres de l'aviation civile arménienne l'Antonov 32 « EK-32400 » n'était pas couvert par un certificat de navigabilité (AOC)**

In addition, please, kindly note that the relevant authorities of Armenia do not possess information in regard to further transfer, leasing or sale of the AN-32 EK32400 cargo transport aircraft. According to the information of the Armenian authorities, the above aircraft did not have the Certificate of Airworthiness and prior to de-registration it has been given one flight permit Gyumri-Kinshasa.

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Annex 105/4

Letter dated 15 May 2019 addressed to Mr. Gevorg Vardaniyan (Director of the air company Mars Avia CJSC (Armenia)) and copied to Vagram Simonyan (Director of the airline company V-Berd Avia Ltd (Armenia)) by the Secretary General of the Civil Aviation Committee of the Republic of Armenia about the deregistration of Antonov 72 "EK-72425" and Antonov 32 "EK-32400" from the Armenian civil aviation registry

Lettre datée du 15 mai 2019 adressée à Mr. Gevorg Vardaniyan (Directeur de la compagnie aérienne Mars Avia CJSC (Arménie)) et copiée à Vagram Simonyan (Directeur de la compagnie aérienne V-Berd Avia Ltd (Arménie)) par le Secrétariat général du Comité de l'aviation civile de la République d'Arménie stipulant le retrait des registres de l'aviation civile arménienne de l'Antonov 72 « EK-72425 » et de l'Antonov 32 « EK-32400 »

*Non-official translation*



CIVIL AVIATION COMMITTEE
SECRETARY GENERAL

"Zvartnots" airport, Erevan 0042, RA, Tel. (37460) 434-203, email cvica@gdca.am

N 1.4/7.1/1114-19
15.05.2019

TO GEVORG VARDANYAN
DIRECTOR OF "MARS AVIA" CJSC
copy
TO VAHRAM SIMONYAN
DIRECTOR OF V-BERD AVIA

Dear Mr. Vardanyan,

In response to your Letter No. 63 dated May 13, 2019, please be informed that AN-72 EK72425 and AN-32 EK 32400 aircraft, operated by your company, has been deregistered from the State Register of Aircraft of the Republic of Armenia, according to Paragraph 2, Part 1, Provision 19 of the Law On Aviation.

At the same time, please be informed, that the original aircraft certificates should be returned to the Committee on Airworthiness at shortest.

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Annex 105/5

**Website information that illustrates the deregistration in 2016 of Antonov 72 "EK-72425" and Antonov 32 "EK-32400" from the Armenian civil aviation registry**

Eléments extraits du site web de l'aviation civile arménienne mettant en évidence le retrait en 2016 des registres de l'aviation civile arménienne de l'Antonov 72 « EK-72425 » et de l'Antonov 32 « EK-32400 »

http://aviation.am/storage/files/editor/Registered.pdf

## 2019

| P | Registration | Aircraft type | Owner/operator | Remarks | Operation place |
|---|---|---|---|---|---|
| 1 | ARMENIA 731 | A319-132 | | | Armenia |
| 2 | EK 725 | IA-IBYTA | | | Armenia (out of op.) |
| 3 | EK 73736 | B737-500 | | | Armenia |
| 4 | EK 73735 | B737-700 | | | Armenia |
| 5 | EK 32032 | | | | Moldova |
| 6 | EK 32033 | A-32P | | | Moldova |
| 7 | EK 32038 | | | | Moldova |
| 8 | EK 42018 | Tu-42D | | | Somali |
| 9 | EK 74923 | | | De-registered 23.11.19 | South Sudan |
| 10 | EK 74053 | An-74 | | De-registered 20.11.19 | South Sudan |
| 11 | EK 74098 | | | De-registered 20.11.19 | South Sudan |
| 12 | EK 72425 | An-72 | | De-registered 15.09.19 | Congo |
| 13 | EK 32404 | | | | Chad |
| 14 | EK 32400 | An-32 | | De-registered 15.09.19 | Congo |
| 15 | EK 2872J | | | | Chad |
| 16 | EK 26025 | An-74 | | | CAR |
| 17 | EK 26039 | | | | Poland (out of op.) |
| 18 | EK 4104 | L410-UVP-E | | | South Sudan |
| 19 | EK 4105 | L410-UVP | | De-registered 11.11.19 | South Sudan |
| 20 | EK 4109 | L410-UVP-E20 | | | South Sudan |
| 21 | EK 2801 | | | | South Sudan |
| 22 | EK 2808 | An-28 | | | South Sudan |
| 23 | EK 2819 | | | De-registered 31.07.19 | South Sudan |
| 24 | EK 73733 | | | De-registered 30.10.19 | Sudan |
| 25 | EK 73735 | B737-500 | | De-registered 30.10.19 | Sudan |
| 26 | EK 73736 | | | De-registered 30.10.19 | Sudan |
| 27 | EK 73733 | | | De-registered 30.10.19 | Armenia (out of op.) |
| 28 | EK 31001 | A310-322 | | De-registered 08.10.19 | Armenia (out of op.) |
| 29 | EK 31003 | | | De-registered 27.05.19 | Armenia (out of op.) |
| 30 | EK 14601 | EAe 146-300 | | | Armenia |
| 31 | SK 4117 | L410-UVP-E20 | | | Armenia |
| 32 | ES-B001 | 788 | | | Armenia |
| 33 | ER-H002 | BC 13072 | | | Armenia |
| 34 | EK-H000 | A5150 | | | Armenia |
| 35 | EK-FLY | Cessna F172G | | | Armenia |
| 36 | ES-SKY | Cessna J172G | | | Armenia |
| 37 | EK-A001 | AT-108a XS57A | | | Armenia |

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

### Annex 105/6

**Website information that illustrates the deregistration in 2016 of Antonov 72 "EK-72903" from the Armenian civil aviation registry**

**Eléments extraits du site web de l'aviation civile arménienne mettant en évidence le retrait en 2016 des registres de l'aviation civile arménienne de l'Antonov 72 « EK-72903 »**

http://aviation.am/storage/files/editor/Registered.pdf

### 2016

| # | Registration mark | Aircraft type | Airframe Operator name | Remarks | Operation State |
|---|---|---|---|---|---|
| 1 | TQL | A319-112 | SIR B-- | | Armenia |
| 2 | LS 225 | DA-40TH1 | соviati̇on inst̪rums̆tee | | Armenia |
| 3 | ER 73736 | B737-50% | · Airfr̪ans̪p.· / · iAmeriian· | | Armenia |
| 4 | UR 73786 | B737-76T | | | Armenia |
| 5 | EK 32008 | A-320 | | | Moldova |
| 6 | EK 74036 | | | | South Sudan |
| 7 | EK 74923 | An-74 | | | South Sudan |
| 8 | EK 74045 | | | De-registered 33.08.16 | South Sudan |
| 9 | EK 74052 | | | | South Sudan |
| 10 | EK 72928 | An-72-100 | | | South Sudan |
| 11 | ES 32109 | | | | South Sudan |
| 12 | ES 32120 | An-32 | | De-registered 06.05.16 | South Sudan |
| 13 | EK 32408 | | | | Chad |
| 14 | EK 32458 | | Airfr Aise | | Armenia |
| 15 | EK 26005 | An-26 | | | South Sudan |
| 16 | EK 26006 | | | | South Sudan |
| 17 | ES 2801 | | | | South Sudan |
| 18 | EK 2803 | An-2H | | De-registered 33.05.16 | South Sudan |
| 19 | EK 2809 | | | | South Sudan |
| 20 | EK 2815 | | | | South Sudan |
| 21 | ES 32968 | Aerosur 113 | LearJet | | Armenia |
| 22 | EK 74786 | B747-7816 | | De-registered 08.02.16 | Armenia |
| 23 | EK 74787 | | | De-registered 08.02.16 | Armenia |
| 24 | EK 73755 | B737-229C | | De-registered 23.09.16 | Uganda |
| 25 | EK 73756 | B737-25C | | De-registered 28.09.16 | Uganda |
| 26 | EK 72903 | An-72-100 | BUCTHAIRLINES | De-registered 11.05.16 | Uganda |
| 27 | EK 32703 | An-32 | | | South Sudan |
| 28 | EK 26133 | An-26 | | | South Sudan |
| 29 | ES 26819 | | | | South Sudan |
| 30 | EK 72928 | An-72-100 | ·KRUNKI·VROUK SERVICES AVIATION· | Move to Siva Air | South Sudan |
| 31 | EK 74956 | Au-74-200 | | De-registered 29.06.16 | South Sudan |
| 32 | ES 73772 | B737-50% | ·FERGUN-AVIAS | | Sudan |
| 33 | EK 73775 | | | | Sudan |
| 34 | EK 73797 | | | | Sudan |

S/2020/482

**Annex 105/7**

**Extracts from the letter dated 14 October 2019 addressed to the Group by the Permanent Representation of the Republic of Armenia to the United Nations confirming the deregistration of Antonov 72 "EK-72425" from the Armenian civil aviation registry**

**Éléments extraits de la lettre datée du 14 octobre 2019 adressée au Groupe par la Représentation permanente de la République d'Arménie auprès des Nations Unies confirmant le retrait des registres de l'aviation civile arménienne des Antonov 72 « EK-72425 »**

Information regarding the AN-72 EK72425 aircraft

1. The AN-72 type passenger aircraft /registration number EK-72425, factory number 36572030425/, which was noticed by the Group of Experts in Congo, was registered in the State Registry of Aircrafts of the Republic of Armenia on 26 June 2018 (Certificate of Registration of the civil aircraft № 3286). The AN-72 EK72425 aircraft had the Hex code-600031 hexagonal code, when it was registered at the State Registry.

2. The owner of the aircraft was 'V-Berd Avia LTD' (registered in the United Arab Emirates, Executive Director Vahram Simonyan), according to the № VBA/KAJ/72-100D Agreement on Purchase and Sale of the aircraft, which was submitted to the Civil Aviation Committee. The Agreement is hereby attached.

3. The operator of the aircraft was 'Mars Avia Airlines' CJSC (registration number of the aircraft at the 'Mars Avia' Airline is AN-72-100D), which was registered at the State Registry of the Legal Entities of the Republic of Armenia on 25 September 2013. The mentioned aircraft did not have the Certificate of the Airworthiness and the 'Mars Avia' did not apply to the Civil Aviation Committee of the Republic of Armenia for receiving the respective Certificate. The aircraft was located in the city of Kinshasa, Congo.

4. The aircraft was deregistered from the State Registry of Aircrafts of the Republic of Armenia upon request of the 'Mars Avia' CJSC on 15 May 2019 and it is currently not operated by any Aircraft Operator of the Republic of Armenia (the Certificate of deregistration and the application of the Operator are attached). On the day of deregistration, it did not have the Certificate of the Airworthiness.

5. The details of the Crew of the AN-72 EK72425 aircraft, operated by 'Mars Avia', are the following:

   Aircraft Commander-Mykola Polyakov (Citizen of Ukraine)
   Second Pilot-Aleksey Zaboltnov (Citizen of Ukraine)
   Flight Engineer- Ivan Nesterov (Citizen of Ukraine).

   The copies of the Passports and Certificates of the Aircrew are hereby attached.

   *Please note, that the above-mentioned Crew operated the Almaty-Karachi-Djibouti-Kinshasa technical flight of the AN-72 EK72425 aircraft.*

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Annex 105/8**

**Extracts from the letter dated 14 October 2019 addressed to the Group by the Permanent Representation of the Republic of Armenia to the United Nations confirming the deregistration of Antonov 72 "EK-72903" from the Armenian civil aviation registry and providing information on the airline companies linked to Vagram Simonyan**

**Eléments extraits de la lettre datée du 14 octobre 2019 adressée au Groupe par la Représentation permanente de la République d'Arménie auprès des Nations Unies confirmant le retrait des registres de l'aviation civile arménienne de l'Antonov 72 « EK-72903 » et donnant des informations sur les compagnies aériennes liées à Vagram Simonyan**

**Information regarding the AN-72 EK72903 aircraft**

1. The AN-72 type convertable aircraft (registration number EK72903, factory number 36572020385) was registered at the State Registry of Aircrafts of the Republic of Armenia on 14 April 2005 (Certificate of Registration of the civil aircraft № 2321). The AN-72 EK72903 aircraft had the Hex code-600025 hexagonal code, when it was registered at the State Registry.

2. The owner of the aircraft was South Airlines' LTD company (registered in the United Arab Emirates, Executive Director Vahram Simonyan), according to the 72/A Agreement on Purchase and Sale of the aircraft, which was submitted to the Civil Aviation Committee. The Agreement is hereby attached.

S/2020/482

3. The operator of the aircraft was 'South Airlines' LLC (registration number of the aircraft at the 'South Airlines' is AN-72), which was registered at the State Registry of the Legal Entities of the Republic of Armenia on 18 July 2000.

4. The aircraft was deregistered on 12 May 2016 (Certificate of deregistration № 507) by the request of the 'South Airlines' LLC and currently it is not operated by any Aircraft Operator of the Republic of Armenia. The above-mentioned aircraft had the Certificate of the Airworthiness until 28 February 2013, after which the aircraft did not have the required Certificate of Airworthiness (the certificates are attached). As of 20 February 2012 the aircraft was located in Sharjah, UAE.

*Please note, that the information regarding the technical maintenance of the aircrafts is in possession of the respective Airline Operators, therefore the Civil Aviation Committee of the Republic of Armenia cannot provide detailed information on the technical maintenance.*

**Information regarding Vahram Simonyan**

- Vahram Vanik Simonyan, a holder of Russian citizenship, was born 03 September 1964 in Vahramaberd city of Shirak Marz of Armenia (Passport of the citizen of the Russian Federation 61 № 0203145, valid 24.10.2002-24.10.2007, Passport 63V3874978, valid 26.10.2007-26.10.2012, Passport 75N0676598 valid 06.02.2015-06.02.2025). He used to visit Armenia regularly by Sharja-Yerevan or Dubai-Yerevan flights. The last exit from the territory of Armenia was registered on 29 December 2018. While in Armenia, Vahram Simonyan used the following mobile phone number: + 374 77 883 790.

Vahram Simonyan is a stakeholder in several companies registered in Armenia, namely:

- **'Serobi Voske Akaghagh', 'Skiva Air', 'Ezop LLC', 'South Winds Ltd'.** (Simonyan acts as the director of the latter company).
- **'South Airlines' LLC,** was registered at the Armenian State Registry on 18 July 2000. Director of the company is Samvel Martin Harutyunyan, registered at the following address: House 7, 2nd Street, Balahovit Village, Kotayk Marz, Republic of Armenia ('Skiva Air' company has the same address of registration). According to the Armenian Ministry of Justice of the Republic of Armenia, the 'South Airlines' LLC has ceased its activity effective 01 October 2016.
- **'V-Berd' Company** was registered at the Armenian State Registry on 16 January 2006. Janik Ivan Simonyan, uncle of Vahram Vanik Simonyan, holds 25% of the shares of the company.

He is registered at the following address: apartment 93, building 21/1, Yervand Kochar street, Yerevan, Republic of Armenia.

**'Hayk Avia' CJSC** was registered at the Armenian State Registry on 29 July 2002. The Director of the company is Haykanush Abraham Mkhitaryan, registered at the following address: Apartment 3, Building 302, Arshakunyats Avenue, Shengavit, Yerevan, Republic of Armenia. Haykanush Mkhitaryan holds 75% of the shares of the 'Mars Avia' Air Company.

**S/2020/482**

**Annex 105/9**

**Certificate of deregistration dated 12 May 2016 from the civil aviation registry of the Republic of Armenia for Antonov 72 "EK-72903"**

**Certificat de dé-enregistrement daté du 12 mai 2016 des registres de l'aviation civile de la République d'Arménie de l'Antonov 72 « EK-72903 »**

<div align="center">

ՀԱՅԱՍՏԱՆԻ ՀԱՆՐԱՊԵՏՈՒԹՅՈՒՆ
**REPUBLIC OF ARMENIA**

ԿԱՌԱՎԱՐՈՒԹՅԱՆ ԱՌԸՆԹԵՐ ՔԱՂԱՔԱՑԻԱԿԱՆ ԱՎԻԱՑԻԱՅԻ ԳԼԽԱՎՈՐ ՎԱՐՉՈՒԹՅՈՒՆ
**GENERAL DEPARTMENT OF CIVIL AVIATION AT THE GOVERNMENT**

ՔԱՂԱՔԱՑԻԱԿԱՆ ՕԴԱՆԱՎԻ ԱՊԱԳՐԱՆՑՄԱՆ ՎԿԱՅԱԿԱՆ
**CERTIFICATE OF DEREGISTRATION OF CIVIL AIRCRAFT**

№ 507

</div>

1. Նախկին ազգային և գրանցման էլ նշերը
   Previous nationality and registration marks .......... EK 72903 .............
2. Օդանավի տիպը և նշանակությունը
   Aircraft type and category .... ANTONOV An-72-100, Cargo ....
3. Սերիական/արտադրական համարը
   Serial or manufactory № .................... 365,720,20,385 ...............
4. Օդանավի վերջին սեփականատերը
   Last owner of the aircraft ................ "SOUTH AIRLINES" LTD. .......
   ................ P.O.Box №425, A3-061, SAIF Zone, Sharjah, U.A.E.

Սույնով հավաստվում է, որ վերը օդանավը "11" Մայիս 2016թ. հանվել է Հայաստանի Հանրապետության օդանավերի Ռեգիստրից 1944 թվականի դեկտեմբերի 7-ի «Միջազգային քաղաքացիական ավիացիայի մասին» Կոնվենցիային և 2007 թվականի վերցրվարի 22-ի «Ավիացիայի մասին» Հայաստանի Հանրապետության օրենքին համապատասխան:
It is hereby certified that the above aircraft has been deleted from the Register of the Republic of Armenia on "11" May 2016 in accordance with the Convention on International Civil Aviation dated 7 December 1944 and with the Aviation Law of the Republic of Armenia.

Գլխավոր վարչության պետ ...... /: Սերոբյան .....
Director of the General Department

Տրված է    "12" Մայիս 2016թ.

Date of issue  "12" May 2016

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED   EXHIBIT 60

S/2020/482

**Annex 105/10**

**Extracts from the letter dated 4 November 2019 addressed to the Group by the Permanent Representation of Ukraine to the United Nations stating that since 1997 Antonov company has not performed works or installation nor assigned an aircraft new service life on Antonov factory number 365.720.20.385 ("EK-72903") and that since September 2012 Antonov company has not performed works or installation nor assigned aircraft new service life on Antonov factory number 365.720.30.425 ("EK-72425")**

**Eléments extraits de la lettre datée du 4 novembre 2019 adressée au Groupe par la Représentation permanente de l'Ukraine auprès des Nations Unies précisant que depuis 1997 la compagnie Antonov n'a pas effectué de travaux ou d'installation, ni attribué une nouvelle durée de vie à l'aéronef revêtu du numéro d'usine 365.720.20.385 (« EK-72903 ») et que, depuis septembre 2012, la compagnie Antonov n'a pas effectué de travaux ou d'installation ni attribué une nouvelle durée de vie à l'aéronef revêtu du numéro d'usine 365.720.30.425 (« EK-72425 »)**

The military-transport aircraft AN-72 (factory number 365.720.30.425) serial number 04-01) was manufactured at the Kharkiv State Aviation Enterprise on 28 May 1987, and put into service to the military unit of the USSR Air Forces (now the Russian Federation) with initial assigned resource of 5000 flight hours, 5000 flights, 7 years of service life with a phased resource extension by developer's program (ANTONOV COMPANY).

Resource for the first major repair (overhaul): 3000 flight hours, 3000 flights, 7 years of operation. The total technical resource (achieved in stages based on the complex of works of the aircraft developer – ANTONOV COMPANY together with the aircraft operator) is 15000 flight hours, 15000 flights, and calendar service life of 20 years of operation.

In 2012, ANTONOV COMPANY in accordance with the agreement with AT AEROSTAR KZ (Almaty, Republic of Kazakhstan) as the new owner of this aircraft, performed a complex of works on conversion of the AN-72 military transport aircraft into the civil cargo-passenger aircraft AN-72-100D, to which the certificate of the State Aviation Service of Ukraine applies (TI-002N).

As a result of the conversion of the aircraft, the military equipment was removed and most systems and components were modified under the international standards of airworthiness for civilian aircraft in force at that time. The aircraft was commissioned in accordance with the technical condition without major repairs; but with the implementation of the new periodic maintenance regulation every 300 flight hours (6 months), 3600 flight hours (48 months) within the current assigned operation and service life which are installed individually by ANTONOV COMPANY for each aircraft on the basis of a complex of works performed. Certified contractors for the maintenance of the aircraft AN-72-100D are the ANTONOV COMPANY and Kyiv Aircraft Repair Plant 410.

The AN-72-100D aircraft is designed for the carriage of 14 passengers and cargoes with a total mass of up to 7300 kg on equipped air routes and international airlines.

According to the decision of the ANTONOV COMPANY, the aircraft AN-72 (factory number 365.720.30.425, serial number 04-01) after the completion of the relevant works, a fixed term of service of 37 years and 6 months was set (until 28.11.2014) within the assigned resource of 5000 flight hours, 5000 flights. At the time of that decision was issued, the operator of the aircraft was KAZ AIR JET (Almaty, Republic of Kazakhstan).

As of September 24, 2012, the operator KAZ AIR JET did not contact the ANTONOV COMPANY, as the developer and holder of the aircraft type certificate, on issues of cooperation and airworthiness maintenance issues.

In 2018, the owner of this aircraft changed to V-BERD AVIA LTD (Sharjah, UAE). Thus, since September 2012, ANTONOV COMPANY has not performed any works on installation nor assigning aircraft's new service life. Therefore, as of today, the

S/2020/482

Ukrainian side does not obtain any documents related to the Group of Experts' request, regarding the information about new owners/operators of this aircraft, its actual technical condition, valid certificate of airworthiness, neither information on the procedures for maintenance and maintenance of airworthiness.

The military-transport aircraft AN-72 (factory number 365.720.20.385, serial number 03-05) was manufactured at the Kharkiv State Aviation Enterprise on 30 May 1987 and put into service to the military unit of the USSR Air Forces, Chelyabinsk (now the Russian Federation) with an initial assigned resource of 5000 flying hours, 5000 flights, 7 years of service life with a phased resource extension by developer's program (ANTONOV COMPANY).

Resource for the first major repair (overhaul): 5000 flight hours, 5000 flights, 7 years of operation. The total technical resource (achieved in stages, based on the complex of works of the aircraft developer – ANTONOV COMPANY together with the aircraft operator) is 15000 flight hours, 15000 flights, and calendar service life of 20 years of operation.

Since 1997, the aircraft operator (Russian Federation Air Forces) has not referred to the ANTONOV COMPANY as a developer of the aircraft of this type to support the operation of the aircraft. ANTONOV COMPANY was not engaged on installation of new assigned resources and service life, and thus does not have the documentation requested in the Group of Experts' letter, including information regarding the change of aircraft operator/owners, actual technical condition, availability of a valid certificate, neither information on the procedures for maintenance/ major repairs and maintenance of the airworthiness of this aircraft.

It should be noted that under international standards and recommended practices of the International Civil Aviation Organization (ICAO), the State of registration of the civil aviation aircraft and its operator has the responsibility for its maintenance and airworthiness. The same rules apply to an aircraft of the State aviation.

According to the results of the analysis of the available databases of the State Fiscal Service of Ukraine, regarding the analysis of two aircrafts AN-72 (factory numbers 36572030425 and 36572020385), there are 7 customs declarations revealed, issued in customs regimes of temporary importation, processing in the customs territory of Ukraine and re-export. Customs clearance was carried out in 2004, 2006, 2007, 2010 and 2012. There are no copies of an official documents relating to the service and airworthiness of the above-mentioned aircraft at the State Fiscal Service of Ukraine *(Part 6 of Article 334 of the Customs Code of Ukraine establishes that documents and information, including in an electronic form, provided to the bodies of revenue and fees by the declarants or authorized persons they are stored by the persons for customs control for at least 1095 days from the date of completion of customs procedures).*

S/2020/482

**Annex 105/11**

**Extracts from the letter dated 31 March 2020 addressed to the Group by the Permanent Representation of Ukraine to the United Nations stating that since 2003 Antonov company has not performed works or installation nor assigned an aircraft's new service life on the Antonov factory number 365.720.40.548 ("EK-72101")**

**Eléments extraits de la lettre datée du 31 mars 2020 adressée au Groupe par la Représentation permanente de l'Ukraine auprès des Nations Unies précisant que depuis 2003 la compagnie Antonov n'a pas effectué de travaux ou d'installation ni attribué une nouvelle durée de vie à l'aéronef revêtu du numéro d'usine 365.720.40.548 (« EK-72101 »)**

I.   According to the State Aviation Service of Ukraine, the aircraft An-72 (factory number 36572040548) is not listed in the State Civil Aircraft Register of Ukraine. The State Aviation Service of Ukraine has not issued any documents regarding this aircraft neither.

II.  According to the State Concern UKROBORONPROM, the military-transport aircraft An-72 (factory number 36572040548) was manufactured at the Kharkiv State Aviation Enterprise on 30 December 1987. In 2002, ANTONOV COMPANY carried out a complex of works to increase the assigned resource and service life of this aircraft to the first overhaul up to 5000 flight hours and 5000 flights, until 15 September 2003.

Thus, since 2003, ANTONOV COMPANY did not perform any work nor assigned aircraft's another service period and does not have any documents related to the serviceability and airworthiness, as well as information regarding the change in the subsequent operation and owners of this aircraft.

In view of the above, the State Concern UKROBORONPROM does not have information about the actual technical condition of the aircraft An-72 (factory number 36572048) or its valid certificate of airworthiness, neither information about the procedures for maintenance and airworthiness of the mentioned aircraft.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 106/1**

**Ilyushin 76 "YI-BAT" (ex-"EK-76992"), serial number (S/N) 73410292**

**Ilyushin 76 "YI-BAT" (ex-"EK-76992"), numéro de série (S/N) 73410292**



RDC: L'armée de l'air met à la disposition de la CENI des avions et hélicoptères

Presentation of the materiel to the CENI
at N'Djili airport, Kinshasa on 18
October 2018 (Open source)

Présentation du matériel de la CENI sur
l'aérodrome de N'Djili, Kinshasa le 18
octobre 2018 (Source ouverte)





Photographs tagged in November 2017
(Open source)

Photographies étiquetées en novembre
2017 (Source ouverte)

**Ilyushin 76 "EK-76992" (previous Armenian registration number)**

**Ilyushin 76 « EK-76992 » (immatriculation arménienne précédente)**





Photograph tagged in June 2015
On N'Djili airport, Kinshasa
(Open source)

Photographies étiquetées en juin 2015
sur l'aérodrome de N'Djili, Kinshasa
(Source ouverte)



Photograph tagged in October 2018
Modification of the painting scheme
(Open source)

Photographie étiquetée en octobre
2018
Modification du schéma de peinture
(Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 106/2**

**Lease agreement dated 1 June 2013 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of the airline company Zaabu International SARL) for Ilyushin 76 "EK-76992"**

**Contrat de location daté du 1er juin 2013 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co.) et Yves Lubambi Idi (Directeur général de la compagnie aérienne Zaabu International SARL) relatif à l'Ilyushin 76 « EK-76992 »**

The latter was later re-issued the registration YI-BAT (Iraq).
Ce dernier sera ensuite revêtu de l'immatriculation YI-BAT (Irak).



UNCLASSIFIED

EXHIBIT 60

S/2020/482

или не имеющими силу, Стороны добровольно вступают в переговоры по этому вопросу с целью исправления такого условия так, чтобы оно имело выдающую силу и могло удовлетворить и максимально соответствовать первоначальному намерению Сторон.

16.7. Ни одна из Сторон не должна поручать или передавать права по настоящему Договору какой-либо третьей Стороне без письменного согласия на то другой Стороны.

16.8. Настоящий Договор заключен и подписан в двух экземплярах на английском и русском языках. Оба экземпляра идентичны и обладают одинаковой юридической силой.

16.9. Подписание обеими Сторонами настоящего Договора по факсу возможно и является достаточным для его вступления в силу

## 17. Юридические Адреса и Подписи Сторон

"АРЕНДОДАТЕЛЬ"/"LESSOR:
"South Airlines Co.";
AJ-061, SAIF Zone, Sharjah. (J.A.E
Tel.+971 6 5572191
Fax+971 6 5572192
E-mail: southair@fcim.ae
Bank details:
Beneficiary: SOUTH AIRLINES Co.
USD A/C #0032-515505-002
IBAN# AE120041000003251555 05002
SHARJAH ISLAMIC BANK
SAIF ZONE BRANCH
SWIFT:NBSHABAS
BANK CORRESPONDENT:
WACHOVIA BANK NA
NEW YORK, INTERNATIONAL  BRANCH
SWIFT CODE: PNBPUS3NNYC
ACCOUNT NO.2000-191822-700

За и от имени "АРЕНДОДАТЕЛЯ"
For and on behalf of the LESSOR:

legal force and would operate and correspond at most to initial intention of the Parties.

16.7. None of the Parties hereto is authorized to entrust or transfer its respective rights on this Agreement to any third Party without written consent of the other Party.

16.8. The present Agreement is concluded and signed in two copies in English and Russian languages. Both copies are identical and of equal legal force.

16.9. Signing of the present Agreement by both sides by fax is possible and is enough for its entering into force.

## 17. Legal Addresses and Signatures of the Parties

"АРЕНДАТОР"/"LESSEE":
"ZAABU INTERNATIONAL s.p.r.l."
3, avenue du militant;
Aeroport National de N'dala
Kinshasa/Barumbu, R.D.Congo
NRC154084;
Id. Nat.: 01-71-N40442X
e-mail: yves_lubambi2000@yahoo.fr

Banque International de Credit (B.I.C.)
#21010014201-43/USD
#21010014202-40/CDF

За и от имени "АРЕНДАТОРА":
For and on behalf of the LESSEE"

0 1 JUN 2013

UNCLASSIFIED

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Page 21 of 26

| Приложение 1<br>к Договору Аренды № SA/ZA/76992 | Annex 1<br>to Lease Agreement No. SA/ZA/76992 |
|---|---|
| Срок аренды: 12 мес. с возможностью продления при обоюдном согласии обеих Сторон | Endurance period of Lease: 12 months with possibility of its prolongation upon consent of both Parties. |
| Месячный Гарантийный Минимум: 70 (семьдесят) блок часов; | Monthly Guaranteed Minimum: 70 (seventy) Block Hours; |
| Тип самолета:  Ил-76 | Type of the Aircraft:  IL-76 |
| Регистрационный номер:  ЕК-76992 | Registration number: |
| Место регистрации:  Республика Армения | Registration Place: Republic of Armenia |
| Аэропорт вылета:  FZAA | Airport of Departure:    FZAA |
| Аэропорт базирования:  FZAA | Airport of bases:    FZAA |
| За и от имени "АРЕНДОДАТЕЛЯ":<br>For and on behalf of "the LESSOR": | За и от имени "АРЕНДАТОРА":<br>For and on behalf of "the LESSEE" |

0 1 JUN 2013

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Приложение 2
к Договору Аренды № SA/ZA/76992

1. Дата начала работы: со времени вылета самолета из аэропорта FZAA.

2. Основная Арендная Плата: 2000 (две тысячи) долларов США за блок час.

Стоимость блок-часа должна быть полностью освобождена от налогов, пошлин, любых сборов и/или вычетов.

3. Порядок и сроки оплаты:
3.1 Арендная плата в размере Гарантийного Минимума составляет 140 000 (сто сорок тысяч) долларов США
3.2. Предоплата в размере Гарантийного минимума выплачивается "АРЕНДАТОРОМ" в течение семи дней с момента подписания настоящего Договора. Далее оплата производится согласно пункту 11 Настоящего Договора.
3.3. "АРЕНДАТОР" оплачивает стоимость визы, необходимой для работы в стране базирования ВС, для каждого члена экипажа, а так же стоимость билета из страны проживания в страну базирования ВС и обратно. Общая сумма составляет 18 600 (восемнадцать тысяч шестьсот) долларов США.

3.4 "АРЕНДАТОР" предоставит сертификат страхования Третьих Лиц (включая страхование военных рисков) "АРЕНДОДАТЕЛЮ" до вылета Самолета из аэропорта постоянного базирования.

4. Дата вылета самолета из аэропорта FZAA назначается не позднее чем через три дня после получения «АРЕНДОДАТЕЛЕМ» полной суммы предоплаты: 158 600 (сто пятьдесят восемь тысяч шестьсот) США.

5. В случае использования требующегося куда НКАО «АРЕНДОДАТЕЛЯ» «АРЕНДАТОР» оплачивает все расходы, связанные с аэронавигационным

---

Annex 2
to Lease Agreement No. SA/ZA/76992

1. Commencement Date: from the date of the Aircraft departure from FZAA.

2. Main Lease Charge: 2000 (two thousand) US dollars per block hour.

The cost of Block Hour should be free of any taxes, fees and/or deductions.

3. Terms of Payments:
3.1 Rental payment in amount of Guaranteed Block Hours Minimum is 140 000 (one hundred forty thousand) US dollars
3.2. Advance payment equal to the Guaranteed Minimum shall be paid by "The LESSEE" within seven days after current Agreement signing.
3.3 "The LESSEE" pays visas, required to work in the country of aircraft stationing, for each crew member, and tickets cost from the country of living to the country of aircraft stationing. Total sum is 18600 (eighteen thousand six hundred) US dollars.

3.4 "The LESSEE" will arrange Third Party Insurance (including War Risk Insurance) to "The LESSOR" before the Aircraft's departure from the main stationing airport.

4. Date of the Aircraft's departure from FZAA airport is appointed not later than seven working day after getting by "the LESSOR" full amount of the prepayment and transferring 158 600 (one hundred fifty eight thousand and six hundred) US dollars.

5. In case of using "the LESSOR's" call sign "THE LESSEE" carries out all expenses connected with aero navigational support of flights, in accordance with

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Page 23 of 26

обеспечением полетов, согласно выставленным "АРЕНДОДАТЕЛЕМ" штрафам не позднее пятого числа месяца, следующего за отчетным.

6. "АРЕНДАТОР" представляет "АРЕНДОДАТЕЛЮ" гарантийный чек в размере 30 000 (тридцать тысяч) долларов США в качестве обеспечения исполнения обязательств по оплате расходов, предусмотренных пунктом 6 Приложения №2 настоящего Договора. Гарантийный чек подлежит возврату по окончанию действия настоящего Договора и на момент исполнения всех финансовых обязательств "АРЕНДАТОРА".

invoices provided by "THE LESSOR" not later than fifth day of the month following by the month under review.

7. "THE LESSEE" provides to "THE LESSOR" guarantee check in amount of 30 000 (thirty thousand) US Dollars as securing of execution of obligations stated in p.6 of Annex 2 of current Agreement. Guarantee check shall be returned, when effect of Current Agreement ends and "THE LESSEE" discharges its financial obligations.

За и от имени "АРЕНДОДАТЕЛЯ"
For and on behalf of "the LESSOR"

За и от имени "АРЕНДАТОРА"
For and on behalf of "the LESSEE"

3 1 JUL 2013

0 1 JUN 2013

Приложение 3
к Договору Аренды № 5A/ZA/76992

Annex 3
to the Lease Agreement No. 5A/ZA/76992

1. Размещение и питание экипажа и персонала «АРЕНДОДАТЕЛЯ» предоставляется «АРБНДАТОРОМ» и за его счет.
Персонал «АРЕНДОДАТЕЛЯ» обеспечивается благоустроенным коттеджем (или Гостиницей соответствующей минимум 3х звездочному классу) с кухней, спальными помещениями, кондиционером и обслуживающим персоналом.
«АРЕНДАТОР» оплачивает суточные экипажу в размере 50 (пятьдесят) долларов США, включая питание.

1. Accommodation and other services for the Crew are provided by the "The LESSER" and at his expenses.
"The LESSOR's" crew is provided with security comfortable villa equipped with kitchen, bed rooms, with air condition, and serving personnel (or Hotel corresponding to at least 3 star level).
"The LESSEE" pays crew per diem in amount of 50 (fifty) US dollars, including catering.

2. Наземный транспорт
Арендатор обеспечивает подходящий автомобиль для проезда по маршруту: место стоянки самолета и обратно.

2. Ground Transport
"The LESSEE" provides the crow with appropriate motor vehicle for delivery from the place of a rest to the place of the Aircraft' stationing and back.

3. Срочная Медицинская помощь
«АРЕНДАТОР» обеспечивает (и подробно информирует об этом «АРЕНДОДАТЕЛЯ») организацию срочной медицинской помощи, включая госпитализацию. Медицинская страховка экипажа приемлемой.

3. Urgent Medical Help
"The LESSEE" ensures (and informs "the LESSOR" in details) arrangement of urgent medical help including hospitalization. Medical insurance of the personnel of the "the LESSOR" is acceptable.

4. Юридическая безопасность экипажа в Стране базирования обеспечивается "АРЕНДАТОРОМ".

4. Legal security for the crew in the Country of Stationing is provided by "The Lessee".

За и от имени «АРЕНДОДАТЕЛЯ»
For and on behalf of "the LESSOR":

За и от имени "АРЕНДАТОРА"
For and on behalf of "the LESSEE"



UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Page 25 of 26

Приложение 4
к Договору Аренды №  _____

Annex 4
to the Lease Agreement No. _____

Акт приема Эксплуатируемого Самолета

Act of Acceptance of the Operational Aircraft

Настоящий Акт составлен и подписан датой, указанной ниже, уполномоченными представителями  ене  60  стороны «АРЕНДОДАТЕЛЯ»

_____
так  и  со  стороны  «АРЕНДАТОРА»
_____  в
соответствии  с  Договором  Аренды
Эксплуатируемого Самолета  с  летным  и
наземным  персоналом  №  _____  от
_____  между  _____
«_____»с одной стороны и компанией
«_____» с другой стороны.

This Act of Acceptance is drawn and signed on the date set forth below by the undersigned authorized representatives    of    "the    LESSOR"
_____ and of "the
LESSEE" _____
pursuant  to  Aircraft  Wet  Lease  Agreement
No. _____  dated  _____  20___  between
"_____" and "_____".

Подробности приема самолета:
Настоящим ниже подписавшиеся указывают и подтверждают, что Эксплуатируемый Самолет _____ рег.: _____ с налетом с _____  часов
начала  эксплуатации  _____
принят  «АРЕНДАТОРОМ»  в  _____  час.
_____ числа  20_ года  в  аэропорту
_____.

Details of Acceptance:
The undersigned hereby indicate and confirm that
"_____" Aircraft (Registration _____)
with  total  flying  hours  since  new
_____  is  accepted  by  the
"LESSEE" at _____ o'clock on
the _____ day  of
_____.

Приложение 4 является неотъемлемой частью настоящего Договора.

The Annex 4 is an integral part of the present Agreement.

Подписи представителей:

Signatures of Representatives:

"АРЕНДОДАТЕЛЬ" / "The LESSOR":

"АРЕНДАТОР" / "The LESSEE":

01 JUN 2013

UNCLASSIFIED

EXHIBIT 60

S/2020/482

Приложение 5
к Договору Аренды №＿＿＿＿

Annex 5
to the Lease Agreement No.＿＿＿＿

### Акт приема Эксплуатируемого Самолета

### Act of Acceptance of the Operational Aircraft

Настоящий Акт составлен и подписан датой, приведенной ниже, уполномоченными представителями как со стороны «АРЕНДОДАТЕЛЯ»＿＿＿＿ так и со стороны «АРЕНДАТОРА»＿＿＿＿ в соответствии с Договором Аренды Эксплуатируемого Самолета с летным и плазенным передвижом № ＿＿＿ от ＿＿＿ между ＿＿＿ компаниями ＿＿＿ "с одной стороны и компанией ＿＿＿ с другой стороны.

This Act of Acceptance is drawn and signed on the date set forth below by the undersigned authorized representatives of "the LESSOR" ＿＿＿＿ and of "the LESSEE" ＿＿＿ pursuant to Aircraft Wet Lease Agreement No. ＿＿＿ dated ＿＿＿ 20＿ between ＿＿＿ " and " ＿＿＿.

Подробности приема самолета:
Настоящим ниже подписавшиеся указывают и подтверждают, что Эксплуатируемый Самолет ＿＿＿ ＿＿＿ рег ＿＿＿ с налетом и начала эксплуатации ＿＿＿ часов принят «АРЕНДОДАТЕЛЯМ» в ＿＿＿ час, ＿＿＿ «＿＿＿ :20 ＿＿ года в аэропорту ＿＿＿.

Details of Acceptance:
The undersigned hereby indicate and confirm that " ＿＿＿ " Aircraft (Registration ＿＿＿) with total flying hours since new ＿＿＿ is accepted by the "LESSOR" at ＿＿＿ o'clock on the ＿＿＿ day of ＿＿＿.

Приложение 5 является неотъемлемой частью настоящего Договора.

The Annex 5 is an integral part of the present Agreement.

Подписи представителей:

Signatures of Representatives:

"АРЕНДОДАТЕЛЬ" / "The LESSOR":

"АРЕНДАТОР" / "The LESSEE":

20-06401
DRC-30316 1583

S/2020/482

Дополнительное соглашение № 1
К Договору Аренды № SA/ZA/76992 от
01/06/2013
31.05.2014

Настоящим Стороны договорились о
следующем:
1   Продлить срок действия Договора
    аренды № SA/ZA/76992 от 01/06/2013
    до 01 06 2015 года

«АРШНИОДАТЕЛЬ»/ «LESSOR»

Amendment No. 1
To the Lease Agreement No.SA/ZA/76992
Dated 01/06/2013
31 05 2014

The Parties hereby agree as follows:
1   To Renew the Lease Agreement №
    SA/ZA/76992 dated 01/06/2013 till
    01.06.2015

«АРПИ ЦIАТОР» / «LESSEE»

SEPT 2014

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 106/3**

**Extracts from the letter dated 14 October 2019 addressed to the Group by the Permanent Representation of the Republic of Armenia to the United Nations confirming the deregistration of Ilyushin 76 "EK-76778" from the Armenian civil aviation registry**

**Eléments extraits de la lettre datée du 14 octobre 2019 adressée au Groupe par la Représentation permanente de la République d'Arménie auprès des Nations Unies confirmant le retrait des registres de l'aviation civile arménienne de l'Ilyushin 76 « EK-76778»**

Information regarding the IL-76 type aircraft

1. All the IL-76 type aircrafts were deregistered from the State Registry of Aircrafts of the Republic of Armenia (afterwards Registry) before 31 December 2014.

2. Most probably, the IL 76S aircraft (registration number EK76778, factory number 0083483502, registered at the 'South Airlines' Air Company) had been registered at the State Registry of Aircrafts of the Republic of Armenia from 25 July 2014 to 10 December 2014. The owner of the aircraft was 'South Airlines' LTD. The operator was 'South Airlines' LLC, registered at the State Register of Legal Entities of Armenia on 18 July 2000. On 10 December 2014, the aircraft was deregistered upon request of the 'South Airlines' LLC with the aim to be registered at the Iraqi 'Al Rahdan Falcon' Air Company. The Air Operator's Certificate of the 'South Airlines' was suspended on 17 October 2016, according to the 186-A Directive of the Head of the General Department of Civil Aviation of the Republic of Armenia.

20-06401
DRC-30316 1585

EXHIBIT 60

S/2020/482

Annex 106/4

**Email dated 9 October 2019 addressed to the Group by a representative of the airline company Al-Rafidain Falcon (Republic of Iraq) stating that Ilyushin 76 "YI-BAT" did not belong to their company**

**Email daté du 9 octobre 2019 adressé au Groupe par un responsable de la compagnie aérienne Al-Rafidain Falcon (République d'Irak) précisant que l'Ilyushin 76 « YI-BAT » n'appartenait pas à leur compagnie**

| | |
|---|---|
| **From:** | info@a'rafidainfalcon.com |
| **Sent:** | Wednesday, 09 October, 2019 8 14 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | |

Dear sir
Greeting
Kindly be inform reference to your email the A/C (IL-76 ) with the registration (YI-BAT), is not relative to company

Pls don't hesitate to contact us for any question

Thanks & Best Regards

**Annex 106/5**

**Extracts from the letter dated 17 March 2020 addressed to the Group by the Permanent representation of the Republic of Iraq to the United Nations stating that the only Ilyushin 76 with registration "YI" was grounded in Bagdad, Iraq**

**Eléments extraits de la lettre datée du 17 mars 2020 adressée au Groupe par la Représentation permanente de la République d'Irak auprès des Nations Unies précisant que le seul Ilyushin 76 revêtu de l'immatriculation « YI » était au sol à Bagdad, Irak**

- Iraqi Air Force had 16 Ilyushin 76 (IL-76) transport cargo aircraft operated under the administration of Iraqi Airlines with code (YI), 15 aircrafts from the above mentioned were evacuated to Islamic Republic of Iran in the beginning of 1991, and only one stayed in Iraq and currently out of service, and located in Baghdad International Airport.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

En date du 19 Juin 2019, après avoir remplacé la pompe NR-30KP2 défectueuse par la pompe NR-30KP2 de reserve, pendant l'entretien, on a tenté de redémarrer le moteur n°1 pour contrôler le fonctionnement de ladite pompe NR-30KP2 remplacée, au même moment de la ventilation du moteur n°1, le carburant qui était resté dans le circuit s'était déversé sur le Tarmac et pendant l'allumage du moteur, le carburant qui s'était répandu sur la surface du Tarmac avait pris feu sous l'influence de l'air chaud sortant du moteur n°1 et de la température de l'air extérieur, le moteur était immédiatement arrêté et au même moment le feu sur le Tarmac avait été éteint par les services anti-incendie de Goma sans aucun dégât matériel constaté.

Après l'inspection dudit moteur n°1 et de la cellule aucun dégât extérieur, mécanique ou physique n'avait été constaté et en date du 11 Juillet 2019, suivant le rapport du technicien, l'appareil est en bon état de fonctionnement et peut continuer à voler.

De ce fait, nous sollicitons votre diligence de pouvoir lever la mesure prise sur cet appareil IL-76 TD, YI-BAT à fin de continuer à servir les Forces Armées de la République Démocratique du Congo. En plus, nous demandons l'autorisation de déplacer l'Aéronef IL-76 TD YI-BAT pour faire le point fixe. Nous profitons de cette même occasion, pour demander votre autorisation pour déplacer l'Aéronef de Goma à sa base de Kinshasa pour la bonne maintenance.

Dans l'espoir que notre requête retiendra votre attention particulière, veuillez agréer, Monsieur le Directeur Général, l'expression de nos sentiments les plus distingués.

DIRECTEUR GENERAL

Yves LUBAMBI IDI

15 AOU 2019

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 106/8**

**Email dated 19 June 2019 addressed to the Iraqi Civil Aviation Authority by the DRC Civil Aviation Authority stating that Ilyushin 76 "YI-BAT" was grounded**

**Email daté du 19 juin 2019 adressé à l'Autorité de l'aviation civile de la République d'Irak par l'Autorité de l'aviation civile de la RDC précisant que l'Ilyushin 76 « YI-BAT » avait été interdit de vol**

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 107/1**

**Letter dated 23 September 2019 addressed to the Director General of the company Zaabu International SARL by the DRC Civil Aviation Authority informing him that his company was operating outside of the laws in force in the DRC**

**Lettre datée du 23 septembre 2019 adressée au Directeur général de la compagnie Zaabu International SARL par l'Autorité de l'aviation civile de la RDC lui signifiant que sa compagnie opèraient en marge de la législation en vigueur en RDC**



Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 108/1**

**Action taken by the DRC Civil Aviation Authority (AAC) of the DRC**

**Actions prises par l'Autorité de l'aviation civile (AAC) de la RDC**

In June 2019, an engine of Ilyushin 76 "YI-BAT" caught fire twice in Goma (see S/2019/974, para. 64), after which the ACC grounded the aircraft.

After the 10 October 2019 crash of Antonov 72 "EK-72903", the Special Security Advisor to the President of the Republic requested that an investigation be initiated to identify, among other things, potential legal violations by South Airlines Co. SARL and Zaabu International SARL. In parallel, the AAC grounded both companies' aircraft operating in the DRC.

En juin 2019, un moteur de l'Ilyushin 76 «YI-BAT» a pris deux fois à Goma (voir S/2019/974, para. 64), après quoi l'ACC a immobilisé l'avion.

Après le crash du 10 octobre 2019 de l'Antonov 72 « EK-72903 », le Conseiller Spécial en matière de Sécurité du Président de la République a demandé qu'une enquête soit ouverte afin d'identifier, entre autres, les violations potentielles de la loi par South Airlines Co. SARL et Zaabu International SARL. Parallèlement, l'AAC a immobilisé les avions de ces compagnies opérant en RDC.

UNCLASSIFIED                           EXHIBIT 60

S/2020/482

**Annex 108/2**

**Extracts from the letter dated 25 November 2019 addressed to the Group by the DRC Civil Aviation Authority stating that an official investigation was launched into the company Zaabu International SARL**

**Eléments extraits de la lettre datée du 25 novembre 2019 adressée au Groupe par l'Autorité de l'aviation civile de la RDC précisant qu'une enquête officielle avait été ouverte à l'encontre de la compagnie Zaabu International SARL**

voudriez savoir si l'aéronef Ilyuschin **76 (IL-76)** immatriculé ST-BDN est ou a été exclusivement utilisé par les Forces Armées de la RDC et à quelles fins et je vous en remercie.

En guise de réaction je tiens à vous informer que les autorités sécuritaires du pays nous ont enfin chargés d'enquêter sur la société **ZAABU INTERNATIONAL SARL**, qui exploite notamment cet aéronef.

Il s'ensuit que c'est uniquement à la fin de l'enquête que nous serons en mesure de vous fournir des réponses claires et précises à vos interrogations.

Je joins en annexe à la présente la Décision ayant institué la Commission d'enquête.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 108/3**

**Decision dated 20 November 2019 of the Special Advisor to the Head of State on matters of security establishing an inquiry commission on the company Zaabu International SARL**

**Décision datée du 20 novembre 2019 du Conseiller spécial du Chef de l'État en matière de sécurité portant sur l'institution d'une commission d'enquête sur la compagnie Zaabu International SARL**



UNCLASSIFIED

EXHIBIT 60

S/2020/482

Article 1er : Il est institué au sein du Service du Conseiller Spécial du Chef de l'Etat en matière de Sécurité une Commission Mixte chargée d'enquêter sur la Société ZAABU INTERNATIONAL SARL, propriétaire de l'Antonov 72 EK 72903 qui a connu l'accident survenu le 10 Octobre 2019.

Article 2 : La Commission ainsi instituée à l'article précédent est composée des personnes ci-après :

1. Monsieur Jean TSHIUMBA MPUNGA, Président ;
2. Monsieur Rémy KILIMPIMPI, Vice-Président ;
3. Monsieur Michaux NBGOTO NGUYORO, Rapporteur ;
4. Monsieur Jean Paul MULAMBA, Membre ;
5. Monsieur Augustin KAHINDO SENGHE, Membre ;
6. Monsieur Nicolas UMONDI WAWA, Membre ;
7. Colonel LOSE, Membre ;
8. Lieutenant-Colonel Fidèle SOGU GADA, Membre ;
9. Major Mike KONGOLO MWAMBA, Membre ;
10. Monsieur FUTA TSHIBAMBE, Membre ;
11. Monsieur FULA MAYUNA, Membre ;
12. Monsieur MBUYI KABEMBELA, Membre ;
13. Docteur BUILA, Membre ;
14. Docteur KABANDA, Membre ;
15. Colonel KASONGO KUMWIMBA, Membre.

Article 3 : La commission sera dissoute après dépôt de son Rapport auprès du Conseiller Spécial du Chef d l'Etat en matière de Sécurité.

Article 4 : Les membres de la commission bénéficient d'une prime dont la hauteur est fixée par le Conseiller Spécial du Chef d'Etat en matière de Sécurité.

Article 5 : La présente Décision entre en vigueur à la date de sa signature.

Fait à Kinshasa, le 2 6 NOV 2019

François BEYA KASONGA

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 109/1**

**Statute dated 2 July 2015 of the airline company South Airlines Co. SARL**

**Statut daté du 2 juillet 2015 de la compagnie aérienne South Airlines Co. SARL**

Le soussigné :

Monsieur SIMONYAN VAGRAM, né en Russie, le 03. 09. 1964, domicilié au n°4630, avenue de la science, immeuble appartements de luxe, appart. 46B, dans la commune de la Gombe a établi, ainsi qu'il suit, les statuts d'une société à responsabilité limitée.

**I. FORME**

Article 1 : La société prend la forme d'une société à responsabilité limitée SARL

**II. OBJET**

Article 2 : La Société a pour objet tant pour elle-même, que pour compte des tiers, seule ou en association ou partenariat avec qui que ce soit, au Congo comme à l'étranger:

- Toutes opérations de transport aérien, maritime et terrestre, de fret, passagers, courrier, messagerie et autres ;
- L'exploitation, la vente, le remplacement, l'entretien, la maintenance, la réparation du matériel volant et du matériel de transport aérien ;
- Construction, exploitation et gestion d'hôtel, restaurants et hôpitaux;
- Toutes opérations d'étude, d'exploitation de carrières et des mines, et de traitement métallurgique, chimique, et hydrométallurgique des minerais ainsi que la commercialisation des métaux obtenus ;
- L'achat et la vente des métaux ferreux, non-ferreux et des pierres précieuses de production artisanale ;
- Tous travaux de construction, d'entretien, de réfection, de réhabilitation de bâtiments, de routes ou de tous autres œuvres de génie civil y compris l'achat, vente ainsi que toutes autres opérations commerciales y relatif ;
- Toutes opérations ressortissant à la production, la création, l'achat, la vente, l'exportation, l'importation, la mise à disposition et la prise en location, la représentation, la concession, le courtage,

1

S/2020/482

- la commission, la consignation ou la licence de tous biens meubles ou immeubles, matériels ou immatériels ;
- La prestation de tous services généralement quelconque relevant du commerce et de l'industrie ;
- Et, plus généralement, toutes opérations, de quelque nature qu'elles soient, juridiques, économiques et financières, civiles et commerciales, se rattachant à l'objet sus indiqué ou à tous autres objets similaires ou connexes, de nature à favoriser, directement ou indirectement, le but poursuivi par la société, son extension ou son développement

### III. DENOMINATION

Article3 : Sa dénomination sociale est : **SOUTH AIRLINES CO. SARL**

### IV. SIEGE SOCIAL

Article4 : Le siège social est établi au n°4630, avenue de la science, immeuble appartements de luxe, appart. 46B dans la commune de la Gombe.

Il pourra être transféré en tout autre lieu de la République Démocratique du Congo par simple décision de l'organe de gestion, qui a tous pouvoirs pour accomplir les formalités de publicité relatives au dit transfert.

Article5 : La société peut, par simple décision de l'organe de gestion établir des sièges administratifs, agences, ateliers, dépôts et succursales tant en République Démocratique du Congo qu'à l'étranger.

### V. DUREE

Article6 : La société est constituée pour une durée de 99 ans.

### VI. APPORTS CAPITAL SOCIAL ET PARTS SOCIALES

Article7 : M. SIMONYAN VAGRAM apporte et verse à la société la somme de mille dollars américains (1 000$).

2

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Article8 : Le capital est fixé à la somme de : 1 000$ (mille dollars.)
Le capital est divisé en 100 parts d'une valeur de 10 $ chacune
intégralement libérées. Pour la création, la moitié du capital a
été libéré soit 500$ (cinq cent dollars).

Article9 : Le capital social pourra, en vertu d'une décision de l'associé
unique exerçant les attributions de l'assemblée générale, être
augmenté en une ou plusieurs fois par tous les moyens et
voies de droit. Notamment par la création de parts sociales
nouvelles, ordinaires ou privilégiées en représentation
d'apports en nature ou en numéraire, capitalisation de tout ou
partie des bénéfices, des réserves ou des provisions ou
dotation de toute nature et création de part sociales
nouvelles ; ou encore par élévation corrélative du montant
nominal des parts existences.

Article10 : Le capital social peut être réduit en vertu d'une décision de
l'associé unique exerçant les attributions de l'assemblée
générale pour telle cause et de telle manière que se soit,
notamment par voie de remboursement ou de rachat des
parts, de réduction de leur nombre ou de leur valeur
nominale, toutefois, le capital social et le montant nominal des
parts ne pourrons être réduit au-dessous du minimum fixé par
la loi.

Article11 : Les parts sociales ne peuvent être représentées par des titres
négociables nominatifs ou au porteur.
Le droit de chaque associé dans la société résulte seulement
des présentes et de cession des parts régulièrement
consenties.

Article12 : La cession des parts sociales entre vifs doit être constatée par
écrit. Elle n'est rendue opposable à la société qu'après
l'accomplissement de l'une des formalités suivantes :
1.    signification de la cession à la société par acte extrajudiciaire ;
2.    acceptation de la cession par la société dans un acte authentique ;

3

S/2020/482

3.    dépôt d'un original de l'acte de cession au siège social contre
      remise par le gérant d'une attestation de ce dépôt.

Article13 :   La   cession   n'est   opposable   aux   tiers   qu'après
      l'accomplissement de l'une des formalités ci-dessus et
      modification des statuts et publicités au registre du commerce
      et du crédit mobilier.

Article14 : Les parts sont librement cessibles entre conjoints, ascendants
      et descendants.

      En cas de décès de l'associé unique, ses ayant droits
      succèdent automatiquement.

Article15 : Chaque part sociale donne droit à une fraction des bénéfices
      et de l'actif social, proportionnellement au nombre des parts
      sociales existantes.

      Elles donnent droit dans tous les votes et délibération ;

      Les associés ne sont tenus que jusqu'à concurrence du
      montant des parts qu'ils possèdent ;

Article16 : Les droits et obligations attachés aux parts sociales, suivent
      ces dernières dans quelques mains qu'elles passent

### VII. DROIT DE COMMUNICATION

Article17 : l'associé peut obtenir, à tout moment, communication de tous
      documents de la société notamment les états financiers, le
      rapport de gestion, le rapport général ou spécial du
      commissaire aux comptes.

### VII. GERANCE

Article18 : La société est gérée par Madame LOIVSKA LIUDMYLA, né en
      Ukraine, le 24. 03. 1981, nationalité Ukrainien, passeport
      EP 644370, domiciliée au n°4630, avenue de la science,

4

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

immeuble appartements de luxe, appart. 46B, dans la commune de la Gombe.

Article19 : Le gérant jouit vis-à-vis des tiers des pouvoirs les plus étendus pour représenter la société, agir en son nom en toutes circonstances sans avoir à justifier de pouvoir spéciaux, et accomplir tous actes relatifs à l'objet de la société par tous les moyens et voies de droit.

Article20 : L'associé unique peut librement décider d'assumer les fonctions de gérant ou confier la gestion de la société à une autre personne physique ou morale.

Si l'associé unique confie la gestion à une autre personne, il pourra la révoquer par une décision de l'associé unique.

Cette révocation n'entraine pas dissolution de la société.

Article21 : La rémunération du gérant est fixée par une décision de l'associé unique exerçant les pouvoirs de l'assemblée générale.

### VIII. DECISIONS DE L'ASSOCIE

Article22 : L'associé unique exerce les pouvoirs et prérogatives de l'assemblée générale dans la société. Ses décisions sont répertoriées sur un registre coté et paraphé.

Article23 : Les décisions ordinaires sont celles qui ont pour but de statuer sur les états financiers de synthèse de l'exercice écoulé, d'autoriser la gérance à effectuer les opérations subordonnées dans les statuts à l'accord préalable des associés, de procéder à la nomination et au remplacement des gérants et, le cas échéant, du commissaire aux comptes, d'approuver les conventions intervenues entre la société et l'un de ses gérants ou associés et, plus généralement, de statuer sur toutes les questions qui n'entraînent pas

5

UNCLASSIFIED

EXHIBIT 60

S/2020/482

modification des statuts.

L'associé peut se faire représenter par son conjoint.

Article24 : Les décisions extraordinaires ont pour objet de statuer sur la modification des statuts.

L'associé unique peut se faire représenter par un mandataire porteur d'une procuration.

Le mandat donné à un autre associé ou à un tiers ne vaut que pour une seule assemblée ou pour plusieurs assemblées successives, convoquées avec le même ordre du jour.

Article25 : L'associé ne peut constituer un mandataire pour voter du chef d'une partie de ses parts et voter en personne du chef de l'autre partie.

Article26 : Si une part sociale est grevée d'un usufruit, le droit de vote appartient au nu-propriétaire, sauf pour les décisions concernant l'affectation des bénéfices où il est réservé à l'usufruitier.

Article27 : Le droit de vote est proportionnel à la participation au capital de la société.

Article28 : Toute délibération des associés est constatée par un procès-verbal qui indique la date et le lieu de la réunion, les noms et prénoms des associés présents, l'ordre du jour, les documents et rapports soumis à discussion, un résumé des débats, le texte des résolutions mises aux voix et le résultat des votes.

Article29 : Les procès-verbaux sont archivés au siège de la société. Les copies ou extraits des procès-verbaux des délibérations des associés sont valablement certifiés conformes par le

6

UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

représentant légal de la société ou, s'ils sont plusieurs,    par l'un d'entre eux seulement.

## IX. ASSEMBLEE GENERALE ANNUELLE

Article30 : Il est tenu chaque année, dans les six mois qui suivent la clôture de l'exercice, une assemblée générale annuelle au cours de laquelle le rapport de gestion, l'inventaire et les états financiers de synthèse établis par les gérants sont soumis à l'approbation de l'associé unique exerçant les pouvoirs de l'assemblée générale.

Article31 : A cette fin, les documents visés à l'alinéa précédent, le texte des résolutions proposées ainsi que, le cas échéant, le rapport du commissaire aux comptes, sont communiqués aux associés au moins quinze jours avant la tenue de l'assemblée.

Article32 : Toute délibération prise en violation des dispositions du présent alinéa peut être annulée.

## X. CONTROLE DE l'ASSOCIE UNIQUE

Article33 : Nonobstant le droit de communication ci-dessus en vue de l'assemblée annuelle, l'associé unique, lorsqu'il n'exerce pas les fonctions de gérant a le droit de consulter, au siège social, tous les documents et pièces comptables ainsi que les procès-verbaux des délibérations et des décisions collectives. Il en prendre copie à ses frais.

## XI. COMMISSAIRES AUX COMPTES NOMINATION ET POUVOIRS

Article34 : Un ou plusieurs Commissaires aux Comptes seront désignés par l'associé unique.

Article35 : Ne peuvent être commissaires aux comptes de la société :
1. les gérants et leurs conjoints ;
2. les apporteurs en nature et les bénéficiaires d'avantages particuliers ;

7

S/2020/482

3. les personnes recevant de la société ou de ses gérants des rémunérations périodiques sous quelque forme que ce soit, ainsi que leurs conjoints.

Article36 : Le commissaire aux comptes est nommé pour trois exercices par l'associé unique exerçant les attributions de l'assemblée.

Article37 : Les Commissaires aux Comptes ont mandat de vérifier les livres, la caisse, le portefeuille et les valeurs de la société, de contrôler la régularité et la sincérité des inventaires et des bilans ainsi que l'exactitude des informations données sur les comptes de la société dans le rapport de la gérance.

### XII. EXERCICE SOCIAL

Article38 : L'exercice social commence le premier janvier et se termine le trente-et-un décembre de chaque année. Exceptionnellement, le premier exercice social comprendra la période courue depuis la constitution définitive de la société jusqu'au 31 décembre suivant.

Article39 : A la clôture de chaque exercice, le gérant établit et arrête les états financiers de synthèse conformément aux dispositions de l'Acte uniforme portant organisation et harmonisation des comptabilités.

Article40 : Le gérant établit un rapport de gestion dans lequel il expose la situation de la société durant l'exercice écoulé, son évolution prévisible et, en particulier, les perspectives de continuation de l'activité, l'évolution de la situation de trésorerie et le plan de financement.

Article41 : Figurent dans l'état annexe inclu dans les états financiers de synthèse :
1. un  état des cautionnements, avals et garanties donnés par la société ;
2. un état des sûretés réelles consenties par la société.

8

UNCLASSIFIED                              EXHIBIT 60

S/2020/482

Les états financiers de synthèse annuels et le rapport de gestion
sont adressés aux commissaires aux comptes, quarante-cinq jours
au moins avant la date de l'assemblée générale ordinaire.

Article42 : Ces documents sont présentés à l'assemblée générale de la
société statuant sur les états financiers de synthèse qui doit
obligatoirement se tenir dans les six mois de la clôture de
l'exercice.

### XIII. COMPTES SOCIAUX

Article43 : L'inventaire et les comptes annuels sont établis par le gérant.
Leur dépôt au registre du commerce dans le délai de six mois à
compter de la clôture de l'exercice vaut approbation des comptes.
Le rapport de gestion est établi chaque année par le gérant et tenu
à la disposition de toute personne qui en fait la demande.

### XIV. AFFECTATION DU RESULTAT

Article44 : L'excédent favorable du bilan, déductions faites des charges
sociales, des frais généraux et des amortissements, constitue le
bénéfice net de l'exercice.

Article45 : Il est pratiqué sur le bénéfice de l'exercice diminué, le cas
échéant, des pertes antérieures, une dotation égale à un dixième
au moins affectée à la formation d'un fonds de réserve dit «
réserve légale ». Cette dotation cesse d'être obligatoire lorsque la
réserve atteint le cinquième du montant du capital social.

Article46 : Le bénéfice distribuable est le résultat de l'exercice, augmenté
du report bénéficiaire et diminué des pertes antérieures ainsi que
des sommes portées en réserve en application de la loi et des
statuts.

Article47 : Les produits de la société, constatés par l'inventaire annuel,
déduction faite des frais généraux des charges sociales ainsi que
des amortissements et toutes provisions pour risques
commerciaux, industriels et autres, constituent les bénéfices nets.

9

UNCLASSIFIED    EXHIBIT 60

S/2020/482

Article48 : Sur ces bénéfices nets, après amortissement éventuel des pertes antérieures, il est tout d'abord prélevé dix pour cent pour le fonds de réserve légale ; ce prélèvement cesse d'être obligatoire lorsque ledit fonds atteint une somme égale au cinquième du capital social ; il reprend son cours lorsque, pour une cause quelconque, ladite réserve est descendue au-dessous de ce cinquième.

Article49 : Après approbation des états financiers de synthèse et constatation de l'existence de sommes distribuables, l'assemblée générale détermine :

– le cas échéant, les dotations à des réserves facultatives ;
– la part de bénéfices à distribuer, selon le cas, aux actions ou aux parts sociales ;
– le montant du report à nouveau éventuel.

Article50 : Cette part de bénéfice revenant à chaque action ou à chaque part sociale est appelée dividende.

Les modalités de paiement des dividendes sont fixées par l'assemblée générale. Celle-ci peut déléguer ce droit au gérant, Toutefois, la mise en paiement des dividendes doit avoir lieu dans un délai maximum de neuf mois après la clôture de l'exercice. La prolongation de ce délai peut être accordée par le président de la juridiction compétente.

## XV. DISSOLUTION DE LA SOCIETE

Article51 : Un an au moins avant la date d'expiration de la société, la gérance sera tenue de provoquer une décision de l'associé pour décider, dans les conditions requises pour les décisions extraordinaires. Si la société sera prorogée ou non. La décision de l'associé sera dans tous les cas rendue publique.

La société prend fin :
• Par l'expiration du temps pour lequel elle a été constituée ;
• par décision de l'associé unique ;

10

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

- par la dissolution anticipée prononcée par la juridiction compétente pour justes motifs,
- par l'effet d'un jugement ordonnant la liquidation des biens de la société.

### XVI. EFFETS DE LA DISSOLUTION

Article52 : La dissolution de la société n'a d'effet à l'égard des tiers qu'à compter de sa publication au registre du commerce et du crédit mobilier.

La dissolution de la société entraîne la transmission universelle du patrimoine de la société à l'unique associé, sans qu'il y ait lieu à liquidation.

### XVII. LIQUIDATION

Article53 : La société est en liquidation dès l'instant de sa dissolution pour une des raisons ci-haut :

La personnalité morale de la société subsiste pour les besoins de la liquidation et jusqu'à la publication de la clôture de celle-ci.

Lorsque la liquidation est décidée par l'associé unique, un ou plusieurs liquidateurs sont nommés par une décision extraordinaire.

Article54 : Sauf disposition contraire de l'acte de nomination, si plusieurs liquidateurs ont été nommés, ils peuvent exercer leurs fonctions séparément. Toutefois, ils établissent et présentent un rapport commun.

La rémunération du liquidateur est fixée par décision de l'associé ou du tribunal qui le nomme.

Article55 : Le liquidateur peut être révoqué et remplacé selon les formes prévues pour sa nomination.
L'acte de nomination du liquidateur est publié dans les conditions

11

EXHIBIT 60

S/2020/482

et délais fixés à l'article 266 de l'Acte uniforme.

Article56 : La nomination et la révocation du liquidateur ne sont opposables aux tiers qu'à compter de cette publication.

Ni la société, ni les tiers ne peuvent, pour se soustraire à leurs engagements, se prévaloir d'une irrégularité dans la nomination ou dans la révocation du liquidateur, dès lors que celle-ci a été régulièrement publiée.

article57 : Après la réalisation de l'actif et apurement du passif, le solde de la liquidation sera distribué entre les associés au prorata de leurs parts.

Article58 : La clôture de la liquidation doit intervenir dans un délai de trois ans à compter de la dissolution de la société.

Article59 : A défaut, le ministère public ou tout intéressé peut saisir la juridiction compétente dans le ressort de laquelle est situé le siège de la société afin qu'il soit procédé à la liquidation de la société ou, si celle-ci a été commencée, à son achèvement.

L'associé unique statue en fin de liquidation sur les comptes définitifs, sur le quitus de la gestion du liquidateur et la décharge de son mandat et pour constater la clôture de la liquidation.

Article60 : Les comptes définitifs établis par le liquidateur sont déposés au greffe du tribunal chargé des affaires commerciales en annexe au registre du commerce et du crédit mobilier.

Article61 : Il y est joint, soit la décision de l'associé unique exerçant les attributions de l'assemblée générale statuant sur ces comptes de la liquidation, le quitus de la gestion du liquidateur et la décharge de son mandat.

12

S/2020/482

## XVIII. DISPOSITIONS LEGALE IMPERATIVES

Article62 : Toute stipulation des présents statuts qui serait contraire aux dispositions impératives de l'Acte Uniforme du 17 avril 1997 est réputée non écrite.

Article63 : Par contre, toute disposition impérative du Traité de l'OHADA ainsi que de ses Actes Uniforme ne figurant pas aux présents statuts est censée en faire partie intégrante.

## XIX. REGLEMENT DES LITIGES

Article64 : Tout litige lié aux présents statuts relève de la juridiction compétente.

Ce litige peut également être soumis à l'arbitrage, soit par une clause compromissoire, statutaire ou non, soit par compromis.

Article65 : Si les parties le décident, l'arbitre ou le tribunal arbitral, selon le cas, peut statuer en amiable compositeur et en dernier ressort.

L'arbitrage est réglé par application des dispositions de l'Acte uniforme relatif à l'arbitrage.

## XX. ACTES ACCOMPLIS POUR LE COMPTE DE LA SOCIETE EN FORMATION

Article66 : Les actes accomplis pour le compte de la société en formation seront comprise dans les engagements de la société, lorsque celle-ci aura été immatriculée au registre du commerce et des sociétés

## XXI. FRAIS ET FORMALITES DE PUBLICITE

Article67 : Les frais afférents à la constitution des présents statuts et de leurs suites seront pris en charge par la société.

Fait à Kinshasa, le 2 juillet 2015

SIMONYAN VAGRAM

11

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED  EXHIBIT 60

S/2020/482

**Annex 109/2**

**Statute dated 5 September 2014 of the airline company Zaabu International SARL**

**Statut daté du 5 septembre 2014 de la compagnie aérienne Zaabu International SARL**



REPUBLIQUE DEMOCRATIQUE DU CONGO

VILLE-PROVINCE DE KINSHASA

SOCIETE D'ACHAT, DE TRANSFORMATION, DE VENTE DES MINERAIS, DES PRODUITS INDUSTRIELS, ALIMENTAIRES ET DE TRANSPORT :

« ZAABU INTERNATIONAL SARL »

# STATUTS

Siège social : 03, Avenue de Militants, Quartier N'dolo, C/BARUMBU

RCCM      :

Id. Nat   : 01-71-N40447X

SEPTEMBRE 2014

UNCLASSIFIED

UNCLASSIFIED                                        EXHIBIT 60

S/2020/482



Entre les soussignés

1. Monsieur ... ... ... ... ... ... ... ... ...
   Commune de ... ... ... ... ... ... ... ... ... dans la province Lomami, dans la
2. Monsieur ... ... ... ... ... ... ... ... ... de la Province Tshibola, dans
   la Commune de Ngaliema ;
3. YVES ILEASE de ... ... ... ... ... ... ... ...
   Congo, dans la Commune de Ngaliema ;
4. VAGRALI ... ... ... ... ... ... ... ... dans l'avenue Lukembi, du quartier
   Appartenant ... dans la Commune de la Gombe ;

Il est établi, ainsi qu'il suit, au moyen de la société à responsabilité limité de droit congolais
devant exister avec eux et tous ceux se proposant de faire qui présentent entre dans la
société ultérieurement.

Article 1er : De la forme

Il est formé entre les soussignés une société à responsabilité limitée qui sera régie par l'acte
uniforme de l'OHADA relatif au droit des sociétés commerciales et du GIE, et par toutes
autres dispositions légales et réglementaires ou modificatives et par les présents statuts

Article 2 : De la dénomination

La société a pour dénomination sociale « ZAABU INTERNATIONAL SARL ».

Article 3 : De l'objet

La société a pour objet :

- L'achat, le stockage, la transformation, la vente des minerais, des métaux non ferreux
  et leurs sous-produits éventuels, ainsi que les autres produits intermédiaires ou
  élaborés, fabriqués par toutes les sociétés et opérateurs conformément aux dispositions
  légales en vigueur .
- L'exploitation de transport des personnes et des marchandises, avec tous les travaux
  accessoires que ce genre de commerce recèle ou réclame, notamment l'achat des pièces de
  rechange, les réparations des engins, leur location avec ou sans conducteur. La
  présente énumération étant exemplative et non limitative.
- L'importation, la vente des produits industriels, vestimentaires, alimentaires ou autres
  de toute nature ;
- Accomplir toutes opérations généralement quelconques, industrielles, commerciales,
  financières se rapportant directement ou indirectement à son objet principal ou même
  simplement utiles à sa réalisation.

Article 4 : Du siège social

Le siège social est fixé en République Démocratique du Congo, dans la Ville-Province de
Kinshasa, au numéro 01, de l'avenue des militeurs, du quartier N'dolo, dans la Commune de
BARUMBU.

                    UNCLASSIFIED             20-06401

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**



Article 27 : Des contestations

Les contestations relatives aux affaires sociales nées au cours de la société ou de sa liquidation, entre les associés et la société ou entre les associés eux-mêmes à propos des affaires sociales, sont soumises à l'arbitrage conformément aux dispositions de l'acte uniforme de l'OHADA s'y rapportant.

Les contestations relatives aux affaires sociales nées au cours de sa liquidation, entre les associés et entre les associés et la société ou entre les associés eux-mêmes à propos des affaires sociales, sont soumises à l'arbitrage conformément aux dispositions de l'acte uniforme de l'OHADA s'y rapportant.

Article 28 : Des engagements pour le compte de la société

Un état des actes accomplis pour le compte de la société en formation avec l'indication pour chacun d'eux, de l'engagement qui en résulterait pour la société, a été présenté aux associés avant la signature des présents statuts.

Article 29 : Des frais

Les frais, droits et honoraires des présents statuts sont à la charge de la société.

Ainsi fait et adopté à Kinshasa, le 08 septembre 2014

Signatures des associés :

Monsieur MAYAK MIKOLA

Monsieur Jean-Pierre OLENGA

Monsieur YVES LUBAMBI IDI

Monsieur VAGRAM SIMONYAN

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 109/3**

**Letter dated 11 July 2017 addressed to the President of the DRC by the Director General of the company Zaabu international SARL related to the modification of the leasing contract of Ilyushin 76 and Antonov 72**

**Lettre datée du 11 juillet 2017 adressée au Président de la RDC par le Directeur général de la compagnie Zaabu international SARL relative à la modification du contrat de location de l'Ilyushin 76 et des Antonov 72**



UNCLASSIFIED                    EXHIBIT 60

S/2020/482

En effet, nous sommes une Compagnie Aérienne dénommée « ZAABU International sarl » située sur l'avenue Colonel Lukusa n°5, dans la Commune de la Gombe. Nous avons amené trois Aéronefs dont deux Antonov-72 (d'immatriculations EK-72 903 et EK-72 101) depuis le 04 Octobre 2013 et l'Ilyushine – 76 TD (d'immatriculation EK-76 992) arrivé depuis Mars 2013. Malgré une lourde perte de l'un de nos Aéronefs Antonov-72 EK-72 101 à Kisangani lors d'un vol militaire en provenance de Goma le 01 Novembre 2013, nous continuons de voler toujours au profit de nos Forces Armées de la République Démocratique du Congo jusqu'à ce jour et voir même à crédit sous la gestion de votre Ministère, selon les accords conclus entre L'Etat de la République Démocratique du Congo et notre Compagnie Aérienne « ZAABU International sarl ». Notre Compagnie Aérienne « ZAABU International sarl » est votre partenaire fidèle qui rende toujours les loyaux services depuis plusieurs années et pendant le moment les plus difficiles qu'à traversé notre pays.

Pour votre information, ce projet du Contrat est le résultat qui découle de la suite à la correspondance de votre Prédécesseur N°VPM/MDNAC/CAB/2183/2013 adressée à notre Compagnie en date du 13 Septembre 2013 dont copie en annexe.

Pour la conformité et témoigner notre franche collaboration et perfectisme, nous vous transmettons le présent Contrat de location des Aéronefs corrigé qui enlève les clauses interdisant le transport des équipements, matériels militaires et explosifs, pour la signature.

Veuillez agréer, Excellence, Monsieur le Ministre, l'expression de nos sentiments les plus distingués et patriotiques.

DIRECTEUR GENERAL

YVES LUBAMBI IDI



Yves Lubambi Idi

Document obtained by the Group from a source with knowledge of the matter

Document obtenu par le Groupe d'une source familière avec le sujet

EXHIBIT 60

S/2020/482

**Annex 109/4**

**Bank details recorded on contracts between Vagram Simonyan and Yves Lubambi Idi**

**Détails bancaires sur les contrats entre Vagram Simonyan et Yves Lubambi Idi**

The Group noted that Wachovia Bank, NA, a United States bank was listed as the correspondent bank on five contracts reviewed by the Group, for transactions between Vagram Simonyan and Yves Lubambi Idi in their respective capacities of managing directors of South Airlines Co. SARL and Zaabu International SARL. The contracts dated between 2012 and 2018. The Group noted however that Wachovia Bank, NA, has not been in operation since 2008, as confirmed by Wells Fargo & Company during a phone call with the Group in March 2020. Wells Fargo & Company acquired Wachovia Bank, NA, in December 2008.

Le Groupe a relevé que la Wachovia Bank, NA, une banque américaine, est répertoriée comme banque correspondante sur cinq contrats examinés par le Groupe, pour des transactions entre Vagram Simonyan et Yves Lubambi Idi en leurs qualités respectives de directeurs généraux de South Airlines Co. SARL et de Zaabu International SARL. Les contrats datent de 2012 à 2018. Le Groupe a cependant relevé que la Wachovia Bank, NA, n'était pas en activité depuis 2008, comme l'a confirmé Wells Fargo & Company lors d'un appel téléphonique avec le Groupe en mars 2020. Wells Fargo & Company a acquis la Wachovia Bank, NA, en décembre 2008.

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

Extract from annex 101/2

Extrait de l'annexe 101/2

Lease agreement dated 20 December 2018 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of the airline company Zaabu International SARL) for Antonov 32 "EK-32400" in which Wachovia Bank, NA is listed as the correspondent bank

Contrat de location daté du 20 décembre 2018 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co.) et Yves Lubambi Idi (Directeur général de la compagnie aérienne Zaabu International SARL) relatif à l'Antonov 32 « EK-32400 » et dans lequel la Wachovia Bank, NA est désignée en qualité de banque correspondante

Extract from annex 103/2

Extrait de l'annexe 103/2

Lease agreement dated 12 August 2018 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of the airline company Zaabu International SARL) for Antonov 72 "EK-72425" in which Wachovia Bank, NA is listed as the correspondent bank

Contrat de location daté du 12 août 2018 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co.) et Yves Lubambi Idi (Directeur général de la compagnie aérienne Zaabu International SARL) relatif à l'Antonov 72 « EK-72425 » et dans lequel la Wachovia Bank, NA est désignée en qualité de banque correspondante

UNCLASSIFIED    EXHIBIT 60

S/2020/482

Extract from annex 103/3

Extrait de l'annexe 103/3

2017 Lease agreement (renewed in 2018) between Mr. R. Tualev, Director of the airline company Aerostar Air Kz (Republic of Kazakhstan) and Vagram Simonyan, General director of the airline company V-Berd Avia Ltd (Republic of Armenia) for Antonov 72 "EK-72425" in which Wachovia Bank, NA is listed as the correspondent bank

Contrat de location établi en 2017 (et renouvelé en 2018) entre Mr. R. Tualev, Directeur de la compagnie aérienne Aerostar Air Kz (République du Kazakhstan) et Vagram Simonyan, Directeur général de la compagnie aérienne V-Berd Avia Ltd (République d'Arménie) relatif à l'Antonov 72 « EK-72425 » et dans lequel la Wachovia Bank, NA est désignée en qualité de banque correspondante



Extract from annex 104/2

Extrait de l'annexe 104/2

Lease agreement dated 1 October 2012 between Vagram Simonyan (Director General of the airline company South Airlines) and Yves Lubambi Idi (Director General of Zaabu International SARL), extended in 2013, 2015, 2017 and 2018 for Antonov 72 "EK-72903" in which Wachovia Bank, NA is listed as the correspondent bank

Contrat de location daté du 1er octobre 2012 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines) et Yves Lubambi Idi (Directeur général de Zaabu International SARL), renouvelé en 2013, 2015, 2017 et 2018, relatif à l'Antonov 72 « EK-72903 » et dans lequel la Wachovia Bank, NA est désignée en qualité de banque correspondante



    UNCLASSIFIED

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Extract from annex 106/2**

**Extrait de l'annexe 106/2**

Lease agreement dated 1 June 2013 between Vagram Simonyan (Director General of the airline company South Airlines Co.) and Yves Lubambi Idi (Director General of the airline company Zaabu International SARL) for Ilyushin 76 "EK-76992" in which Wachovia Bank, NA is listed as the correspondent bank

Contrat de location daté du 1er juin 2013 entre Vagram Simonyan (Directeur général de la compagnie aérienne South Airlines Co.) et Yves Lubambi Idi (Directeur général de la compagnie aérienne Zaabu International SARL) relatif à l'Ilyushin 76 « EK-76992 » et dans lequel la Wachovia Bank, NA est désignée en qualité de banque correspondante



20-06401
DRC-30316 1617

UNCLASSIFIED    EXHIBIT 60

S/2020/482

### Annex 110

Ilyushin 76 "ST-BDN", serial number (S/N) 1023413443 (Badr Airlines (Sudan))

Ilyushin 76 « ST-BDN » numéro de série (S/N) 1023413443 (Badr Arlines (Soudan))





Photographs tagged in December 2018      Photographies étiquetées en décembre 2018
Kamina military base                      Base militaire de Kamina
(Open source)                             (Source ouverte)

UNCLASSIFIED                                  EXHIBIT 60

S/2020/482

**Annex 111/1**

**Extracts from the letter dated 13 March 2020 addressed to the Group by Cargolux Airlines International SA (Grand-Duchy of Luxembury) which, in its capacity as an air freight company, ensured the transport to the DRC of the five Bell 204/205 UH-1 and two Bell 206 helicopters**

**Éléments extraits de la lettre datée du 13 mars 2020 adressée au Groupe par Cargolux Airlines International SA (Grand-Duché du Luxemburg) qui, en sa qualité de transporteur aérien, a assuré le transport en RDC de cinq hélicoptères Bell 204/205 UH-1 et de deux hélicoptères Bell 206**

It should be noted that the information provided in your Letter regarding the alleged date of shipments was checked and the manifests of the flights referenced in your Letter did not contain any helicopters. Notwithstanding this, we expanded our search to ascertain if we did indeed transport any helicopters to D.R. Congo and were able to identify 7 helicopters which had been transported to that country and which would appear to be those you may be referring to.

The information provided below is therefore in respect of these helicopters.

Among the 7 helicopters thus identified, 3 were transported from Atlanta (Georgia, USA) to D.R. Congo (via Luxembourg), and 4 were transported from Luxembourg to D.R. Congo.

Referring to the questions raised in the Letter:

a) Has the government of D.R. Congo informed Cargolux of the change of use of those helicopters (from civil to military)?

**Response:** There has been no interaction between Cargolux and the D.R. Congo government with respect to the relevant shipments (including with respect to any change of the civil usage of the helicopters to a military usage).

b) AWBs used for the transportation of those helicopters.

**Response:** see Annex 2 hereunder.

c) Customs documents for those shipments.

**Response:** Cargolux has not received from the respective customers any custom documents concerning those shipments.

d) End-User certificates.

**Response:** Cargolux has not received from its customers any End-user certificate concerning those shipments.

e) Invoices issued by Cargolux in respect to the transportation of these shipments.

**Response:** see Annex 3 hereunder.

f) Identification of the customer (forwarder) for each of these shipments and copy of communications between Cargolux and those forwarders in relation with these shipments.

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Response:**

Three of those shipments were loaded at the airport of Atlanta (USA) and were transported to D.R. Congo via Luxembourg.

Four of those shipments were loaded at the airport of Luxembourg.

> h) Identification of the party (in D.R. Congo) which took delivery of the shipments in D.R. Congo and copy of the communications between Cargolux and those consignees in relation with these shipments.

For the shipments from Luxembourg, identified under AWBs 172-29903788, 172-29903790, 172-29903801 and 172-29903812, the consignee is:

PRS-DRC S.P.R.L.
Kinshasa
Att: Charles Deschryver

For the shipments from Atlanta under AWB 172-07556636 and 172-07556710 the consignee is:

Bionic Aviation Ltd.
Kinshasa 1748
Att: Charles Deschryver

For the shipment from Atlanta under AWB 172-07556463 the consignee is:

Presidency Aviation Services
Ndjili Airport
Kinshasa, D.R. Congo

As far as we can say they were no communications between Cargolux representatives in Kinshasa and these consignees.

> i) Serial number of the constructor of those helicopters.

**Response:**

Concerning the shipments from Luxembourg: the AWBs issued reference a "S/N", which we take as being the "serial number" of the helicopters shipped. These serial numbers are as follows:

AWB 172-29903788 – S/N: 65-16341

AWB 172-29903790 – S/N: 65-10013

AWB 172-29903801 – S/N: 66-16514

AWB 172-29903812 – S/N: 70-16299

Concerning the shipments from Atlanta: the AWBs do not refer to any serial number. Nevertheless, in a purge-certificate' delivered by the shipper and concerning the AWB 172-0755 6636, it appears the reference to the serial number: S/N: 70-16436.

We have no further information concerning the other two shipments/helicopters (AWBs 172-0755 6463 and 172-0755 6710).

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 111/2**

**Airway bills of two helicopters transferred into the DRC on which the name of Charles Deschryver appears as the consignee**

**Documents de transfert par air vers la RDC de deux hélicoptères sur lesquels le nom de Charles Deschryver apparaît en qualité de destinataire**


UNCLASSIFIED                    EXHIBIT 60

S/2020/482



AIR WAYBILL document:

172 ATL     0755-6710

172-0755-6710

Not Negotiable
AIR WAYBILL
Issued by

CARGOLUX AIRLINES INTERNATIONAL
LUXEMBOURG

BIONIC AVIATIN LTD
KINSHASA
DRC
C/O CHARLES DESCHRYVER
KINSHASA 1748

EXPRESS AIR FREIGHT UNLTD., INC.
5651 OLD DIXIE HWY
SUITE 100
FOREST PARK GA 30297 U.S.A.
0119680/0066

# ATL30-04034071

TSA-EA9401007

9793-26-6912

ATLANTA GA

| | LUX | CV | | FIH | CV | | USD | X | X | NVD | NGV |

KINSHASA      CV9793/26   CV(24/03   XXX

NOT RESTRICTED AS PER SPECIAL PROVISOIN A-70

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination CONGO (KINSHASA)

| No. of Pieces RCP | Gross Weight | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 4 | 4485K | | 13500 | 9.00 | 121,500.00 | HELICOPTER AND PARTS AES ITN: X20161224204304 1 @ 258 X 96 X 95 IN 1 @ 262 X 40 X 55 IN 2 @ 275 X 36 X 18 IN |
| 4 | 4485 | | | | 121,500.00 | |

121,500.00

EXPRESS AIR FREIGHT UNLTD., INC AS AGENTS FOR SHIPPER

EXPRESS AIR FREIGHT UNLTD., INC. AS AGENTS FOR
CARGOLUX AIRLINES INTERNATIONAL S.A
12/18/2018                ATL

UNCLASSIFIED

EXHIBIT 60

S/2020/482

**Annex 111/3**

**Airway bills of an helicopter transferred to the DRC, on which the Presidential aviation services appear as the consignee**

**Documents de transfert par air vers la RDC d'un hélicoptère sur lesquels les services de l'aviation présidentielle apparaissent en qualité de destinataire**



UNCLASSIFIED

UNCLASSIFIED                                      EXHIBIT 60

S/2020/482

Annex 111/4

**Airway bills of four helicopters transferred to the DRC on which the name of Charles Deschryver appears as the consignee**

**Documents de transfert par air vers la RDC de quatre hélicoptères sur lesquels le nom de Charles Deschryver apparaît en qualité de destinataire**



UNCLASSIFIED

EXHIBIT 60

S/2020/482



UNCLASSIFIED                    EXHIBIT 60

S/2020/482



172-2990 5801

Not Negotiable

Air WestUBLUX AIRLINES

Issued by Luxembourg

Consignor's Name and Address
PRS-DRC S.P.R.L
KINSHASA D.R. OF THE CONGO
ATTN: Mr CHARLES DESCHRYVER

Issuing Carrier's Agent Name and City
EUROPEAN LOGISTICS PARTNERS SA
LUXEMBOURG AIRPORT

Airport of Departure (Addr. of First Carrier) LUXEMBOURG

| To | By First Carrier | | | To | By | To | By | Currency | | | | Declared Value for Carriage | Declared Value for Customs |
|----|------|--|--|----|----|----|----|----------|--|--|--|------|------|
| FIH | CARGOLUX | | | | | | | EUR | | | | NVD | NVC |

KINSHASA | CV7124/13 | 13/09/2018 | Amount of Insurance

AIRCRAFT COMPLETELY DRAINED OF ALL FUEL AND OILS AS PER ATTACHED CERTIFICATE

CARGO EX AMS

SO
T-1

| No. of Pieces RCP | Gross Weight | | Rate Class | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|-------|-------|--|------|------|------|------|------|
| 4 | 3250 | K | | 16000 | | AS AGREED | 1 X HELICOPTER DISMANTLED NOT RESTRICTED AS PER SPECIAL PROVISION A70 AND AS PER ATTACHED CERTIFICATE S/N 66-16514 |
| | | | 1/655x250x240 cms | AIRFRAME WRAPPED | | | |
| | | | 1/870x60x191cms | TAILBOOM CRATED | | | |
| | | | 2/700x80x45 cms | MAIN ROTORS BLADES CRATED | | | |
| 4 | 3250 | | | | | AS AGREED | |

AS AGREED

Other Charges
FSC: EUR 0,70/KG
SSC: EUR 0,13/KG
SCREENING: EUR 350,00

AS AGREED

AS AGREED

EUROPEAN LOGISTICS PARTNERS SA

05th SEPT 2018 V MILLET

UNCLASSIFIED

EXHIBIT 60

S/2020/482



172 LUX | 2990 3812                                    172-2990 3812

Not Negotiable
**Air Waybill**  LUX AIRLINES
Issued by  Luxembourg

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

| Consignor's Name and Address | Consignee's Account Number |
|---|---|
| PRS-DSC S.P.R.L. | |
| KINSHASA D.E. OF THE CONGO | |
| ATTN: Mr CHARLES DESCHRYVER | |

Issuing Carrier's Agent Name and City
EUROPEAN LOGISTICS PARTNERS SA
LUXEMBOURG AIRPORT
LUXEMBOURG

| By First Carrier | | To | By | To | By | Currency | | | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIH  CARGOLUX | | | | | | EUR | | | | NVD | NVC |
| KINSHASA | | CV7124 | | 06/09/2018 | | | | | | | |

**AIRCRAFT COMPLETELY DRAINED OF ALL FUEL AND OILS AS PER ATTACHED CERTIFICATE**

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 4 | 3250 | K | | 18000 | | AS AGREED | 1 X HELICOPTER DISMANTLED NOT RESTRICTED AS PER SPECIAL PROVISION A70 |
| | | | | | | | 1 80X80X14 cms BATTERIES IN CRATE - NOT RESTRICTED AS PER SPECIAL PROVISION A67 |
| | | | | | | | 1/955x250x240 cms AIRFRAME WRAPPED |
| | | | | | | | 1/870x80x191 cms TAILBOOM CRATED |
| | | | | | | | 1/700x40x45 cms MAIN ROTOR 8 BLADES CRATED |
| | | | | | | | AS PER ATTACHED CERTIFICATE |
| 4 | 3250 | K | | | | AS AGREED | REG - UHHH S/N:70-16298 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS AGREED | | | FSC: EUR 0.70/KG |
| | Valuation Charge | | SSC EUR 0.13/KG |
| | | | SCREENING EUR 350.00 |
| | Tax | | |

Total Other Charges Due Agent
Total Other Charges Due Carrier

AS AGREED

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations

EUROPEAN LOGISTICS PARTNERS SA

Signature of Shipper or his Agent

23 08 18

| Currency Conversion Rates | | | Executed on | Date | at | Place | Signature of Issuing Carrier or its Agent |
|---|---|---|---|---|---|---|---|
| For Carrier Use only at Destination | | | | | | | |

OASS BEUR

UNCLASSIFIED     EXHIBIT 60

S/2020/482

**Annex 111/5**

**Bell 204/205 UH-1 helicopters**

**Hélicoptères Bell 204/205 UH-1**

Before being painted in military colors, the helicopters were stored in a hangar at N'Djili airport, Kinshasa. Two "Caucasian" technicians were working on the rotor of one of the helicopters.

Avant leur mise en peinture militaire, le matériel a été mis dans un hangar à l'aérodrome de N'Djili, Kinshasa. On relève deux techniciens « caucasiens » travaillant sur le rotor d'un des hélicoptères.



Photograph obtained by the Group in January 2020
from a source with knowledge of the matter

Photographie obtenue par le Groupe en janvier 2020
d'une source familière avec le sujet

**Helicopter Bell 204/205 UH-1 painted with military colors and registered with military tail number**

**Helicoptère Bell 204/205 revêtu d'une livrée militaire et d'une immatriculation militaire**

Military tail numbers attributed to the helicopters Bell 204/205 UH-1: **9T-HB3 / 9T-HB4 / 9T-HB5 / 9T-HB6 / 9T-HB7**

Immatriculations militaires attribuées aux hélicoptères Bell 204/205 UH-1 : **9T-HB3 / 9T-HB4 / 9T-HB5 / 9T-HB6 / 9T-HB7**





| | |
|---|---|
| Photographs tagged 30 October 2018 | Photos étiquetées 30 octobre 2018 |
| Presentation of the CENI materiel held at N'Djili airport, Kinshasa | Présentation du matériel de la CENI effectué sur l'aérodrome de N'Djili, Kinshasa |
| A foreign crew member is visible | Un membre d'équipage d'origine étrangère est visible |
| (Open source) | (Source ouverte) |

The Group recalls that, in accordance with paragraph 2 of resolution 1807 (2008), as renewed by resolutions 2293 (2016) and 2478 (2019), the provision of assistance (...) relating to the conduct of military activities intended for the Government of the Democratic Republic of the Congo must be notified to the Committee.

Le Groupe rappelle qu'en vertu du paragraphe 2 de la résolution 1807 (2008) reconduit par les résolutions 2293 (2016) et 2478 (2019), la fourniture d'une assistance (...) ayant rapport avec la conduite d'activités militaires destinées au Gouvernement de la République démocratique du Congo doit faire l'objet d'une notification au Comité.



Bell UH-1 helicopter supporting FARDC during operations by transporting military personnel
Photograph tagged early 2020 (in Beni area) (Open source)

Hélicoptère Bell UH-1 appuyant les FARDC durant la conduite d'opérations en transportant du personnel militaire
Photographie étiquetée début 2020 (dans la région de Beni) (Source ouverte)

**Photograph dated 19 February 2020 showing an unidentified foreign mechanic working on the rotor of one of the Bell 204/205 UH-1, here painted with military colors**

**Photographie datée du 19 février 2020 présentant un technicien étranger non identifié travaillant sur le rotor d'un des Bell 204/205 UH-1, ici peint en couleur militaire**

19 février ·

Photograph tagged in February 2020
N'Djili airport, Kinshasa
(Open source)

Photographie étiquetée en février 2020
Aérodrome de N'Djili, Kinshasa
(Source ouverte)

The Group recalls that, in accordance with paragraph 2 of resolution 1807 (2008), as renewed by resolutions 2293 (2016) and 2478 (2019) the provision of assistance (…) relating to the conduct of military activities intended for the Government of the Democratic Republic of the Congo must be notified to the Committee.

Le Groupe rappelle qu'en vertu du paragraphe 2 de la résolution 1807 (2008) reconduit par les résolutions 2293 (2016) et 2478 (2019), la fourniture d'une assistance (…) ayant rapport avec la conduite d'activités militaires destinées au Gouvernement de la République démocratique du Congo doit faire l'objet d'une notification au Comité.

EXHIBIT 60

**S/2020/482**

**Annex 111/6**

**Bell 206 helicopters**

**Hélicoptères Bell 206**

Military tail numbers attributed to the helicopters Bell 206: 9T-HB1 / 9T-HB2

Immatriculations militaires attribuées aux hélicoptères Bell 206 : 9T-HB1 / 9T-HB2



Presentation of the CENI materiel held at N'Djili airport, Kinshasa, on 30 October 2019 (Open source)
Présentation du matériel de la CENI sur l'aérodrome de N'Djili, Kinshasa, le 30 octobre 2019 (Source ouverte)

 

Photograph taken on 30 October 2018 at N'Djili airport, Kinshasa, open source

Photos prises le 30 octobre 2018 à l'aérodrome de N'Djili, Kinshasa, source ouverte

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

**Annex 111/7**

**CENI press release dated 29 October 2018 related to the transfer by the Government to the CENI of materiel, including seven helicopters**

**Déclaration à la presse de la CENI datée du 29 octobre 2018 relative au transfert par le Gouvernement à la CENI de matériel, dont sept hélicoptères**

https://www.ceni.cd//articles/elections-du-23-decembre-2018-la-ceni-dotee-de-materiel-volant-et-roulant-par-le-gouvernement-de-la-republique-democratique-du-congo



CENIRDC / ACTUALITÉS

## Elections du 23 décembre 2018 : la CENI dotée de matériel volant et roulant par le Gouvernement de la République Démocratique du Congo



👍 Like 3   🐦 Tweet   ⓕ Share

150 camions de type Kamaz réceptionnés à Kinshasa, 135 camions à recevoir dans les villes de la partie Est du pays, 171 Pick-Up, 1.800 motos, 1 avion Ilyusin-76, 1 DC-8, 3 Boeings-727, 1 Boeing-737, 2, Antonov 72 adaptés à des pistes d'accès difficile, 1 Boeing-737 passagers, 5 hélicoptères d'une capacité d'une tonne et demie et 2 hélicoptères de supervision constituent le lot des moyens logistiques mis à la disposition de la CENI par le Gouvernement de la RDC pour des élections du 23 décembre 2018.

UNCLASSIFIED

S/2020/482

**CENI press release dated 11 December 2018 related to the transfer by FARDC of Bell helicopters to the CENI**

**Déclaration à la presse de la CENI datée du 11 décembre 2018 relative au transfert par les FARDC de deux hélicoptères Bell à la CENI**

https://www.ceni.cd/articles/avec-le-renfort-des-helicopteres-la-ceni-sera-techniquement-prete-pour-le-23-decembre-2018



## Avec le renfort des hélicoptères, la CENI sera techniquement prête pour le 23 décembre 2018



Publié le 11/12/2018 : 3:05:00



Cette assurance du Vice-président de la CENI, Norbert BASENGEZI KATINTIMA est liée à l'arrivée de deux hélicoptères type BELL-UH-1H. Ces appareils des forces aériennes de la RD Congo sont arrivés l'un à Goma et l'autre à Bukavu ce 11 décembre 2018 afin de faciliter le déploiement des matériels électoraux dans les sites inaccessibles des provinces du Nord et du Sud Kivu.

Pour le Vice-président de la CENI, tous les sites de vote seront équipés dans les délais de la logistique nécessaire pour la tenue effective des élections.

La capacité de transport de ces hélicoptères est d'une tonne et demie. L'hélicoptère qui a atterri dans le Sud Kivu à l'aéroport de Kavumu servira au déploiement dans les territoires de Shabunda, Mwenga et Kalehe.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112**

**Sukhoi 25 (SU-25) (FARDC) observed in Kisangani in November 2019**

**Sukhoi 25 (SU-25) (FARDC) observés à Kisangani en novembre 2019**





Photographs obtained by the Group in
November 2019 from a source with
knowledge of the matter
Bangoka airfield, Kisangani

Photographies obtenues par le Groupe en
novembre 2019 d'une source familière avec
le sujet
Aérodrome de Bangoka, Kisangani

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Sukhoi 25 (SU-25) "FG-505" (FARDC) deployed from Kisangani to Kalemie, Tanganyika province, late March 2020**

**Sukhoi 25 (SU-25) « FG-505 » (FARDC) déployé depuis Kisangani à Kalemie, province du Tanganyika, fin mars 2020**



Photograph obtained by the Group in April 2020 from a source with knowledge of the matter, Kalemie airfield, Tanganyika province

Photographie obtenue par le Groupe en avril 2020 d'une source familière avec le sujet. Aérodrome de Kalemie, province du Tanganyika

S/2020/482

## Annex 112/1

**Individuals tagged in the DRC / Individus étiquetés en RDC**

Based on photographs published on social medial analysed by the Group (Facebook and OK.RU)

Basé sur des photographies mises en ligne sur des médias sociaux analysées par le Groupe (Facebook et OK.RU)

UNCLASSIFIED                    EXHIBIT 60

**S/2020/482**

The Group identified at least 83 individuals, including 25 by name from their Facebook and/or OK.RU profiles, who provided support to FARDC since 2011 on SU-25 ground attack aircraft, Mi-24 helicopters (combat) or Mi-8 helicopters (transport). The information on these profiles indicated that 22 identified individuals were of Georgian origin, two of Belarusian origin and one of Ukrainian origin.

The Group noted that the name of the latter was similar to that of one of the Ukrainian technicians working on Mi-24 who was reported on previously by the Group of Experts on Côte d'Ivoire (see S/2006/964, para. 25).

Le Groupe a identifié au moins 83 individus, y compris 25 par le nom indiqué sur leur profil Facebook et/ou OK.RU et qui ont fourni un appui aux FARDC depuis 2011 sur des avions d'appui au sol, sur des hélicoptères Mi-24 (combat) ou Mi-8 (transport). Les informations figurant sur le profil des individus identifiés indiquent que 22 sont d'origine géorgienne, deux d'origine biélorusse et un d'origine ukrainienne.

Le Groupe note que le nom de ce dernier présente des similarités avec celui d'un des techniciens ukrainiens opérant sur des hélicoptères Mi-24, jadis documenté par le Groupe d'experts sur la Côte d'Ivoire (see S/2006/964, para. 25).

S/2020/482

## Annex 112/2

**Individual identified on an RU.OK profile under the name of Ioseb "Soso" Osorauli**
(reportedly killed in late January 2017 in North Kivu)

**Individu identifié sur un profil RU.OK au nom de Ioseb "Soso" Osorauli**
(rapporté avoir été tué fin janvier 2017 au North Kivu)

Photographs tagged in the DRC in 2017, 2016, 2015
Photographies étiquetées en RDC en 2017, 2016, 2015





Ioseb "Soso" Osorauli FARDC service card
issued on 10 October 2015 in Goma
Document provided to the Group by the
Georgian authorities

Carte de service FARDC de Ioseb « Soso »
Osorauli établie le 10 octobre 2015 à Goma
Document transmis au Groupe par les
autorités géorgiennes



Photograph on the left taken in the DRC in front of an Mí-8 (FARDC), date unknown
Photographie de gauche prise en RDC devant un Mi-8 (FARDC), date inconnue
(Open source)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

Photograph on the right taken late January 2017 after the crash of an Mi-24 "9T-HM12" (FARDC)
Photographie de droite prise fin Janvier 2017 après que le Mi-24 « 9T-HM12 » (FARDC) se soit écrasé
(Source ouverte)



Ioseb Osorauli, Slavik Pluzhnikov, Elguja
Demetrashvili and an unidentified individual (Ref
19) in front of an Mi-24 (FARDC)
Photograph tagged in July 2015 (in DRC) (Open
source)

Ioseb Osorauli, Slavik Pluzhnikov, Elguja
Demetrashvili et un individu non identifié (Ref 19)
devant un Mi-24 (FARDC)
Photographie étiquetée en juillet 2015 (en RDC)
(Source ouverte)



Ioseb Osorauli
Photograph tagged in January 2017
(DRC) (Open source)

Ioseb Osorauli
Photographie étiquetée en janvier 2017
(en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Ioseb Osorauli
Photograph tagged in May 2015 (in the DRC)

Ioseb Osorauli
Photographie étiquetée en mai 2015 (en RDC)
(Open source – Source ouverte)

Ioseb Osorauli, Vitaly Zakarov and an unidentified individual (Ref 49)
Photograph tagged in May 2015 (in the DRC)

Ioseb Osorauli, Vitaly Zakarov et un individu non identifié (Ref 49)
Photographie étiquetée en mai 2015 (en DRC)
(Open source - Source ouverte)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 112/3**

**Individual identified on a Facebook profile under the name of Giorgi Nozadze**

**Individu identifié sur un profil Facebook au nom de Giorgi Nozadze**

Photographs tagged in the DRC in 2020, 2019, 2018, 2017, 2016, 2015
Photographies étiquetées en RDC en 2020, 2019, 2018, 2017, 2016, 2015



Giorgi Nozadze working on a SU-25 (FARDC)
Photograph tagged in January 2020 (in Kisangani)
(Open source)

Giorgi Nozadze travaillant sur un SU-25 (FARDC)
Photographie étiquetée en janvier 2010 (à Kisangani)
(Source ouverte)

UNCLASSIFIED   EXHIBIT 60

S/2020/482



Giorgi Nozadze, an unidentified individual (Ref 01) and an FARDC member in front of a SU-25 (FARDC) Photograph tagged in December 2019 (in Kisangani) (Open source)

Giorgi Nozadze, un individu non identifié (Ref 01) et un membre des FARDC devant un SU-25 (FARDC) Photographie étiquetée en décembre 2019 (à Kisangani) (Source ouverte)









Giorgi Nozadze with a Georgian Air Force uniform and an unidentified individual (Ref 58) Photograph tagged in January 2020 (in Kisangani) (Open source)

Giorgi Nozadze avec un uniforme de la Force aérienne de la Géorgie et un individu non identifié (Ref 58) Photographie étiquetée en janvier 2020 (à Kisangani) (Source ouverte)

   UNCLASSIFIED



Giorgi Nozadze in front of Georgian and Congolese flags
Photograph tagged in September 2019 (in DRC) (Open source)

Giorgi Nozadze devant les drapeaux géorgiens et congolais
Photographie étiquetée en septembre 2019 (en RDC) (Source ouverte)



Giorgi Nozadze in front of three SU-25s (FARDC)
Photograph tagged in September 2019 (at N'Djili airport, Kinshasa) (Open source)

Giorgi Nozadze devant trois SU-25 (FARDC)
Photographie étiquetée en septembre 2019 (aérodrome de N'Djili, Kinshasa) (Source ouverte)



Giorgi Nozadze and an unidentified individual (Ref 02) in front of an SU-25 "FG-505" (FARDC)
Photograph tagged in September 2019 (at N'Djili airport, Kinshasa) (Open source)

Giorgi Nozadze et un individu non identifié (Ref 02) devant le SU-25 « FG-505 » (FARDC)
Photographie étiquetée en septembre 2019 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482




Giorgi Nozadze and Zaza Xachizde working on a SU-25 (FARDC) Photograph tagged in September 2019 (at N'Djili airport, Kinshasa) (Open source)

Giorgi Nozadze et Zaza Xachizde travaillant sur le SU-25 (FARDC) Photographie étiquetée en septembre 2019 (aérodrome de N'Djili, Kinshasa) (Source ouverte)



Girogi Nodadze in front of an SU-25 Photograph tagged in November 2018 (N'Djili airport, Kinshasa) (Open source)

Girogi Nodadze devant un SU-25 Photographie étiquetée en novembre 2018 (aérodrome de N'Djili, Kinshasa) (Source ouverte)



Giorgi Nozadze, Domenti Girgvliani, Vladimer Avlokhashvili, Murman Endeladze, Elguja Demetrashvili, Malxaz Tabatadze, Zaza Xachidze and four unidentified individuals (Ref 04, 17, 21, 22) Photograph tagged in January 2017 (in the DRC) (Open source)

Giorgi Nozadze, Domenti Girgvliani, Vladimer Avlokhashvili, Murman Endeladze, Elguja Demetrashvili, Malxaz Tabatadze, Zaza Xachidze et quatre individus non identifiés (Ref 04, 17, 21, 22). Photographie étiquetée en janvier 2017 (en RDC) (Source ouverte)

UNCLASSIFIED        EXHIBIT 60

**S/2020/482**




| | | | |
|---|---|---|---|
| Giorgi Nozadze in front of an SU-25 (FARDC) Photograph tagged in October 2015 (in the DRC) | Giorgi Nozadze devant un SU-25 (FARDC) Photographie étiquetée en octobre 2015 (in RDC) | Giorgi Nozadze in front of an SU-25 (FARDC) Photograph tagged in August 2015 (at N'Djili airport, Kinshasa) | Giorgi Nozadze devant un SU-25 (FARDC) Photographie étiquetée en août 2015 (aérodrome de N'Djili, Kinshasa) |

(Open source – Source ouverte)

S/2020/482

**Annex 112/4**

**Individual identified on a Facebook profile under the name of Murman Endeladze**

**Individu identifié sur un profil Facebook au nom de Murman Endeladze**

Photographs tagged in the DRC in 2020, 2019, 2017, 2016, 2015, 2014
Photographies étiquetées en RDC en 2020, 2019, 2017, 2016, 2015, 2014



Murman Endeladze at Beni airport,
North Kivu
Photograph tagged in March 2020
(Open source)

Murman Endeladze sur l'aérodrome
de Beni, Nord Kivu
Photographie étiquetée en mars 2020
(Source ouverte)



Murman Endeladze and an unidentified
individual (Ref 03) front of the Mi-24
"9T-HM16" (FARDC)
Photograph tagged in December 2019 (in
DRC)
(Open source)

Murman Endeladze et un individu non
identifié (Ref 03) devant le Mi-24 « 9T-
HM16 » (FARDC)
Photographie étiquetée en décembre 2019 (en
RDC)
(Source ouverte)

UNCLASSIFIED  EXHIBIT 60

S/2020/482



Murman Endeladze and two unidentified individuals (Ref 04, 05) in front of an Mi-8 "9T-HM5" (FARDC) Photograph tagged in February 2019 (in Kinshasa) (Open source)

Murman Endeladze et deux individus non identifiés (Ref 04, 05) devant le Mi-8 « 9T-HM5 » (FARDC) Photographie étiquetée en février 2019 (à Kinshasa) (Source ouverte)



Murman Endeladze sitting in a minibus with Georgian and DRC flags Photograph tagged in March 2016 (in the DRC) (Open source)

Murman Endeladze assis dans un minibus arborant des drapeaux géorgiens et congolais. Photographie étiquetée en mars 2016 (en RDC) (Source ouverte)



Murman Endeladze on an Mi-24 (FARDC) Photograph tagged in December 2015 (in the DRC) (Open source)

Murman Endeladze assis sur un Mi-24 (FARDC) Photographie étiquetée en décembre 2015 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Murman Endeladze, Ioseb Osorauli and Elguja Demetrashvili in front of an Mi-8 "9T-HM5" (FARDC)
Photograph tagged in December 2015 (in Goma) (Open source)

Murman Endeladze, Ioseb Osorauli et Elguja Demetrashvili devant le Mi-8 « 9T-HM5 » (FARDC)
Photographie étiquetée en décembre 2015 (à Goma) (Source ouverte)



Murman Endeladze with an unidentified individual (Ref 06) in an Mi-8 "9T-HM5" (FARDC)
Photograph tagged in August 2015 (in the DRC) (Open source)

Murman Endeladze et un individu non identifié (Ref 06) dans le Mi-8 « 9T-HM5 » (FARDC)
Photographie étiquetée en août 2015 (en RDC) (Source ouverte)



Murman Endeladze and Elguja Demetrashvili in front of an Mi-8 "9T-HM5" (FARDC)
Photograph tagged in March 2015 (in the DRC)
(Open source)

Murman Endeladze et Elguja Demetrashvili devant le Mi-8 « 9T-HM5 » (FARDC)
Photographie étiquetée en mars 2015 (en RDC) (Source ouverte)

Photograph presented in a Georgian newspaper as "Congolese military pilots and their Georgian instructors"

Photo présentée dans la presse géorgienne avec la mention "Pilotes militaires congolais et leurs instructeurs géorgiens"

კონგოელი სამხედრო მფრინავები და მათი ქართველი ინსტრუქტორები
Reference: https://www.amerikiskhma.com/a/georgian-military-pilot-captured-by-congolese-rebels/3743462.html

UNCLASSIFIED                         EXHIBIT 60

S/2020/482



Murman Endeladze, Ioseb Osorauli and two
unidentified individuals (Ref 07, 08)
Photograph tagged in October 2015 (in the DRC)
(Open source)

Murman Endeladze, Ioseb Osorauli et deux individus
non identifiés (Ref 07, 08)
Photographie étiquetée en octobre 2015 (en RDC)
(Source ouverte)



Murman Endeladze, Elguja Demetrashvili
and FARDC members in front of an Mi-24
(FARDC)
Photograph tagged in January 2014 (at N'Djili
airport, Kinshasa) (Open source)

Murman Endeladze, Elguja Demetrashvili et des
membres des FARDC devant un Mi-24 (FARDC)
Photographie étiquetée en janvier 2014 (aérodrome
de N'Djili, Kinshasa) (Source ouverte)





Murman Endeladze and an FARDC pilot in a Mi-8
(FARDC)
Photograph tagged in January 2014 (in the DRC)
(Open source)

Murman Endeladze et un pilote FARDC dans un Mi-
8 (FARDC)
Photographie étiquetée en janvier 2014 (en RDC)
(Source ouverte)

Murman Endeladze in Mi-8 "9T-HM5" (FARDC)
Photograph tagged in March 2014 (in the DRC)
(Open source)

Murman Endeladze dans le Mi-8 « 9T-HM5 »
(FARDC)
Photographie étiquetée en mars 2014 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Murman Endeladze, Elguja Demetrashvili,
Trifo Tsikarishvili, Vaja Avaqishvili and two
unidentified individuals (Ref 09, 58)
Photograph tagged in March 2014 (in the
DRC)
(Open source)

Murman Endeladze, Elguja Demetrashvili,
Trifo Tsikarishvili, Vaja Avaqishvili et deux
individus non identifiés (Ref 09, 58)
Photographie étiquetée en mars 2014 (en RDC)
(Source ouverte)

EXHIBIT 60

S/2020/482

### Annex 112/5

**Individual identified on a Facebook profile under the name of Gocha Shingazdilovi**

**Individu identifié sur un profil Facebook au nom de Gocha Shingazdilovi**

Photographs tagged in the DRC in 2020, 2019, 2017, 2016, 2014, 2013

Photographies étiquetées en RDC en 2020, 2019, 2017, 2016, 2014, 2013





| | |
|---|---|
| Gocha Shingazdilovi and five unidentified individuals (Ref 11-15) in front of an AN-26 "9T-TAE" (FARDC) Photograph tagged in March 2020 (in Kisangani) (Open source) | Gocha Shingazdilovi et cinq individus non identifiés (Ref 11-15) devant l'AN-26 « 9T-TAE » (FARDC) Photographie étiquetée en mars 2020 (à Kisangani) (Source ouverte) |
| Gocha Shingazdilovi commented that he was leaving Kisangani to Kalemie | Gocha Shingazdilovi commentait qu'il quittait Kisangani pour Kalemie |

UNCLASSIFIED    EXHIBIT 60

S/2020/482





Gocha Shingazdilovi, Giorgi Nozadze, Vaja Kapanadze, an unidentified individual (Ref 16) and a Congolese individual (armed)
Photograph tagged in December 2019 (in Kisangani) (Open source)

Gocha Shingazdilovi, Giorgi Nozadze, Vaja Kapanadze, un individu non identifié (Ref 16) et un congolais (armé)
Photographie étiquetée en décembre 2019 (à Kisangani) (Source ouverte)

Indication of the presence of Gocha Shingazdilovi at Bangoka airport, Kisangani, on 6 January 2020 (Open source)

Indication de la présence de Gocha Shinazdilovi à l'aérodrome de Bangoka, Kisangani, le 6 janvier 2020 (Source ouverte)



Gocha Shingazdilovi, Elguja Demetrashvili and Trifo Tsikarishvili
Photograph tagged in April 2017 (in the DRC) (Open source)

Gocha Shingazdilovi, Elguja Demetrashvili et Trifo Tsikarishvili
Photographie étiquetée en avril 2017 (en RDC) (Source ouverte)

UNCLASSIFIED          EXHIBIT 60

**S/2020/482**





**Gocha Shingazdilovi**
30 janvier 2016

Gocha Shingazdilovi in front of an AN-26 (FARDC) and an AN-72 "EK-72903" Photograph tagged in January 2016 (at N'Djili airport, Kinshasa) (Open source)

Gocha Shingazdilovi devant un AN-72 (FARDC) et l'AN-72 « EK-72903 » Photographie étiquetée en janvier 2016 (à l'aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                                EXHIBIT 60

S/2020/482

**Annex 112/6**

**Individual identified on a Facebook profile under the name of Slavik Pluzhnikov or Vyacheslav Pluzhnikov**

**Individu identifié sur un profil Facebook au nom de Slavik Pluzhnikov ou Vyacheslav Pluzhnikov**

Photographs tagged in the DRC in 2020, 2019, 2018, 2017, 2016, 2015
Photos étiquetées en RDC en 2020, 2019, 2018, 2017, 2016, 2015

Designated as the co-pilot of Ioseb "Soso" Osorauli on 27 January 2017 when their helicopter crashed
Désigné pour avoir été le co-pilote de Ioseb "Soso" Osorauli le 27 janvier 2017 lors du crash de leur hélicoptère





Slavik Pluzhnikov and Murman
Endeladze
Photograph tagged in February 2020
(in the DRC) (Open source)

Slavik Pluzhnikov and Murman
Endeladze
Photographie étiquetée en février 2020
(en RDC) (Source ouverte)



Slavik Pluzhnikov in front of a Mi-24
"9T-HM16" (FARDC)
Photograph tagged in November 2019 (at N'Djili airport,
Kinshasa) (Open source)
Slavik Pluzhnikov devant le Mi-24
"9T-HM16" (FARDC)
Photographie étiquetée en novembre 2019 (
aérodrome de N'Djili, Kinshasa (Source ouverte)

Slavik Pluzhnikov and an unidentified individual
(Ref 05)
Photograph tagged in June 2018 (in the DRC) (Open
source)
Slavik Pluzhnikov et un individu non identifié (Ref
05)
Photographie étiquetée en juin 2018 (en RDC)
(Source ouverte)

Case 1:22-cv-01204-JEB   Document 40-2   Filed 01/17/25   Page 350 of 463



Slavik Pluzhnikov, Murman Endeladze, Trifo Tsikarshvili and one unidentified individual (Ref 19)
Photograph tagged in May 2018 (at N'Djili airport, Kinshasa) (Open source)

Slavik Pluzhnikov, Murman Endeladze, Trifo Tsikarshvili et un individu non identifié (Ref 19)
Photographie étiquetée en mai 2018 (aérodrome de N'Djili, Kinshasa) (Source ouverte)



Slavik Pluzhnikov in front of an Mi-24 (FARDC)
Photograph tagged in February 2016 (in the DRC) (Open source)

Slavik Pluzhnikov devant un Mi-24 (FARDC)
Photographie étiquetée en février 2016 (en RDC) (Source ouverte)



Slavik Pluzhnikov with an FARDC officer
Photograph tagged in December 2017 (in the DRC) (Open source)

Slavik Pluzhnikov et un officier FARDC
Photographie étiquetée en décembre 2017 (en RDC) (Source ouverte)



Slavik Pluzhnikov
Photograph tagged in November 2015 (in Goma) (Open source)

Slavik Pluzhnikov
Photographie étiquetée en novembre 2015 (à Goma) (Source ouverte)



Slavik Pluzhnikov in an Mi-8
Photograph tagged in December 2015 (in Goma) (Open source)

Slavik Pluzhnikov dans un Mi-8
Photographie étiquetée en décembre 2015 (à Goma) (Source ouverte)

S/2020/482

**Annex 112/7**

**Individual identified on a Facebook profile under the name of Elguja Demetrashvili**

**Individu identifié sur un profil Facebook au nom de Elguja Demetrashvili**

Photographs tagged in the DRC in 2020, 2018, 2017, 2016, 2015, 2014, 2013, 2012
Photos étiquetées en RDC en 2020, 2018, 2017, 2016, 2015, 2014, 2013, 2012







Elguja Demetrashvili and Murman Endeladze
Photograph tagged in August 2018 (at N'Djili airport, Kinshasa) (Open source)

Elguja Demetrashvili et Murman Endeladze
Photo étiquetée en août 2018 (à l'aérodrome de N'Djili, Kinshasa) (Source ouverte)

Elguja Demetrashvili and a civilian pilot of a private company in front of a Mi-8 (FARDC)
Photograph tagged in February 2018 (in the DRC) (Open source)

Elguja Demetrashvili et un pilote civil d'une compagnie aérienne devant un Mi-8 (FARDC)
Photo étiquetée en février 2018 (en RDC) (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482



Elguja Demetrashvili, Murman Endeladze and five
FARDC members
Photograph tagged in January 2016 (in rhe DRC)
(Open source)

Elguja Demetrashvili, Murman Endeladze et cinq
membres des FARDC
Photo étiquetée en janvier 2016 (en RDC)
(Source ouverte)



Elguja Demetrashvili and Murman Endeladze with
two FARDC members
Photograph tagged in August 2015 (in the DRC)
(Open source)

Elguja Demetrashvili, Murman Endeladze et deux
membres des FARDC
Photo étiquetée en août 2015 (en RDC)
(Open source)



Elguja Demetrashvili, Slavik Pluzhnikov and two
unidentified individuals (Ref 18, 19) infront of a
Mi-24 "9T-HM12" (FARDC)
Photograph tagged in July 2015 (in DRC) (Open
source)

Elguja Demetrashvili, Slavik Pluzhnikov et deux
individus non identifiés (Ref 18, 19) devant le Mi-24
« 9T-HM12 » (FARDC)
Photo étiquetée en juillet 2015 (en RDC) (Source
ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482





Elguja Demetrashvili (with an assault rifle AKSU) and two FARDC pilots
Photograph tagged in May 2015 (in Beni) (Open source)

Elguja Demetrashvili (muni d'un fusil d'assaut AKSU) et deux pilotes FARDC
Photo étiquetée en mai 2015 (à Beni) (Open source)

Elguja Demetrashvili piloting an Mi-8 (FARDC)
Photograph tagged in January 2015 (in the DRC) (Open source)

Elguja Demetrashvili aux commandes d'un Mi-8 (FARDC)
Photo étiquetée en Janvier 2015 (en RDC) (Source ouverte)



Elguja Demetrashvili, Murman Endeladze and FARDC members
Photograph tagged in November 2014 (Open source)

Elguja Demetrashvili, Murman Endeladze et des membres des FARDC
Photo étiquetée en novembre 2014 (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



| | |
|---|---|
| Elguja Demetrashvili, Gocha Shingazdilovi, an unidentified individual (Ref 35) and an FARDC soldier Photograph tagged in April 2013 (in Bukavu) (Open source) | Elguja Demetrashvili, Gocha Shingazdilovi, un individu non identifié (Ref 35) et un soldat FARDC. Photo étiquetée en avril 2013 (à Bukavu) (Source ouverte) |



| | |
|---|---|
| Elguja Demetrashvili in an Mi-24 (FARDC) Photograph tagged in July 2013 (in the DRC) (Open source) | Elguja Demetrashvili aux commandes d'un Mi-24 (FARDC) Photo étiquetée en juillet 2013 (en RDC) (Source ouverte) |

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/8**

**Individual identified on a Facebook profile under the name of Domenti Girgvliani**

**Individu identifié sur un profil Facebook au nom de Domenti Girgvliani**

Photographs tagged in the DRC in 2020, 2017, 2016
Photos étiquetées en RDC en 2020, 2017, 2016



Domenti Girgvliani and five Congolese individuals in front of an Mi-24 (FARDC)
Photograph tagged in January 2017 (in the DRC)
(Open source)

Domenti Girgvliani et cinq congolais devant un Mi-24 (FARDC)
Photo étiquetée en Janvier 2017 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482





Domenti Girgvliani and an FARDC pilot in an Mi-8 (FARDC)
Photograph tagged in November 2016 (in the DRC) (Open source)

Domenti Girgvliani et un pilote FARDC dans un Mi-8. Photo étiquetée en novembre 2016 (en RDC) (Source ouverte)

Domenti Girgvliani and an unidentified individual (Ref 26) in an Mi-8 (FARDC)
Photograph tagged in November 2016 (in the DRC) (Open source)

Domenti Girgvliani et un individu non identifié (Ref 26) dans un Mi-8 (FARDC)
Photo étiquetée en novembre 2016 (en RDC) (Open source)




Domenti Girgvliani, two unidentified individuals (Ref 05, 23) and FARDC officers
Photograph tagged in January 2017 (at N'Djili airport, Kinshasa) (Open source)

Domenti Girgvliani, deux individus non identifiés (Ref 05, 23) et des officiers FARDC
Photo étiquetée en janvier 2017 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



The same two unknown individuals (Ref 05, 23) on
the previous photograph working on the Mi-24 "9T-
HM14" (FARDC)
Photograph tagged in January 2017 (at N'Djili
airport, Kinshasa) (Open source)

Les deux mêmes individus non identifiés (Ref 05, 23)
visible sur  la photo précédente travaillant sur le Mi-
24 « 9T-HM14 » (FARDC)
Photographie étiquetée en janvier 2017 (aérodrome
de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED       EXHIBIT 60

**S/2020/482**

**Annex 112/9**

**Individual identified on a Facebook profile under the name of Sergo Lasareishvili**

**Individu identifié sur un profil Facebook au nom de Sergo Lasareishvili**

Photographs tagged in the DRC in 2019, 2018
Photos étiquetées en RDC en 2019, 2018







Sergo Lasareishvili in front of an SU-25 (FARDC)
Photograph tagged in May 2018 (at N'Djili airport, Kinshasa) (Open source)

Sergo Lasareishvili devant un SU-25 (FARDC)
Photo étiquetée en mai 2017 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                          EXHIBIT 60

S/2020/482

**Annex 112/10**

**Individual identified on a Facebook profile under the name of Khvicha Nabelishvili**

**Individu identifié sur un profil Facebook au nom de Khvicha Nabelishvili**

Photographs tagged in the DRC in 2020, 2018, 2017, 2016
Photographies étiquetées en RDC en 2020, 2018, 2017, 2016



Khvicha Nabelishvili, Murman Endeladze, Slavik
Pluzhnikov and Vitaly Zakarov
Photograph tagged in February 2018 (in the DRC)
(Open source)

Khvicha Nabelishvili, Murman Endeladze, Slavik
Pluzhnikov et Vitaly Zakarov
Photographie étiquetée en février 2018 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Khvicha Nabelishvili, an unidentified individual (Ref 25) and three FARDC soldiers
Photograph tagged in August 2017 (in the DRC) (Open source)

Khvicha Nabelishvili, un individu non identifié (Ref 25) et trois soldats FARDC
Photographie étiquetée en août 2017 (en RDC) (Source ouverte)



Khvicha Nabelishvili, Ioseb Osorauli, Slavik Pluzhnikov and an unknown individual (Ref 03).
Photograph tagged in December 2016 (in Beni) (Open source)

Khvicha Nabelishvili, Ioseb Osorauli, Slavik Pluzhnikov et un individu non identifié (Ref 03).
Photographie étiquetée en décembre 2016 (à Beni) (Source ouverte)



Khvicha Nabelishvili (with an assault rifle AKSU) and Nikolay Smolenov
Photograph tagged in February 2017 (in the DRC) (Open source)

Khvicha Nabelishvili (ici avec un fusil d'assaut AKSU) et Nikolay Smolenov
Photographie étiquetée en février 2017 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/11**

**Individual identified on a Facebook profile under the name Vaja/Vazha Avaqishvili**

**Individu identifié sur un profil Facebook au nom de Vaja/Vazha Avaqishvili**

Photographs tagged in the DRC in 2019, 2018, 2016, 2015, 2014, 2013
Photographies étiquetées en RDC en 2019, 2018, 2016, 2015, 2014, 2013

 

 

Vaja Avaqishvili, Zaza Xachidze, Gela Aladashvili, four unidentified individuals (Ref 26, 27, 28, 29) and an FARDC non-commissioned officer
Photograph tagged in June 2013 (in the DRC) (Open source)

Vaja Avaqishvili, Zaza Xachidze, Gela Aladashvili, quatre individus non identifiés (Ref 26, 27, 28, 29) et un sous-officier FARDC
Photographie étiquetée en juin 2013 (en RDC) (Source ouverte)

Vaja Avaqishvili, Malxaz Tabatadze, Zaza Xachidze, Gela Aladashvili, Trifo Tsikarshvili and seven unidentified individuals (Ref 26, 27, 28, 29, 30, 32, 33)
Photograph tagged in June 2013 (in the DRC) (Open source)

Vaja Avaqishvili, Malxaz Tabatadze, Zaza Xachidze, Gela Aladashvili, Trifo Tsikarshvili et sept individus non identifiés (Ref 26, 27, 28, 29, 30, 32, 33)
Photographie étiquetée en juin 2013 (en RDC) (Source ouverte)

UNCLASSIFIED                                          EXHIBIT 60

S/2020/482

**Annex 112/12**

**Individual identified on a Facebook profile under the name of Vaja Kapanadze**

**Individu identifié sur un profil Facebook au nom de Vaja Kapanadze**

Photographs tagged in the DRC in 2019, 2017, 2016
Photographies étiquetées en RDC en 2019, 2017, 2016





Vaja Kapanadze with an Mi-8 in the background
Photograph tagged in June 2017 (in the DRC)
(Open source)

Vaja Kapanadze avec un Mi-8 en arrière-plan
Photographie étiquetée en juin 2017 (en RDC)
(Source ouverte)

Vaja Kapanadze, Vladimer Avlokhashvili, Murman
Endeladze, Elguja Demetrashvili, Vaja Avaqishvili,
Malxaz Tabatadze and an unidentified individual (Ref 04)
Photograph tagged in August 2016 (in the DRC) (Open
source)

Vaja Kapanadze, Vladimer Avlokhashvili, Murman
Endeladze, Elguja Demetrashvili, Vaja Avaqishvili,
Malxaz Tabatadze et un individu non identifié (Ref 04)
Photo étiquetée en août 2016 (en RDC) (Source ouverte)

Vaja Kapanadze and Giorgi Nozadze
Photograph tagged in December 2019 (in the
DRC) (Open source)
Vaja Kapanadze et Giorgi Nozadze
Photographie étiquetée en décembre 2019 (en
RDC) (Source ouverte)

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 112/13**

**Individual identified on a Facebook profile under the name of Vladimer Avlokhashvili**

**Individu identifié sur un profil Facebook au nom de Vladimer Avlokhashvili**

Photographs tagged in the DRC in 2019, 2018, 2017, 2016, 2015
Photographies étiquetées en RDC en 2019, 2018, 2017, 2016, 2015





| | |
|---|---|
| Vladimer Avlokhashvili et Vitaly Zakarov Photograph tagged in July 2019 (in the DRC) (Open source) | Vladimer Avlokhashvili et Vitaly Zakarov Photographie étiquetée en juillet 2019 (en RDC) (Source ouverte) |

| | |
|---|---|
| Vladimer Avlokhashvili and Murman Endeladze Photograph tagged in April 2017 (in the DRC) (Open source) | Vladimer Avlokhashvili et Murman Endeladze Photographie étiquetée en avril 2017 (en RDC) (Source ouverte) |

UNCLASSIFIED                          EXHIBIT 60

S/2020/482



Vladimer Avlokhashvili front of an IL-76
Photograph tagged in February 2017 (at N'Djili
airport, Kinshasa) (Open source)

Vladimer Avlokhashvili devant un IL-76
Photographie étiquetée en février 2017
(aérodrome de N'Djili, Kinshasa) (Source
ouverte)



Vladimer Avlokhashvili front of IL-76 "EK-
76992"
Photograph tagged in July 2015 (at N'Djili
airport, Kinshasa) (Open source)

Vladimer Avlokhashvili devant l'IL-76 "EK-
76992"
Photo étiquetée en juillet 2015 (aérodrome de
N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/14**

**Individual identified on a Facebook profile under the name of Romani Diasamidze**

**Individu identifié sur un profil Facebook au nom de Romani Diasamidze**

Photographs tagged in the DRC in 2020
Photos étiquetées en RDC en 2020





| | |
|---|---|
| Romani Diasamidze, Domenti Girgvliani, Khvicha Nabelishvili, Elguja Demetrashvili and two unidentified individuals (Ref 20, 39) Photograph tagged in March 2020 (in the DRC) (Open source) | Romani Diasamidze, Domenti Girgvliani, Khvicha Nabelishvili, Elguja Demetrashvili et deux individus non identifiés (Ref 20, 39) Photographie étiquetée en mars 2020 (en RDC) (Source ouverte) |

S/2020/482

**Annex 112/15**

**Individual identified on a Facebook profile under the name of Jlst (Xvicha) Shubitdze**

**Individu identifié sur un profil Facebook au nom de Jlst (Xvicha) Shubitdze**

Photographs tagged in the DRC in 2012, 2011
Photographies étiquetées en RDC en 2012, 2011





Jlst Shubitdze on the SU-25 "FG-501" (FARDC)
Photograph tagged in September 2012 (at N'Djili airport,
Kinshasa) (Open source)

Jlst Shubitdze sur le SU-25 « FG-501 » (FARDC)
Photographie étiquetée en septembre 2012 (à
l'aérodrome de N'Djili, Kinshasa) (Source ouverte)



Jlst Shubitdze in front of the SU-25 "FG-501"
(FARDC)
Photograph tagged in December 2011 (in the
DRC) (Open source)

Jlst Shubitdze devant le SU-25 « FG-501 »
(FARDC)
Photographie étiquetée en décembre 2011 (en
RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Jlst Shubitdze, Nugzar Bezhanishvili and five
unidentified individuals (without reference)
Photograph tagged in January 2011 (in the DRC)
(Open source)

Jlst Shubitdze, Nugzar Bezhanishvili,
et cinq individus non identifiés (sans
référence)
Photographie étiquetée en janvier 2011 (en
RDC) (Source ouverte)

S/2020/482

**Annex 112/16**

**Individual identified on a Facebook profile under the nickname of "Qeshela Qeshela"**

**Individu identifié sur un profil Facebook sous le surnom de "Qeshela Qeshela"**

Photographs tagged in the DRC in 2019
Photographies étiquetées en RDC en 2019



« Qeshela Qeshela », Giorgi Nozadze, an unidentified individual (Ref 02) and seven FARDC members in front of an SU-25
Photograph tagged in 2019 (N'Djili airport, Kinshasa)
(Open source)

« Qeshela Qeshela », Giorgi Nozadze, un individu non identifié (Ref 02) et sept membres des FARDC devant un SU-25
Photographie étiquetée en 2019 (aérodrome de N'Djili, Kinshasa) (Source ouverte)



« Qeshela Qeshela » in front of three SU-25 (FARDC)
Photograph tagged in 2020 (N'Djili airport, Kinshasa) (Open source)

« Qeshela Qeshela » devant trois SU-25 (FARDC)
Photo étiquetée en 2020 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/17**

**Individual identified on a Facebook profile under the name of Malxaz Tabatadze**

**Individu identifié sur un profil Facebook au nom de Malxaz Tabatadze**

Photographs tagged in the DRC in 2015, 2014, 2013, 2012
Photographies étiquetées en RDC en 2015, 2014, 2013, 2012







Close-up of Zaza Xachidze

Gros plan de Zaza Xachidze

Malxaz Tabatadze in the cockpit
of the SU-25 "FG-502" (FARDC)
Photograph tagged in November
2014 (in the DRC) (Open source)

Malxaz Tabatadze dans le cockpit
du SU-25 « FG-502 » (FARDC)
Photographie étiquetée en
novembre 2014 (en RDC) (Source
ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Malxaz Tabatadze, Murman Endeladze, Elguja Demetrashvili, Zaza Xachidze, Vaja Avaqishvili and nine unidentified individuals (Ref 06, 07, 18, 21, 22, 36, 37, 38, 58)
Photograph tagged in February 2015 (in the DRC) (Open source)

Malxaz Tabatadze, Murman Endeladze, Elguja Demetrashvili, Zaza Xachidze, Vaja Avaqishvili et neuf individus non identifiés (Ref 06, 07, 18, 21, 22, 36, 37, 38, 58)
Photographie étiquetée en février 2015 (en RDC) (Source ouverte)



Malxaz Tabatadze, Elguja Demetrashvili, Trifo Tsikarshvili and five unidentified individuals (Ref 18, 21, 34, 36)
Photograph tagged in November 2014 (in DRC) (Open source)

Malxaz Tabatadze, Elguja Demetrashvili, Trifo Tsikarshvili et cinq individus non identifiés (Ref 18, 21, 34, 36)
Photo étiquetée en novembre 2014 (en RDC) (Source ouverte)



Malxaz Tabatadze and five unidentified individuals (Ref 28, 29, 40, 41, 42)
Photograph tagged in October 2013 (in the DRC) (Open source)

Malxaz Tabatadze et cinq individus non identifiés (Ref 28, 29, 40, 41, 42)
Photographie étiquetée en octobre 2013 (en RDC) (Source ouverte)



Murman Endeladze, Zaza Xachizde, Gela Aladashvili and three unidentified individuals (Ref 29, 43, 52)
Photograph tagged in December 2014 (in the DRC) (Open source)

Murman Endeladze, Zaza Xachizde, Gela Aladashvili et trois individus non identifiés (Ref 29, 43, 52)
Photo étiquetée en décembre 2014 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482





Malxaz Tabatadze, Vaja Avaqishvili, Zaza
Xachidze and an FARDC non-commissioned
officer (FARDC)
Photograph tagged in June 2013 (in the DRC)
(Open source)

Malxaz Tabatadze, Vaja Avaqishvili, Zaza
Xachidze et un sous-officier FARDC
Photo étiquetée en juin 2013 (en RDC) (Source
ouverte)

Malxaz Tabatadze and Gela Aladashvili
Photograph tagged in August 2013 (in the height of
Kinshasa) (Open source)

Malxaz Tabatadze et Gela Aladashvili
Photo étiquetée en août 2013 (sur les hauteurs de
Kinshasa) (Source ouverte)



Malxaz Tabataze, Zaza Xachidze, two unidentified
individuals (Ref 26, 27) and an FARDC non-commissioned
officer
Photograph tagged in June 2013 (in the DRC) (Open source)

Malxaz Tabataze, Zaza Xachidze, deux individus
non identifiés (Ref 26, 27) et un sous-officier
FARDC
Photo étiquetée en juin 2013 (en RDC) (Source
ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Malxaz Tabatadze, Zaza Xachidze and three
unidentified individuals (Ref 27, 29, 33)
Photograph tagged in June 2013 (in the DRC)
(Open source)

Malxaz Tabatadze, Zaza Xachidze et trois individus
non identifiés (Ref 27, 29, 33)
Photo étiquetée en juin 2013 (en RDC)
(Source ouverte)



Malxaz Tabatadze, Elguja Demetrashvili and
two unidentified individuals (Ref 43, 44)
Photograph tagged in December 2012 (in the
DRC) (Open source)

Malxaz Tabatadze, Elguja Demetrashvili et
deux individus non identifiés (Ref 43, 44)
Photo étiquetée en décembre 2012 (en RDC)
(Source ouverte)



Unidentified individual (Ref 18) with an
FARDC General
Photograph tagged in March 2015
(in the DRC) (Open source)

Individu non identifié (Ref 18) avec
un Général FARDC
Photo étiquetée en mars 2015 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/18**

**Individual identified on Facebook and OK.RU profiles under the name of Trifo Tsikarishvili**

**Individu identifié sur des profils Facebook et OK.RU au nom de Trifo Tsikarishvili**

Photographs tagged in the DRC in 2020, 2019, 2018, 2017, 2015, 2014, 2013, 2012
Photographies étiquetées en RDC en 2020, 2019, 2018, 2017, 2015, 2014, 2013, 2012





Trifo Tsikarishvili and Gocha Shingazdilovi          Trifo Tsikarishvili et Gocha Shingazdilovi
Photograph tagged in January 2019 (DRC)             Photo étiquetée en janvier 2019 (RDC)
(Open source)                                        (Source ouverte)



Trifo Tsikarishvili, Murman Endeladze, Slavik        Trifo Tsikarishvili, Murman Endeladze, Slavik
Pluzhnikov and an unidentified individual (Ref       Pluzhnikov et un individu non identifié (Ref
17)                                                  17)
Photograph tagged in July 2018 (in Kinshasa)         Photo étiquetée en juillet 2018 (à Kinshasa)
(Open source)                                        (Source ouverte)

UNCLASSIFIED                              EXHIBIT 60

S/2020/482



Trifo Tsikarishvili, Malxaz Tabatadze et          Trifo Tsikarishvili, Malxaz Tabatadze et
Vladimer Avlokhashvili                            Vladimer Avlokhashvili
Photograph tagged in August 2015 (in the DRC)     Photographie étiquetée en août 2015 (en RDC)
(Open source)                                     (Source ouverte)





Trifo Tsikarishvili, Vaja Avaqishvili, Zaza        Trifo Tsikarishvili and a FARDC officer
Xachidze and one unidentified individual           Photograph tagged in December 2012 (in
(Ref 27)                                           DRC) (Open source)
Photograph tagged in June 2013 (in the DRC)
(Open source)                                      Trifo Tsikarishvili et un officier FARDC
                                                   Photographie étiquetée en décembre 2012 (en
Trifo Tsikarishvili, Vaja Avaqishvili, Zaza        RDC) (Source ouverte)
Xachidze et un individu non identifié (Ref 27)
Photographie étiquetée en juin 2013 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Trifo Tsikarishvili and Malxaz Tabatadze
Photograph tagged in December 2012 (in the
DRC)
(Open source)

Trifo Tsikarishvili et Malxaz Tabatadze
Photographie étiquetée en décembre 2012 (en
RDC) (Source ouverte)

Trifo Tsikarishvili and Elguja Demetrashvili
Photograph tagged in Decembre 2012 (in
DRC) (Open source)

Trifo Tsikarishvili et Elguja Demetrashvili
Photographie étiquetée en décembre 2012
(en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/19**

**Individual identified on a Facebook profile under the name of Nugzar Bezhanishvili**

**Individu identifié sur un profil Facebook au nom de Nugzar Bezhanishvili**

Photographs tagged in the DRC in 2013, 2011
Photographies étiquetées en RDC en 2013, 2011






Nugzar Bezhanishvili
Probably in 2011 (in the DRC)
(Open source)

Nugzar Bezhanishvili
Probablement en 2011 (en RDC)
(Source ouverte)

Nugzar Bezhanishvili and an FARDC
member
Photograph tagged in November 2013 (in
DRC) (Open source)

Nugzar Bezhanishvili et un membre des
FARDC
Photographie étiquetée en novembre 2013
(en RDC) (Source ouverte)

**Message on the web site "Congo autrement" dated 11 April 2018 – Message sur le site en ligne "Congo autrement" daté le 11 avril 2018**

https://www.congo-autrement.com/page/congo-voyage/visa-admission-sejour-et-travail-des-etrangers-en-republique-democratique-du-congo.html

1. nugzar | mercredi, 11 avril
2018

Je vous ecrit depuit georgie
o cote de la russie je besoin
de visa pour venir travailler
a republique democratique
du congo je suis ingenieur
mecanicien des elicopter de
chard de combat et de

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/20**

**Individual identified on a OK.RU profile under the name of Vepxvia Msxvilidze**

**Individu identifié sur un profil OK.RU au nom de Vepxvia Msxvilidze**

Photographs tagged in the DRC in 2020, 2014, 2013
Photographies étiquetées en RDC en 2020, 2014, 2013





Vepxvia Msxvilidze and Gocha Shingazdilovi
Photograph tagged in March 2020 (in the DRC)
(Open source)

Vepxvia Msxvilidze et Gocha Shingazdilovi
Photographie étiquetée en mars 2020 (en
RDC) (Source ouverte)



Vepxvia Msxvilidze and two UN peacekeepers
In front of an Mi-8 and an Mi-24 (FARDC)
Photograph tagged in June 2014 (in Goma)
(Open source)

Vepxvia Msxvilidze et deux casques bleus
devant un Mi-8 et un Mi-24 (FARDC)
Photographie étiquetée en juin 2014 (à
Goma) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Vepxvia Msxvilidze in front of an Mi-24 (FARDC)
Photograph tagged in January 2014 (in DRC) (Open source)

Vepxvia Msxvilidze devant un Mi-24 (FARDC)
Photographie étiquetée en janvier 2014 (en RDC) (Source ouverte)

Vepxvia Msxvilidze, two unidentified individuals (Ref 10, 55) and an FARDC technician front of an Mi-24 (FARDC)
Photograph tagged in December 2013 (in the DRC) (Open source)

Vepxvia Msxvilidze, deux individus non identifiés (Ref 10, 55) et un technicien FARDC devant un Mi-24 (FARDC)
Photographie étiquetée en décembre 2013 (en RDC) (Source ouverte)



Vepxvia Msxvilidze sitting in an SU-25
Photograph tagged in December 2013 (Open source)

Vepxvia Msxvilidze assis dans un SU-25
Photographie étiquetée en décembre 2013 (Source ouverte)



Vepxvia Msxvilidze, Trifo Tsikarishvili and Gocha Shingazdilovi in front of an Mi-24 (FARDC) (Open source)
Photograph tagged in December 2013 (in the DRC)

Vepxvia Msxvilidze, Trifo Tsikarishvili et Gocha Shingazdilovi devant un Mi-24 (FARDC)
Photographie étiquetée en décembre 2013 (en RDC) (Source ouverte)

UNCLASSIFIED EXHIBIT 60

S/2020/482

**Annex 112/21**

**Individual identified on an OK.RU profile under the name of Soso Niauri**

**Individu identifié sur un profil OK.RU au nom de Soso Niauri**

Photographs tagged in the DRC in 2011
Photographies étiquetées en RDC en 2011







Soso Niauri and three unidentified individuals (Ref 45, 46, 47) in an Mi-8 (FARDC)
Photograph tagged in November 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri et trois individus non identifiés (Ref 45, 46, 47) dans un Mi-8 (FARDC)
Photographie étiquetée en novembre 2011 (sur l'aérodrome de N'Djili, Kinshasa) (Source ouverte)

Soso Niauri, an unidentified individual (Ref 47) and six FARDC members
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri, un individu non identifié (Ref 47) et six membres des FARDC
Photographie étiquetée en mars 2011 (sur l'aérodrome de N'Djili, Kinshasa) (Source ouverte)





Soso Niauri in front of an SU-25 (FARDC)
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri devant un SU-25 (FARDC)
Photographie étiquetée en mars 2011 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

Soso Niauri front of an Mi-24 under refurbishment
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri devant un Mi-24 en cours de préparation
Photographie étiquetée en mars 2011 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 112/22**

**Individual identified on Facebook and OK.RU profiles under the name of Gela Aladashvili**

**Individu identifié sur des profils Facebook et OK.RU au nom de Gela Aladashvili**

Photographs tagged in the DRC in 2014, 2013
Photographies étiquetées en RDC en 2014, 2013






| | |
|---|---|
| Gela Aladashvili in an SU-25 Photograph tagged in June 2014 (in the DRC) (Open source) | Gela Aladashvili, Elguja Demetrashvili and Vepxvia Msxvilidze in front of an Mi-24 (FARDC) Photograph tagged in January 2014 (in Goma) (Open source) |
| Gela Aladashvili dans un SU-25 Photographie étiquetée en juin 2014 (en RDC) (Source ouverte) | Gela Aladashvili, Elguja Demetrashvili et Vepxvia Msxvilidze devant un Mi-24 (FARDC) Photographie étiquetée en janvier 2014 (à Goma) (Source ouverte) |

UNCLASSIFIED    EXHIBIT 60

S/2020/482

 

Gela Aladashvili (with an AKSU assault rifle) in Mi-24 "9T-HM16 » (FARDC)
Photograph tagged in November 2013 (in the DRC) (Open source)

Gela Aladashvili (avec un fusil d'assaut AKSU) dans le Mi-24 « 9T-HM16 (FARDC)
Photographie étiquetée en novembre 2013 (en RDC) (Source ouverte)

Gela Aladashvili, and unidentified individual (Ref 27) and an FARDC non-commissioned officer
Photograph tagged in April 2013 (in the DRC)
(Open source)

Gela Aladashvili, un individu non identifié (Ref 27) et un sous-officier FARDC
Photographie étiquetée en avril 2013 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/23**

**Individual identified on an OK.RU profile under the name of Zaza Xachidze**

**Individu identifié sur un profil OK.RU au nom de Zaza Xachidze**

Photographs tagged in the DRC in 2019, 2017, 2015, 2014, 2013
Photographies étiquetées en RDC en 2019, 2017, 2015, 2014, 2013





Zaza Xachidze and Giorgi Nozadze working on an SU-25
Photograph tagged in June 2014 (N'Djili airport,
Kinshasa) (Open source)

Zaza Xachidze et Giorgi Nozadze travaillant sur un SU-25
Photographie étiquetée en juin 2014 (aérodrome de N'Djili,
Kinshasa) (Source ouverte)



Zaza Xachidze, Gocha Shingazdilovi and an
unidentified individual (Ref 06)
Photograph tagged in June 2014 (in the DRC)
(Open source)

Zaza Xachidze, Gocha Shingazdilovi et un individu
non identifié (Ref 06)
Photographie étiquetée en juin 2014 (en RDC)
(Source ouverte)

UNCLASSIFIED                           EXHIBIT 60

S/2020/482

**Annex 112/24**

**Individual identified on Facebook and OK.RU profiles under the name of Nikolay Smolenov (Republic of Belarus)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Nikolay Smolenov (République de Biélorussie)**

Photographs tagged in DRC in 2019, 2018, 2017, 2016, 2015, 2011
Photographies étiquetées en RDC en 2019, 2018, 2017, 2016, 2015, 2011





Nikolay Smolenov and two FARDC officers
Photograph tagged in September 2019 (in the DRC)
(Open source)

Nikolay Smolenov et deux officiers FARDC
Photographie étiquetée en septembre 2019 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Nikolay Smolenov and an FARDC General
in front of an Mi-24 (FARDC)
Photograph tagged in February 2017 (in the
DRC) (Open source)

Nikolay Smolenov et un Général FARDC
devant un Mi-24 (FARDC)
Photographie étiquetée en février 2017 (en
RDC) (Source ouverte)



Nikolay Smolenov and two unidentified
individuals (Ref 19, 34) in front of an Mi-24
(FARDC)
The camouflage of the fatigues of the individual
in Ref 19 is similar to those of the Belarussian
Air Force
Photograph tagged in December 2016 (in
Goma) (Open source)

Nikolay Smolenov et deux individus non
identifiés (Ref 19, 34) devant un Mi-24
(FARDC)
Le camouflage de la tenue portée par
l'individu en Ref 19 est similaire à ceux la
Force Aérienne de Biélorussie.
Photographie étiquetée en décembre 2016 (à
Goma) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Nikolay Smolenov in front of an Mi-24
(FARDC)
Photograph tagged in October 2015 (in Goma)
(Open source)

Nikolay Smolenov devant un Mi-24 (FARDC)
Photographie étiquetée en octobre 2015 (à
Goma) (Source ouverte)



Nikolay Smolenov in front of an Mi-24
(FARDC)
Photograph tagged in June 2015 (in Goma)
(Open source)
Nikolay Smolenov devant un Mi-24
(FARDC)
Photographie étiquetée en juin 2015 (à
Goma) (Source ouverte)



Nikolay Smolenov in front of Mi-24
"9T-HM12" (FARDC)
Photograph tagged in April 2015 (in
Goma) (Open source)

Nikolay Smolenov devant le Mi-24
« 9T-HM12 » (FARDC)
Photographie étiquetée en avril 2015 (à
Goma) (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 112/25**

**Individual identified on Facebook and OK.RU profiles as Vitaly Zakarov (Republic of Belarus)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Vitaly Zakarov (République de Biélorussie)**

Photographs tagged in the DRC in 2019, 2018, 2017, 2016, 2015, 2014, 2013
Photographies étiquetées en RDC en 2019, 2018, 2017, 2016, 2015, 2014, 2013



 

Vitaly Zakarov, Slavik Pluzhnikov and an FARDC officer
Photograph tagged in May 2018 (in Kinshasa)
(Open source)

Vitaly Zakarov, Slavik Pluzhnikov et un officier FARDC
Photographie étiquetée en mai 2018 (à Kinshasa)
(Source ouverte)

Vitaly. Zakarov, Slavik Pluzhnikov, Khvicha Nabelishvili and an unidentified individual (Ref 03) front of a An-26 (FARDC)
Photograph tagged in June 2017 (in DRC)
(Open source)

Vitaly Zakarov, Slavik Pluzhnikov, Khvicha Nabelishvili et un individu non identifié (Ref 03) devant un An-26 (FARDC)
Photographie étiquetée en juin 2017 (in DRC)
(Source ouverte)

UNCLASSIFIED                        EXHIBIT 60

S/2020/482



Vitaly Zakarov, Ioseb Osorauli, Khvicha Nabelishvili and four unidentified individuals (Ref 48, 49, 50, 51) Photograph tagged in February 2016 (in the DRC) (Open source)

Vitaly Zakarov, Ioseb Osorauli, Khvicha Nabelishvili et quatre individus non identifiés (Ref 48, 49, 50, 51) Photographie étiquetée en février 2016 (en RDC) (Source ouverte)



Vitaly Zakarov, Slavik Pluzhnikov, an unidentified individual (Ref 03) and two FARDC members in front of an Mi-24 (FARDC) Photograph tagged in December 2015 (in the DRC) (Open source)

Vitaly Zakarov, Slavik Pluzhnikov, un individu non identifié (Ref 03) et deux membres des FARDC devant un Mi-24 (FARDC) Photographie étiquetée en décembre 2015 (en RDC) (Source ouverte)



Vitaly Zakarov, Slavik Pluzhnikov and an unidentified individual (Ref 19) Photograph tagged in August 2015 (in DRC) (Open source)

Vitaly Zakarov, Slavik Pluzhnikov et un individu non identifié (Ref 19) Photographie étiquetée en août 2015 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Vitaly Zakarov, Elguja Demetrashvili and Vepxvia       Vitaly Zakarov Elguja Demetrashvili et Vepxvia
Msxvilidze in front of an Mi-24 (FARDC)                Msxvilidze devant un Mi-24 (FARDC)
Photograph tagged in June 2013 (in the DRC) (Open      Photographie étiquetée en juin 2013 (en RDC)
source)                                                (Source ouverte)

20-06401
DRC-30316 1693

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/26**

**Individual identified on Facebook and OK.RU profiles under the name of Vadim Karlovsky (Ukraine)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Vadim Karlovsky (Ukraine)**

Photographs tagged in the DRC in 2017, 2014
Photographies étiquetées en RDC en 2017, 2014

 



Vadim Karlovsky
Photograph tagged in April 2017 (in Goma)
(Open source)

Vadim Karlovsky
Photographie étiquetée en avril 2017 (à Goma)
(Source ouverte)



Vadim Karlovsky, Vitaly Zakarov and six unidentified individuals (Ref 48, 53, 54, 55, 56, 57)
Photograph tagged in May 2014 (in Goma) (Open source)

Vadim Karlovsky, Vitaly Zakarov et six individus non identifiés (Ref 48, 53, 54, 55, 56, 57)
Photographie étiquetée en mai 2014 (à Goma) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

The name of an individual designated in a rapport of the Group of Experts on Côte d'Ivoire (see S/2006/964, para. 25) is similar to a name obtained in the DRC. The Group obtained a photograph of this individual provided in 2006 by the United Nations Operation in Côte d'Ivoire (UNOCI) to the Group of experts on Côte d'Ivoire.

Le nom d'un individu cité dans un rapport du Groupe d'experts sur la Côte d'Ivoire (voir S/2006/964, par. 25) présente des similitudes avec un nom obtenu en RDC. Le Groupe a obtenu une photo de cet individu remise en 2006 par l'Opération des Nations Unies en Côte d'Ivoire (ONUCI) au Groupe d'experts sur la Côte d'Ivoire.

 

Photograph taken in 2006 (in Côte d'Ivoire)        Photograph tagged in 2018 (in
Obtained from a source familiar with the issue          DRC) (Open source)

Photographie prise en 2006 (en Côte d'Ivoire)     Photographie étiquetée en 2018 (en
Obtenue d'une source familière avec le sujet          RDC) (Source ouverte)



Facebook profile (2020) (Open source / Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 113**

**Press articles extracted from the Georgian press related to the presence in the DRC of Georgian pilots, flight instructors and technicians**

**Articles de presse extraits de la presse géorgienne relatifs à la présence en RDC de pilotes, instructeurs de vol et techniciens géorgiens**

**Georgian military pilot has been detained in Congo for a month**

**Un pilote militaire géorgien détenu depuis un mois au Congo**

Article dated 23 February 2017 – Article daté du 23 février 2017

https://reginfo.ge/people/item/276-qartveli-samxedro-mprinavi-erti-tvea-kongoshia-datvby_evebuli



ქართველი სამხედრო მფრინავი ერთი თვეა კონგოშია დატყვევებული

12:54 ხუთშაბათი, 23 თებერვალი 2017   👁 1839

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



41 წლის სოსო ოსორაული თითქმის ერთი თვეა რაც კონგოში უკანონო შეიარაღებული დაჯგუფების ტყვეობაშია. კონგოს დემოკრატიული რესპუბლიკის სამხედრო-საჰაერო ძალების შემადგენლობაში არსებული Ми-24 ტიპის ორი დამრტყმელი შვეულმფრენი ქვეყნის აღმოსავლეთ ნაწილში, ჩრდილოეთ კივუს პროვინციაში 27 იანვარს ჩამოვარდა. ერთ–ერთი შვეულმფრენს სოსო ოსორაული მართავდა.

საბრძოლო შვეულმფრენის ჩამოვარდნის შესახებ ინფორმაცია კონგოს დემოკრატიული რესპუბლიკის დედაქალაქ კინშასაში ბაზირებულმა რადიომ „ოკაპი" 28 იანვარს გაავრცელა.

რადიო საზხედრო წყაროებზე დაყრდნობით იუწყებოდა, რომ Ми-24 ტიპის ორი საბრძოლო შვეულმფრენი ქვეყნის აღმოსავლეთ ნაწილში მეამბოხეთა კვეფის აღმოსაჩენად 27 იანვარს დილით გაფრინდა. ერთ–ერთი ვერსიით, შვეულმფრენები დაბალ სიმაღლეზე დაფრინავდნენ, რომელსაც ხეებს ჩამოედნენ და ავარია განიცადეს. მეორე ვერსიით ვი, შვეულმფრენებს ცეცხლი სხელეთოოდან გაუხსნეს და ჩამოავარდა. კატასტროფა ქალაქ რუტშურის ტერიტორიაზე მოხდა. ეს ადგილი ჩრდილოეთ კივუს მთავარი ქალაქიდან, გომადან დაახლოებით 100 კილომეტრის დაშორებით მდებარეობს.

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**How Georgian military pilots got into the Congo (unofficial translation from Georgian – emphasis added)**

Elements extracted from the article

According to Irakli Aladashvili, a military observer, in 2014-2015, when it became clear that no one was going to capitally repair six Georgian Mi-24 attack helicopters in Georgia and their crews would no longer have the prospect of flying in the air, several Georgian pilots were forced to leave. Far Congo I search for a job.

"Everything dates back to the early 2000s, when Tbilisi (Georgia) sold several Su-25 fighter jets to the Democratic Republic of the Congo Air Force. The sold fighter jets were escorted by technical specialists and pilots from the Tbilisi Aviation Factory to the Congo to teach local soldiers how to use this ferocious fighter. From that period, a kind of business-friendly relationship was established between Georgian specialists and Congolese generals. Later, after the August 2008 war, when some military pilots were forced to leave the armed forces, which was compounded by the abolition of Georgian air force as a separate type of army, fighter pilots, as individuals, visited familiar generals in Congo. **The war-torn and experienced Georgian pilots were received with great honor in the Congo, and more or less dignified soldiers were appointed, much more than they had in the Georgian army. Georgian pilots taught fighter jets pilots to use fighter jets, and several Georgian aviation engineers provided technical maintenance for the aircraft**", Irakli Aladashvili wrote.

**Comment les pilotes militaires géorgiens sont entrés au Congo (traduction non-officielle du géorgien – soulignement ajouté)**

Eléments extraits de l'article :

Selon Irakli Aladashvili, un observateur militaire, en 2014-2015, lorsqu'il est devenu clair que personne n'allait sérieusement réparer six hélicoptères d'attaque géorgiens Mi-24 en Géorgie et que leurs équipages n'auraient plus la perspective de voler, plusieurs pilotes géorgiens ont été obligés de partir. Extrême Congo Je recherche un emploi.

"Tout remonte au début des années 2000, lorsque Tbilissi (Géorgie) a vendu plusieurs avions de chasse Su-25 à la Force aérienne de la République démocratique du Congo. Les avions de chasse vendus ont été escortés par des spécialistes techniques et des pilotes de l'usine d'aviation de Tbilissi au Congo pour enseigner aux soldats locaux comment utiliser ce combattant féroce. À partir de cette période, une sorte de relation favorable aux affaires s'est établie entre les spécialistes géorgiens et les généraux congolais. Plus tard, après la guerre d'août 2008, lorsque certains pilotes militaires ont été forcés de quitter les forces armées, ce qui a été aggravé par l'abolition de l'armée de l'air géorgienne en tant que type distinct d'armée, les pilotes de chasse, en tant qu'individus, ont rendu visite à des généraux familiers au Congo. **Les pilotes géorgiens déchirés par la guerre et expérimentés ont été reçus avec grand honneur au Congo, et des soldats plus ou moins dignes ont été nommés, bien plus que dans l'armée géorgienne. Les pilotes géorgiens ont appris aux pilotes de chasse à utiliser des avions de chasse et plusieurs ingénieurs géorgiens de l'aviation ont assuré la maintenance technique des appareils »**, a écrit Irakli Aladashvili.



NEWS & ARTICLES | GOLD AFRICA

UNCLASSIFIED                              EXHIBIT 61

🏠 HOME    ⓘ ABOUT AGR    GEOCHEMICAL LAB    ⚙ SERVICES    🏛 BUSINESS WITH AGR

AGR

## NEWS & ARTICLES

MEDIA

🖥 Race to refine: the bid to clean up Africa's gold rush                              ✚

🖥 INQUIRIES FROM THE SENTRY                                                          ✚

🖥 Mr. Alain Goetz (African Gold Refinery - C.E.O) during his speech at the 7th       —
Annual Mineral Wealth Conference held at Kampala Serena Hotel on 2nd- 3rd October
2018, tackling Regional Mineral Sector Experiences.

BRC-30316 1699
www.gold.africa/news-articles/

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/14**

**Individual identified on a Facebook profile under the name of Romani Diasamidze**

**Individu identifié sur un profil Facebook au nom de Romani Diasamidze**

Photographs tagged in the DRC in 2020
Photos étiquetées en RDC en 2020





Romani Diasamidze, Domenti Girgvliani, Khvicha Nabelishvili, Elguja Demetrashvili and two unidentified individuals (Ref 20, 39) Photograph tagged in March 2020 (in the DRC) (Open source)

Romani Diasamidze, Domenti Girgvliani, Khvicha Nabelishvili, Elguja Demetrashvili et deux individus non identifiés (Ref 20, 39) Photographie étiquetée en mars 2020 (en RDC) (Source ouverte)

UNCLASSIFIED                     EXHIBIT 60

S/2020/482

**Annex 112/15**

**Individual identified on a Facebook profile under the name of Jlst (Xvicha) Shubitdze**

**Individu identifié sur un profil Facebook au nom de Jlst (Xvicha) Shubitdze**

Photographs tagged in the DRC in 2012, 2011
Photographies étiquetées en RDC en 2012, 2011





Jlst Shubitdze on the SU-25 "FG-501" (FARDC)
Photograph tagged in September 2012 (at N'Djili airport,
Kinshasa) (Open source)

Jlst Shubitdze sur le SU-25 « FG-501 » (FARDC)
Photographie étiquetée en septembre 2012 (à
l'aérodrome de N'Djili, Kinshasa) (Source ouverte)



Jlst Shubitdze in front of the SU-25 "FG-501"
(FARDC)
Photograph tagged in December 2011 (in the
DRC) (Open source)

Jlst Shubitdze devant le SU-25 « FG-501 »
(FARDC)
Photographie étiquetée en décembre 2011 (en
RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Jlst Shubitdze, Nugzar Bezhanishvili and five
unidentified individuals (without reference)
Photograph tagged in January 2011 (in the DRC)
(Open source)

Jlst Shubitdze, Nugzar Bezhanishvili,
et cinq individus non identifiés (sans
référence)
Photographie étiquetée en janvier 2011 (en
RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/16**

**Individual identified on a Facebook profile under the nickname of "Qeshela Qeshela"**

**Individu identifié sur un profil Facebook sous le surnom de "Qeshela Qeshela"**

Photographs tagged in the DRC in 2019
Photographies étiquetées en RDC en 2019



« Qeshela Qeshela », Giorgi Nozadze, an
unidentified individual (Ref 02) and seven FARDC
members in front of an SU-25
Photograph tagged in 2019 (N'Djili airport,
Kinshasa)
(Open source)

« Qeshela Qeshela », Giorgi Nozadze, un individu
non identifié (Ref 02) et sept membres des FARDC
devant un SU-25
Photographie étiquetée en 2019 (aérodrome de
N'Djili, Kinshasa) (Source ouverte)



« Qeshela Qeshela » in front of three SU-25
(FARDC)
Photograph tagged in 2020 (N'Djili airport,
Kinshasa) (Open source)

« Qeshela Qeshela » devant trois SU-25 (FARDC)
Photo étiquetée en 2020  (aérodrome de N'Djili,
Kinshasa) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/17**

**Individual identified on a Facebook profile under the name of Malxaz Tabatadze**

**Individu identifié sur un profil Facebook au nom de Malxaz Tabatadze**

Photographs tagged in the DRC in 2015, 2014, 2013, 2012
Photographies étiquetées en RDC en 2015, 2014, 2013, 2012



Malxaz Tabatadze

**Journal**    **À propos**



Close-up of Zaza Xachidze

Gros plan de Zaza Xachidze

Malxaz Tabatadze in the cockpit of the SU-25 "FG-502" (FARDC) Photograph tagged in November 2014 (in the DRC) (Open source)

Malxaz Tabatadze dans le cockpit du SU-25 « FG-502 » (FARDC) Photographie étiquetée en novembre 2014 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482





Malxaz Tabatadze, Murman Endeladze, Elguja Demetrashvili, Zaza Xachidze, Vaja Avaqishvili and nine unidentified individuals (Ref 06, 07, 18, 21, 22, 36, 37, 38, 58)
Photograph tagged in February 2015 (in the DRC) (Open source)

Malxaz Tabatadze, Murman Endeladze, Elguja Demetrashvili, Zaza Xachidze, Vaja Avaqishvili et neuf individus non identifiés (Ref 06, 07, 18, 21, 22, 36, 37, 38, 58)
Photographie étiquetée en février 2015 (en RDC) (Source ouverte)

Malxaz Tabatadze, Elguja Demetrashvili, Trifo Tsikarshvili and five unidentified individuals (Ref 18, 21, 34, 36)
Photograph tagged in November 2014 (in DRC) (Open source)

Malxaz Tabatadze, Elguja Demetrashvili, Trifo Tsikarshvili et cinq individus non identifiés (Ref 18, 21, 34, 36)
Photo étiquetée en novembre 2014 (en RDC) (Source ouverte)





Malxaz Tabatadze and five unidentified individuals (Ref 28, 29, 40, 41, 42)
Photograph tagged in October 2013 (in the DRC) (Open source)

Malxaz Tabatadze et cinq individus non identifiés (Ref 28, 29, 40, 41, 42)
Photographie étiquetée en octobre 2013 (en RDC) (Source ouverte)

Murman Endeladze, Zaza Xachizde, Gela Aladashvili and three unidentified individuals (Ref 29, 43, 52)
Photograph tagged in December 2014 (in the DRC) (Open source)

Murman Endeladze, Zaza Xachizde, Gela Aladashvili et trois individus non identifiés (Ref 29, 43, 52)
Photo étiquetée en décembre 2014 (en RDC) (Source ouverte)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482



Malxaz Tabatadze, Vaja Avaqishvili, Zaza Xachidze and an FARDC non-commissioned officer (FARDC)
Photograph tagged in June 2013 (in the DRC) (Open source)

Malxaz Tabatadze, Vaja Avaqishvili, Zaza Xachidze et un sous-officier FARDC
Photo étiquetée en juin 2013 (en RDC) (Source ouverte)



Malxaz Tabatadze and Gela Aladashvili
Photograph tagged in August 2013 (in the height of Kinshasa) (Open source)

Malxaz Tabatadze et Gela Aladashvili
Photo étiquetée en août 2013 (sur les hauteurs de Kinshasa) (Source ouverte)



Malxaz Tabatadze, Zaza Xachidze, two unidentified individuals (Ref 26, 27) and an FARDC non-commissioned officer
Photograph tagged in June 2013 (in the DRC) (Open source)

Malxaz Tabataze, Zaza Xachidze, deux individus non identifiés (Ref 26, 27) et un sous-officier FARDC
Photo étiquetée en juin 2013 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Malxaz Tabatadze, Zaza Xachidze and three
unidentified individuals (Ref 27, 29, 33)
Photograph tagged in June 2013 (in the DRC)
(Open source)

Malxaz Tabatadze, Zaza Xachidze et trois individus
non identifiés (Ref 27, 29, 33)
Photo étiquetée en juin 2013 (en RDC)
(Source ouverte)



Malxaz Tabatadze, Elguja Demetrashvili and
two unidentified individuals (Ref 43, 44)
Photograph tagged in December 2012 (in the
DRC) (Open source)

Malxaz Tabatadze, Elguja Demetrashvili et
deux individus non identifiés (Ref 43, 44)
Photo étiquetée en décembre 2012 (en RDC)
(Source ouverte)



Unidentified individual (Ref 18) with an
FARDC General
Photograph tagged in March 2015
(in the DRC) (Open source)

Individu non identifié (Ref 18) avec
un Général FARDC
Photo étiquetée en mars 2015 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/18**

**Individual identified on Facebook and OK.RU profiles under the name of Trifo Tsikarishvili**

**Individu identifié sur des profils Facebook et OK.RU au nom de Trifo Tsikarishvili**

Photographs tagged in the DRC in 2020, 2019, 2018, 2017, 2015, 2014, 2013, 2012
Photographies étiquetées en RDC en 2020, 2019, 2018, 2017, 2015, 2014, 2013, 2012





Trifo Tsikarishvili and Gocha Shingazdilovi
Photograph tagged in January 2019 (DRC)
(Open source)

Trifo Tsikarishvili et Gocha Shingazdilovi
Photo étiquetée en janvier 2019 (RDC)
(Source ouverte)

Trifo Tsikarishvili, Murman Endeladze, Slavik
Pluzhnikov and an unidentified individual (Ref
17)
Photograph tagged in July 2018 (in Kinshasa)
(Open source)

Trifo Tsikarishvili, Murman Endeladze, Slavik
Pluzhnikov et un individu non identifié (Ref
17)
Photo étiquetée en juillet 2018 (à Kinshasa)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Trifo Tsikarishvili, Malxaz Tabatadze et          Trifo Tsikarishvili, Malxaz Tabatadze et
Vladimer Avlokhashvili                            Vladimer Avlokhashvili
Photograph tagged in August 2015 (in the DRC)     Photographie étiquetée en août 2015 (en RDC)
(Open source)                                     (Source ouverte)

 

Trifo Tsikarishvili, Vaja Avaqishvili, Zaza       Trifo Tsikarishvili and a FARDC officer
Xachidze and one unidentified individual          Photograph tagged in December 2012 (in
(Ref 27)                                          DRC) (Open source)
Photograph tagged in June 2013 (in the DRC)
(Open source)                                     Trifo Tsikarishvili et un officier FARDC
                                                  Photographie étiquetée en décembre 2012 (en
Trifo Tsikarishvili, Vaja Avaqishvili, Zaza       RDC) (Source ouverte)
Xachidze et un individu non identifié (Ref 27)
Photographie étiquetée en juin 2013 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Trifo Tsikarishvili and Malxaz Tabatadze          Trifo Tsikarishvili and Elguja Demetrashvili
Photograph tagged in December 2012 (in the        Photograph tagged in Decembre 2012 (in
DRC)                                              DRC) (Open source)
(Open source)

Trifo Tsikarishvili et Malxaz Tabatadze           Trifo Tsikarishvili et Elguja Demetrashvili
Photographie étiquetée en décembre 2012 (en       Photographie étiquetée en décembre 2012
RDC) (Source ouverte)                             (en RDC) (Source ouverte)

S/2020/482

**Annex 112/19**

**Individual identified on a Facebook profile under the name of Nugzar Bezhanishvili**

**Individu identifié sur un profil Facebook au nom de Nugzar Bezhanishvili**

Photographs tagged in the DRC in 2013, 2011
Photographies étiquetées en RDC en 2013, 2011






Nugzar Bezhanishvili
Probably in 2011 (in the DRC)
(Open source)

Nugzar Bezhanishvili
Probablement en 2011 (en RDC)
(Source ouverte)

Nugzar Bezhanishvili and an FARDC
member
Photograph tagged in November 2013 (in
DRC) (Open source)

Nugzar Bezhanishvili et un membre des
FARDC
Photographie étiquetée en novembre 2013
(en RDC) (Source ouverte)

**Message on the web site "Congo autrement" dated 11 April 2018 – Message sur le site en ligne "Congo autrement" daté du 11 avril 2018**

https://www.congo-autrement.com/page/congo-voyage/visa-admission-sejour-et-travail-des-etrangers-en-republique-democratique-du-congo.html

1. nugzar | mercredi, 11 avril
2018

Je vous ecrit depuit georgie
a cote de la russie je besoin
de visa pour venir travailler
a republique democratique
du congo je suis ingenieur
mecanicien des elicopter de
chard de combat et de

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/20**

**Individual identified on a OK.RU profile under the name of Vepxvia Msxvilidze**

**Individu identifié sur un profil OK.RU au nom de Vepxvia Msxvilidze**

Photographs tagged in the DRC in 2020, 2014, 2013
Photographies étiquetées en RDC en 2020, 2014, 2013





Vepxvia Msxvilidze and Gocha Shingazdilovi          Vepxvia Msxvilidze et Gocha Shingazdilovi
Photograph tagged in March 2020 (in the DRC)        Photographie étiquetée en mars 2020 (en
(Open source)                                       RDC) (Source ouverte)



Vepxvia Msxvilidze and two UN peacekeepers          Vepxvia Msxvilidze et deux casques bleus
In front of an Mi-8 and an Mi-24 (FARDC)            devant un Mi-8 et un Mi-24 (FARDC)
Photograph tagged in June 2014 (in Goma)            Photographie étiquetée en juin 2014 (à
(Open source)                                       Goma) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Vepxvia Msxvilidze in front of an Mi-24
(FARDC)
Photograph tagged in January 2014 (in
DRC) (Open source)

Vepxvia Msxvilidze devant un Mi-24
(FARDC)
Photographie étiquetée en janvier 2014
(en RDC) (Source ouverte)

Vepxvia Msxvilidze, two unidentified individuals
(Ref 10, 55) and an FARDC technician front of an Mi-24
(FARDC)
Photograph tagged in December 2013 (in the DRC) (Open
source)

Vepxvia Msxvilidze, deux individus non identifiés
(Ref 10, 55) et un technicien FARDC devant un Mi-24
(FARDC)
Photographie étiquetée en décembre 2013 (en RDC)
(Source ouverte)



Vepxvia Msxvilidze sitting in an SU-25
Photograph tagged in December 2013
(Open source)

Vepxvia Msxvilidze assis dans un SU-25
Photographie étiquetée en décembre 2013
(Source ouverte)



Vepxvia Msxvilidze, Trifo Tsikarishvili and
Gocha Shingazdilovi in front of an
Mi-24 (FARDC) (Open source)
Photograph tagged in December 2013 (in the
DRC)

Vepxvia Msxvilidze, Trifo Tsikarishvili et
Gocha Shingazdilovi devant un Mi-24
(FARDC)
Photographie étiquetée en décembre 2013 (en
RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/21**

**Individual identified on an OK.RU profile under the name of Soso Niauri**

**Individu identifié sur un profil OK.RU au nom de Soso Niauri**

Photographs tagged in the DRC in 2011
Photographies étiquetées en RDC en 2011







Soso Niauri and three unidentified individuals (Ref 45, 46, 47) in an Mi-8 (FARDC)
Photograph tagged in November 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri et trois individus non identifiés (Ref 45, 46, 47) dans un Mi-8 (FARDC)
Photographie étiquetée en novembre 2011 (sur l'aérodrome de N'Djili, Kinshasa) (Source ouverte)

Soso Niauri, an unidentified individual (Ref 47) and six FARDC members
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri, un individu non identifié (Ref 47) et six membres des FARDC
Photographie étiquetée en mars 2011 (sur l'aérodrome de N'Djili, Kinshasa) (Source ouverte)





Soso Niauri in front of an SU-25 (FARDC)
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri devant un SU-25 (FARDC)
Photographie étiquetée en mars 2011 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

Soso Niauri front of an Mi-24 under refurbishment
Photograph tagged in March 2011 (at N'Djili airport, Kinshasa) (Open source)

Soso Niauri devant un Mi-24 en cours de préparation
Photographie étiquetée en mars 2011 (aérodrome de N'Djili, Kinshasa) (Source ouverte)

S/2020/482

**Annex 112/22**

**Individual identified on Facebook and OK.RU profiles under the name of Gela Aladashvili**

**Individu identifié sur des profils Facebook et OK.RU au nom de Gela Aladashvili**

Photographs tagged in the DRC in 2014, 2013
Photographies étiquetées en RDC en 2014, 2013



 

Gela Aladashvili in an SU-25
Photograph tagged in June 2014 (in the DRC)
(Open source)

Gela Aladashvili dans un SU-25
Photographie étiquetée en juin 2014 (en RDC)
(Source ouverte)

Gela Aladashvili, Elguja Demetrashvili and
Vepxvia Msxvilidze in front of an Mi-24 (FARDC)
Photograph tagged in January 2014 (in Goma) (Open source)

Gela Aladashvili, Elguja Demetrashvili et
Vepxvia Msxvilidze devant un Mi-24 (FARDC)
Photographie étiquetée en janvier 2014 (à Goma) (Source
ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

 

Gela Aladashvili (with an AKSU assault rifle) in Mi-24 "9T-HM16 » (FARDC)
Photograph tagged in November 2013 (in the DRC) (Open source)

Gela Aladashvili (avec un fusil d'assaut AKSU) dans le Mi-24 « 9T-HM16 (FARDC)
Photographie étiquetée en novembre 2013 (en RDC) (Source ouverte)

Gela Aladashvili, and unidentified individual (Ref 27) and an FARDC non-commissioned officer
Photograph tagged in April 2013 (in the DRC)
(Open source)

Gela Aladashvili, un individu non identifié (Ref 27) et un sous-officier FARDC
Photographie étiquetée en avril 2013 (en RDC) (Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/23**

**Individual identified on an OK.RU profile under the name of Zaza Xachidze**

**Individu identifié sur un profil OK.RU au nom de Zaza Xachidze**

Photographs tagged in the DRC in 2019, 2017, 2015, 2014, 2013
Photographies étiquetées en RDC en 2019, 2017, 2015, 2014, 2013





Zaza Xachidze and Giorgi Nozadze working on an SU-25
Photograph tagged in June 2014 (N'Djili airport,
Kinshasa) (Open source)

Zaza Xachidze et Giorgi Nozadze travaillant sur un SU-25
Photographie étiquetée en juin 2014 (aérodrome de N'Djili,
Kinshasa) (Source ouverte)



Zaza Xachidze, Gocha Shingazdilovi and an
unidentified individual (Ref 06)
Photograph tagged in June 2014 (in the DRC)
(Open source)

Zaza Xachidze, Gocha Shingazdilovi et un individu
non identifié (Ref 06)
Photographie étiquetée en juin 2014 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**Annex 112/24**

**Individual identified on Facebook and OK.RU profiles under the name of Nikolay Smolenov (Republic of Belarus)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Nikolay Smolenov (République de Biélorussie)**

Photographs tagged in DRC in 2019, 2018, 2017, 2016, 2015, 2011
Photographies étiquetées en RDC en 2019, 2018, 2017, 2016, 2015, 2011





Nikolay Smolenov and two FARDC officers
Photograph tagged in September 2019 (in the DRC)
(Open source)

Nikolay Smolenov et deux officiers FARDC
Photographie étiquetée en septembre 2019 (en RDC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Nikolay Smolenov and an FARDC General
in front of an Mi-24 (FARDC)
Photograph tagged in February 2017 (in the
DRC) (Open source)

Nikolay Smolenov et un Général FARDC
devant un Mi-24 (FARDC)
Photographie étiquetée en février 2017 (en
RDC) (Source ouverte)



Nikolay Smolenov and two unidentified
individuals (Ref 19, 34) in front of an Mi-24
(FARDC)
The camouflage of the fatigues of the individual
in Ref 19 is similar to those of the Belarussian
Air Force
Photograph tagged in December 2016 (in
Goma) (Open source)

Nikolay Smolenov et deux individus non
identifiés (Ref 19, 34) devant un Mi-24
(FARDC)
Le camouflage de la tenue portée par
l'individu en Ref 19 est similaire à ceux la
Force Aérienne de Biélorussie.
Photographie étiquetée en décembre 2016 (à
Goma) (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482



Nikolay Smolenov in front of an Mi-24
(FARDC)
Photograph tagged in October 2015 (in Goma)
(Open source)

Nikolay Smolenov devant un Mi-24 (FARDC)
Photographie étiquetée en octobre 2015 (à
Goma) (Source ouverte)



Nikolay Smolenov in front of an Mi-24
(FARDC)
Photograph tagged in June 2015 (in Goma)
(Open source)
Nikolay Smolenov devant un Mi-24
(FARDC)
Photographie étiquetée en juin 2015 (à
Goma) (Source ouverte)



Nikolay Smolenov in front of Mi-24
"9T-HM12" (FARDC)
Photograph tagged in April 2015 (in
Goma) (Open source)

Nikolay Smolenov devant le Mi-24
« 9T-HM12 » (FARDC)
Photographie étiquetée en avril 2015 (à
Goma) (Source ouverte)

UNCLASSIFIED    EXHIBIT 60

S/2020/482

**Annex 112/25**

**Individual identified on Facebook and OK.RU profiles as Vitaly Zakarov (Republic of Belarus)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Vitaly Zakarov (République de Biélorussie)**

Photographs tagged in the DRC in 2019, 2018, 2017, 2016, 2015, 2014, 2013
Photographies étiquetées en RDC en 2019, 2018, 2017, 2016, 2015, 2014, 2013



 

Vitaly Zakarov, Slavik Pluzhnikov and an FARDC officer
Photograph tagged in May 2018 (in Kinshasa)
(Open source)

Vitaly Zakarov, Slavik Pluzhnikov et un officier FARDC
Photographie étiquetée en mai 2018 (à Kinshasa)
(Source ouverte)

Vitaly. Zakarov, Slavik Pluzhnikov, Khvicha Nabelishvili and an unidentified individual (Ref 03) front of a An-26 (FARDC)
Photograph tagged in June 2017 (in DRC)
(Open source)

Vitaly Zakarov, Slavik Pluzhnikov, Khvicha Nabelishvili et un individu non identifié (Ref 03) devant un An-26 (FARDC)
Photographie étiquetée en juin 2017 (in DRC)
(Source ouverte)

UNCLASSIFIED                    EXHIBIT 60

S/2020/482



Vitaly Zakarov, Ioseb Osorauli, Khvicha Nabelishvili
and four unidentified individuals (Ref 48, 49, 50, 51)
Photograph tagged in February 2016 (in the DRC)
(Open source)

Vitaly Zakarov, Ioseb Osorauli, Khvicha Nabelishvili
et quatre individus non identifiés (Ref 48, 49, 50, 51)
Photographie étiquetée en février 2016 (en RDC)
(Source ouverte)



Vitaly Zakarov, Slavik Pluzhnikov, an unidentified
individual (Ref 03) and two FARDC members in
front of an Mi-24 (FARDC)
Photograph tagged in December 2015 (in the DRC)
(Open source)

Vitaly Zakarov, Slavik Pluzhnikov, un individu non
identifié (Ref 03) et deux membres des FARDC
devant un Mi-24 (FARDC)
Photographie étiquetée en décembre 2015 (en RDC)
(Source ouverte)



Vitaly Zakarov, Slavik Pluzhnikov and
an unidentified individual (Ref 19)
Photograph tagged in August 2015 (in
DRC) (Open source)

Vitaly Zakarov, Slavik Pluzhnikov et un
individu non identifié (Ref 19)
Photographie étiquetée en août 2015 (en RDC)
(Source ouverte)

EXHIBIT 60

**S/2020/482**



Vitaly Zakarov, Elguja Demetrashvili and Vepxvia
Msxvilidze in front of an Mi-24 (FARDC)
Photograph tagged in June 2013 (in the DRC) (Open
source)

Vitaly Zakarov Elguja Demetrashvili et Vepxvia
Msxvilidze devant un Mi-24 (FARDC)
Photographie étiquetée en juin 2013 (en RDC)
(Source ouverte)

UNCLASSIFIED                                    EXHIBIT 60

S/2020/482

**Annex 112/26**

**Individual identified on Facebook and OK.RU profiles under the name of Vadim Karlovsky (Ukraine)**

**Individu identifié sur des profils Facebook et OK.RU au nom de Vadim Karlovsky (Ukraine)**

Photographs tagged in the DRC in 2017, 2014
Photographies étiquetées en RDC en 2017, 2014







Vadim Karlovsky
Photograph tagged in April 2017 (in Goma)
(Open source)

Vadim Karlovsky
Photographie étiquetée en avril 2017 (à Goma)
(Source ouverte)



Vadim Karlovsky, Vitaly Zakarov and
six unidentified individuals (Ref 48, 53,
54, 55, 56, 57)
Photograph tagged in May 2014 (in
Goma) (Open source)

Vadim Karlovsky, Vitaly Zakarov et six
individus non identifiés (Ref 48, 53, 54, 55,
56, 57)
Photographie étiquetée en mai 2014 (à
Goma) (Source ouverte)

UNCLASSIFIED                         EXHIBIT 60

**S/2020/482**

The name of an individual designated in a rapport of the Group of Experts on Côte d'Ivoire (see S/2006/964, para. 25) is similar to a name obtained in the DRC. The Group obtained a photograph of this individual provided in 2006 by the United Nations Operation in Côte d'Ivoire (UNOCI) to the Group of experts on Côte d'Ivoire.

Le nom d'un individu cité dans un rapport du Groupe d'experts sur la Côte d'Ivoire (voir S/2006/964, par. 25) présente des similitudes avec un nom obtenu en RDC. Le Groupe a obtenu une photo de cet individu remise en 2006 par l'Opération des Nations Unies en Côte d'Ivoire (ONUCI) au Groupe d'experts sur la Côte d'Ivoire.



Photograph taken in 2006 (in Côte d'Ivoire)       Photograph tagged in 2018 (in
Obtained from a source familiar with the issue          DRC) (Open source)

Photographie prise en 2006 (en Côte d'Ivoire)     Photographie étiquetée en 2018 (en
Obtenue d'une source familière avec le sujet            RDC) (Source ouverte)



Facebook profile (2020) (Open source / Source ouverte)

UNCLASSIFIED                     EXHIBIT 60

S/2020/482

**Annex 113**

**Press articles extracted from the Georgian press related to the presence in the DRC of Georgian pilots, flight instructors and technicians**

**Articles de presse extraits de la presse géorgienne relatifs à la présence en RDC de pilotes, instructeurs de vol et techniciens géorgiens**

**Georgian military pilot has been detained in Congo for a month**

**Un pilote militaire géorgien détenu depuis un mois au Congo**

Article dated 23 February 2017 – Article daté du 23 février 2017

https://reginfo.ge/people/item/276-qartveli-samxedro-mprinavi-erti-tvea-kongoshia-datvbvevebuli



ქართველი სამხედრო მფრინავი ერთი თვეა კონგოშია დატყვევებული

12:54 ხუთშაბათი, 23 თებერვალი 2017   ◎ 1839

UNCLASSIFIED EXHIBIT 60

S/2020/482



41 წლის სოსო ოსორაული თითქმის ერთი თვეა რაც კონგოში უკანონო შეიარაღებული დაჯგუფების ტყვეობაშია. კონგოს დემოკრატიული რესპუბლიკის სამხედრო-საჰაერო ძალების შემადგენლობაში არსებული Ми-24 ტიპის ორი დაძრტყმელი შვეულმფრენი ქვეყნის აღმოსავლეთ ნაწილში, ჩრდილოეთ კივუს პროვინციაში 27 იანვარს ჩამოვარდა. ერთ–ერთი შვეულმფრენს სოსო ოსორაული მართავდა.

საბრძოლო შვეულმფრენის ჩამოვარდნის შესახებ ინფორმაცია კონგოს დემოკრატიული რესპუბლიკის დედაქალაქ კინშასაში ბაზირებულმა რადიომ „ოკაპი" 28 იანვარს გააგრძელა.

რადიო საზიდვირო წყაროებზე დაყრდნობით იუწყებოდა, რომ Ми-24 ტიპის ორი საბრძოლო შვეულმფრენი ქვეყნის აღმოსავლეთ ნაწილში მეამბოხეთა ყვეფის აღმოსაჩენად 27 იანვარს დილით გაფრინდა. ერთ–ერთი ვერსითით, შვეულმფრენები დაბალ სიმაღლეზე დაფრინავდნენ, რომელსაც ხეებს წამოიდგნენ და ავარია განიცადეს. მეორე ვერსითით ვი, შვეულმფრენებს ცეცხლი სხმელეთიდან გაუხსნეს და ჩამოავდეს. კატასტროფა ქალაქ რუტშურის ტერიტორიაზე მოხდა. ეს ადგილია ჩრდილოეთ კივუს მთავარი ქალაქიდან, გომადან დაახლოებით 100 კილომეტრის დაშორებით მდებარეობს.

UNCLASSIFIED                    EXHIBIT 60

S/2020/482

**How Georgian military pilots got into the Congo (unofficial translation from Georgian – emphasis added)**

Elements extracted from the article

According to Irakli Aladashvili, a military observer, in 2014-2015, when it became clear that no one was going to capitally repair six Georgian Mi-24 attack helicopters in Georgia and their crews would no longer have the prospect of flying in the air, several Georgian pilots were forced to leave. Far Congo I search for a job.

"Everything dates back to the early 2000s, when Tbilisi (Georgia) sold several Su-25 fighter jets to the Democratic Republic of the Congo Air Force. The sold fighter jets were escorted by technical specialists and pilots from the Tbilisi Aviation Factory to the Congo to teach local soldiers how to use this ferocious fighter. From that period, a kind of business-friendly relationship was established between Georgian specialists and Congolese generals. Later, after the August 2008 war, when some military pilots were forced to leave the armed forces, which was compounded by the abolition of Georgian air force as a separate type of army, fighter pilots, as individuals, visited familiar generals in Congo. **The war-torn and experienced Georgian pilots were received with great honor in the Congo, and more or less dignified soldiers were appointed, much more than they had in the Georgian army. Georgian pilots taught fighter jets pilots to use fighter jets, and several Georgian aviation engineers provided technical maintenance for the aircraft**", Irakli Aladashvili wrote.

**Comment les pilotes militaires géorgiens sont entrés au Congo (traduction non-officielle du géorgien – soulignement ajouté)**

Eléments extraits de l'article :

Selon Irakli Aladashvili, un observateur militaire, en 2014-2015, lorsqu'il est devenu clair que personne n'allait sérieusement réparer six hélicoptères d'attaque géorgiens Mi-24 en Géorgie et que leurs équipages n'auraient plus la perspective de voler, plusieurs pilotes géorgiens ont été obligés de partir. Extrême Congo Je recherche un emploi.

"Tout remonte au début des années 2000, lorsque Tbilissi (Géorgie) a vendu plusieurs avions de chasse Su-25 à la Force aérienne de la République démocratique du Congo. Les avions de chasse vendus ont été escortés par des spécialistes techniques et des pilotes de l'usine d'aviation de Tbilissi au Congo pour enseigner aux soldats locaux comment utiliser ce combattant féroce. À partir de cette période, une sorte de relation favorable aux affaires s'est établie entre les spécialistes géorgiens et les généraux congolais. Plus tard, après la guerre d'août 2008, lorsque certains pilotes militaires ont été forcés de quitter les forces armées, ce qui a été aggravé par l'abolition de l'armée de l'air géorgienne en tant que type distinct d'armée, les pilotes de chasse, en tant qu'individus, ont rendu visite à des généraux familiers au Congo. **Les pilotes géorgiens déchirés par la guerre et expérimentés ont été reçus avec grand honneur au Congo, et des soldats plus ou moins dignes ont été nommés, bien plus que dans l'armée géorgienne. Les pilotes géorgiens ont appris aux pilotes de chasse à utiliser des avions de chasse et plusieurs ingénieurs géorgiens de l'aviation ont assuré la maintenance technique des appareils »**, a écrit Irakli Aladashvili.

5/5/2020

UNCLASSIFIED

NEWS & ARTICLES | GOLD AFRICA

EXHIBIT 61



HOME    ABOUT AGR    GEOCHEMICAL LAB    SERVICES    BUSINESS WITH AGR

AGR

## NEWS & ARTICLES

MEDIA

Race to refine: the bid to clean up Africa's gold rush    +

INQUIRIES FROM THE SENTRY    +

Mr. Alain Goetz (African Gold Refinery - C.E.O) during his speech at the 7th Annual Mineral Wealth Conference held at Kampala Serena Hotel on 2nd- 3rd October 2018, tackling Regional Mineral Sector Experiences.    −

NEWS & ARTICLES | GOLD AFRICA

UNCLASSIFIED

EXHIBIT 61



🖥  MR. ALPHONSE KATAREBE – AGR'S VICE PRESIDENT PARTICIPATED AT THE

EXPERT MEETING ON THE DEVELOPMENT OF AN ARTISANAL GOLD STRATEGY FOR THE

GREAT LAKES REGION, HELD ON 18TH – 20TH SEPTEMBER 2018 IN NAIROBI, KENYA.

🖥  L'ONG PDH plaide pour la libéralisation de la vente des minerais en RDC



DRC-30316 1700

NEWS & ARTICLES | GOLD AFRICA

UNCLASSIFIED

EXHIBIT 61



🏠 HOME   ❶ ABOUT AGR   ⚲ GEOCHEMICAL LAB   ⚙ SERVICES   🏛 BUSINESS WITH AGR

humains

🖥 H.E Yoweri Kaguta Museveni the President of the Republic of Uganda - Recognizes AGR as the Second Largest Exporter During the National Budget Reading FY 2018/2019                                                                    ✛

🖥  BRINGING INNOVATION TO THE COUNTRY                                        ✛

MINERALS: Museveni warns technocrats frustrating investors                     ✛

Mr. Alain Goetz (AGR CEO) & Mr. Alphonse Katarebe (AGR VP) attended the Presidential Investors' Round Table (PIRT) that took place at the State House, Entebbe on 6th - 7th Dec 2017                                                        ✛

PRESS RELEASE 20th November 2017                                            ✛

AGR CEO Alain Goetz supports Mineral Wealth Conference 2017- 05/10/2017        ✛

AGR is a proud member of Uganda Chamber of Mines and Petroleum -28/09/2017     ✛

AGR Backs UN Report against Illicit Gold Trade on Airlines - 23/08/2017          ✛

UN report pins airlines on smuggled gold bars - 23/08/2017                      ✛

Gold smuggling: UN report critical of major airlines - 18/08/2017                ✛

African Gold Refinery (AGR) welcomes the recent United Nations Group of Experts Report on the Democratic Republic of Congo.                                     ✛

UNCLASSIFIED

🏠 HOME    ℹ️ ABOUT AGR    🌐 GEOCHEMICAL LAB    ⚙️ SERVICES    🏛️ BUSINESS WITH AGR

2293 (2016) Addressed to the President of the Security Council.

"UGANDA REVENUE AUTHORITY RECOGNIZES AFRICAN GOLD REFINERY AS LARGE TAXPAYERS' CATEGORY UNDER THE DOMESTIC TAXES DEPARTMENT" JULY 2017 ➕

IGF welcomes entry into force of Minamata Convention on Mercury, stresses that more work needs to be done ➕

Smugglers Take Sheen From Uganda's Bright Gold Refinery - Africa Forbes (19-07-2017) ➕

AGR AT REGIONAL EXPERT MEETING ON NATURAL RESOURCES IN THE GREAT LAKES REGION - NAIROBI, KENYA - 5-6 JULY 2017 ➕

PARTICIPATION OF AGR AT THE LAUNCH OF THE DRC TRACEABILITY INITIATIVE FOR ARTISANAL GOLD - KINSHASA - 20 JUNE 2017 ➕

SPEECH AGR AT 11TH OECD CONFERENCE ON RESPONSIBLE SUPPLY CHAINS – 4 MAY PARIS ➕

AGR TO SPEAK AT 11TH OECD – UN – ICGLR – GOE FORUM ON RESPONSIBLE SUPPLY CHAINS – 2-4 MAY PARIS ➕

Uganda registers Shs 790b surplus in export revenue (21-04-2017) ➕

Uganda: Where Will Gold Come From to Feed Uganda's New Refinery? (22-02-2017) ➕

H.E. President Yoweri Museveni commissions African Gold Refinery (AGR). (21-02-2017) ➕



5/5/2020

NEWS & ARTICLES | GOLD AFRICA

UNCLASSIFIED

EXHIBIT 61



🏠 HOME     ❶ ABOUT AGR     ⚲ GEOCHEMICAL LAB     ⚙ SERVICES     🏛 BUSINESS WITH AGR

2017)

President Commissions Gold Refinery,warns against Frustrating Investors. (20-02-2017)    ✚

Uganda to launch gold refinery. (17-02-2017)    ✚

UGANDA'S GOLD REFINERY TO BE OFFICIALLY UNVEILED (16-02-2017)    ✚

Inauguration of AGR (12-02-2017)    ✚

President of Uganda H. E. Yoweri K. Museveni's New Year address states that All Gold Suppliers should Refine their gold from a Ugandan based Gold Refinery located in Entebbe. (31-12-16)    ✚

CCTV interviews our CEO, Mr. Alain Goetz on the new Standards of Shariah Gold Compliance (07-12-16)    ✚

AGR is participating in Africa Mining Summit which will be taking place from 13th - 14th December 2016 at Golden Tulip hotel, Dar es Salaam, Tanzania. (12-12-2016)    ✚

An important step in the fight against Gold fraud in the Great Lakes Region. (15-11-2016)    ✚

African Gold Refinery believes in its official launch in December. (11-11-2016)    ✚

Uganda goes for gold. (01-11-2016)    ✚

AGR is the first, high-capacity gold refinery in this region with an actual capacity of 500kgs of high finished fine gold products per week. (15-10-2016)

NEWS & ARTICLES | GOLD AFRICA
UNCLASSIFIED

EXHIBIT 61

 HOME     ABOUT AGR    GEOCHEMICAL LAB    SERVICES    BUSINESS WITH AGR

AGR is a key sponsor of the Uganda Mineral Wealth Conference 2016 which will be
held in Kampala on 5th & 6th October.                                        +

Tony Goetz NV : Press Release - (27-09-2016)                                 +

African Gold Refinery welcomed The Uganda Ministry of Energy and Minerals    +
Development Delegates. (24-06-2016)

## Quick Media Link

- CONFERENCE
- LATEST NEWS

QUICK LINKS

ABOUT AGR
SERVICES
BUSINESS WITH AGR
MEDIA
CSR PROGRAMMES
CONTACT US

SERVICES

ASSAYING
MELTING
REFINING

ADDRESS

Address
Plot No. M103 & 106
Sebugwawo Road, Entebbe
P.O. Box 37574
Kampala, Uganda



NEWS & ARTICLES | GOLD AFRICA
UNCLASSIFIED

EXHIBIT 61



🏠 HOME    ℹ️ ABOUT AGR    🌿 GEOCHEMICAL LAB    ⚙️ SERVICES    🏛️ BUSINESS WITH AGR

Fax
+256 392 174 806

Email
info@gold.africa

© 2017 AGR. All Rights Reserved





THE SENTRY

BRIEFING

# Conflict Gold to Responsible Gold

## A Roadmap for Companies and Governments

By Sasha Lezhnev
February 2021

UNCLASSIFIED

EXHIBIT 65

UNCLASSIFIED



**BRIEFING**

February 2021

THE SENTRY

# Conflict Gold to Responsible Gold
## A Roadmap for Companies & Governments

By Sasha Lezhnev

The technology, jewelry, financial, and automotive sectors are increasingly at risk of purchasing gold via Dubai that benefits armed groups responsible for mass atrocities in multiple countries in East and Central Africa. Five main policy issues continue to incentivize the conflict gold trade and disincentivize the responsible artisanal trade, presenting key opportunities for action by governments, companies, and banks.

## Executive Summary

Gold's meteoric rise in price has brought renewed attention to the problem of conflict gold—gold that funds armed groups and criminal networks. Over $4 billion in conflict-affected or high-risk gold from Central and East Africa flows to international markets annually,[1, 2] including to the United States, India, the Middle East, Europe, and China.[3, 4, 5] Electronics, jewelry, automotive, and financial services companies are at risk of purchasing conflict and high-risk gold from the Democratic Republic of Congo (DRC), the Central African Republic (CAR), Sudan, and South Sudan via Dubai, United Arab Emirates (UAE). Gold from these conflict-affected countries is primarily smuggled to neighboring countries—namely Uganda, Rwanda, Cameroon, Kenya, Chad, and Burundi—and then exported to Dubai before ending up in jewelry or gold bars around the world.[6, 7, 8, 9]

Meanwhile, a nascent trade in responsible, conflict-free artisanal gold is emerging from East and Central Africa, but it needs significant regional and international policy changes and industry engagement in order to grow. Hundreds of thousands of men and women work in artisanal and small-scale gold mining (ASM) in East and Central Africa, but they are frequently exploited by corrupt officials, criminal traders, armed units, and poor policies. COVID-19 has left artisanal mining communities in the region even more vulnerable to price and criminal exploitation.[10, 11]

International regulations, due diligence standards, and industry auditing programs established over the past decade to combat the conflict gold trade have significantly improved awareness of the problem. However, there are five main obstacles to a sustainable solution, presenting new opportunities for governments and industry to have an impact.

— **Lack of consequences.** Refiners and traders who deal in conflict gold have faced few, if any, financial or legal consequences for contributing to armed conflict or pillaging, despite United States, United Nations



(UN), and European Union (EU) sanctions regimes, industry auditing programs, and laws that address these issues.

— **Weak policies and enforcement in Dubai and other world gold centers.** Policies on gold trading and customs in the UAE, India, and other global gold centers are inconsistent and insufficiently enforced, which incentivizes smuggling and money laundering. The new London Bullion Market Association (LBMA) international bullion center initiative, which threatens to cut off gold centers from global supply chains if they do not enact key responsible gold reforms, provides useful leverage to try to change those policies.[12, 13]

— **Imbalanced gold export taxes.** Gold export taxes among gold-producing states and neighboring countries in East and Central Africa are severely imbalanced, significantly incentivizing smuggling. For example, Uganda and Cameroon have substantially lower gold taxes than neighboring DRC and CAR, respectively, thus making it much more profitable to smuggle gold to those countries.

— **Policy disincentives.** Policies in the region hinder or completely preclude miners' ability to register legally, secure property rights, or have protection, creating major obstacles to developing the responsible artisanal mining sector. Government corruption exacerbates those challenges.

— **Lack of financing.** Financing for responsible, conflict-free mining in East and Central Africa is severely lacking, making mining cooperatives vulnerable to illicit actors who provide prefinancing.

## Main recommendations

The trade in conflict gold is prolific and problematic, but companies, governments, and financial institutions can pursue the following five actions to have significant impact:

— **Establish greater consequences for trading in conflict gold.** The United States, the UN Security Council (UNSC), and the EU should investigate and, if appropriate, sanction refining and trading companies that deal in conflict gold. Jewelry and electronics companies should stop sourcing from refiners that have failed credible independent audits on conflict minerals. Such policies have helped clean up the trade in other conflict minerals.

— **Strengthen policies and enforcement in Dubai.** The UAE government should close the regulatory and enforcement loopholes that allow for trade in conflict and high-risk gold, in line with LBMA and Financial Action Task Force (FATF) recommendations.

— **Harmonize gold export taxes.** The US Department of State and the EU should work with regional governments—in Uganda, Rwanda, the DRC, CAR, and Cameroon, in particular—to harmonize gold taxes in order to reduce smuggling and facilitate growth in the conflict-free gold trade.

— **Remove disincentives for artisanal miners.** Donor governments should work with mining ministries in reforming policies to formalize artisanal mining, for instance, by reducing the red tape for miners to access property rights and by lowering miner registration costs. Governments in the region and gold refiners should adopt the CRAFT code,[14] a standard for improving artisanal mining conditions.

— **Source from conflict-free artisanal mines.** Refiners that have passed credible international audits should increase sourcing from responsible artisanal gold projects in the region. Pilot projects to source responsible gold from the DRC to Western markets should be scaled up.

## Conflict at the Source

Of the four main conflict minerals (gold, tin, tantalum, and tungsten),[15] gold has been the most difficult to address, as it is easy to smuggle and to sell virtually anywhere. It is also a lifeline for corrupt ruling networks when other sources of revenue have dried up. In East and Central Africa, gold continues to fund armed conflict and human rights abuses in four main countries: Sudan, South Sudan, CAR, and the DRC.

On the ground, armed groups and army units profit from the conflict gold trade in three main ways: by controlling gold mines and forcing miners to work, by illegally taxing trading routes, and by raiding mines.[16] In the first, most common scenario, militia or army commanders force artisanal miners to hand over a portion of the gold they produce, and they then sell the gold to traders or collaborate with them to sell or smuggle the gold onward.[17, 18] The commanders, from both nonstate armed groups and national armies, then share their profits with political sponsors, corrupt government officials, and business partners, or they use them to

> In East and Central Africa, gold continues to fund armed conflict and human rights abuses in four main countries: Sudan, South Sudan, CAR, and the DRC.

purchase or barter for weapons, ammunition, supplies, or assets for themselves.[19, 20, 21] In other cases, armed commanders run checkpoints and force traders to pay illegal taxes.[22] For example, one study estimated that armed groups in CAR generated at least $6.5 million annually from such roadblocks.[23] Armed groups also sporadically attack mines to raid them for gold stashes.[24] In gold mining areas controlled by armed groups, civilians face severe consequences, from sexual and gender-based violence to displacement to child soldier conscription and forced child labor.

### The Democratic Republic of Congo

In eastern DRC, where an estimated 3.1 to 7.6 million people have died as a result of armed conflict and where there are approximately 130 active armed groups,[25, 26] gold is a major driver of conflict. An estimated 10 to 20 tons of gold, worth $300 to $600 million, is smuggled out of the DRC annually.[27] Conflict gold provides the largest source of revenue to armed actors in eastern DRC, including armed groups and many national military units that profit through illegal taxation, raiding of mines, and collaboration with smugglers.[28, 29, 30] The UN Group of Experts detailed how one militia, the Nduma défense du Congo-Rénové (NDC-R), generated major revenue by selling gold to traders in Uganda and Burundi, purchased arms and ammunition from the DRC army, and engaged in extensive sexual violence against civilians, mostly women and children.[31, 32] Army commanders have also been major profiteers in the conflict gold trade. General Gabriel Amisi, the late Colonel Delphin Kahimbi, and a number of other Congolese army officers have been named in UN Group of Experts reports as being involved in the illegal mining and smuggling of gold.[33, 34]

### Central African Republic

In CAR, gold mining has increased significantly in recent years as many miners have switched from diamonds,[35] and the latest estimates point to roughly 5.7 tons of gold production per year, worth approximately $235 million.[36] Just as diamonds have long fueled armed conflict in CAR, gold has increasingly been trafficked and used by criminal groups to acquire cash and weapons. As of late 2014, the UN Panel of Experts on CAR estimated that around two tons of gold—worth over $60 million—is trafficked each year.[37, 38] With the significant increase in production, this number is likely much higher today. CAR's Bureau d'evaluation et de controle de diamant et d'or (BEDCOR) estimates that 90% of all gold production continues to be trafficked out of the country.[39] Armed groups control mines in western and eastern CAR. One of the ex-Séléka militias, Union pour la Centrafrique (UPC), controls the Nzako and Bakouma mining sites in the southeast

of the country.[40] In western CAR, anti-Balaka groups maintain a presence in mines around Boassangoa, Yaloké, Amada Gaza, Sosso-Nakombo, and elsewhere.[41] In addition, the UN Panel of Experts on CAR has reported a number of cases of extrajudicial killings, forced labor, and sexual violence at anti-Balaka-controlled mines.[42]

### Sudan

Sudan is the largest gold producer of the four countries, generating approximately 90 tons per year.[43] However, a significant portion is connected to armed groups, as both nonstate armed groups and companies linked to security agencies have become involved in the artisanal and industrial gold sectors.[44, 45] The UN estimated in 2016 that the Jebel Amir region of Darfur produced approximately $422 million worth of gold annually and that armed groups generated an estimated $54 million annually from the gold trade in that region.[46] More recently, at least one company controlled by security sector actors—Al-Junaid For Multi Activities—was granted a monopoly by the Central Bank of Sudan (CBOS) in 2018 to purchase and export gold from small producers,[47] making an unspecified "modest margin of profit" in the process.[48, 49] Some of this profit has been used to equip and recruit young men in Sudan and across the Sahel to the Rapid Support Forces (RSF),[50] which has been implicated in the commission of widespread and systematic violations of international humanitarian and human rights law.[51] Other armed groups such as the Sudan Liberation Army/Abdul Wahid (SLA/AW) in Darfur have found a "significant source of financing as a result of gold exploitation" and are now trading gold for weapons and ammunition, according to the UN.[52] The discovery of new gold mines in Darfur in 2019 resulted in armed clashes between the Sudanese army and rebel groups.[53] Furthermore, the continued use of toxic substances at processing sites has led local communities to protest, resulting in incidents of excessive force and violence between these communities and the RSF soldiers and National Intelligence Security Service (NISS, now the General Intelligence Service, or GIS) agents guarding the facilities.[54, 55]

The civilian-led government has recently taken steps to bring the mining sector under its control,[56, 57, 58] but more could be done to promote the reforms' long-term success. The government ended the controlling presence of the national security agency and Omar al-Bashir's ruling party operatives in the Mining Ministry's oversight and collection agencies, and it terminated the mining licenses of former regime insiders.[59] The Mining Ministry improved the collection of government dues from franchise and processing companies, which had often ignored their contractual obligations.[60] In the first half of 2020, the government also ended the monopoly of the central bank over gold exports and launched a bourse that offers prices aligned with international markets.[61] Intended to create a disincentive for gold smuggling and improve the country's foreign currency earnings, these measures fell short of realizing their objectives,[62] as the government did little to end the preferential treatment of its own companies, carried over from Bashir's period.[63] Moreover, gold production and trading companies affiliated with the army, the GIS, and the RSF continue their activities in these sectors while shielding their revenues from government oversight, thus adding to the severity of the economic crisis and threatening to cripple Sudan's path to democracy.[64, 65]

### South Sudan

South Sudan has also been home to armed groups profiting from the artisanal gold trade since the start of the civil war in 2013.[66, 67, 68] Gold from the state of Kapoeta has been smuggled out of the country by networks of government officials and international mining interests, leading to the increased militarization of the gold trade in the state.[69] Gold traders in South Sudan estimate the annual monetary value of the gold trade at $24 million, but this is likely underestimated due to smuggling.[70] The UN found that the Sudan People's Liberation Movement/Army in Opposition (SPLM-IO) has engaged in gold mining around Kajo Kaji.[71] The SPLM-IO and another rebel group, the National Salvation Front (NAS), both fund their war efforts in part from gold.[72] Around Lobonok, Wondoruba, and the Luri River, both opposition groups mined gold

and taxed civilians working in gold mines.[73] These groups have collectively been involved in multiple human rights violations, from attacks against civilians to the recruitment of child soldiers to sexual violence.[74, 75, 76]

## Neighboring Countries as Smuggling Hubs

From the producing states of CAR, the DRC, South Sudan, and Sudan, conflict gold is mainly trafficked to neighboring countries: from CAR to Cameroon,[77] Chad, and Sudan;[78] from the DRC to Uganda, Rwanda, or Burundi;[79] from South Sudan to Uganda and Kenya;[80, 81] and from Sudan to Chad (although most Sudanese gold is exported directly to the UAE).[82] These neighboring countries often charge much lower taxes on gold than the producing states, providing major incentives for smuggling.[83]



### Uganda

Uganda is a consolidation point for gold smuggled from the DRC and South Sudan. Two main refineries have been established in Uganda over the past four years and have collectively exported over 34 tons of gold since 2017, according to records reviewed by The Sentry.[84] Uganda's export of approximately $1.2 billion in gold (27.8 tons) in 2019 represents a vast increase in its official gold exports over the past five years, as the country only exported $443,000 in gold in 2014.[85] Uganda is only estimated to produce a maximum of three tons of gold per year, so it can be inferred that most of the gold it exports is imported.[86, 87]

A handful of exporters and smugglers bring the gold to Uganda from the major gold-trading cities in eastern DRC, and the UN reported that smugglers have bribed officials to move it across the border.[88, 89] Uganda also remains a hub for gold smuggled from South Sudan, according to the UN, with members of both NAS and the SPLM/A-IO confirming having sold gold from South Sudan in Uganda.[90] Because South Sudan does not produce certificates of origin for its gold, South Sudanese gold being traded in Uganda is likely either mispresented as being of Ugandan origin or traded without any certificates of origin.[91] The Ministry of Mining of South Sudan has stated that any South Sudanese certificates of origin were "inevitably fraudulent."[92]

### Rwanda

Rwanda is the destination for a significant amount of smuggled gold from eastern DRC and has become a major gold exporter since 2017.[93] In fact, gold is now one of Rwanda's largest exports, despite the country's low annual production capacity (20-30 kg).[94, 95, 96] According to the Rwanda National Bank, in 2019-2020, Rwandan gold exports increased 755% over the previous year.[97] And in 2019, the UAE imported \$472 million in gold from Rwanda, according to UN trade data, up from \$72 million in 2015, \$8 million in 2014, and none in years prior to that.[98, 99] The UN Group of Experts concluded in 2018 that much of the gold traded in Rwanda and Uganda was smuggled from the DRC and that Rwandan customs and border controls are insufficient.[100]

One of the businesspersons that has been involved in the Rwandan gold trade in recent years is Belgian gold trader Alain Goetz. Goetz has reportedly been involved in exporting gold from Rwanda since 2017,[101] and, according to the UN, in 2018 the Rwandan gold trade was mainly controlled by Goetz.[102] Africa Confidential reports that Goetz entered into a partnership with the Rwandan government to build a gold refinery in Rwanda.[103] In 2019, Aldango Ltd refinery launched with a reported refining capacity of six tons of gold per month.[104] Corporate records and multiple media outlets indicate that Aldango is a joint venture between two firms, Aldabra Ltd and Hilly Metals Investment Company.[105, 106, 107, 108] Documents reviewed by The Sentry suggest that Aldabra Ltd is effectively controlled by Goetz, and Goetz acknowledged to the UN in 2020 that he is an owner of Aldabra Ltd.[109, 110] In response to a list of specific questions posed by The Sentry with respect to these activities, Goetz did not answer, opting instead to make vague accusations against The Sentry, assert a range of claims about his companies' activities, and insist he needed information about The Sentry's sources in order to respond.[111]

### Cameroon

Cameroon remains a preferred destination for smuggled gold from CAR, as it can be sold there at a higher price than in Bangui.[112, 113] Often, gold traffickers use the roads through southern Chad, which can be safer than those through CAR, to get into Cameroon.[114] When the roads are too unsafe to travel, smugglers use air transportation to move the gold from Bangui, where local authorities lack the controls to search for and stop gold from leaving the country.[115] Some smugglers in CAR use diplomatic passports to facilitate their transport and pay bribes to field agents to avoid scrutiny.[116] In January 2020, Robert Baker, CEO of the Bekora Miners refinery in Cameroon, said that most of the gold processed in his refinery was not declared to customs in order to avoid paying taxes.[117, 118]

### Burundi

Burundi is another hub for smuggled Congolese gold. The UN Group of Experts has reported for over 20 years that gold from eastern DRC has been smuggled to Burundi.[119] However, the rise of Uganda and Rwanda as regional gold hubs, combined with instability in Burundi in recent years, may have lessened the country's ability to attract as much smuggled gold. In February 2020, gold traders in the DRC reported that some gold smuggled from the DRC to Burundi was then smuggled to Rwanda for refining there.[120]

### Chad

Chad is one of the destinations for gold from Darfur, Sudan,[121] and is one of the smuggling routes for gold from areas of eastern CAR controlled by ex-Séléka armed groups, according to multiple reports.[122, 123] Gold is smuggled to Chad by

UNCLASSIFIED

EXHIBIT 65
SENTRY BRIEFING

both road and air,[124] and gold has reportedly been traded for stolen vehicles that were then smuggled back into Sudan.[125] Furthermore, Chadian traders have reportedly introduced mercury into some artisanal gold mines in CAR.[126]

## Supply Chains to Dubai and Then Onward

From East and Central Africa, gold is overwhelmingly exported to Dubai, UAE; an estimated 95% of gold from the 10 countries highlighted in this report is imported by the UAE.[127] Dubai's limited regulations and lax enforcement attract traders of artisanal and small-scale gold,[128] and The Sentry has identified four main money laundering risk factors for gold in the UAE: large cash transactions for gold continue to take place, customs checks and controls for hand-carried gold are weak and do not require proof of payment, oversight of the Dubai gold souk is inadequate, and numerous large refiners are not subject to independent audits.[129]

From Dubai, gold is sold onward to North America, Europe, India, China, and the Middle East,[130] presenting major risks for multinational electronics, automotive, and jewelry companies and for banks and other financial institutions.[131]

Switzerland remains the world's largest hub for gold refining, processing an estimated 70% of all unrefined gold each year.[132] In 2018, Switzerland was the third-biggest destination for gold from the UAE, importing approximately 58 tons, or $2.4 billion, according to UN trade statistics.[133] After being refined, almost half of Swiss gold is sold to jewelers, approximately one third is sold to banks, and the rest is sold to various industries.[134] Due to voluntary standards that refineries apply to ensure that the gold refined is conflict free, the Swiss government admitted in a report that they cannot exclude the possibility of conflict gold being used by its country's refineries.[135, 136]

In China, the world's largest annual gold consumer since 2013,[137] work began in 2015 on establishing due diligence requirements for gold refiners, which still need to be finalized and fully implemented. Since then, the China Chamber of Commerce of Metals, Minerals & Chemicals Importers & Exporters (CCCMC), in cooperation with the Organisation for Economic Co-operation and Development (OECD), has established an auditing requirement for all Chinese gold refiners based on OECD due diligence guidance.[138] When implemented, this program will reportedly have independent third-party auditors,[139, 140] but it will be important to ensure the quality of the independent audits.

India, the world's second-largest gold consumer,[141] an important jewelry manufacturing center, and a top-four destination for gold from Dubai,[142] continues to have significant policy issues on gold and money laundering that need to be addressed. An in-depth study on India and illicit gold by IMPACT highlighted that "there is a significant amount of evidence demonstrating that trade routes from the Great Lakes region of Africa go to India, often via Dubai," and that the UAE is India's largest source of smuggled refined gold.[143] India has also seen a massive increase in imports of gold doré—from 23 tons in 2012 to over 212 tons by 2019—mainly from high-risk countries.[144, 145] Several policy loopholes contribute to this increase, including negligible due diligence on gold imports by Indian Customs officials and the fact that most Indian refiners "remain largely unaware of, and indifferent to, both the vulnerabilities in their supply chains and the need to carry out supply chain due diligence."[146] The Indian government should require its refiners to undergo conflict gold audits. It should also increase education among refiners and banks in India about the need to conduct due diligence.

UNCLASSIFIED

## Opportunities for Impact



"There is a river of dirty gold from Central Africa. We need to divert some of the water toward the legal trade, and to do that we need both sticks and incentives. Almost all incentives are toward the illegal trade now."

– Regional gold expert interviewed for this report

The conflict gold trade will never be fully eliminated, but governments and the private sector, including banks, can have a major impact in reducing it by robustly implementing due diligence frameworks, creating consequences for illicit actors, closing loopholes in the UAE, incentivizing the responsible artisanal gold trade, and helping vulnerable mining communities in East and Central Africa.

### Creating consequences for illicit actors

First, there must be far greater financial and legal consequences for those trading in illicit gold. At present, illicit traders and refiners can get around international due diligence guidance and audits with impunity and continue to access international markets. Throughout the region, there has been little accountability for gold traders and refiners sourcing from conflict areas or for companies owned by the security sector agencies, thus leaving much of the gold production tainted by links to violence and institutional corruption. Greater financial and legal consequences for sourcing from conflict and high-risk areas would shake up the industry and help create incentives to increase the responsible, conflict-free gold trade.

In the public sector, the US Department of the Treasury, the UNSC, and the EU should sanction refiners, traders, and the networks of companies they control for purchasing gold from conflict zones. US, UN, and EU sanctions regimes all allow for designations based on findings of support to persons, including armed groups, involved in activities that threaten the peace, security, or stability of the DRC and CAR through the illicit trade in natural resources—for example, by purchasing gold sourced from areas controlled by armed groups.[147, 148, 149, 150, 151] To have a strong impact on the rest of the supply chain, sanctions should target the most influential actors in that chain, particularly the refiners and traders who travel and have bank accounts abroad. The failure of companies to implement UNSC and OECD due diligence guidelines for conflict and high-risk gold should factor into the analysis of how sanctions are applied. The last international sanctions on conflict gold traders from East and Central Africa were over a decade ago, in 2007.[152]

Legal consequences can act as deterrents for others when strong and appropriate sentences are applied and guilty parties serve time in prison. Prosecutors in jurisdictions where conflict gold is traded, or where conflict gold traders or refiners are based, should investigate traders and refiners for possible money laundering, pillage, customs, and anti-corruption violations. If the investigations conclude that an indictment is warranted, those responsible for violating the law should be prosecuted to the fullest extent.

Banks and other financial institutions have a key role to play in establishing consequences for conflict gold traders, too, as large volumes of gold are traded by banks. Financial institutions must be better trained to identify anti-money laundering (AML) red flags and to exercise international due diligence on high-risk gold. As one international jeweler told The Sentry, "Banks haven't stepped up as much as they should have. They rely on their own KYC [know your customer] standards. Banks are operating in these countries. And yet the big banks are important players in gold trading markets."[153]

CONFLICT GOLD AND RESPONSIBLE GOLD
TheSentry.org

For example, some multinational banks have policies to trade gold from LBMA-certified refineries only, but they frequently do not carry out due diligence to verify the origins of that gold to the extent that electronics or jewelry companies do.[154, 155]

Banks must develop or hire expertise in gold refining and internationally recognized due diligence for artisanally mined gold. Most large banks mainly know the gold trade through financial deals related to industrial gold mines, but to conduct due diligence on high-risk artisanally mined gold, banks need to develop expertise in OECD guidance, red flags from the FATF and The Sentry,[156] and gold refining more broadly. If banks asked OECD due diligence questions before processing a gold trade, that would have an impact on illicit trade. As one former banker told The Sentry, "Some banks, e.g. in India, treat the gold as a currency, like dollars. They don't get involved enough in the due diligence of the gold being traded. They thus evaluate you as a company, not the gold."[157] This practice needs to be amended to focus more on the gold itself.

Other private sector companies have a role to play in creating consequences, as well. Jewelry, electronics, automotive, and other companies that consume gold must utilize conflict-free refiner audits in their supply chain decisions. The past decade has seen a revolution in the transparency of minerals supply chains. In 2010, no gold refiners went through independent conflict-free audits, but today, 63% of refiners globally have passed them.[158, 159] However, audits are only influential in changing dirty industry practices insofar as the end users utilize them in their decisions about who to source from. To date, only two companies—Apple and Intel—have sourced from 100% audited refiners and smelters, and many companies are stuck in the 70% range.[160] As more companies cut from their supply chains any refiners that fail or refuse to undergo audits, the industry incentive to shift from conflict to conflict free grows.

**Closing loopholes in the UAE**

Governments and private sector actors need to encourage the UAE government to address policy loopholes that continue to facilitate the illicit trade. As one international gold expert told The Sentry, "Dubai doesn't like questioning the efficacy of their standards."[161] However, because the UAE is an important nexus in the gold trade and is seeking international legitimacy for its gold refining and trading practices, governments and companies should appeal to that drive when engaging the UAE government on policy.

Some progress has been made, showing the potential impact of international pressure, but much more needs to be done to close the loopholes for the illicit gold trade. For example, the Dubai Multi Commodities Centre (DMCC) addressed several outstanding issues in its due diligence protocols following international scandals over the past decade. However, the implementation of DMCC audits has been an issue, with some refineries only being delisted after significant international pressure.[162] For its part, the DMCC notes that all company registrations are rigorously assessed through a robust compliance process and that its auditing program follows the OECD five-step framework.[163] The UAE government should close these policy loopholes that allow conflict gold to enter the country by enacting reasonable policy reforms.[164] The UAE announced in December 2020 that it is developing a new UAE gold good delivery standard—to be called the Emirates Good Delivery—though the details have not yet been made public.[165]

**Incentivizing the legal trade in East and Central Africa**

Hundreds of thousands of men and women work in artisanal gold mining in the region at present—an estimated 250,000 in the DRC alone.[166] However, miners are very frequently exploited or evicted by governments, armed groups, corrupt officials, and companies,[167] and most miners are forced to work illegally because of poor government policies that do not prioritize miner rights,[168, 169] often deliberately so in order to maintain illicit flows to corrupt officials. Formalizing artisanal

mining by changing tax incentives, reforming laws, and providing sustainable markets to artisanal miners is an important part of the solution.

*Disincentivizing smuggling by aligning regional gold taxes*

If the gross disparities in gold export taxes between countries in the region are not addressed, the financial incentive for smuggling will remain and illicit traders will continue to emerge. There is some movement in the direction of fixing the imbalances. High-level DRC government officials have told The Sentry that they now recognize the issue and are working to lower taxes, coordinating with provincial governments.[170] Similarly, in CAR there is reportedly more will to change, as there is not a long history of predatory practices in the gold sector.[171] However, Uganda, Rwanda, Cameroon, Kenya, Chad, and Burundi make millions in illicit funds from the smuggled gold trade, and adjusting their gold taxes would force them to give up corrupt gold funding.

Diplomats in the region, perhaps together with public-private alliances, should work with governments in East and Central Africa to harmonize gold taxes. "Fixing the tax issue is just incredibly important. Without it, you really can't move on the issue," one regional mining expert told The Sentry.[172] Each of the countries discussed here should begin unilaterally adjusting its gold tax rates to be in line with the region, but gold tax harmonization should also be done at a regional level. For instance, harmonizing the gold export taxes between CAR and Cameroon and between the DRC and Rwanda and Uganda should be a priority. The International Conference on the Great Lakes Region (ICGLR) has incorporated this issue into its minerals certification agenda,[173] but it needs international actors with political weight in the region to engage robustly in support of the tax negotiations. US ambassadors in the region (or special envoys, if appointed), the EU, and the African Union could play key roles in backing the ICGLR process, as could organizations such as the Public-Private Alliance for Responsible Minerals Trade (PPA).

> Diplomatic leverage for regional gold reforms to change incentives for smuggling can come from a surprising but effective source: international AML evaluations (which include gold) by the FATF and regional bodies. If a country scores badly, its credit rating is put at risk. If diplomats use this leverage when engaging countries in the region on gold, they will increase the chances of success in addressing this complex issue.

The key question is how to convince and work with these governments on reform, given the amount of money in the illicit gold market. National interests in the region are normally focused on counterterrorism and democracy, and thus regional issues such as gold smuggling are frequently secondary for diplomats. But there is an interesting idea that could be applied here to provide leverage: FATF mutual evaluations of a country's AML and countering the financing of terrorism (AML/CFT) laws and policy frameworks and their implementation. The FATF and the FATF-style regional bodies—the Eastern and Southern Africa Anti-Money Laundering Group (ESAAMLG) and the Groupe d'action contre le blanchiment d'argent en Afrique Centrale (GABAC)—should incorporate implementation of AML policies and procedures on conflict and high-risk gold into their mutual assessments of countries in the region. This practice would have an impact on country credit ratings and thus on the calculations of regional leaders. If combined with strong regional diplomacy, it could influence regional leaders to align gold taxes and plug a major loophole allowing the trade in high-risk gold to flourish. In its 2020 evaluation of the UAE's AML/CFT regime, for example, the FATF assessed and recommended several steps to fix shortcomings in the gold and precious metals sector.[174]

*Increasing the market for responsible artisanal gold*

Artisanal miners and traders also need viable, legal markets in which to sell responsibly mined gold to noncriminal actors. The lack of access to finance for traders and other upstream actors represents one key barrier in the development of a responsible, conflict-free gold trade. Banks and micro-finance institutions rarely get involved in artisanal mining in the region, perceiving it as too risky. However, the PPA has researched this area in depth and is currently piloting a project with a bank in the DRC to increase access to finance,[175] the Responsible Artisanal Gold Solutions Forum (RAGS) is restarting,[176] and the US Agency for International Development (USAID) is piloting a new $1 million fund for responsible gold innovation in the DRC.[177] The fund may be a good starting point for industry to engage with artisanal mining in the region. Refiners and end-user companies should provide consistent inventory financing to artisanal projects, either as part of a larger group or underwritten by a development bank.[178]

Importantly, all of this work must be scaled up if it is to make a difference. Refiners and end-user companies alike should actively engage with and adopt the CRAFT code to boost their artisanal sourcing in a responsible manner. The CRAFT code, a new system to help artisanal minerals, producers, and downstream companies document and validate their eligibility to sell and source artisanal minerals in accordance with OECD due diligence guidance, can be a useful starting point for governments and regional buyers.[179]

Internationally accredited refiners—LBMA refineries, for instance—should play a role here by sourcing greater amounts of responsibly mined, conflict-free artisanal gold. This could be done by partnering with responsible mining projects, such as IMPACT's Just Gold,[180] in the gold-producing countries of East and Central Africa. Direct partnerships—such as closed-end pipelines from mine to market or the "Journey of Gold" that involved LBMA refiner Asahi, Google, Signet Jewelers, Richline, USAID, and Fair Congo—can help create markets outside of the illicit trade.[181] End-user companies, banks, and donor governments should increase such partnerships on responsible gold. In several countries in the region, governments or refiners consolidate gold from both legitimate and illegitimate sources, so there is a need to separate them out and affect the markets for each. For example, the Sudanese government under the regime of deposed President Bashir purchased, consolidated, and exported a significant percentage of the gold produced, making it almost impossible to distinguish which gold had been conflict affected.[182]

*Providing incentives for artisanal miners*

Responsible mining partnerships will only be able to scale up and affect the entire sector if policy reforms on artisanal mining occur. Policies and resources must be shifted to align with what artisanal miners actually need. Miner priorities include security, access to equipment, gender equality, finance (and prefinance), training, and property rights (titles and tenure of mining concessions).[183] In South Sudan, illegal mining serves as an important source of income for many artisanal miners—not only for criminals and armed groups—as the process to obtain a mining permit is prohibitively expensive and complex.[184, 185] While many artisanal miners do not see their work as illegal, the government disenfranchises these miners by criminalizing their activities and then evicting them. Regional governments must issue artisanal mining licenses for several years, allow artisanal miners to secure clear and enforced property rights at mines, and protect them from evictions or license revocations once gold is found. In some countries, this includes granting licenses to artisanal miners at low cost in designated artisanal mining zones; in others, it includes assessing and validating mines as conflict free. Governments in gold-producing countries also need to lower the costs of officially registering miners. In CAR and the DRC this is a significant issue, but lessons can be learned from more streamlined processes in other countries.[186] Gold-rich provinces should open legal buying offices, and export procedures at border points should be enhanced.[187]

EXHIBIT 65
SENTRY BRIEFING

To move miners from the exploited, illegal category—in which they face harassment, extortion, predatory loan practices, and armed actors—to the legal, responsible trade that can free them from exploitation and boost their incomes and communities, laws need to change. Regional governments should start by formally adopting the CRAFT code so that artisanal mining cooperatives and traders can begin implementing it and, more generally, so that the region and industry can get on the same page regarding artisanal mining and due diligence standards. Donors and private sector companies should also systematically identify and work to address gender issues, including by identifying the barriers women face in mining formalization and accessing decent work and finance; creating incentives to promote gender equality in business; integrating gender-responsive due diligence; and incorporating gender analysis in the reform of mining and minerals policies, laws, and regulations.[188]

Governments also need to revoke the licenses of illicit traders who hover around mines and exploit them. One regional mining expert, who had experience implementing a conflict-free gold project, told the Sentry, "If you can get the [illicit] middlemen out, you remove a big part of the problem to responsible mining. The petit negociants around the mine were a big problem, as they were extorting miners and forcing them to sell gold to illicit traders."[189] However, removing illicit middlemen is not an easy task given their vested interest in the status quo, and so engagement with governments is critically important to ensure follow-through on this issue.

Donor agencies, including multilateral donors, can contribute by helping to provide funding for training, equipment loans, and other responsible, conflict-free gold projects in the region. Donor agencies, such as the World Bank and others, should support geological mapping for artisanal mining. End-user industries should encourage legal exporters to better engage at the origin of the supply chain to mitigate risks and increase production. This type of engagement could take different forms, including providing geological experts to artisanal mining areas. Implementers of conflict-free projects also note that donor governments need to coordinate better in the region, sharing the lessons learned from their projects. Donors and companies should also have gender-sensitive programming when engaging in the artisanal mining sector in East and Central Africa. Women make up 25-50% of the artisanal mining workforce in the region, yet their issues are frequently ignored.[190]

As of December 2019, only 106 gold mines of the approximately 1,500 in the DRC were officially certified as conflict free,[191] and only a small percentage were designated artisanal mining zones.[192] In Sudan, the Ministry of Mining's oversight arm, the Sudanese Mineral Resource Company, has been working with gold mining companies to maximize the benefits to local communities and has allocated a portion of its budget to implement development projects in coordination with local communities in order to align with a mandatory social responsibility provision in mining regulations.[193] Much more needs to be done to recognize local communities' entitlement to gold tailings left behind by traditional miners, which are currently trucked away by private and public treatment companies without fair compensation for the local communities.[194] Governments in the region should also stringently control the use of mercury and cyanide to reduce the lasting large-scale contamination of the environment currently occurring in transitional mining areas. Other parts of the world have seen successes in formalizing artisanal mines and improving labor and environmental standards—the Oro Puno project in Peru, for instance—and lessons learned from such projects should be applied in East and Central Africa.[195]

## Conclusion

Conflict gold mined in four conflict-affected countries in East and Central Africa is fueling horrific crimes against local populations and is filtering through the gold supply chain, creating major risk for multinational gold traders, refiners, banks, and technology and auto companies. Gold that benefits armed groups and corrupt criminal networks is smuggled

EXHIBIT 65
SENTRY BRIEFING

from CAR, the DRC, South Sudan, and Sudan into neighboring countries, mixed with other gold and refined, and then sold onward to Dubai, Switzerland, India, and Western markets. Meanwhile, a conflict-free gold trade is burgeoning and requires greater support.

International and industry awareness about the prevalence of conflict gold is improving, and there are tools available to address the issue, including established industry standards, laws against pillage and other crimes, money laundering typologies, sanctions regimes, and certification systems. The question now is whether governments and industry will utilize these tools to establish consequences for illicit actors, reform the supply chain, and incentivize a responsible trade on the ground.

To stem the flow of conflict gold and to boost the responsible, conflict-free gold trade, electronics, jewelry, and automotive companies and banks should use the FATF and The Sentry red flags to conduct enhanced due diligence. Governments and regulatory bodies must ensure consequences for those trading in conflict gold. Prosecutors must investigate, prosecute, and sentence those knowingly involved in the trade. Additionally, donor and regional governments should work urgently to harmonize gold export taxes and other incentives for artisanal mining among countries in the region so that there is much less incentive to smuggle, and industry must engage in responsible artisanal sourcing while helping vulnerable artisanal mining communities. Without significantly more attention and action from companies and governments on conflict gold, the trade will continue to fuel armed conflict, human rights violations, and environmental crimes.

## Recommendations

**Establish greater consequences for trading in conflict gold.** The United States, the UNSC, and the EU should investigate and, if appropriate, sanction gold refining and trading companies that deal in conflict gold, along with their beneficial owners. Jewelry and electronics companies should stop sourcing from refiners that have failed credible independent audits on conflict minerals.

**Harmonize gold export taxes.** The US State Department and the EU should work with the ICGLR and the governments of the DRC, Rwanda, and Uganda to harmonize gold taxes in order to reduce smuggling and facilitate growth in the conflict-free gold trade.

**Adopt the CRAFT code and source from conflict-free artisanal mines.** Governments in the region and global refiners should formally adopt the CRAFT code, an open-source standard for improving conditions in artisanal mining in accordance with international due diligence standards. Furthermore, gold refiners accredited by widely accepted international standards should increasingly source conflict-free artisanally mined gold from East and Central Africa, which could be done by establishing responsible artisanal gold sourcing partnerships in East and Central Africa. The new USAID Responsible Gold Innovation Fund could be a useful starting point for industry to engage.

**Help formalize the responsible, conflict-free gold trade and support vulnerable artisanal miners.** The US State Department, the EU, and other governments should increase their engagement with the mining ministries of the DRC, South Sudan, CAR, and Sudan to support policy changes on artisanal mining to help formalize the sector. In particular, they should strongly encourage mining ministries to designate more viable mines as artisanal mining zones; to lower gold taxes; and to formalize the artisanal sector by allowing cooperatives to apply for licenses, lowering miner registration costs, and helping optimize production.

**Source from audited refiners.** Electronics, jewelry, and automotive companies should steadily increase the percentage of refiners that have passed credible third-party independent audits on conflict minerals in their supply chains. Companies should be sourcing only from refiners and smelters that have passed these audits by 2025, with benchmark targets such as 90% of refiners audited by 2022.

**Convene industry.** The US Treasury Department should convene key gold refiners and traders, industry associations, and banks to highlight the need for better implementation of the red flags in the FATF typology report on gold.

**Strengthen policies and enforcement in Dubai.** The UAE Central Bank should ban all cash and barter transactions for gold, and it should require all gold refiners in the UAE to undergo an independent third-party audit—in line with OECD standards—that includes due diligence on high-risk and conflict-affected gold. UAE Customs should require that everyone importing gold declare who they plan to sell the gold to and provide evidence of how they paid for the gold and to whom the payments were made. The UAE government should also address priority issues from the latest FATF evaluation relevant to the conflict gold trade.[196]

## Endnotes

1   Conflict-affected and high-risk gold is gold sourced from areas defined by the Organisation for Economic Co-operation and Development as being "identified by the presence of armed conflict, widespread violence, including violence generated by criminal networks, or other risks of serious and widespread harm to people." See:

Organisation for Economic Co-operation and Development, "OECD Due Diligence Guidance for Responsible Supply Chains of Minerals from Conflict-Affected and High-Risk Areas: Supplement on Gold," 2012, p. 7, available at: http://www.oecd.org/corporate/mne/GoldSupplement.pdf

2   United Nations Comtrade Database, 2019 UAE Gold Imports from Uganda, Rwanda, Kenya, Chad, Cameroon, Central African Republic, Sudan, Burundi, and South Sudan, available at: https://comtrade.un.org/data/

3   The Sentry, "The Golden Laundromat: The Conflict Gold Trade From Eastern Congo to the United States and Europe," October 2018, available at: https://thesentry.org/reports/the-golden-laundromat/

4   Alan Martin, "A Golden Web. How India Became One of the World's Largest Gold Smuggling Hubs," IMPACT, November 2019, available at: https://impacttransform.org/wp-content/uploads/2019/11/IMPACT_A-Golden-Web_EN-Nov-2019_web.pdf

5   United Nations Comtrade Database, 2018 UAE Gold and Jewelry Exports, available at: https://comtrade.un.org/data/

6   According to the World Gold Council, jewelry accounted for the majority of world gold demand at 48%, with gold bars for investors or central banks accounting for 44% and technology accounting for 7%. See:

World Gold Council, "Gold Demand Trends, Full Year 2019," January 30, 2020, available at: https://www.gold.org/download/file/14610/gdt-fy-2019-statistics-en.xlsx

7   See note 3.

8   David Lewis, Ryan McNeill, and Zandi Shabala, "Gold Worth Billions Smuggled Out of Africa," Reuters, April 24, 2019, available at: https://www.reuters.com/investigates/special-report/gold-africa-smuggling/

9   Sasha Lezhnev and Megha Swamy, "Understanding Money Laundering Risks in the Conflict Gold Trade From East and Central Africal to Dubai and Onward," The Sentry, November 2020, available at: https://thesentry.org/reports/conflict-gold-trade/

10  Joanne Lebert, Alan Martin, and Sechaba Consulting, "COVID-19 & ASM: Illicit Traders Cashing In on Vulnerable Miners in Conflict-Prone Areas," IMPACT, April 10, 2020, available at: https://impacttransform.org/en/covid19-illicit-traders-artisanal-miners/

11  Jeff Lewis and Helen Reid, "Subsistence Miners Lose Out as Coronavirus Crushes Local Gold Prices," Reuters, March 31, 2020, available at: https://www.reuters.com/article/health-coronavirus-mining-artisanal/subsistence-miners-lose-out-as-coronavirus-crushes-local-gold-prices-idUSL8N2BN670

12  Peter Hobson, "Exclusive: Gold Market Authority Threatens to Blacklist UAE and Other Centres," November 12, 2020, available at https://www.reuters.com/article/gold-lbma-exclusive/exclusive-gold-market-authority-threatens-to-blacklist-uae-and-other-centres-idUSKBN27S0NK

13  The Sentry, Global Witness, and IMPACT, "Industry Push on Global Gold Centers Can Reduce Conflict Gold Trade – Advocacy Groups," Press release, November 24, 2020, available at: https://thesentry.org/2020/11/24/4929/industry-push-on-global-gold-centers-can-reduce-conflict-gold-trade-advocacy-groups/

14  The CRAFT code was developed by Resolve and the Alliance for Responsible Mining and stands for the Code of Risk mitigation for Artisanal and small-scale miners engaging in Formal Trade. See:

CRAFT, "Home," available at: http://www.craftmines.org/

15  Conflict minerals being defined here as minerals fueling violence in eastern DRC. See:

Dodd-Frank Wall Street Reform and Consumer Protection Act, H.R. 4173, 2010, Section 1502, available at: https://www.congress.gov/bill/111th-congress/house-bill/4173/text



EXHIBIT 65
SENTRY BRIEFING

16   The Enough Project, "From Child Miner to Jewelry Store: The Six Steps of Congo's Conflict Gold," October 2012, available at: https://enoughproject.org/files/Conflict-Gold.pdf

17   United States Government Accountability Office, "Conflict Minerals: Information on Artisanal Mined Gold and Efforts to Encourage Responsible Sourcing in the Democratic Republic of the Congo," August 2017, pp. 15-16, available at: https://www.gao.gov/assets/690/686745.pdf

18   See note 16.

19   Global Witness, "River of Gold," July 5, 2016, available at: https://www.globalwitness.org/en/campaigns/conflict-minerals/river-of-gold-drc/

20   United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of Congo," S/2020/482, June 2, 2020, p. 17, available at: https://www.undocs.org/S/2020/482

21   United Nations Office on Drugs and Crime, "Organized Crime and Instability in Central Africa: A Threat Assessment," October 2011, p. 66, available at: https://www.unodc.org/documents/data-and-analysis/Studies/Central_Africa_Report_2011_web.pdf

22   United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2016/466, May 23, 2016, pp. 27-29, available at: https://www.undocs.org/S/2016/466

23   Alexandre Jaillon, Soleil Kalessopo, and Peer Schouten, "The Politics of Pillage: The Political Economy of Roadblocks in the Eastern Congo and the Central African Republic," International Peace Information Service, December 7, 2017, available at: https://ipisresearch.be/publication/politics-pillage-political-economy-roadblocks-central-african-republic-

24   United Nations Security Council, "Final report of the Group of Experts (2010)," S/2010/596, November 29, 2010, pp. 15, available at: https://www.undocs.org/S/2010/596

25   These are estimates for the period between 1998 and 2007, and a vast majority of deaths occurred as a result of preventable diseases and malnutrition following the forced displacement of civilians due to conflict. Anthony W. Gambino quotes an unpublished International Rescue Committee paper as saying: "The true number could be as low as 3.1 million or as high as 7.6 million. While the precise number will never be known – it is clear that millions of people died unnecessarily because of the war." See:

      Anthony W. Gambino, "Democratic Republic of Congo," in "World Development Report 2011," World Bank Group, March 2, 2011, p. 33, available at: http://documents.worldbank.org/curated/en/642841468247291959/pdf/620290WP0Democ0BOX0361475B00PUBLIC0.pdf

26   Human Rights Watch, "Democratic Republic of Congo: Events of 2019," 2020, available at: https://www.hrw.org/world-report/2020/country-chapters/democratic-republic-congo

27   This was the UN Group of Experts' estimate in 2013. See:

      Kevin Kelley, "EA Fingered in $400m Worth of DR Congo Gold Smuggled to Uganda," The East African, February 8, 2014, available at: http://www.theeastafrican.co.ke/news/Smuggled--400m-DR-Congo-gold-fuels-war-/2558-2198074-82g9nc/index.html

      Kira Zalan, "Tracing Conflict Gold in the Democratic Republic of Congo," Global Post, June 23, 2017, available at: https://www.pri.org/stories/2017-06-23/tracing-conflict-gold-democratic-republic-congo

      German Federal Institute for Geosciences and Natural Resources, "Traceability in Artisanal Gold Supply Chains in the Democratic Republic of the Congo," March 2019, available at:

      https://www.bgr.bund.de/DE/Themen/Min_rohstoffe/Downloads/studie_traceability_in_artisanal_gold_DR_Congo_2019.pdf?__blob=publicationFile&v=10

28   See note 3.

29   United Nations Security Council, "Midterm report of the Group of Experts on the Democratic Republic of the Congo," S/2016/1102, December 23, 2016, p. 2, available at: http://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2016_1102.pdf

30   See note 22.

31  United Nations Security Council, "Midterm report of the Group of Experts on the Democratic Republic of the Congo," S/2019/974, December 20, 2019, p. 10, available at: http://www.undocs.org/S/2019/974

32  "Sexual violence continues to be perpetrated on a large scale by State agents and armed group fighters. During the reporting period, at least 726 women, 234 children and 3 men were victims of conflict-related sexual violence, a significant increase over the previous reporting period. Fighters from different armed groups and militias are responsible for 68 per cent of the documented cases, primarily Mai-Mai Raia Mutomboki combatants, members of the Nduma Defense du Congo-Rénové group and Twa militiamen…. In North Kivu, the number of rapes committed by fighters of the Nduma défense du Congo-Rénové, Nyatura and APCLS-Rénové groups has increased steadily since the beginning of 2019, in a context of growing insecurity and population displacement." See:

United Nations High Commissioner for Human Rights, "Human Rights Situation and the Activities of the United Nations Joint Human Rights Office in the Democratic Republic of the Congo," August 14, 2019, p. 9, available at: https://ap.ohchr.org/documents/dpage_e.aspx?si=A/HRC/42/32

33  United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2017/672/Rev.1, August 8, 2017, p. 22, available at: https://www.undocs.org/S/2017/672/Rev.1

34  United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2011/738, November 29, 2011, p. 128-130, available at: https://www.undocs.org/S/2011/738

35  Guillaume de Brier and Alexandre Jaillon, "Mapping Artisanal Mining Sites in the Western Central African Republic," International Peace Information Service for USAID, November 2019, p. 8, available at: https://ipisresearch.be/mapping/webmapping/resources/img_publications/AMPR_IPIS_ASM_Mapping_Western_CAR_English.pdf

36  Ibid., p. 36.

37  United Nations Security Council, "Final report of the Panel of Experts on the Central African Republic established pursuant to Security Council resolution 2127," S/2014/762, October 28, 2014, p. 3, available at: https://www.undocs.org/S/2014/762

38  The Sentry, "Country Brief: Central African Republic," July 2015, available at: https://thesentry.org/wp-content/uploads/2015/07/19103553/Country-Brief_CAR.pdf

39  International Peace Information Service, "Central African Republic: A Conflict Mapping," August 2018, p. 92, available at: http://ipisresearch.be/wp-content/uploads/2018/09/1809-CAR-conflict-mapping_web.pdf

40  Ibid.

41  Ibid.

42  United Nations Security Council, "Final report of the Panel of Experts on the Central African Republic extended pursuant to Security Council resolution 2339," S/2017/1023, December 6, 2017, available at: https://www.undocs.org/S/2017/1023

43  Khalid Abdelaziz and Ali Mirghani, "Sudan Opens Up Gold Market in Bid to Raise Revenue," Reuters, January 9, 2020, available at: https://www.reuters.com/article/us-sudan-gold/sudan-opens-up-gold-market-in-bid-to-raise-revenue-idUSKBN1Z81M2

44  For example, the Sudan Liberation Army-Abdul Wahid (SLA-AW) and the Sudan People's Liberation Movement-North (SPLM-N). See:

United Nations Security Council, "Final report of the Panel of Experts on the Sudan" S/2020/36, January 14, 2020, available at: https://undocs.org/S/2020/36

Akshaya Kumar, "Fool's Gold: The Case For Scrutinizing Sudan's Conflict Gold Trade," The Enough Project, March 4, 2015, available at: https://enoughproject.org/reports/fools-gold-case-scrutinizing-sudans-conflict-gold-trade

45  Al-Junaid For Multi Activities, the family company of the commander of the Rapid Support Forces Mohamed Hamdan Dagalo, or "Hemedti," has operated a gold treatment plant in Jebel Amer since 2016. Hemedti handed the Jebel Amer concession to the Ministry of Mining in 2020 but has expanded the presence of his family-owned processing businesses to at least three new locations in South Darfur, South Kordofan, and Northern states. See:

Tom Collins, "Sudan's Gold: Hemedti's Untold Power," African Business, July 8, 2019, available at: https://africanbusinessmagazine.com/sectors/commodities/sudanese-gold-hemedtis-untold-power/

EXHIBIT 65
SENTRY BRIEFING

Bloomberg, "Warlord-Linked Sudanese Firm Hands Over Gold Mines to Government," May 5, 2020, available at: https://www.bloomberg.com/news/articles/2020-05-05/warlord-linked-sudanese-firm-hands-over-gold-mines-to-government

Sudanese Mineral Resources Company, "Mineral Waste Processing Companies," downloaded and archived by The Sentry from the website of the of the SMRC on March 30, 2020.

46    United Nations Security Council, "Final report of the Panel of Experts on the Sudan submitted pursuant to resolution 1591 (2005)," S/2016/805, September 22, 2016, pp. 36-41, available at: https://www.undocs.org/S/2016/805

47    Copies of the certificates of incorporation of al-Junaid Co. and Sabeika Co. reviewed by The Sentry.

48    Al Sudani, "On the Relationship Between al-Junaid Co. and the RSF, General Manager Abdel-Rahman al-Bakri: The Company Was Established Before the RSF and Hemeti Has No Link to It," February 29, 2020, available at: www.alsudaninews.com/?p=56564

49    Information about a second company reportedly granted a monopoly could not be confirmed, and the company could not be reached for comment.

50    Tom Collins, "Sudan's Gold: Hemedti's Untold Power," African Business, July 8, 2019, available at: https://africanbusinessmagazine.com/sectors/commodities/sudanese-gold-hemedtis-untold-power/

51    Human Rights Watch, "'They Were Shouting "Kill Them:"' Sudan's Violent Crackdown on Protesters in Khartoum," November 17, 2019, available at: https://www.hrw.org/report/2019/11/17/they-were-shouting-kill-them/sudans-violent-crackdown-protesters-khartoum

52    United Nations Security Council, "Final report of the Panel of Experts on the Sudan submitted pursuant to resolution 2455 (2019)," S/2020/36, January 14, 2020, pp. 13, 15, 39, available at: https://undocs.org/S/2020/36

53    Ibid., p. 12.

54    Human Rights and Development Organization, "Assault and Intimidation of Civilians by RSF in Talodi, Sudan," October 19, 2019, available at: https://hudocentre.org/assault-and-intimidation-of-civilians-by-rsf-in-talodi-sudan/

55    Radio Dabanga, "South Kordofan Anti-Mining Protesters Clash With Security Forces," October 6, 2019, available at: https://www.dabangasudan.org/en/all-news/article/south-kordofan-anti-mining-protesters-clash-with-security-forces

56    Sudan News Agency, "The Supreme Committee for the Economic Emergency Announces the Provision of the Needs of the Vital Sectors in the Country," April 20, 2020, available at: https://suna-sd.net/ar/single?id=657847

57    Mining Technology, "Sudan's New Policy Allows Private Traders to Export Gold," January 10, 2020, available at: https://www.mining-technology.com/news/sudan-new-gold-policy/

58    Reuters, "Sudan Sets Up Bourse for Gold as Opens Up Market," May 4, 2020, available at: https://www.reuters.com/article/us-sudan-gold/sudan-sets-up-bourse-for-gold-as-opens-up-market-idUSKBN22G21H

59    Al-Saiha, "Mining Sector: A Corrective Revolution," October 27, 2020, available at: https://www.assayha.net/now/48083/

60    Al-Hakim News, "Mubarak Ardol: There Were Checks That Bounced, All We Did Was to Pressure Companies to Pay the Government's Dues Without Delay," September 30, 2020, available at: https://alhakim.net/24132

61    See note 58.

62    Global Financial Integrity, "Analyzing Trade, Oil and Gold: Recommendations to Support Trade Integrity in Sudan," May 2020, available at: https://gfintegrity.org/wp-content/uploads/2020/05/Sudan-Policy-Brief-FINAL.pdf

63    Jean-Baptist Gallopin, "Bad Company: How Dark Money Threatens Sudan's Transition," European Council on Foreign Relations, June 9, 2020, available at: https://ecfr.eu/publication/bad_company_how_dark_money_threatens_sudans_transition/

64    Ruth Michaelson, "Militia Strike Gold to Cast a Shadow Over Sudan's Hopes of Prosperity," The Guardian, February 10, 2020, available at: https://www.theguardian.com/global-development/2020/feb/10/militia-strike-gold-to-cast-a-shadow-over-sudans-hopes-of-prosperity

65    See note 63.

66    Enough Project, "The Criminalization of South Sudan's Gold Sector: Kleptocratic Networks and the Gold Trade in Kapoeta," Enough

CONFLICT GOLD AND RESPONSIBLE GOLD



UNCLASSIFIED                                    EXHIBIT 65
                                               SENTRY BRIEFING

Project, April 9, 2020, available at: https://enoughproject.org/reports/criminalization-south-sudans-gold-sector

67    United Nations Security Council, "Interim report of the Panel of Experts on South Sudan submitted pursuant to resolution 2471 (2019),"
      S/2019/897, November 22, 2019, p. 30, available at: https://www.undocs.org/S/2019/897

68    A previous UN report noted: "Gold has become more significant to the conflict economy in recent years. It could, however, also become
      an important source of public resources and local livelihoods. … While armed groups make use of gold to finance their activities, there
      are few indications of ongoing violence directly linked to efforts to control gold-producing areas." See:

      United Nations Security Council, "Final report of the Panel of Experts on South Sudan submitted pursuant to resolution 2428 (2018),"
      S/2019/301, April 9, 2019, p. 35-38, available at: https://undocs.org/en/S/2019/301

69    See note 66.

70    Dimo Silva Aurelio, "South Sudanese Turn to Illegal Mining for Survival," Voice of America News, December 13, 2017, available at:
      https://www.voanews.com/a/south-sudan-illegal-gold-mining/4162517.html

71    United Nations Security Council, "Final report of the Panel of Experts on South Sudan submitted pursuant to resolution 2428 (2018),"
      S/2019/301, April 9, 2019, p. 36, available at: https://undocs.org/en/S/2019/301

72    Ibid., pp. 36-37.

73    Ibid., p. 36.

74    United Nations Mission in South Sudan and United Nations Office of the High Commissioner for Human Rights, "Access to Health
      for Survivors of Conflict-Related Sexual Violence in South Sudan," May 2020, pp. 22, 23, 37, 47, available at: https://www.ohchr.org/
      Documents/Countries/SS/access_to_health_for_survivors_of_conflict-related_sexual_violence_in_south_sudan.pdf

75    United Nations Mission in South Sudan Human Rights Division, "Quarterly Briefing on Violence Affecting Civilians," March 2020,
      available at: https://www.ohchr.org/Documents/Countries/SS/Quarterly_brief_on_violence_affecting_civilians.pdf

76    See note 71.

77    United Nations Security Council, "Midterm report of the Panel of Experts on the Central African Republic extended pursuant to Security
      Council resolution 2399," S/2018/729, July 23, 2018, pp. 25-26, available at: https://www.undocs.org/S/2018/729

78    See note 42, p. 32.

79    See note 31, pp. 10, 12-14.

80    See note 71.

81    See note 66.

82    Alex de Waal, "Sudan Crisis: The Ruthless Mercenaries Who Run the Country for Gold," BBC, July 20, 2019, available at: https://www.
      bbc.com/news/world-africa-48987901

83    For more on this issue, see note 9.

84    Ugandan gold export records for 2017-2019 reviewed by The Sentry.

85    Uganda exported 27.76 tons of gold in 2019, according to Bank of Uganda records. The average world gold price in 2019 was $45,000
      per kilogram, making the approximate value of Uganda's gold exports $1.25 billion. See:

      Bank of Uganda, "Composition of Exports," available at: https://www.bou.or.ug/bou/bouwebsite/bouwebsitecontent/statistics/External_
      Sector_Statistics/Trade_Statistics/Composition-of-Exports_Values-and-Volumes.xlsx (last accessed September 2020).

      Goldprice, "Spot Gold," available at: https://goldprice.org/spot-gold.html (last accessed October 2020).

86    Sentry interviews with Ugandan mining governance officials and regional ASM gold mining experts, 2018.

87    Global Witness, "Undermined: How Corruption, Mismanagement and Political Influence Is Undermining Investment in Uganda's Mining

CONFLICT GOLD AND RESPONSIBLE GOLD

Sector and Threatening People and Environment," June 5, 2017, p. 28, available at: https://www.globalwitness.org/en/campaigns/oil-gas-and-mining/uganda-undermined/

88    United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2019/469, June 7, 2019, pp. 33-37, available at: https://undocs.org/S/2019/469

89    United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2018/531, June 4, 2018, pp. 22-23, available at: https://www.undocs.org/S/2018/531

90    See note 71, p. 37.

91    See note 71, p. 38.

92    See note 71, p. 38.

93    See note 89, p. 21.

94    2016 Rwandan mining study reviewed by The Sentry.

95    Africa Confidential, "The Great Lakes Gold Rush," March 23, 2018, available at: https://www.africa-confidential.com/index.aspx?pageid=7&articleid=12279

96    IGIHE, "Rwanda Targets $800 From Gold by 2020," November 10, 2017, available at: http://en.igihe.com/economy/rwanda-targets-800-million-from-gold-by-2020.html

97    National Bank of Rwanda, "Annual Report, 2019-2020," p. 28, available at: https://www.bnr.rw/news-publications/publications/annual-reports/

98    United Nations Comtrade Database, 2019 Imports of Gold from Rwanda to the UAE Data Set, available at: https://comtrade.un.org/data

99    See note 95.

100   See note 89, pp. 21, 23.

101   See note 95.

102   See note 89, p. 21.

103   See note 95.

104   Julius Bizimungu, "Rwanda Gets First Gold Refinery," New Times (Kigali), June 19, 2019, available at: https://www.newtimes.co.rw/news/rwanda-gold-refinery

105   Corporate records for Aldango Ltd reviewed by The Sentry.

106   Adrian Lavista, "Rwanda Has Built Its First-Ever Gold Refinery," Region Week, June 21, 2019, available at: https://regionweek.com/rwanda-has-built-its-first-ever-gold-refinery/

107   Tatenda Gwaambuka, "Rwanda Builds Its First Gold Refinery, Plans to Earn $1.5 Billion From Mineral Exports by 2024," African Exponent, June 24, 2019, available at: https://www.africanexponent.com/post/10414-rwanda-turns-to-beneficiation-as-it-builds-a-5-million-refinery

108   George Tubei, "Rwanda Has Built Its First-Ever Gold Refinery at a Cost of $5 Million to Process Gold From All Over Africa and Halt Raw Minerals From Leaving the Continent," Business Insider by Pulse (Nairobi), June 20, 2019, available at: https://www.pulselive.co.ke/bi/strategy/inside-rwandas-first-of-its-kind-gold-refinery-located-at-kigalis-special-economic/yq67y56

109   Annual corporate filing for Tony Goetz NV with the Belgian government, December 4, 2017, available at: https://cri.nbb.be/bc9/web/catalog;jsessionid=19B1D6BE8FB809A90D711A658FCCC4E1?execution=e1s4#

110   See note 20, p. 20.

111   In an email to The Sentry, Goetz noted, "I am committed to maintaining the highest working standards." He added, "a number of false

CONFLICT GOLD AND RESPONSIBLE GOLD



"and inaccurate allegations have been levelled against me and the companies I worked with in the past years. ... We are committed to operating in an ethical and transparent manner and, consistent with that commitment, upon receipt of your enquiry on AGR, we immediately communicated with you so that we could find out more about the allegations as well as the details of the evidence that you have to support them, and so that we could properly provide appropriate response. However, you have refused to provide any further information or evidence to support the allegations. As a result, we have not given any genuine opportunity to properly address the allegations presented." Alain Goetz email to The Sentry, January 11, 2020.

112    See note 77, pp. 25-26.

113    T. De Jong et al., "Diagnostic Report on Diamond Smuggling in the Central African Republic," USAID DPAM, May 2019, p. 13.

114    United Nations Security Council, "Final report of the Panel of Experts on the Central African Republic extended pursuant to Security Council resolution 2399," S/2018/1119, December 14, 2018, p. 20, available at: https://undocs.org/S/2018/1119

115    See note 77.

116    Sentry interviews conducted in CAR and neighboring countries with field security agents, members of armed groups, and diamond and gold dealers, May 2019 to October 2020.

117    Peter Hobson and David Lewis, "Race to Refine: The Bid to Clean Up Africa's Gold Rush," Reuters, January 15, 2020, available at: https://www.reuters.com/article/us-gold-africa-refineries-insight/race-to-refine-the-bid-to-clean-up-africas-gold-rush-idUSKBN1ZE0YG

118    Baker confirmed that the quote was accurate in an interview with The Sentry. Sentry call with Robert Baker, January 8, 2021.

119    See:

United Nations Security Council, "Midterm report of the Group of Experts on the Democratic Republic of the Congo," S/2019/974, December 20, 2019, p. 10, available at: http://www.undocs.org/S/2019/974

United Nations Security Council, "Final report of the Group of Experts on the Democratic Republic of the Congo," S/2009/603, November 23, 2009, available at: https://www.undocs.org/S/2009/603

United Nations Security Council, "Report of the Panel of Experts on the Illegal Exploitation of Natural Resources and Other Forms of Wealth of the Democratic Republic of the Congo," S/2001/357, April 12, 2001, available at: https://undocs.org/S/2001/357

120    Sentry interviews with two gold traders in eastern Congo, February 2020.

121    See note 82.

122    See note 42, p. 32.

123    See note 35, p. 53.

124    See note 42, p. 32.

125    See note 82.

126    See note 35, p. 62.

127    United Nations Comtrade Database, 2018 Gold Exports from the DRC, Uganda, Rwanda, Kenya, Chad, Cameroon, Central African Republic, Sudan, and South Sudan, available at: https://comtrade.un.org/data/

128    See note 8.

129    See note 9.

130    According to UN trade statistics, Switzerland, Turkey, India, and Saudi Arabia were the biggest destinations for gold from the UAE in 2017 and 2018. See:
United Nations Comtrade Database, 2017-2018 Gold Exports From the UAE Data Set, available at: https://comtrade.un.org/data

131    Securities and Exchange Commission 2018 filings, Form SD, available at: https://www.sec.gov/edgar/search/#/q=%2522african%2520gold%2520refinery%2522&dateRange=custom&category=custom&startdt=2016-02-12&enddt=2021-01-01&forms=SD

EXHIBIT 65
SENTRY BRIEFING

132  Riccardo Franciolli, "The Shady Origins of Gold Refined in Switzerland," Swissinfo, January 8, 2019, available at: https://www.swissinfo.ch/eng/multinationals_the-shady-origins-of-gold-refined-in-switzerland/44621040

133  United Nations Comtrade Database, 2018 Gold Exports From the UAE Data Set, available at: https://comtrade.un.org/data

134  Cyril Pinto, "A Dirty Business," Blick, August 26, 2018, available at: https://www.blick.ch/news/wirtschaft/blick-bei-schweizer-raffinerien-im-kongo-ein-schmutziges-geschaeft-id8770844.html

135  Swissaid, "Détour Doré: La face cachée du commerce de l'or entre les Émirats arabes unis et la Suisse" (Golden Detour: The Hidden Face of the Gold Trade Between the UAE and Switzerland), July 2020, available at: https://swissaid.kinsta.cloud/wp-content/uploads/2020/07/SWISSAID-Goldstudie-FR_final-web.pdf

136  See note 132.

137  World Gold Council, "Gold Demand Trends, Full Year and Q4 2019," January 30, 2020, available at: https://www.gold.org/goldhub/research/gold-demand-trends/gold-demand-trends-full-year-2019

138  Organisation for Economic Co-operation and Development, "Chinese Due Diligence Guidelines for Responsible Mineral Supply Chains," available at: https://mneguidelines.oecd.org/chinese-due-diligence-guidelines-for-responsible-mineral-supply-chains.htm

139  China Chamber of Commerce of Metals, Minerals & Chemicals Importers & Exporters (CCCMC), "Chinese Due Diligence Guidelines for Responsible Minerals Supply Chains," December 2015, available at: https://www.globalwitness.org/documents/18138/201512_Chinese_Due_Diligence_Guidelines_for_Responsible_Mineral_Supply_Chains_-_En_K83fxzt.pdf

140  Sentry interview with international jeweler, February 2020.

141  World Gold Council, "Gold Demand Trends, Full Year 2019," available at: https://www.gold.org/download/file/14614/gdt-fy-2019.pdf

142  See note 133.

143  See note 4, pp. 4, 32.

144  World Gold Council, "India's Gold Market: Evolution and Innovation," January 24, 2017, p. 58, available at: https://www.gold.org/goldhub/research/india-gold-market

145  See note 141.

146  See note 4, p. 5.

147  United States Office of Foreign Assets Control, "Democratic Republic of the Congo Sanctions Regulations," November 15, 2018, available at: https://www.federalregister.gov/documents/2018/11/15/2018-24696/democratic-republic-of-the-congo-sanctions-regulations

148  United Nations Security Council, "Security Council Committee established pursuant to resolution 1533 (2004) concerning the Democratic Republic of the Congo," available at: https://www.un.org/securitycouncil/sanctions/1533#summary%20listing%20criteria

149  European Union, Council Regulation No 1183/2005, July 2015, para. 2a(1)(g), available at: http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:02005R1183-20170719&from=EN

150  US President (Barack Obama), Executive Order 13667, "Blocking Property of Certain Persons Contributing to the Conflict in the Central African Republic," May 13, 2014, available at: https://obamawhitehouse.archives.gov/the-press-office/2014/05/13/executive-order-blocking-property-certain-persons-contributing-conflict-

151  United Nations Security Council, "Security Council Committee established pursuant to resolution 2127 (2013) concerning the Central African Republic," available at: https://www.un.org/securitycouncil/sanctions/2127#listing%20criteria

152  These were the US, EU, and UN sanctions against Machanga, Uganda Commercial Impex, and Kambale Kisoni. See:

     United Nations Security Council, "Sanctions Committee Concerning Democratic Republic Of Congo Adds Two Individuals, Five Entities To Assets Freeze, Travel Ban List," SC/9897, March 29, 2007, available at: https://www.un.org/press/en/2007/sc8987.doc.htm

153  Sentry interview with an international jeweler, February 2020.

CONFLICT GOLD AND RESPONSIBLE GOLD



EXHIBIT 65
SENTRY BRIEFING

154   Sentry interview with an international jeweler, February 2020.

155   Sentry interview with a former banker, January 2020.

156   See note 9.

157   Sentry interview with a former banker, January 2020.

158   According to the Responsible Minerals Initiative, 107 refiners out of 171 eligible refiners are conformant. See:

   Responsible Minerals Initiative, "Conformant Gold Refiners," available at: http://www.responsiblemineralsinitiative.org/smelters-refiners-lists/ (Last accessed October 16, 2020).

159   London Bullion Market Association, "Good Delivery List -- Gold," available at: http://www.lbma.org.uk/good-delivery-list-refiners-gold-current (Last accessed March 2, 2020).

160   Corporate conflict minerals filings with the US Securities and Exchange Commission, Form SD, available at: https://www.sec.gov/edgar/search/#/dateRange=1y&startdt=2019-10-16&enddt=2020-10-16&category=custom&locationType=located&locationCode=all&forms=SD&page=1

161   Sentry interview with international jeweler, January 2020.

162   According to Global Witness, "Documents seen by Global Witness suggest that the local metals regulator, the Dubai Multi Commodities Centre (DMCC), changed its audit guidelines after becoming aware of negative findings in Ernst & Young's report, with the effect that damaging results were not released." See:

   Global Witness, "Revealed: Why Dubai's First Conflict Gold Audit Never Saw the Light of Day," February 25, 2014, available at: https://www.globalwitness.org/en/archive/revealed-why-dubais-first-conflict-gold-audit-never-saw-light-day/

163   In email correspondence with The Sentry, the DMCC stated, "Companies are removed from the DGD List for failing to meet the required standards. Companies can also delist themselves. ... All company registrations are rigorously assessed through a clear, comprehensive, and robust compliance structure and process. Committed to dialogue, engagement and collaboration, the UAE will continue to work on robust regulation related to issues in line with OECD standards and FATF requirements, including UAE's obligations to fight money laundry and international commitments. It is important to note, that DMCC is not a regulator of precious metals in the UAE or elsewhere. However, under the DGD, the audits of refiners follow he OECD 5 step frame work since 2012 and this program underwent an alignment assessment with OECD in 2018 similar to all the other international initiatives. The Dubai Good Delivery accreditation scheme (DGD) will be replaced by the Emirates Good Delivery, which unlike DGD, will span across the UAE at a Federal level, and be regulated by the Ministry of Economy. As communicated to media previously, The UAE Ministry of Economy and the UAE Government is committed to enhancing the UAE's position as a global hub for gold trading and ensuring the best governance, sustainability and innovation practices across the board. DMCC -- in partnership with the UAE Government and connected entities and stakeholders -- is an important part in this national project. The development of the UAE's precious metals sector is guided by standards set by the Organisation for Economic Co-operation and Development (OECD), and the Financial Action Task Force (FATF), among other intergovernmental organisations, agreements, and statutes. " DMCC correspondence with The Sentry, January 2021.

164   See note 9.

165   Hassan Bashir, "Ministerial Development Council Discusses Introduction of UAE Good Delivery Standard, Creation of Federal Gold Platform," WAM - The Emirates News Agency, December 6, 2020, available at: https://wam.ae/en/details/1395302892861

166   Manuel Claeys Bouuaert, Erik Gobbers, Antoine Heuty, Alexandre Jaillon, and Timo Makori, "Assessing the Impact of Due Diligence Programmes In Eastern DRC: A Baseline Study," International Peace Information Service, April 24, 2019, p. 17, available at: https://ipisresearch.be/publication/assessing-impact-due-diligence-programmes-eastern-drc-baseline-study/?_sft_country=democratic-republic-of-the-congo

167   Timothy Fella, Mark Freudenberger, and Sebastien Pennes, "Property Rights and Artisanal Mining," United States Agency for International Development, April 1, 2013, available at: https://www.land-links.org/issue-brief/property-rights-and-artisanal-mining/

168   See note 19, p. 13.

169  Andy Home, "Why the Cobalt Market Needs Congo's 'Illegal' Miners," Reuters, July 12, 2019, available at: https://www.reuters.com/article/us-congo-cobalt-ahome/why-the-cobalt-market-needs-congos-illegal-miners-andy-home-idUSKCN1U71VS

170  Sentry interview with a senior DRC government official, February 2020.

171  Sentry interview with a regional mining expert, February 2020.

172  Sentry interview with a regional mining expert, February 2020.

173  Levin Sources, "ICGLR Strategy for Artisanal and Small-Scale Gold," Report for the International Conference on the Great Lakes Region, April 2019, available at: http://www.icglr-rinr.org/media/attachments/2019/04/16/icglr-asm-gold-strategy.pdf

174  Middle East and North Africa Financial Action Task Force, "Anti-Money Laundering and Counter-Terrorist Financing Measures in the United Arab Emirates," April 2020, available at: http://www.fatf-gafi.org/media/fatf/documents/reports/mer4/Mutual-Evaluation-Report-United-Arab-Emirates-2020.pdf

175  The pilot project with the bank commences in 2020. For more information on the research, see:
Sofala Partners and Better Chain, "The Barriers to Financial Access for the Responsible Minerals Trade in the GLR," Public Private Alliance on Responsible Minerals Trade, April 2019, available at: https://www.resolve.ngo/docs/ppa_-_barriers_and_opportunities_for_artisanal_access_to_finance_-_april_2019_-_final.pdf

176  The RAGS Forum is a group made up of industry, NGO, and government representatives working to find solutions to sourcing responsible, artisanally mined gold from high-risk regions. See:

Resolve, "Responsible Artisanal Gold Solutions Forum," available at: https://www.resolve.ngo/rags_forum.htm

177  Global Communities, Levin Sources, and the United States Agency for International Development, "USAID-Funded Commercially Viable, Conflict-Free Gold Program," June 2020, available at: https://www.land-links.org/wp-content/uploads/2020/06/USAID-DRC-CVCFG-Program-Two-Pager.pdf

178  Tyler Gillard, Joanne Lebert, Sasha Lezhnev, Philip Olden, and Sakhila Mirza, "International Bullion Centers Recommendations," November 24, 2020, available at http://www.lbma.org.uk/assets/events/20201124%20Master%20Deck.pdf

179  CRAFT, "Home," available at: https://www.craftmines.org/en/

180  IMPACT, "Just Gold," available at: https://impacttransform.org/en/work/project/just-gold/

181  Sasha Lezhnev, "Watch Now: Conflict-Free Gold From Congo Now Available in US Jewelry Stores," Enough Project, November 14, 2018, available at: https://enoughproject.org/blog/watch-now-conflict-free-gold-congo-now-available-us-jewelry-stores

182  Akshaya Kumar, "Fool's Gold: The Case for Scrutinizing Sudan's Conflict Gold Trade," Enough Project, March 2015, available at: https://enoughproject.org/files/Sudan%20Fools%20Gold%20Report.pdf

183  Sentry interview with regional mining expert, February 2020.

184  See note 71, p. 35.

185  The Sentry, "Untapped and Unprepared: Dirty Deals Threated South Sudan's Mining Sector," April 2020, available at: https://thesentry.org/reports/untapped-unprepared/

186  In Uganda, for example, domestic artisanal miners now go through biometric checks. See:

John Odyek, "Biometric Registration of Artisanal Miners Gets Underway," New Vision, April 23, 2019, available at: https://www.newvision.co.ug/news/1499016/biometric-registration-artisanal-miners-underway

187  See note 35, p. 83.

188  Organisation for Economic Co-Operation and Development, Women's Rights and Mining, and other stakeholders, "Stakeholder Statement on Implementing Gender-Responsive Due Diligence and Ensuring the Human Rights of Women in Mineral Supply Chains," April 2019, available at: https://mneguidelines.oecd.org/Stakeholder-Statement-Implementing-Gender-Responsive-Due-Diligence-and-ensuring-human-rights-of-women-in-Mineral-Supply-Chains.pdf



189  Sentry interview with regional mining expert, February 2020.

190  Doris Buss et al., "Gender and Artisanal and Small-Scale Mining in Central and East Africa: Barriers and Benefits," Institute for the Study of International Development, October 2017, available at: https://impacttransform.org/wp-content/uploads/2017/10/GrOW-Working-Paper_2017.pdf

191  DRC Ministry of Mines and Cooperation Allemande, "Inspection des sites miniers artisanaux des filieres stannifere Et aurifere en RDC" (Inspection of Artisanal Mining Sites in the Tin and Gold Sectors in the DRC), December 2018, reviewed by The Sentry.

192  There are 467 artisanal mining zones (ZEAs) for all minerals in the DRC as of February 2020, but they are not broken down by mineral.

Sentry interview with DRC Ministry of Mines official, May 2020.

193  Sudan News Agency, "Mineral Resources Company Allocates Large Sums of Money to the Development of Production Areas," January 14, 2020, available at: https://suna-sd.net/en/single?id=535964

194  Sentry interviews with local activists, September 2019.

195  Fairmined, "A New Fairmined Certification in Peru," February 16, 2018, available at: https://www.fairmined.org/2018/02/a-new-fairmined-certification-in-peru/

196  These include increasing the collection and use of financial intelligence; better educating designated nonfinancial businesses and professions (DNFPBs) on suspicious transaction monitoring and reporting obligations; implementing better mechanisms to allow for investigating cases of suspected money laundering; and enhancing understanding of "immediate and pressing" threats, such as the foreign proceeds of crime. See note 174.

UNCLASSIFIED    EXHIBIT 81



DONATE NOW

HUMAN
RIGHTS
WATCH

Available In: English Français

Presidential Elections

Freedom of Expression and
Peaceful Assembly

Attacks on Civilians by Armed
Groups and Government Forces

Justice and Accountability

Key International Actors

---

**Keynote**

China's Global Threat to Human
Rights



**Kenneth Roth**
Executive Director

**Essays**

Two Years After #MeToo Erupts, A
New Treaty Anchors Workplace
Shifts

Holding Companies to Account:
Momentum Builds for Corporate
Human Rights Duties

Felix Tshisekedi was sworn in as president on January 24, 2019, following long-delayed and disputed national elections, marred by widespread irregularities, voter suppression, violence, and interference from armed groups. More than a million Congolese were unable to vote in the presidential election because voting in three areas was postponed to March 2019, officially because of security and concerns over an Ebola outbreak in the east.

At his swearing in, Tshisekedi said his administration would "guarantee to each citizen the respect of the exercise of their fundamental rights" and end all forms of discrimination, promising that his government would prioritize "an effective and determined fight against corruption ... impunity, bad governance, and tribalism." His administration released most political prisoners and activists detained during the country's protracted political crisis, and those living in exile were allowed to return home. In March, Tshisekedi removed Kalev Mutondo as director of the National Intelligence Agency, where he was a principal architect of former President Joseph Kabila's administration's drive to repress dissent.

Many other senior security force officers, with long histories of involvement in serious human rights abuses, remained in their posts. Members of Kabila's political coalition maintained a majority in parliament, as well as about two-thirds of the posts in the new government.

Some of the most acute violence in the country in recent years took place in Yumbi, western Congo, in mid-December 2018 when at least 535 people were killed. Most of the victims were ethnic Banunu, killed by ethnic Batende. In eastern Congo

DRC-30316 2242

World Report 2020: Democratic Republic of Congo | Human Rights Watch          Page 2 of 7

UNCLASSIFIED                          EXHIBIT 81



As Killer Robots Loom, Demands
Grow to Keep Humans in Control
of Use of Force

Shutting Down the Internet to
Shut Up Critics

With Millions Out of School, the
Countdown Begins to Get All
Children into Quality, Accessible
Education

Going to the Bank for Food, Not
Money: The Growing Reality of
Hunger in "Rich" Countries

DONATE NOW

numerous armed groups, and in some cases government
security forces, attacked civilians, killing and wounding
many. The humanitarian situation remained alarming, with
4.5 million people internally displaced, and more than
890,000 people from Congo were registered as refugees and
asylum seekers.



## Presidential Elections

Tshisekedi's victory over opposition candidate Martin Fayulu
in the December 30, 2018 elections was disputed by an
independent observation mission from the Catholic Church.
Leaked data from the state-controlled electoral commission
(Commission électorale nationale indépendante, CENI) and
data gathered by the church showed that Fayulu won about
60 percent of the vote.

Fayulu's supporters from an array of opposition political
parties protested in many cities across Congo. Security forces
often responded to protests, some violent, with excessive,
including unnecessary, lethal force. Security forces killed at
least 10 people and injured dozens during protests after
provisional results were announced on January 10. At least 28
people suffered gunshot wounds in Kikwit, Kananga, Goma,
and Kisangani when security forces dispersed demonstrators.

On the day after the elections, the government shut down
internet and text messaging throughout the country,
restricting independent reporting and information-sharing.
The internet was restored on January 19.

## Freedom of Expression and Peaceful Assembly

There has been a significant decline in political repression
since Tshisekedi came to power. Many political prisoners and
activists detained in previous years were freed, while activists
and politicians in exile were allowed to return. However, some
peaceful demonstrators continued to be arbitrarily detained or

UNCLASSIFIED    EXHIBIT 81



DONATE NOW

On June 30, Congo's independence day, police fired live ammunition, killing one person, during opposition protests in Goma against corruption and election fraud.

In July, security forces evicted thousands of illegal miners from a copper and cobalt mine in Kolwezi, Lualaba province, sparking protests outside the governor's office and looting of shops.

## Attacks on Civilians by Armed Groups and Government Forces

More than 130 armed groups were active in eastern Congo's North Kivu and South Kivu provinces, attacking civilians. The groups included the largely Rwandan Democratic Forces for the Liberation of Rwanda (FDLR) and allied Congolese Nyatura groups, the largely Ugandan Allied Democratic Forces (ADF), the Nduma Defense of Congo-Renové (NDC-R), the Mazembe and Yakatumba Mai Mai groups, and several Burundian armed groups. Many of their commanders have been implicated in war crimes, including ethnic massacres, rape, forced recruitment of children, and pillage.

According to the Kivu Security Tracker, which documents violence in eastern Congo, assailants, including state security forces, killed at least 720 civilians and abducted or kidnapped for ransom more than 1,275 others in North Kivu and South Kivu in 2019. Beni territory, North Kivu province, remained an epicenter of violence, with about 253 civilians killed in more than 100 attacks by various armed groups, including the ADF. At least 257 civilians were kidnapped in Rutshuru territory, North Kivu province, often by armed groups.

The Fizi and Uvira highlands in South Kivu saw fighting between the mainly ethnic Banyamulenge Ngumino armed group and allied self-defense groups, and Mai Mai groups, comprising fighters from the Bafuliro, Banyindu, and Babembe communities, with civilians often caught in the middle. Clashes between armed groups in the South Kivu highlands surged in February, displacing an estimated 200,000 people over the following months.

In early June, violence resurfaced in parts of northeastern Congo's Ituri province, where armed assailants launched deadly attacks on villages, killing over 200 civilians and displacing an estimated 300,000 people. At least 28 displaced people were killed in Ituri in September.

## Justice and Accountability

In July, a three-judge panel at the International Criminal Court

UNCLASSIFIED                         EXHIBIT 81



DONATE NOW

general Bosco Ntaganda guilty of 13 counts of war crimes and 5 counts of crimes against humanity committed in Ituri in 2002 and 2003. The charges included murder and attempted murder, rape, sexual slavery, attacking civilians, pillaging, displacement of civilians, attacking protected objects, and recruiting and using child soldiers. The judges found that Ntaganda and others agreed on a common plan to attack and drive the ethnic Lendu population out of Ituri through the commission of crimes. In November, the ICC sentenced him to 30 years in prison.

Troops under Ntaganda's command also committed ethnic massacres, killings, rape, torture, and recruitment of child soldiers in the Kivus, including when Ntaganda commanded troops in the Rwandan-backed



National Congress for the Defense of the People (CNDP) and M23 armed groups, and while he served as a general in the Congolese army. His trial at the ICC only dealt with crimes related to the Ituri conflict.

The Congolese army announced on September 18 that its forces killed Sylvestre Mudacumura, the FDLR's military commander, and some of his lieutenants. Mudacumura had been wanted by the ICC since 2012 for nine counts of war crimes.

The Congolese trial, which started in June 2017, into the murders of United Nations investigators Michael Sharp and Zaida Catalán and the disappearance of the four Congolese who accompanied them in March 2017 in the central Kasai region was ongoing at time of writing.

In February, a military court in Goma found Marcel Habarugira, a former Congolese army soldier turned warlord, guilty of the war crimes of rape and use of child soldiers committed while leading a faction of an armed group known as Nyatura ("hit hard" in Kinyarwanda). Habarugira received a 15-year prison sentence. His group, which received arms and training from Congolese army officers, carried out many atrocities in 2012.

A trial against Congolese security force members arrested for allegedly using excessive force to quash a protest in Kamanyola, eastern Congo, in September 2017, during which 38 Burundian asylum seekers were killed, and more than 100 others wounded, started on June 28 and was ongoing at time of writing. Six members of the security forces faced charges of

UNCLASSIFIED                    EXHIBIT 81



DONATE NOW

murder and attempted murder before a military court in
Bukavu, South Kivu province.

The trial of Nduma Defense of Congo (NDC) militia leader
Ntabo Ntaberi Sheka, who surrendered to the UN
peacekeeping mission in Congo (MONUSCO), began on
November 27, 2018 and was ongoing at time of writing. Sheka
was implicated in numerous atrocities in eastern Congo, and
he had been sought on a Congolese arrest warrant since 2011
for alleged crimes against humanity, including mass rape.

On June 7, Congolese authorities issued an arrest warrant
against warlord Guidon Shimiray Mwissa, Sheka's former
deputy and the leader of Nduma Defense of Congo-Rénové
(NDC-R) armed group, which has been responsible for
widespread attacks on civilians in North Kivu. He is wanted
for "participation in an insurrectional movement," "war
crimes by child recruitment," and "crimes against humanity
by rape." Despite these allegations, NDC-R continued to
collaborate with the Congolese army in the area the group
controls, which is larger than that of any other armed group in
Congo. Human Rights Watch was unaware of any attempt by
Congolese authorities or UN peacekeepers to arrest Guidon.
He was sanctioned in 2018 by the UN Security Council and the
United States.

Congo's military justice officials investigated the December
2018 Yumbi killings—in which at least 535 people were
killed—and arrested dozens of suspected assailants and
instigators. A trial was yet to start at time of writing.

## Key International Actors

In February, the US State Department imposed visa
restrictions on three electoral commission senior officials, the
then-president of the national assembly, and the president of
the Constitutional Court, accusing them of corruption and
obstructing the presidential election. In March, the US
Department of the Treasury's Office of Foreign Assets Control
(OFAC) imposed financial sanctions on the same three
electoral commission officials.

In May, justice ministers attending the International
Conference on the Great Lakes Region meeting in Kenya said
that greater efforts were needed to "uphold human rights,
promote justice, and eradicate impunity." To achieve these
goals, they approved a series of specific recommendations.

In March, the Security Council unanimously adopted a
resolution extending the mandate of MONUSCO for nine

World Report 2020: Democratic Republic of Congo | Human Rights Watch          Page 6 of 7

UNCLASSIFIED          EXHIBIT 81



DONATE NOW

months and called for an independent strategic review of the mission.

https://www.hrw.org/world-report/2020/country-chapters/democratic-republic-congo          2/12/2022

World Report 2020: Democratic Republic of Congo | Human Rights Watch    Page 7 of 7

UNCLASSIFIED    EXHIBIT 81



DONATE NOW



# Protecting Rights, Saving Lives

Human Rights Watch defends the rights of people in 90 countries worldwide, spotlighting abuses and bringing perpetrators to justice

DONATE NOW

## Get Updates On Rights Issues From Around The Globe

Enter an email address    Sign Up

Connect With Us



Contact Us | Corrections | Privacy Policy | Permissions | Blackbaud Security Incident | Site Map | Child Safeguarding  © 2022 Human Rights Watch

Human Rights Watch | 350 Fifth Avenue  34th Floor | New York, NY 10118-3299 USA | t 1.212.290.4700

Human Rights Watch is a 501(C)(3) nonprofit registered in the US under EIN: 13-2875808