UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAIN GOETZ,<br><br>Plaintiff,<br><br>v.<br><br>LISA M. PALLUCONI, *et al.*,<br><br>Defendants. | Civil Action No. 22-1204 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [32] Motion for Summary Judgment is GRANTED;

2. Plaintiff's [34] Cross-Motion for Summary Judgment is DENIED; and

3. Judgment is ENTERED in favor of Defendants.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: March 4, 2025

1